UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and On behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., JOHN O'ROURKE and JEFFREY G. MCGONEGAL,<br><br>Defendants. | Civil No. 3:18-CV-02293(FLW)(TJB)<br><br>APPEARNACE OF COUNSEL |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted to practice in this Court and I appear in this case as Liaison Counsel for Plaintiff Pao Kue.

Dated: Hackensack, New Jersey
April 18, 2018

THE GOUGH LAW FIRM, LLP

By: _/s/ Deborah R. Gough_
Deborah R. Gough
Attorney for Plaintiff Pao Kue
411 Hackensack Avenue
Hackensack, New Jersey 07601