**THE GOUGH LAW FIRM, LLP**
Deborah R. Gough
411 Hackensack Ave.
Hackensack, New Jersey 07601
Telephone: (888) 488-1002
Facsimile: (516) 282-9880
Email: drgough @drgoughlaw.com

*Attorneys for Movant Pao Kue and Proposed Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | : |
| | : Civil No. 3:18-CV-02293(FLW)(TJB) |
| Plaintiff, | : |
| v. | : |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | : |
| Defendants. | : |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Pao Kue ("Movant"), by and through her counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of a class of all persons who purchased or acquired publicly traded securities of Riot Blockchain, Inc. f/k/a Bioptix, Inc. from November 13, 2017 through February 15, 2018, both dates inclusive; (2) approving Lead Plaintiff's selection of Milberg Tadler Phillips Grossman LLP and Gibbs Law Group LLP as Lead Counsel and The Gough Law Firm, LLP as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Movant bases this motion on his supporting Memorandum of Law, the Declaration of Deborah R. Gough and exhibits attached thereto, the proposed form Order, and such other written or oral arguments as may be presented to the Court.

DATED: April 18, 2018

                              **THE GOUGH LAW FIRM, LLP**

                              */s/ Deborah R. Gough*
                              Deborah R. Gough
                              411 Hackensack Ave.
                              Hackensack, New Jersey 07601
                              Telephone: (888) 488-1002
                              Facsimile: (516) 282-9880
                              Email: drgough @drgoughlaw.com

                              *Counsel for Movant and Proposed Liaison*
                              *Counsel for the Class*

                              **GIBBS LAW GROUP LLP**
                              Eric H. Gibbs
                              David Stein
                              505 14th Street, Suite 1110
                              Oakland, CA 94612-1406
                              Telephone: (510) 350-9700
                              Facsimile:  (510) 350-9701
                              Email:  ehg@classlawgroup.com
                                         ds@classlawgroup.com

                              **MILBERG TADLER PHILLIPS GROSSMAN LLP**
                              Andrei V. Rado
                              Robert A. Wallner
                              One Pennsylvania Plaza, Suite 1920
                              New York, NY 10119
                              Telephone: (212) 594-5300
                              Facsimile:  (212) 868-1229
                              Email:   arado@milberg.com
                                          rwallner@milberg.com

                              *Counsel for Movant Pao Kue and Proposed Lead Counsel for the Class*