# EXHIBIT B

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**

I, Pao Kue, certify that:

1. I have reviewed a complaint in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I have not and will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

5. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

6. I have listed below all my transactions in the securities of Riot Blockchain, Inc. (NASDAQ:RIOT) during the Class Period referenced in the complaint as follows:

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Purchases and Sales | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| SEE ATTACHED SCHEDULE A | | | | |

7. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws, except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this **april** day of **12** , 2018

**Pao Kue**
Name (Pao Kue)

Pao Kue (Apr 12, 2018)
Signature

1

## Schedule A
## Pao Kue Transaction(s) in
## Riot Blockchain, Inc. (NASDAQ:RIOT)

**Purchase(s):**

| Date | Shares | Price |
|---|---|---|
| 02/14/18 | **4,180** | 16.8800 |
| 02/14/18 | **2,000** | 16.9000 |
| 02/14/18 | **179** | 16.7900 |
| 02/14/18 | **2,358** | 16.8600 |
| 02/14/18 | **1,522** | 17.0200 |

**Sale(s):**

| Date | Shares | Price |
|---|---|---|
| 2/20/2018 | **10,239** | 9.79 |

2