# EXHIBIT C

Class Period: 10/4/17-2/15/18     **Riot Blockchain, Inc.  (NASDAQ:RIOT)**     Hold price: $10.5217

| PLAINTIFF | PURCHASE TRANSACTIONS DATE | SHARES | SHARE COST | PURCHASE AMOUNT | SALES TRANSACTIONS DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kue, Pao | 02/14/18 | **4,180** | 16.8800 | 70,558.40 | 02/20/18 | 10,239 | 9.7900 | 100,239.81 | **(6,059)** | (63,750.78) | (34,069.37) |
|  | 02/14/18 | **2,000** | 16.9000 | 33,800.00 |  |  |  | 0.00 | **2,000** | 21,043.33 | (12,756.67) |
|  | 02/14/18 | **179** | 16.7900 | 3,005.41 |  |  |  | 0.00 | **179** | 1,883.38 | (1,122.03) |
|  | 02/14/18 | **2,358** | 16.8600 | 39,755.88 |  |  |  | 0.00 | **2,358** | 24,810.09 | (14,945.79) |
|  | 02/14/18 | **1,522** | 17.0200 | 25,904.44 |  |  |  | 0.00 | **1,522** | 16,013.98 | (9,890.46) |
| **Kue, Pao Total** |  | **10,239** |  | **173,024.13** |  | **10,239** |  | **100,239.81** | **0** | **0.00** | **(72,784.32)** |