# EXHIBIT F

Free Initial Consultation | 888-488-1002

Home     Attorney Profiles     Nursing Homes & Assisted Living Facilities     Contact

# Protect Our Elderly

Testimonials                FAQs                Contact Us

## Practice Areas

- Bedsores/Pressure Ulcers
- Dehydration
- Sexual Abuse/Physical Abuse
- Medication Errors
- Insufficient Staffing

- Falls/Broken Bones/Head Injuries
- Wandering/Elopement
- Uncontrolled Infections
- Nursing Home Lack of Communication
- Abuse of the Developmentally Disabled/Group Home

## Contact Gough

**Bold** labels are required.

Contact Information
Name
[ Name ]
**Email Address**
Please enter a valid Email address or Phone number to contact you.

[ Email Address ]
Phone
Please enter a valid Email address or Phone number to contact you.

[ Phone ]
Brief description of your legal issue
[ Brief description of your legal issue ]

**Please verify that you have read the disclaimer.**

[ ] I have read the disclaimer.
disclaimer.
The use of the Internet or this form for communication with the firm or any individual member of the firm does not establish an attorney-client relationship. Confidential or time-sensitive information should not be sent through this form.

close

Privacy Policy

[Submit the form]

## Deborah Gough



### Deborah Gough

Location:
Hackensack, New Jersey
Phone:
201-488-1002
Fax:
516-282-9880
Email:
E-mail Me

For the past 12 years, Deborah R. Gough has devoted her entire practice to victims of abuse and neglect at nursing homes, assisted living facilities, hospitals, rehabilitation centers, group homes and boarding homes, psychiatric facilities, and other medical centers. She concentrates her practice in cases involving matters such as bedsores, falls, broken bones, medication errors, physical and sexual abuse, malnutrition, dehydration, and fraudulent charting. Deborah is the Past-Chair of the American Association for Justice, Nursing Home Litigation Group, a member of the New York Nursing Home Litigation Group, the New Jersey Association for Justice and the New York State Trial Lawyer's Association. Deborah regularly serves as faculty for seminars on abuse and neglect at nursing homes, assisted living facilities and group homes both locally and nationally, and has extensively written on the subject.
Deborah is a graduate of the Gerry Spence Trial Lawyer's College.

### Areas of Practice

- Nursing Home Abuse
- Medical Malpractice
- Personal Injury -- Plaintiff

### Litigation Percentage

- 100% of Practice Devoted to Litigation

### Bar Admissions

- New Jersey, 2000
- New York, 2001

### Education

- **Loyola University New Orleans School of Law, New Orleans, Louisiana**
    - J.D.

- **Arizona State University, Tempe, Arizona**
    - B.A.

### Professional Associations and Memberships

- AAJ Nursing Home Litigation Group, Past Chair
- New York Nursing Home Litigation Group, Member
- New Jersey Association for Justice
- New York State Trial Lawyers Association

---

**THE GOUGH LAW FIRM, LLP** *Protect Our Elderly*

**The Gough Law Firm, LLP**
411 Hackensack Avenue
Hackensack, N.J. 07601
Map and Directions

**New York Office**
3 Park Avenue, Suite 2300
New York, N.Y. 10016
Map and Directions

Toll Free: 888-488-1002
Fax: 516-282-9880

The Gough Law Firm, LLP, represents clients throughout New Jersey and communities such as Hackensack, Paterson, Newark, Clifton, Paramus, East Orange, Jersey City, Livingston, Fort Lee, Bloomfield, Elizabeth, Union, Edison, Woodbridge Township, Red Bank, Ocean Township, Middle Bank, Howell, Brick, Old Bridge Township, East Brunswick, Bergen County, Essex County, Middlesex County, Ocean County and Monmouth County.

The Gough Law Firm, LLP, represents clients throughout New York and counties such as New York County, Kings County, Bronx County, Queens County, Westchester County and Richmond County.

© 2018 by The Gough Law Firm, LLP. All rights reserved. Disclaimer | Site Map   Privacy Policy | Law Firm Marketing by FindLaw, part of Thomson Reuters.