CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

*Proposed Liaison Counsel*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., et al.,<br><br>                    Defendants. | Case No. 3:18-cv-02293-FLW-TJB |

**DECLARATION OF JAMES E. CECCHI
IN SUPPORT OF MOTION OF SAROOR ALAM
FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, James E. Cecchi, declare as follows:

1. I am a member in good standing of the bar of the State of New Jersey and of this Court. I am a member of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), proposed Liaison Counsel in this action. I submit this Declaration in support of the Motion of Saroor Alam for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice published by the plaintiff in this action on *Business Wire*, a national, business-oriented newswire service, on February 17, 2018.

3. Attached hereto as Exhibit B is a true and accurate copy of the Certification of Saroor Alam.

4. Attached hereto as Exhibit C is a true and accurate copy of a loss chart presenting the estimated losses of Saroor Alam at approximately $110,412 in connection with his transactions in Riot Blockchain, Inc.

5. Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Robbins Geller Rudman & Dowd LLP, proposed Lead Counsel for Saroor Alam.

6. Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Carella Byrne, proposed Liaison Counsel for Saroor Alam.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

- 2 -

DATED:  April 18, 2018               *s/ James E. Cecchi*
                                     JAMES E. CECCHI


# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

DATED:  April 18, 2018        CARELLA, BYRNE, CECCHI, OLSTEIN,
                                BRODY & AGNELLO, P.C.

                              *s/ James E. Cecchi*
                              JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

- 2 -