# EXHIBIT B

## Certification of Proposed Lead Plaintiff

Dr. Saroor Alam ("Plaintiff") declares:

1. Plaintiff has reviewed the complaint in this class action alleging securities fraud.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this action or any other private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the securities of Riot Blockchain Inc. is attached hereto as Exhibit A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this certification.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2018.

_____
Saroor Alam

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 12/20/2017 | 1,400 | $35.00 |
| 12/22/2017 | 900 | $23.00 |
| 01/02/2018 | 1,000 | $27.70 |
| 01/02/2018 | 1,000 | $28.00 |
| 02/07/2018 | 3,000 | $15.50 |