# EXHIBIT C

Movant's Purchases and Losses — Case 3:18-cv-02293-GC-RLS   Document 10-5   Filed 04/18/18   Page 2 of 2 PageID: 147 — Riot Blockchain

Class Period: 10/04/2017 - 02/15/2018

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Saroor Alam** | 12/20/2017 | 1,400 | $35.00 | $49,000.00 | held | 7,300 | $8.42 | $61,487.37 | |
| | 12/22/2017 | 900 | $23.00 | $20,700.00 | | | | | |
| | 01/02/2018 | 1,000 | $27.70 | $27,700.00 | | | | | |
| | 01/02/2018 | 1,000 | $28.00 | $28,000.00 | | | | | |
| | 02/07/2018 | 3,000 | $15.50 | $46,500.00 | | | | | |
| **Movant's Total** | | **7,300** | | **$171,900.00** | | **7,300** | | **$61,487.37** | **($110,412.63)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $8.42 as of April 17, 2018 for common stock.