CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

*Proposed Liaison Counsel*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:18-cv-02293-FLW-TJB |

**[PROPOSED] ORDER APPOINTING SAROOR ALAM
AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi Olstein, Brody & Agnello, P.C. and Robbins Geller Rudman & Dowd LLP, attorneys for proposed Lead Plaintiff Saroor Alam and the Court having read the parties' papers and good cause appearing

IT IS THIS ____ day of _____, 2018

ORDERED as follows:

1. Saroor Alam is hereby appointed Lead Plaintiff for the Class pursuant to the Private Securities Litigation Reform Act of 1995;

2. Robbins Geller Rudman & Dowd LLP is hereby appointed Lead Counsel; and

3. Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. is hereby appointed Liaison Counsel.

                                                   FREDA L. WOLFSON, U.S.D.J.