Michael B. Eisenkraft
ID: 016532004
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: meisenkraft@cohenmilstein.com

*Counsel for Movants and*
*Proposed Co-Lead Counsel for the Class*

(Additional counsel listed on signature page)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC., F/K/A BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | 3:18-cv-02293<br><br>**NOTICE OF MOTION AND MOTION OF THE RIOT INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the District of New Jersey, Kevin Ezell, Frank J. Kosarek, the Francis Kosarek Jr. Trust, Ben Hughes, Sue Hughes, and Lawrence Handler (collectively, the "Riot Investor Group") will respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (i) appointing the Riot Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the publicly traded securities of Riot Blockchain, Inc. from November 13, 2017 through February

15, 2018, inclusive; and (ii) approving Lead Plaintiff's selection of Pomerantz LLP and Cohen Milstein Sellers & Toll PLLC as Co-Lead Counsel for the Class.

In support of this Motion, the Group submits a Memorandum of Law, the Declaration of Michael B. Eisenkraft filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Dated: April 18, 2018

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

/s/ Michael B. Eisenkraft
Michael B. Eisenkraft
ID: 016532004
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: meisenkraft@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
S. Douglas Bunch
1100 New York Avenue N.W., Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
Email: dbunch@cohenmilstein.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Movants and*
*Proposed Co-Lead Counsel for the Class*

3

## **CERTIFICATE OF SERVICE**

I, Michael B. Eisenkraft, counsel for Riot Investor Group and Proposed Co-Lead Counsel for the Class, certify that on this 18th day of April, 2018, I electronically filed the foregoing using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Michael B. Eisenkraft*
Michael B. Eisenkraft