Michael B. Eisenkraft
ID: 016532004
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: meisenkraft@cohenmilstein.com

*Counsel for Movants and*
*Proposed Co-Lead Counsel for the Class*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>         v.<br><br>RIOT BLOCKCHAIN, INC., F/K/A BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>                              Defendants. | 3:18-cv-02293<br><br>**DECLARATION OF MICHAEL B. EISENKRAFT IN SUPPORT OF MOTION OF THE RIOT INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Michael B. Eisenkraft, declare:

1. I am a partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), counsel for Kevin Ezell, Frank J. Kosarek, the Francis Kosarek Jr. Trust, Ben Hughes, Sue Hughes, and Lawrence Handler (collectively, the "Riot Investor Group"). I make this Declaration in support of the Riot Investor Group's motion for appointment as Lead Plaintiff and approval of the Riot Investor Group's selection of Pomerantz LLP ("Pomerantz") and Cohen Milstein as Co-Lead Counsel for the Class.

2. Attached hereto as Exhibit A is a true and correct copy of the press release announcing the pendency of the above-captioned action, published on February 17, 2018.

3. Attached hereto collectively as Exhibit B are true and correct copies of shareholder certifications executed by the members of the Riot Investor Group.

4.	Attached hereto as Exhibit C is a true and correct copy of a chart detailing the losses of the Riot Investor Group in connection with the securities at issue in this litigation.

5.	Attached hereto as Exhibit D is a true and correct copy of the Joint Declaration executed by members of the Riot Investor Group.

6.	Attached hereto as Exhibit E is a true and correct copy of the firm resume for Pomerantz.

7.	Attached hereto as Exhibit F is a true and correct copy of the firm resume for Cohen Milstein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 18th day of April, 2018, at New York, New York.

*/s/ Michael B. Eisenkraft*
Michael B. Eisenkraft