# EXHIBIT A

38.88.255.149



# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Riot Blockchain, Inc. - RIOT

February 17, 2018 10:04 AM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Riot Blockchain, Inc. (NASDAQ: RIOT) from November 13, 2017 through February 15, 2018, both dates inclusive ("Class Period"). The lawsuit seeks to recover damages for Riot Blockchain investors under the federal securities laws.

To join the Riot Blockchain class action, go to http://www.rosenlegal.com/cases-1296.html or call Phillip Kim, Esq. or Daniel Sadeh, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or dsadeh@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. YOU MAY RETAIN COUNSEL OF YOUR CHOICE.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Riot's principle executive offices were not in Colorado, but rather in Florida in the same location as a large, influential shareholder, Barry C. Honig who had a previous working relationship with Defendant O'Rouke; (2) Riot never intended to hold its Annual General Meetings scheduled for December 28, 2017 and February 1, 2018; and (3) as a result, Defendants' statements about Riot's business, operations and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 18, 2018. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-1296.html to join the class action. You may also contact Phillip Kim or Daniel Sadeh of Rosen Law Firm toll free at 866-767-3653 or via email at pkim@rosenlegal.com or dsadeh@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Since 2014, Rosen Law Firm has been ranked #2 in the nation by Institutional Shareholder Services for the number of securities class action settlements annually obtained for investors.

## Contacts

The Rosen Law Firm, P.A.

Laurence Rosen, Esq.

Phillip Kim, Esq.

Daniel Sadeh, Esq.

275 Madison Avenue, 34th Floor

New York, NY 10016

Tel: 212-686-1060

Toll Free: 866-767-3653

Fax: 212-202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

dsadeh@rosenlegal.com

www.rosenlegal.com


Social Media Profiles

Rosen Law Firm on Twitter

Rosen Law Firm on LinkedIn