# EXHIBIT B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, the undersigned Trustee of the Francis Kosarek Jr. Trust (the "Trust"), make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Riot Blockchain, Inc. ("Riot" or the "Company") and, authorize the filing of a motion on the Trust's behalf for appointment as lead plaintiff.

3. The Trust did not purchase or acquire Riot securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. The Trust is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Riot securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of the Trust's transactions in Riot securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, the Trust has not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. The Trust agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. We declare under penalty of perjury that the foregoing is true and correct.

Executed March 26, 2018
       (Date)

_____
(Entity Name)

_____
(Signature)

Frank J. Kosarek
(Type or Print Name)

**RIOT BLOCKCHAIN, INC. (f/k/a BIOPTIX, INC.)**         Francis Kosarek Jr. Trust

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---:|---:|
| 11/27/2017 | Purchase | 100 | $15.8000 |
| 11/27/2017 | Purchase | 9,421 | $15.7800 |
| 11/27/2017 | Purchase | 479 | $15.7750 |
| 12/4/2017 | Purchase | 5,600 | $15.7000 |
| 12/4/2017 | Purchase | 2,000 | $15.6990 |
| 12/4/2017 | Purchase | 1,500 | $15.6900 |
| 12/4/2017 | Purchase | 400 | $15.6800 |
| 12/4/2017 | Purchase | 400 | $15.6700 |
| 12/4/2017 | Purchase | 100 | $15.6600 |
| 12/11/2017 | Purchase | 9,900 | $20.4300 |
| 12/11/2017 | Purchase | 100 | $20.4000 |
| 12/11/2017 | Purchase | 10,000 | $21.6700 |
| 12/11/2017 | Purchase | 4,200 | $23.1000 |
| 12/19/2017 | Purchase | 6,500 | $39.4400 |
| 11/28/2017 | Sale | 300 | $16.1700 |
| 11/28/2017 | Sale | 59 | $16.1500 |
| 11/28/2017 | Sale | 310 | $16.1000 |
| 11/28/2017 | Sale | 443 | $16.0900 |
| 11/28/2017 | Sale | 1,250 | $16.0800 |
| 11/28/2017 | Sale | 100 | $16.0700 |
| 11/28/2017 | Sale | 2,000 | $16.0500 |
| 11/28/2017 | Sale | 250 | $16.0200 |
| 11/28/2017 | Sale | 5,288 | $16.0100 |
| 12/8/2017 | Sale | 300 | $15.9100 |
| 12/8/2017 | Sale | 1,200 | $15.9000 |
| 12/8/2017 | Sale | 225 | $15.8900 |
| 12/8/2017 | Sale | 1,100 | $15.8700 |
| 12/8/2017 | Sale | 7,175 | $15.8500 |
| 12/11/2017 | Sale | 10,000 | $20.9800 |
| 12/11/2017 | Sale | 100 | $22.2800 |
| 12/11/2017 | Sale | 200 | $22.2700 |
| 12/11/2017 | Sale | 900 | $22.2600 |
| 12/11/2017 | Sale | 542 | $22.2500 |
| 12/11/2017 | Sale | 8,258 | $22.2200 |
| 12/11/2017 | Sale | 1,195 | $23.4401 |
| 12/11/2017 | Sale | 3,005 | $23.4300 |
| 12/26/2017 | Sale | 2,000 | $30.2700 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, **Frank J. Kosarek** _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Riot Blockchain, Inc. ("Riot" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire Riot securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Riot securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Riot securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

**Executed** <u>March 26, 2018</u>
               **(Date)**

_____
               **(Signature)**

Frank J. Kosarek
       **(Type or Print Name)**

**RIOT BLOCKCHAIN, INC. (f/k/a BIOPTIX, INC.)**                                    **Kosarek, Frank, J.**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---:|---:|
| 11/22/2017 | Purchase | 250 | $13.4900 |
| 11/22/2017 | Purchase | 1,897 | $13.4900 |
| 11/22/2017 | Purchase | 10,000 | $14.7600 |
| 11/27/2017 | Purchase | 10,000 | $16.2000 |
| 12/4/2017 | Purchase | 3,663 | $15.5200 |
| 12/4/2017 | Purchase | 300 | $15.5000 |
| 12/4/2017 | Purchase | 200 | $15.4900 |
| 12/4/2017 | Purchase | 100 | $15.4800 |
| 12/4/2017 | Purchase | 82 | $15.4750 |
| 12/4/2017 | Purchase | 7,905 | $15.1500 |
| 12/4/2017 | Purchase | 95 | $15.1400 |
| 12/11/2017 | Purchase | 3,500 | $21.1400 |
| 12/12/2017 | Purchase | 3,300 | $30.4500 |
| 12/19/2017 | Purchase | 4,900 | $41.8572 |
| 11/22/2017 | Sale | 2,147 | $13.8000 |
| 11/22/2017 | Sale | 300 | $15.0500 |
| 11/22/2017 | Sale | 200 | $15.0400 |
| 11/22/2017 | Sale | 200 | $15.0300 |
| 11/22/2017 | Sale | 400 | $15.0200 |
| 11/22/2017 | Sale | 8,900 | $15.0000 |
| 11/27/2017 | Sale | 10,000 | $18.1100 |
| 12/8/2017 | Sale | 6,345 | $15.9000 |
| 12/11/2017 | Sale | 6,000 | $19.1000 |
| 12/11/2017 | Sale | 360 | $22.3134 |
| 12/11/2017 | Sale | 400 | $22.2900 |
| 12/11/2017 | Sale | 800 | $22.2800 |
| 12/11/2017 | Sale | 682 | $22.2700 |
| 12/11/2017 | Sale | 523 | $22.2600 |
| 12/11/2017 | Sale | 735 | $22.2500 |
| 12/12/2017 | Sale | 3,300 | $30.8100 |

