# EXHIBIT C

**RIOT BLOCKCHAIN, INC. (f/k/a BIOPTIX, INC.)**
**CLASS PERIOD: NOV 13 2017 to FEB 15 2018**
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 47-Day* Mean Price $8.4229 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kosarek Family** | | | | | | | | | | | |
| Francis Kosarek Jr. Trust | 11/27/2017 | 100 | $15.8000 | ($1,580) | 11/28/2017 | (300) | $16.1700 | $4,851 | | | |
| Francis Kosarek Jr. Trust | 11/27/2017 | 9,421 | $15.7800 | ($148,663) | 11/28/2017 | (59) | $16.1500 | $953 | | | |
| Francis Kosarek Jr. Trust | 11/27/2017 | 479 | $15.7750 | ($7,556) | 11/28/2017 | (310) | $16.1000 | $4,991 | | | |
| Francis Kosarek Jr. Trust | 12/4/2017 | 5,600 | $15.7000 | ($87,920) | 11/28/2017 | (443) | $16.0900 | $7,128 | | | |
| Francis Kosarek Jr. Trust | 12/4/2017 | 2,000 | $15.6990 | ($31,398) | 11/28/2017 | (1,250) | $16.0800 | $20,100 | | | |
| Francis Kosarek Jr. Trust | 12/4/2017 | 1,500 | $15.6900 | ($23,535) | 11/28/2017 | (100) | $16.0700 | $1,607 | | | |
| Francis Kosarek Jr. Trust | 12/4/2017 | 400 | $15.6800 | ($6,272) | 11/28/2017 | (2,000) | $16.0500 | $32,100 | | | |
| Francis Kosarek Jr. Trust | 12/4/2017 | 400 | $15.6700 | ($6,268) | 11/28/2017 | (250) | $16.0200 | $4,005 | | | |
| Francis Kosarek Jr. Trust | 12/4/2017 | 100 | $15.6600 | ($1,566) | 11/28/2017 | (5,288) | $16.0100 | $84,661 | | | |
| Francis Kosarek Jr. Trust | 12/11/2017 | 9,900 | $20.4300 | ($202,257) | 12/8/2017 | (300) | $15.9100 | $4,773 | | | |
| Francis Kosarek Jr. Trust | 12/11/2017 | 100 | $20.4000 | ($2,040) | 12/8/2017 | (1,200) | $15.9000 | $19,080 | | | |
| Francis Kosarek Jr. Trust | 12/11/2017 | 10,000 | $21.6700 | ($216,700) | 12/8/2017 | (225) | $15.8900 | $3,575 | | | |
| Francis Kosarek Jr. Trust | 12/11/2017 | 4,200 | $23.1000 | ($97,020) | 12/8/2017 | (1,100) | $15.8700 | $17,457 | | | |
| Francis Kosarek Jr. Trust | 12/19/2017 | 6,500 | $39.4400 | ($256,360) | 12/8/2017 | (7,175) | $15.8500 | $113,724 | | | |
| Francis Kosarek Jr. Trust | | | | | 12/11/2017 | (10,000) | $20.9800 | $209,800 | | | |
| Francis Kosarek Jr. Trust | | | | | 12/11/2017 | (100) | $22.2800 | $2,228 | | | |
| Francis Kosarek Jr. Trust | | | | | 12/11/2017 | (200) | $22.2700 | $4,454 | | | |
| Francis Kosarek Jr. Trust | | | | | 12/11/2017 | (900) | $22.2600 | $20,034 | | | |
| Francis Kosarek Jr. Trust | | | | | 12/11/2017 | (542) | $22.2500 | $12,060 | | | |
| Francis Kosarek Jr. Trust | | | | | 12/11/2017 | (8,258) | $22.2200 | $183,493 | | | |
