**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O' ROURKE, and JEFFREY G. MCGONEGAL,<br><br>　　Defendants. | No.: 3:18-cv-02293-FLW-TJB<br><br>**NOTICE OF MOTION OF SIMON LEE, BRYAN SIEGEL AND VIVEK SINGHAL TO: (1) APPOINT LEAD PLAINTIFFS; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**MOTION DATE: May 21, 2018** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiffs Simon Lee, Bryan Siegel, and Vivek Singhal ("Movants"), hereby move the Honorable Freda L. Wolfson, United States District Judge, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an order:

1

(a)    appointing Movants to serve as Lead Plaintiffs in this action; and

(b)    approving their selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movants submit: (1) the Declaration of Laurence Rosen dated April 18, 2018 (with exhibits); (2) Memorandum of Law in support of Motion dated April 18, 2018; and (3) a [Proposed] Order.

Dated: April 18, 2018                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         _____/s/ Laurence Rosen_____
                                         Laurence M. Rosen, Esq.
                                         609 W. South Orange Avenue, Suite 2P
                                         South Orange, NJ 07079
                                         Telephone: (973) 313-1887
                                         Fax: (973) 833-0399
                                         lrosen@rosenlegal.com

                                         [Proposed] Lead Counsel for Plaintiffs and
                                         Class

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of April, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Laurence M. Rosen