**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O' ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | No.: 3:18-cv-02293-FLW-TJB<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF SIMON LEE, BRYAN SIEGEL AND VIVEK SINGHAL TO: (1) APPOINT LEAD PLAINTIFFS; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**MOTION DATE: May 21, 2018** |

## <u>DECLARATION OF LAURENCE M. ROSEN</u>

I, Laurence M. Rosen hereby declare under penalty of perjury:

    1.    I am the managing attorney of The Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I am also admitted to bars of New York, Florida, and California. I make

this Declaration in support of the Motion of Plaintiffs Simon Lee, Bryan Siegel, and Vivek Singhal ("Movants") to be appointed as Lead Plaintiffs, and for approval of The Rosen Law Firm, P.A. to serve as Lead Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice disseminated on a national financial wire service by The Rosen Law Firm, P.A.

3. Attached hereto as Exhibit 2 is a true and correct copy of Movants' PSLRA certifications.

4. Attached hereto as Exhibit 3 is a true and correct copy of Movants' loss chart.

5. Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of The Rosen Law Firm, P.A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

South Orange, New Jersey

Executed: April 18, 2018                    /s/ Laurence Rosen
                                                                                  Laurence Rosen

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of April 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                    /s/ Laurence M. Rosen