# EXHIBIT 2

Certification Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the Plaintiff) authorizes the filing of an action under the federal securities laws to recover damages and to seek other relief against Riot Blockchain, Inc. on a contingent fee basis, not to exceed one-third of the recovery, subject to Court approval. The Retention Agreement provided to the Plaintiff is incorporated by reference.

| | |
|---|---|
| **Case Name:** | Riot Blockchain, Inc. |
| **First name:** | Simon |
| **Middle initial:** | S |
| **Last name:** | Lee |
| **Address:** | REDACTED |
| **City:** | REDACTED |
| **State:** | REDACTED |
| **Zip:** | REDACTED |
| **Country:** | REDACTED |
| **Facsimile:** | |
| **Phone:** | REDACTED |
| **Email:** | REDACTED |
| **Employee:** | No |

Plaintiff certifies that

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiffs counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Purchases:

| Purchases | Buy Date | of Shares | Price per Share |
|---|---|---|---|
| | | | |

Sales:

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:   Yes

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States

Date of signing: 2018/02/24



SCHEDULE
Simon Lee Transactions
Riot Blockchain Inc.

| Date Purchased | Shares | Price per share |
|---|---|---|
| 11/22/2017 | 382 | $ 11.91 |
| 11/22/2017 | 100 | $ 11.91 |
| 11/22/2017 | 100 | $ 11.91 |
| 11/22/2017 | 418 | $ 11.90 |
| 11/22/2017 | 1000 | $ 11.85 |
| 11/22/2017 | 1000 | $ 11.84 |
| 11/22/2017 | 1000 | $ 11.82 |
| 11/22/2017 | 1000 | $ 11.68 |
| 11/22/2017 | 500 | $ 11.50 |
| 11/22/2017 | 500 | $ 13.79 |
| 11/24/2017 | 1500 | $ 18.50 |
| 11/24/2017 | 1009 | $ 18.50 |
| 11/24/2017 | 891 | $ 19.98 |
| 11/24/2017 | 100 | $ 19.97 |
| 11/24/2017 | 1000 | $ 19.85 |
| 11/24/2017 | 1000 | $ 19.80 |
| 11/27/2017 | 100 | $ 17.14 |
| 11/27/2017 | 600 | $ 17.36 |
| 11/27/2017 | 300 | $ 17.35 |
| 11/27/2017 | 500 | $ 17.83 |
| 11/27/2017 | 500 | $ 17.75 |
| 11/27/2017 | 500 | $ 17.45 |
| 11/27/2017 | 500 | $ 17.35 |
| 11/27/2017 | 500 | $ 16.50 |
| 11/27/2017 | 500 | $ 16.40 |
| 11/27/2017 | 500 | $ 16.40 |
| 11/27/2017 | 500 | $ 15.90 |
| 11/27/2017 | 500 | $ 15.78 |
| 11/27/2017 | 500 | $ 15.74 |
| 11/29/2017 | 1000 | $ 15.59 |
| 11/29/2017 | 1000 | $ 15.55 |
| 11/29/2017 | 1000 | $ 15.50 |
| 11/29/2017 | 1000 | $ 14.70 |
| 12/4/2017 | 1000 | $ 15.65 |
| 12/4/2017 | 1000 | $ 15.60 |
| 12/4/2017 | 1000 | $ 15.55 |
| 12/4/2017 | 1000 | $ 15.95 |