**Submission Date**

2018-03-22 11:27:51

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Riot Blockchain, Inc. ("Riot" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Riot securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Riot securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Riot securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

# Name

**Print Name**

Kevin Ezell

# Acquisitions

**Configurable list (if none enter none)**

| Date Acquired | Number of Shares Acquired | Price per Share Acquired |
|---|---|---|
| 12/18/17 | 5700 | 36.9580 |
| 12/18/17 | 325 | 42.6000 |

# Sales

# Documents & Message

**Upload your brokerage statements showing your individual purchase and sale orders.**



**Signature**



**Full Name**

Kevin Ezell



By clicking on the Submit button below, I intend to sign and execute this agreement and retain Bronstein, Gewirtz & Grossman, LLC and associated counsel to proceed on Plaintiff's behalf, on a contingent fee basis.

**RIOT BLOCKCHAIN, INC. (f/k/a BIOPTIX, INC.)**                                    **Ezell, Kevin**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 12/18/2017 | Purchase | 5,700 | $36.9580 |
| 12/18/2017 | Purchase | 325 | $42.6000 |

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Ben Hughes, ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a class action complaint asserting securities claims against Riot Blockchain, Inc., and wish to join as a plaintiff retaining Cohen Milstein Sellers & Toll PLLC as my counsel.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Riot Blockchain, Inc. ("RIOT") during the Period of October 4, 2017 through February 15, 2018 are listed in their entirety in the attachment to this form.

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action under the federal securities laws except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2018.

**RIOT BLOCKCHAIN, INC. (f/k/a BIOPTIX, INC.)**　　　　　　　　　　　　　　　　　**Hughes, Ben**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 12/19/2017 | Purchase | 57 | $38.0000 |
| 12/19/2017 | Purchase | 100 | $38.0000 |
| 12/19/2017 | Purchase | 275 | $38.0000 |
| 12/19/2017 | Purchase | 93 | $38.0000 |
| 12/21/2017 | Purchase | 489 | $28.5100 |
| 12/21/2017 | Purchase | 11 | $28.5100 |
| 1/3/2018 | Purchase | 800 | $24.7135 |
| 1/3/2018 | Purchase | 50 | $24.7152 |
| 1/3/2018 | Purchase | 100 | $24.7152 |
| 1/3/2018 | Purchase | 50 | $24.7152 |
| 1/3/2018 | Purchase | 66 | $24.7152 |
| 1/3/2018 | Purchase | 66 | $24.7152 |
| 1/3/2018 | Purchase | 50 | $24.7152 |
| 1/3/2018 | Purchase | 98 | $24.7152 |
| 1/3/2018 | Purchase | 100 | $24.7152 |
| 1/11/2018 | Purchase | 100 | $21.0000 |
| 1/11/2018 | Purchase | 250 | $21.0000 |
| 1/16/2018 | Purchase | 150 | $19.2000 |
| 1/16/2018 | Purchase | 400 | $19.2000 |
| 1/16/2018 | Purchase | 150 | $19.2000 |
| 2/5/2018 | Purchase | 1 | $11.3300 |
| 2/5/2018 | Purchase | 59 | $11.3300 |

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Sue Hughes, ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a class action complaint asserting securities claims against Riot Blockchain, Inc., and wish to join as a plaintiff retaining Cohen Milstein Sellers & Toll PLLC as my counsel.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Riot Blockchain, Inc. ("RIOT") during the Period of October 4, 2017 through February 15, 2018 are listed in their entirety in the attachment to this form.

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action under the federal securities laws except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2018.

*Sue Ann Hughes*

**RIOT BLOCKCHAIN, INC. (f/k/a BIOPTIX, INC.)**  **Hughes, Sue**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 12/19/2017 | Purchase | 1,000 | $42.5000 |
| 12/19/2017 | Purchase | 482 | $41.0000 |
| 12/19/2017 | Purchase | 518 | $41.0000 |

**Submission Date**

2018-04-16 14:18:15

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.   I  make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Riot Blockchain, Inc. ("Riot" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire Riot securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Riot securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Riot securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

## Name

**Print Name**

lawrence handler

## Acquisitions

**Configurable list (if none enter none)**

| Date Acquired | Number of Shares Acquired | Price per Share Acquired |
|---|---|---|
| see confirmation e mailed | | |

## Sales

**Configurable list (if none enter none)**

| Date Sold | Number of Shares Sold | Price per Share Sold |
|---|---|---|
| not sold | | |

## Documents & Message

**Signature**



**Full Name**

lawrence   handler


(redacted)

**RIOT BLOCKCHAIN, INC. (f/k/a BIOPTIX, INC.)**                                    **Handler, Lawrence, J.**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---:|---:|
| 12/19/2017 | Purchase | 1,000 | $42.5000 |
| 12/19/2017 | Purchase | 482 | $41.0000 |
| 12/19/2017 | Purchase | 518 | $41.0000 |