| Francis Kosarek Jr. Trust | | | | | 12/11/2017 | (1,195) | $23.4401 | $28,011 | | | |
| Francis Kosarek Jr. Trust | | | | | 12/11/2017 | (3,005) | $23.4300 | $70,407 | | | |
| Francis Kosarek Jr. Trust | | | | | 12/26/2017 | (2,000) | $30.2700 | $60,540 | | | |
| **Francis Kosarek Jr. Trust** | | **50,700** | | **($1,089,136)** | | **(46,200)** | | **$910,031** | **4,500** | **$37,903** | **($141,202)** |
| Kosarek, Frank, J. | 11/22/2017 | 250 | $13.4900 | ($3,373) | 11/22/2017 | (2,147) | $13.8000 | $29,629 | | | |
| Kosarek, Frank, J. | 11/22/2017 | 1,897 | $13.4900 | ($25,591) | 11/22/2017 | (300) | $15.0500 | $4,515 | | | |
| Kosarek, Frank, J. | 11/22/2017 | 10,000 | $14.7600 | ($147,600) | 11/22/2017 | (200) | $15.0400 | $3,008 | | | |
| Kosarek, Frank, J. | 11/27/2017 | 10,000 | $16.2000 | ($162,000) | 11/22/2017 | (200) | $15.0300 | $3,006 | | | |
| Kosarek, Frank, J. | 12/4/2017 | 3,663 | $15.5200 | ($56,850) | 11/22/2017 | (400) | $15.0200 | $6,008 | | | |
| Kosarek, Frank, J. | 12/4/2017 | 300 | $15.5000 | ($4,650) | 11/22/2017 | (8,900) | $15.0000 | $133,500 | | | |
| Kosarek, Frank, J. | 12/4/2017 | 200 | $15.4900 | ($3,098) | 11/27/2017 | (10,000) | $18.1100 | $181,100 | | | |
| Kosarek, Frank, J. | 12/4/2017 | 100 | $15.4800 | ($1,548) | 12/8/2017 | (6,345) | $15.9000 | $100,886 | | | |
| Kosarek, Frank, J. | 12/4/2017 | 82 | $15.4750 | ($1,269) | 12/11/2017 | (6,000) | $19.1000 | $114,600 | | | |
| Kosarek, Frank, J. | 12/4/2017 | 7,905 | $15.1500 | ($119,761) | 12/11/2017 | (360) | $22.3134 | $8,033 | | | |
| Kosarek, Frank, J. | 12/4/2017 | 95 | $15.1400 | ($1,438) | 12/11/2017 | (400) | $22.2900 | $8,916 | | | |
| Kosarek, Frank, J. | 12/11/2017 | 3,500 | $21.1400 | ($73,990) | 12/11/2017 | (800) | $22.2800 | $17,824 | | | |
| Kosarek, Frank, J. | 12/12/2017 | 3,300 | $30.4500 | ($100,485) | 12/11/2017 | (682) | $22.2700 | $15,188 | | | |
| Kosarek, Frank, J. | 12/19/2017 | 4,900 | $41.8572 | ($205,100) | 12/11/2017 | (523) | $22.2600 | $11,642 | | | |
| Kosarek, Frank, J. | | | | | 12/11/2017 | (735) | $22.2500 | $16,354 | | | |
| Kosarek, Frank, J. | | | | | 12/12/2017 | (3,300) | $30.8100 | $101,673 | | | |
| **Kosarek, Frank, J.** | | **46,192** | | **($906,752)** | | **(41,292)** | | **$755,881** | **4,900** | **$41,272** | **($109,599)** |
| **Kosarek Family** | | **96,892** | | **($1,995,888)** | | **(87,492)** | | **$1,665,912** | **9,400** | | **($250,800)** |