| Date | Quantity | Price |
|---|---|---|
| 12/4/2017 | 1000 | $ 15.89 |
| 12/4/2017 | 1000 | $ 15.80 |
| 12/4/2017 | 1000 | $ 15.75 |
| 12/4/2017 | 1000 | $ 15.80 |
| 12/5/2017 | 1000 | $ 14.74 |
| 12/5/2017 | 1000 | $ 14.25 |
| 12/13/2017 | 1000 | $ 24.20 |
| 12/13/2017 | 1000 | $ 24.20 |
| 12/13/2017 | 600 | $ 24.20 |
| 12/13/2017 | 1000 | $ 24.20 |
| 12/13/2017 | 1000 | $ 24.20 |
| 12/13/2017 | 77 | $ 23.86 |
| 12/13/2017 | 100 | $ 23.81 |
| 12/13/2017 | 300 | $ 23.80 |
| 12/13/2017 | 60 | $ 23.69 |
| 12/13/2017 | 419 | $ 23.65 |
| 12/13/2017 | 44 | $ 23.64 |
| 12/13/2017 | 844 | $ 24.00 |
| 12/13/2017 | 156 | $ 23.64 |
| 12/13/2017 | 1000 | $ 24.00 |
| 12/13/2017 | 1000 | $ 24.40 |
| 12/13/2017 | 1000 | $ 24.30 |
| 12/13/2017 | 1000 | $ 25.80 |
| 12/13/2017 | 1000 | $ 25.80 |
| 12/13/2017 | 1000 | $ 24.20 |
| 12/13/2017 | 1000 | $ 24.20 |
| 12/13/2017 | 1000 | $ 24.10 |
| 12/13/2017 | 1000 | $ 24.00 |
| 12/13/2017 | 1000 | $ 23.50 |
| 12/13/2017 | 1000 | $ 23.35 |
| 12/13/2017 | 1000 | $ 23.10 |
| 12/13/2017 | 1000 | $ 23.35 |
| 12/13/2017 | 1000 | $ 23.00 |
| 12/19/2017 | 1500 | $ 38.84 |
| 12/19/2017 | 1000 | $ 38.35 |
| 12/19/2017 | 900 | $ 38.70 |
| 12/19/2017 | 100 | $ 38.69 |
| 12/19/2017 | 123 | $ 38.54 |
| 12/19/2017 | 877 | $ 38.54 |
| 12/20/2017 | 1000 | $ 38.21 |
| 12/20/2017 | 1000 | $ 38.00 |

| Date | Quantity | Price |
|---|---|---|
| 12/20/2017 | 2000 | $ 38.00 |
| 12/20/2017 | 1000 | $ 37.00 |
| 12/20/2017 | 1000 | $ 34.30 |
| 12/20/2017 | 1000 | $ 35.40 |
| 12/20/2017 | 1000 | $ 35.00 |
| 12/20/2017 | 500 | $ 35.96 |
| 12/22/2017 | 5000 | $ 24.50 |
| 12/22/2017 | 5000 | $ 24.80 |
| 12/22/2017 | 5000 | $ 24.52 |
| 12/27/2017 | 2500 | $ 30.50 |
| 12/27/2017 | 500 | $ 30.60 |
| 12/27/2017 | 1000 | $ 30.00 |
| 12/27/2017 | 1000 | $ 29.45 |
| 12/29/2017 | 100 | $ 28.42 |
| 12/29/2017 | 100 | $ 28.42 |
| 12/29/2017 | 100 | $ 28.42 |
| 12/29/2017 | 100 | $ 28.41 |
| 12/29/2017 | 400 | $ 28.41 |
| 12/29/2017 | 200 | $ 28.41 |
| 12/29/2017 | 1000 | $ 28.49 |
| 12/29/2017 | 1000 | $ 28.38 |
| 12/29/2017 | 1000 | $ 28.34 |
| 12/29/2017 | 1000 | $ 28.41 |
| 12/29/2017 | 1000 | $ 28.45 |
| 1/2/2018 | 500 | $ 26.98 |
| 1/2/2018 | 500 | $ 27.07 |
| 1/2/2018 | 800 | $ 27.44 |
| 1/2/2018 | 100 | $ 27.41 |
| 1/2/2018 | 100 | $ 27.41 |
| 1/2/2018 | 1000 | $ 27.57 |
| 1/2/2018 | 1000 | $ 28.06 |
| 1/2/2018 | 1000 | $ 27.50 |
| 1/2/2018 | 76 | $ 27.71 |
| 1/2/2018 | 700 | $ 27.71 |
| 1/2/2018 | 24 | $ 27.71 |
| 1/2/2018 | 100 | $ 27.70 |
| 1/2/2018 | 100 | $ 27.70 |
| 1/2/2018 | 1000 | $ 27.93 |
| 1/3/2018 | 1000 | $ 24.80 |
| 1/3/2018 | 500 | $ 25.00 |
| 1/3/2018 | 100 | $ 24.68 |