*Avg Closing Prices from Feb 16 to Apr 17

Page 1 of 2

**RIOT BLOCKCHAIN, INC. (f/k/a BIOPTIX, INC.)**
**CLASS PERIOD: NOV 13 2017 to FEB 15 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 47-Day* Mean Price $8.4229 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ezell, Kevin | 12/18/2017 | 5,700 | $36.9580 | ($210,661) | | | | | | | |
| Ezell, Kevin | 12/18/2017 | 325 | $42.6000 | ($13,845) | | | | | | | |
| **Ezell, Kevin** | | **6,025** | | **($224,506)** | | | | | **6,025** | **$50,748** | **($173,757)** |
| Hughes, Ben | 12/19/2017 | 57 | $38.0000 | ($2,166) | | | | | | | |
| Hughes, Ben | 12/19/2017 | 100 | $38.0000 | ($3,800) | | | | | | | |
| Hughes, Ben | 12/19/2017 | 275 | $38.0000 | ($10,450) | | | | | | | |
| Hughes, Ben | 12/19/2017 | 93 | $38.0000 | ($3,534) | | | | | | | |
| Hughes, Ben | 12/21/2017 | 489 | $28.5100 | ($13,941) | | | | | | | |
| Hughes, Ben | 12/21/2017 | 11 | $28.5100 | ($314) | | | | | | | |
| Hughes, Ben | 1/3/2018 | 800 | $24.7135 | ($19,771) | | | | | | | |
| Hughes, Ben | 1/3/2018 | 50 | $24.7152 | ($1,236) | | | | | | | |
| Hughes, Ben | 1/3/2018 | 100 | $24.7152 | ($2,472) | | | | | | | |
| Hughes, Ben | 1/3/2018 | 50 | $24.7152 | ($1,236) | | | | | | | |
| Hughes, Ben | 1/3/2018 | 66 | $24.7152 | ($1,631) | | | | | | | |
| Hughes, Ben | 1/3/2018 | 66 | $24.7152 | ($1,631) | | | | | | | |
| Hughes, Ben | 1/3/2018 | 50 | $24.7152 | ($1,236) | | | | | | | |
| Hughes, Ben | 1/3/2018 | 98 | $24.7152 | ($2,422) | | | | | | | |
| Hughes, Ben | 1/3/2018 | 100 | $24.7152 | ($2,472) | | | | | | | |
| Hughes, Ben | 1/11/2018 | 100 | $21.0000 | ($2,100) | | | | | | | |
| Hughes, Ben | 1/11/2018 | 250 | $21.0000 | ($5,250) | | | | | | | |
| Hughes, Ben | 1/16/2018 | 150 | $19.2000 | ($2,880) | | | | | | | |
| Hughes, Ben | 1/16/2018 | 400 | $19.2000 | ($7,680) | | | | | | | |
| Hughes, Ben | 1/16/2018 | 150 | $19.2000 | ($2,880) | | | | | | | |
| Hughes, Ben | 2/5/2018 | 1 | $11.3300 | ($11) | | | | | | | |
| Hughes, Ben | 2/5/2018 | 59 | $11.3300 | ($668) | | | | | | | |
| **Hughes, Ben** | | **3,515** | | **($89,780)** | | | | | **3,515** | **$29,607** | **($60,174)** |
| Hughes, Sue | 12/19/2017 | 1,000 | $42.5000 | ($42,500) | | | | | | | |
| Hughes, Sue | 12/19/2017 | 482 | $41.0000 | ($19,762) | | | | | | | |
| Hughes, Sue | 12/19/2017 | 518 | $41.0000 | ($21,238) | | | | | | | |
| **Hughes, Sue** | | **2,000** | | **($83,500)** | | | | | **2,000** | **$16,846** | **($66,654)** |
| **Handler, Lawrence, J.** | 12/19/2017 | 3,000 | $39.0000 | ($117,000) | | | | | 3,000 | $25,269 | ($91,731) |
| **Summary** | | | | | | | | | | | |
| Kosarek Family | | 96,892 | | ($1,995,888) | | (87,492) | | $1,665,912 | 9,400 | | ($250,800) |
| Ezell, Kevin | | 6,025 | | ($224,506) | | | | | 6,025 | | ($173,757) |
| Hughes, Ben | | 3,515 | | ($89,780) | | | | | 3,515 | | ($60,174) |
| Hughes, Sue | | 2,000 | | ($83,500) | | | | | 2,000 | | ($66,654) |
| Handler, Lawrence, J. | | 3,000 | | ($117,000) | | | | | 3,000 | | ($91,731) |
| **Total** | | **111,432** | | **($2,510,674)** | | **(87,492)** | | **$1,665,912** | **23,940** | | **($643,117)** |

*Avg Closing Prices from Feb 16 to Apr 17

Page 2 of 2