| | | | |
|---|---|---|---|
| 1/3/2018 | 20 | $ | 24.68 |
| 1/3/2018 | 100 | $ | 24.68 |
| 1/3/2018 | 280 | $ | 24.68 |
| 1/4/2018 | 1450 | $ | 25.15 |
| 1/4/2018 | 350 | $ | 25.14 |
| 1/4/2018 | 100 | $ | 25.12 |
| 1/4/2018 | 100 | $ | 25.11 |
| 1/4/2018 | 600 | $ | 25.15 |
| 1/4/2018 | 300 | $ | 25.14 |
| 1/4/2018 | 100 | $ | 25.14 |
| 1/4/2018 | 820 | $ | 25.29 |
| 1/4/2018 | 180 | $ | 25.27 |
| 1/4/2018 | 1000 | $ | 25.22 |
| 2/5/2018 | 1000 | $ | 11.20 |
| 2/8/2018 | 1000 | $ | 14.87 |
| 2/13/2018 | 1000 | $ | 15.65 |
| 2/14/2018 | 1000 | $ | 16.83 |
| 2/14/2018 | 1000 | $ | 16.75 |
| 2/14/2018 | 1000 | $ | 16.70 |
| 2/14/2018 | 800 | $ | 16.75 |
| 2/14/2018 | 200 | $ | 16.74 |
| 2/14/2018 | 1000 | $ | 16.70 |
| 2/14/2018 | 1000 | $ | 16.65 |
| 2/15/2018 | 1000 | $ | 16.85 |

| Date Sold | Shares | Price per Share |
|---|---|---|
| 11/17/2017 | 1000 | $ 8.65 |
| 11/17/2017 | 1000 | $ 8.70 |
| 11/17/2017 | 1000 | $ 8.75 |
| 11/20/2017 | 500 | $ 9.17 |
| 11/20/2017 | 500 | $ 9.15 |
| 11/22/2017 | 500 | $ 13.80 |
| 11/22/2017 | 500 | $ 14.00 |
| 11/22/2017 | 500 | $ 14.10 |
| 11/22/2017 | 500 | $ 14.15 |
| 11/22/2017 | 500 | $ 14.20 |
| 11/22/2017 | 500 | $ 14.25 |
| 11/22/2017 | 500 | $ 14.30 |
| 11/22/2017 | 500 | $ 14.35 |
| 11/22/2017 | 500 | $ 14.40 |
| 12/11/2017 | 1000 | $ 23.00 |
| 12/11/2017 | 1000 | $ 23.17 |
| 12/11/2017 | 1000 | $ 23.30 |
| 12/11/2017 | 1000 | $ 23.40 |
| 12/11/2017 | 1000 | $ 23.50 |
| 12/11/2017 | 1000 | $ 23.60 |
| 12/12/2017 | 25 | $ 30.41 |
| 12/12/2017 | 500 | $ 31.50 |
| 12/12/2017 | 75 | $ 31.60 |
| 12/12/2017 | 1000 | $ 32.00 |
| 12/12/2017 | 1000 | $ 32.15 |
| 12/12/2017 | 1000 | $ 32.30 |
| 12/12/2017 | 1000 | $ 32.40 |
| 12/12/2017 | 1000 | $ 32.50 |
| 12/15/2017 | 500 | $ 29.10 |
| 12/15/2017 | 500 | $ 29.15 |
| 12/15/2017 | 500 | $ 29.20 |
| 12/15/2017 | 500 | $ 29.25 |
| 12/15/2017 | 500 | $ 29.30 |
| 12/18/2017 | 500 | $ 33.55 |
| 12/18/2017 | 500 | $ 33.70 |
| 12/18/2017 | 500 | $ 33.85 |
| 12/18/2017 | 500 | $ 34.00 |
| 12/18/2017 | 500 | $ 34.15 |
| 12/18/2017 | 500 | $ 34.30 |
| 12/18/2017 | 500 | $ 34.45 |

| Date | Shares | Price |
|---:|---:|---:|
| 12/18/2017 | 500 | $ 34.60 |
| 12/18/2017 | 500 | $ 34.90 |
| 12/18/2017 | 500 | $ 35.15 |
| 12/18/2017 | 500 | $ 35.35 |
| 12/18/2017 | 500 | $ 35.45 |
| 12/18/2017 | 500 | $ 35.55 |
| 12/18/2017 | 500 | $ 35.65 |
| 12/18/2017 | 500 | $ 35.75 |
| 12/18/2017 | 500 | $ 35.85 |
| 12/18/2017 | 500 | $ 35.95 |
| 12/18/2017 | 500 | $ 35.75 |
| 12/18/2017 | 500 | $ 35.90 |
| 12/18/2017 | 500 | $ 36.05 |
| 12/18/2017 | 500 | $ 36.20 |
| 12/18/2017 | 500 | $ 36.30 |
| 12/18/2017 | 500 | $ 36.45 |
| 12/18/2017 | 500 | $ 36.60 |
| 12/22/2017 | 7500 | $ 22.39 |
| 12/22/2017 | 10000 | $ 22.39 |
| 1/16/2018 | 2000 | $ 18.11 |
| 1/16/2018 | 200 | $ 18.17 |
| 1/16/2018 | 600 | $ 18.16 |
| 1/16/2018 | 700 | $ 18.15 |
| 1/16/2018 | 100 | $ 18.16 |
| 1/16/2018 | 400 | $ 18.15 |
| 1/16/2018 | 1000 | $ 18.15 |
| 1/16/2018 | 50 | $ 18.17 |
| 1/16/2018 | 300 | $ 18.16 |
| 1/16/2018 | 650 | $ 18.16 |
| 1/16/2018 | 300 | $ 18.18 |
| 1/16/2018 | 250 | $ 18.17 |
| 1/16/2018 | 100 | $ 18.16 |
| 1/16/2018 | 350 | $ 18.16 |
| 1/16/2018 | 482 | $ 18.13 |
| 1/16/2018 | 500 | $ 18.08 |
| 1/16/2018 | 100 | $ 18.06 |
| 1/16/2018 | 383 | $ 18.05 |
| 1/31/2018 | 600 | $ 13.83 |
| 1/31/2018 | 935 | $ 13.81 |
| 1/31/2018 | 5000 | $ 13.82 |
| 2/1/2018 | 5000 | $ 12.25 |

| | | |
|---:|---:|---:|
| 2/1/2018 | 5000 | $ 12.30 |
| 2/1/2018 | 5000 | $ 12.35 |
| 2/1/2018 | 950 | $ 12.35 |
| 2/2/2018 | 50 | $ 12.62 |

DocuSign Envelope ID: 37CDD35F-3BA2-40D0-94B3-99650AEF8316

# SWORN CERTIFICATION OF PLAINTIFF
# RIOT BLOCKCHAIN INC. SECURITIES LITIGATION

I, Bryan Siegel, individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1. I have reviewed the previously filed complaint and authorize the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase Riot Blockchain, Inc. the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Riot Blockchain, Inc. during the class period set forth in the complaint are as follows:

   (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

|  |  |
|---|---|
| 4/18/2018 | DocuSigned by: *Bryan Siegel* — 8875ECA185CF4C6... |
| Date | Bryan Siegel |

341986.1

SCHEDULE
Bryan Siegel Transactions
Riot Blockchain Inc.

| Date Purchased | Shares | Price per share |
|---|---|---|
| 12/27/2017 | 5,328 | $30.50 |
| 12/27/2017 | 3,039 | $29.8716 |
| 12/27/2017 | 461 | $29.8500 |
| 12/27/2017 | 1,000 | $29.8509 |
| 12/27/2017 | 1,000 | $29.4420 |
| 12/27/2017 | 500 | $29.5499 |
| 12/27/2017 | 1,000 | $29.0990 |
| 12/27/2017 | 1,000 | $29.0900 |
| 12/27/2017 | 100 | $28.6400 |
| 12/27/2017 | 300 | $28.6300 |
| 12/27/2017 | 400 | $28.6200 |
| 12/27/2017 | 200 | $28.6070 |
| 12/27/2017 | 900 | $28.7240 |
| 12/27/2017 | 1,722 | $30.6500 |
| 12/27/2017 | 800 | $30.6499 |
| 12/27/2017 | 650 | $30.6375 |
| 12/27/2017 | 100 | $30.6360 |
| 12/27/2017 | 100 | $30.6350 |
| 12/27/2017 | 250 | $30.6300 |
| 12/27/2017 | 250 | $30.6200 |
| 12/27/2017 | 300 | $30.6000 |
| 1/8/2018 | 1,250 | $25.0000 |
| 1/8/2018 | 1,850 | $24.5500 |
| 1/18/2018 | 114 | $19.2244 |
| 1/18/2018 | 286 | $19.2200 |
| 1/18/2018 | 100 | $19.6000 |
| 1/18/2018 | 100 | $19.4000 |
| 1/18/2018 | 200 | $19.8500 |
| 1/22/2018 | 100 | $20.1600 |
| 1/23/2018 | 200 | $19.8800 |
| 2/7/2018 | 200 | $14.5998 |
| 2/7/2018 | 200 | $14.6340 |
| 2/7/2018 | 100 | $14.6548 |
| 2/7/2018 | 200 | $14.6150 |
| 2/7/2018 | 100 | $14.4444 |
| 2/8/2018 | 500 | $15.0500 |
| 2/8/2018 | 150 | $15.1448 |

| Date Sold | Shares | Price per Share |
|---|---|---|
| 1/10/2018 | 1,025 | $23.0515 |
| 1/10/2018 | 275 | $23.5140 |
| 1/17/2018 | 1,500 | $17.4597 |

Certification Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the Plaintiff) authorizes the filing of an action under the federal securities laws to recover damages and to seek other relief against Riot Blockchain, Inc. on a contingent fee basis, not to exceed one-third of the recovery, subject to Court approval. The Retention Agreement provided to the Plaintiff is incorporated by reference.

**Case Name:** Riot Blockchain, Inc.   REDACTED
**First name:** Vivek
**Middle initial:** K
**Last name:** Singhal
**Address:**
**City:**
**State:**
**Zip:**
**Country:**
**Facsimile:**
**Phone:**
**Email:**
**Employee:** No

Plaintiff certifies that

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiffs counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Purchases: See Attached

Sales:

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:   **Yes**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States

Date of signing:2018/03/01

SCHEDULE
Vivek Singhal Transactions
Riot Blockchain Inc.

| Common stock | | |
|---|---|---|
| Date Purchased | Shares | Price per share |
| 12/12/2017 | 400 | $28.56 |
| 12/12/2017 | 500 | $28.51 |
| 12/12/2017 | 100 | $28.50 |
| 12/13/2017 | 1,000 | $25.50 |
| 12/13/2017 | 2,000 | $23.00 |
| 12/19/2017 | 1,000 | $36.15 |
| 12/21/2017 | 7,217 | $26.93 |
| 12/21/2017 | 2,300 | $26.92 |
| 12/21/2017 | 3 | $26.88 |
| 12/21/2017 | 380 | $26.87 |
| 12/21/2017 | 100 | $26.86 |
| 1/3/2018 | 1,000 | $26.26 |
| 1/3/2018 | 4,000 | $26.24 |
| 1/3/2018 | 5,000 | $24.75 |
| 1/4/2018 | 10,000 | $23.00 |

| Date Sold | Shares | Price per Share |
|---|---|---|
| 12/15/2017 | 4,000 | $29.10 |
| 12/19/2017 | 1,000 | $39.17 |
| 12/26/2017 | 120 | $28.88 |
| 12/26/2017 | 2,000 | $28.81 |
| 12/26/2017 | 244 | $28.80 |
| 12/26/2017 | 768 | $28.80 |
| 12/26/2017 | 50 | $28.77 |
| 12/26/2017 | 100 | $28.66 |
| 12/26/2017 | 6,718 | $28.50 |

| Options | | | |
|---|---|---|---|
| Date Purchased | Quantity | Contract Description | Price Paid |
| 12/13/2017 | 50 | 6/15/18  22.5 CALL | $8.00 |
| 12/19/2017 | 50 | 6/15/18  32 CALL | $12.00 |
| 12/19/2017 | 50 | 6/15/18  32 CALL | $11.00 |
| 12/19/2017 | 50 | 6/15/18  38 CALL | $7.00 |
| 12/19/2017 | 100 | 6/15/18  38 CALL | $6.00 |
| 12/20/2017 | 200 | 6/15/18  38 CALL | $3.50 |
| 1/3/2018 | 400 | 6/15/18  38 CALL | $2.50 |

| Date Sold | Quantity | Contract Description | Price Sold |
|---|---|---|---|
| 12/18/2017 | 50 | 6/15/18  22.5 CALL | $10.20 |
| 12/19/2017 | 50 | 6/15/18  32 CALL | $14.00 |