# EXHIBIT 3

| Name | Date Purchased | Security Type | Shares/Contracts | Price per Share/Contract | Total | Date Sold | Security Type | Shares/Contracts | Price per Share/Contract | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 8.422926829 |
| | | | | | RIOT BLOCKCHAIN INC. LOSS CHART (Class Period from Nov. 13, 2017 through February 15, 2018) | | | | | | | | | |
| Simon Lee | Pre-Class Period Holdings | Stock | 7000 | When matched to first sales | | 11/17/2017 | Stock | 1000 | $ 8.65 | $ 8,650.00 | | | | |
| | | | | | | 11/17/2017 | Stock | 1000 | $ 8.70 | $ 8,700.00 | | | | |
| | | | | | | 11/17/2017 | Stock | 1000 | $ 8.75 | $ 8,750.00 | | | | |
| | | | | | | 11/20/2017 | Stock | 500 | $ 9.17 | $ 4,585.65 | | | | |
| | | | | | | 11/20/2017 | Stock | 500 | $ 9.15 | $ 4,575.00 | | | | |
| | | | | | | 11/22/2017 | Stock | 500 | $ 13.80 | $ 6,900.00 | | | | |
| | | | | | | 11/22/2017 | Stock | 500 | $ 14.00 | $ 7,000.00 | | | | |
| | | | | | | 11/22/2017 | Stock | 500 | $ 14.10 | $ 7,050.00 | | | | |
| | | | | | | 11/22/2017 | Stock | 500 | $ 14.15 | $ 7,075.00 | | | | |
| | | | | | | 11/22/2017 | Stock | 500 | $ 14.20 | $ 7,100.00 | | | | |
| | | | | | | 11/22/2017 | Stock | 500 | $ 14.25 | $ 7,125.00 | | | | |
| | | | | | | | | 7000 | | | | | | |
| | 11/22/2017 | Stock | 382 | $ (11.91) | $ (4,549.62) | 11/22/2017 | Stock | 500 | $ 14.30 | $ 7,150.00 | | | | |
| | 11/22/2017 | Stock | 100 | $ (11.91) | $ (1,190.99) | 11/22/2017 | Stock | 500 | $ 14.35 | $ 7,175.00 | | | | |
| | 11/22/2017 | Stock | 100 | $ (11.91) | $ (1,190.74) | 11/22/2017 | Stock | 500 | $ 14.40 | $ 7,200.00 | | | | |
| | 11/22/2017 | Stock | 418 | $ (11.90) | $ (4,974.20) | 12/11/2017 | Stock | 1000 | $ 23.00 | $ 23,000.00 | | | | |
| | 11/22/2017 | Stock | 1000 | $ (11.85) | $ (11,850.00) | 12/11/2017 | Stock | 1000 | $ 23.17 | $ 23,168.10 | | | | |
| | 11/22/2017 | Stock | 1000 | $ (11.84) | $ (11,843.70) | 12/11/2017 | Stock | 1000 | $ 23.30 | $ 23,300.00 | | | | |
| | 11/22/2017 | Stock | 1000 | $ (11.82) | $ (11,817.50) | 12/11/2017 | Stock | 1000 | $ 23.40 | $ 23,400.00 | | | | |
| | 11/22/2017 | Stock | 1000 | $ (11.68) | $ (11,683.20) | 12/11/2017 | Stock | 1000 | $ 23.50 | $ 23,500.00 | | | | |
| | 11/22/2017 | Stock | 500 | $ (11.50) | $ (5,750.00) | 12/11/2017 | Stock | 1000 | $ 23.60 | $ 23,600.00 | | | | |
| | 11/22/2017 | Stock | 500 | $ (13.79) | $ (6,893.15) | 12/12/2017 | Stock | 25 | $ 30.41 | $ 760.13 | | | | |
| | 11/24/2017 | Stock | 1500 | $ (18.50) | $ (27,750.00) | 12/12/2017 | Stock | 500 | $ 31.50 | $ 15,750.00 | | | | |
| | 11/24/2017 | Stock | 1009 | $ (18.50) | $ (18,666.50) | 12/12/2017 | Stock | 75 | $ 31.60 | $ 2,370.00 | | | | |
| | 11/24/2017 | Stock | 891 | $ (19.98) | $ (17,802.09) | 12/12/2017 | Stock | 1000 | $ 32.00 | $ 32,000.00 | | | | |
| | 11/24/2017 | Stock | 100 | $ (19.97) | $ (1,997.00) | 12/12/2017 | Stock | 1000 | $ 32.15 | $ 32,150.00 | | | | |
| | 11/24/2017 | Stock | 1000 | $ (19.85) | $ (19,850.00) | 12/12/2017 | Stock | 1000 | $ 32.30 | $ 32,300.00 | | | | |
| | 11/24/2017 | Stock | 1000 | $ (19.80) | $ (19,800.00) | 12/12/2017 | Stock | 1000 | $ 32.40 | $ 32,400.00 | | | | |
| | 11/27/2017 | Stock | 100 | $ (17.14) | $ (1,714.48) | 12/12/2017 | Stock | 1000 | $ 32.50 | $ 32,500.00 | | | | |
| | 11/27/2017 | Stock | 600 | $ (17.36) | $ (10,416.00) | 12/15/2017 | Stock | 500 | $ 29.10 | $ 14,550.00 | | | | |
| | 11/27/2017 | Stock | 300 | $ (17.35) | $ (5,204.22) | 12/15/2017 | Stock | 500 | $ 29.15 | $ 14,575.00 | | | | |
| | 11/27/2017 | Stock | 500 | $ (17.83) | $ (8,913.80) | 12/15/2017 | Stock | 500 | $ 29.20 | $ 14,600.00 | | | | |
| | 11/27/2017 | Stock | 500 | $ (17.75) | $ (8,875.00) | 12/15/2017 | Stock | 500 | $ 29.25 | $ 14,625.00 | | | | |
| | 11/27/2017 | Stock | 500 | $ (17.45) | $ (8,725.00) | 12/15/2017 | Stock | 500 | $ 29.30 | $ 14,650.00 | | | | |
| | 11/27/2017 | Stock | 500 | $ (17.35) | $ (8,675.00) | 12/18/2017 | Stock | 500 | $ 33.55 | $ 16,775.00 | | | | |
| | 11/27/2017 | Stock | 500 | $ (16.50) | $ (8,250.00) | 12/18/2017 | Stock | 500 | $ 33.70 | $ 16,850.00 | | | | |
| | 11/27/2017 | Stock | 500 | $ (16.40) | $ (8,200.00) | 12/18/2017 | Stock | 500 | $ 33.85 | $ 16,925.00 | | | | |
| | 11/27/2017 | Stock | 500 | $ (16.40) | $ (8,200.00) | 12/18/2017 | Stock | 500 | $ 34.00 | $ 17,000.00 | | | | |
| | 11/27/2017 | Stock | 500 | $ (15.90) | $ (7,950.00) | 12/18/2017 | Stock | 500 | $ 34.15 | $ 17,075.00 | | | | |
| | 11/27/2017 | Stock | 500 | $ (15.78) | $ (7,888.50) | 12/18/2017 | Stock | 500 | $ 34.30 | $ 17,150.00 | | | | |
| | 11/27/2017 | Stock | 500 | $ (15.74) | $ (7,867.55) | 12/18/2017 | Stock | 500 | $ 34.45 | $ 17,225.00 | | | | |
| | 11/29/2017 | Stock | 1000 | $ (15.59) | $ (15,590.00) | 12/18/2017 | Stock | 500 | $ 34.60 | $ 17,300.00 | | | | |
| | 11/29/2017 | Stock | 1000 | $ (15.55) | $ (15,550.00) | 12/18/2017 | Stock | 500 | $ 34.90 | $ 17,450.00 | | | | |
| | 11/29/2017 | Stock | 1000 | $ (15.50) | $ (15,500.00) | 12/18/2017 | Stock | 500 | $ 35.15 | $ 17,575.00 | | | | |
| | 11/29/2017 | Stock | 1000 | $ (14.70) | $ (14,700.00) | 12/18/2017 | Stock | 500 | $ 35.35 | $ 17,675.00 | | | | |
| | 12/4/2017 | Stock | 1000 | $ (15.65) | $ (15,650.00) | 12/18/2017 | Stock | 500 | $ 35.45 | $ 17,725.00 | | | | |
| | 12/4/2017 | Stock | 1000 | $ (15.60) | $ (15,600.00) | 12/18/2017 | Stock | 500 | $ 35.55 | $ 17,775.00 | | | | |
| | 12/4/2017 | Stock | 1000 | $ (15.55) | $ (15,550.00) | 12/18/2017 | Stock | 500 | $ 35.65 | $ 17,825.00 | | | | |
| | 12/4/2017 | Stock | 1000 | $ (15.95) | $ (15,950.00) | 12/18/2017 | Stock | 500 | $ 35.75 | $ 17,875.00 | | | | |
| | 12/4/2017 | Stock | 1000 | $ (15.89) | $ (15,890.00) | 12/18/2017 | Stock | 500 | $ 35.85 | $ 17,925.00 | | | | |
| | 12/4/2017 | Stock | 1000 | $ (15.80) | $ (15,800.00) | 12/18/2017 | Stock | 500 | $ 35.95 | $ 17,975.00 | | | | |
| | 12/4/2017 | Stock | 1000 | $ (15.75) | $ (15,750.00) | 12/18/2017 | Stock | 500 | $ 35.75 | $ 17,875.00 | | | | |
| | 12/4/2017 | Stock | 1000 | $ (15.80) | $ (15,800.00) | 12/18/2017 | Stock | 500 | $ 35.90 | $ 17,950.00 | | | | |
| | 12/5/2017 | Stock | 1000 | $ (14.74) | $ (14,738.00) | 12/18/2017 | Stock | 500 | $ 36.05 | $ 18,025.00 | | | | |
| | 12/5/2017 | Stock | 1000 | $ (14.25) | $ (14,250.00) | 12/18/2017 | Stock | 500 | $ 36.20 | $ 18,100.00 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.20) | $ (24,200.00) | 12/18/2017 | Stock | 500 | $ 36.30 | $ 18,150.00 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.20) | $ (24,200.00) | 12/18/2017 | Stock | 500 | $ 36.45 | $ 18,225.00 | | | | |
| | 12/13/2017 | Stock | 600 | $ (24.20) | $ (14,520.00) | 12/18/2017 | Stock | 500 | $ 36.60 | $ 18,300.00 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.20) | $ (24,200.00) | 12/22/2017 | Stock | 7500 | $ 22.39 | $ 167,925.00 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.20) | $ (24,200.00) | 12/22/2017 | Stock | 10000 | $ 22.39 | $ 223,900.00 | | | | |
| | 12/13/2017 | Stock | 77 | $ (23.86) | $ (1,836.84) | 1/16/2018 | Stock | 2000 | $ 18.11 | $ 36,228.60 | | | | |
| | 12/13/2017 | Stock | 100 | $ (23.81) | $ (2,380.50) | 1/16/2018 | Stock | 200 | $ 18.17 | $ 3,634.00 | | | | |
| | 12/13/2017 | Stock | 300 | $ (23.80) | $ (7,140.00) | 1/16/2018 | Stock | 600 | $ 18.16 | $ 10,896.00 | | | | |
| | 12/13/2017 | Stock | 60 | $ (23.69) | $ (1,421.10) | 1/16/2018 | Stock | 700 | $ 18.15 | $ 12,705.00 | | | | |
| | 12/13/2017 | Stock | 419 | $ (23.65) | $ (9,907.26) | 1/16/2018 | Stock | 100 | $ 18.16 | $ 1,816.00 | | | | |
| | 12/13/2017 | Stock | 44 | $ (23.64) | $ (1,040.16) | 1/16/2018 | Stock | 400 | $ 18.15 | $ 7,260.00 | | | | |
| | 12/13/2017 | Stock | 844 | $ (24.00) | $ (20,256.00) | 1/16/2018 | Stock | 1000 | $ 18.15 | $ 18,145.00 | | | | |
| | 12/13/2017 | Stock | 156 | $ (23.64) | $ (3,687.84) | 1/16/2018 | Stock | 50 | $ 18.17 | $ 908.50 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.00) | $ (24,000.00) | 1/16/2018 | Stock | 300 | $ 18.16 | $ 5,448.60 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.40) | $ (24,400.00) | 1/16/2018 | Stock | 650 | $ 18.16 | $ 11,804.00 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.30) | $ (24,300.00) | 1/16/2018 | Stock | 300 | $ 18.18 | $ 5,454.00 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (25.80) | $ (25,800.00) | 1/16/2018 | Stock | 250 | $ 18.17 | $ 4,542.50 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (25.80) | $ (25,800.00) | 1/16/2018 | Stock | 100 | $ 18.16 | $ 1,816.20 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.20) | $ (24,200.00) | 1/16/2018 | Stock | 350 | $ 18.16 | $ 6,356.00 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.20) | $ (24,200.00) | 1/16/2018 | Stock | 482 | $ 18.13 | $ 8,738.66 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.10) | $ (24,100.00) | 1/16/2018 | Stock | 500 | $ 18.08 | $ 9,037.50 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (24.00) | $ (24,000.00) | 1/16/2018 | Stock | 100 | $ 18.06 | $ 1,806.00 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (23.50) | $ (23,500.00) | 1/16/2018 | Stock | 383 | $ 18.05 | $ 6,913.15 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (23.35) | $ (23,350.00) | 1/31/2018 | Stock | 600 | $ 13.83 | $ 8,298.06 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (23.10) | $ (23,100.00) | 1/31/2018 | Stock | 935 | $ 13.81 | $ 12,912.35 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (23.35) | $ (23,350.00) | 1/31/2018 | Stock | 5000 | $ 13.82 | $ 69,099.00 | | | | |
| | 12/13/2017 | Stock | 1000 | $ (23.00) | $ (23,000.00) | 2/1/2018 | Stock | 5000 | $ 12.25 | $ 61,250.00 | | | | |
| | 12/19/2017 | Stock | 1500 | $ (38.84) | $ (58,260.00) | 2/1/2018 | Stock | 5000 | $ 12.30 | $ 61,500.00 | | | | |
| | 12/19/2017 | Stock | 1000 | $ (38.35) | $ (38,350.00) | 2/1/2018 | Stock | 5000 | $ 12.35 | $ 61,750.00 | | | | |
| | 12/19/2017 | Stock | 900 | $ (38.70) | $ (34,830.00) | 2/1/2018 | Stock | 950 | $ 12.35 | $ 11,732.50 | | | | |
| | 12/19/2017 | Stock | 100 | $ (38.69) | $ (3,869.00) | 2/2/2018 | Stock | 50 | $ 12.62 | $ 631.00 | | | | |
| | 12/19/2017 | Stock | 123 | $ (38.54) | $ (4,740.43) | | | | | | | | | |
| | 12/19/2017 | Stock | 877 | $ (38.54) | $ (33,799.58) | | | | | | | | | |
| | 12/20/2017 | Stock | 1000 | $ (38.21) | $ (38,213.90) | | | | | | | | | |
| | 12/20/2017 | Stock | 1000 | $ (38.00) | $ (38,000.00) | | | | | | | | | |
| | 12/20/2017 | Stock | 2000 | $ (38.00) | $ (76,000.00) | | | | | | | | | |
| | 12/20/2017 | Stock | 1000 | $ (37.00) | $ (37,000.00) | | | | | | | | | |
| | 12/20/2017 | Stock | 1000 | $ (34.30) | $ (34,300.00) | | | | | | | | | |
| | 12/20/2017 | Stock | 1000 | $ (35.40) | $ (35,400.00) | | | | | | | | | |
| | 12/20/2017 | Stock | 1000 | $ (35.00) | $ (35,000.00) | | | | | | | | | |
| | 12/20/2017 | Stock | 500 | $ (35.96) | $ (17,982.00) | | | | | | | | | |
| | 12/22/2017 | Stock | 5000 | $ (24.50) | $ (122,500.00) | | | | | | | | | |
| | 12/22/2017 | Stock | 5000 | $ (24.80) | $ (124,000.00) | | | | | | | | | |
| | 12/22/2017 | Stock | 5000 | $ (24.52) | $ (122,600.00) | | | | | | | | | |
| | 12/27/2017 | Stock | 2500 | $ (30.50) | $ (76,250.00) | | | | | | | | | |
| | 12/27/2017 | Stock | 500 | $ (30.60) | $ (15,300.00) | | | | | | | | | |
| | 12/27/2017 | Stock | 1000 | $ (30.00) | $ (30,000.00) | | | | | | | | | |
| | 12/27/2017 | Stock | 1000 | $ (29.45) | $ (29,450.00) | | | | | | | | | |
| | 12/29/2017 | Stock | 100 | $ (28.42) | $ (2,842.01) | | | | | | | | | |
| | 12/29/2017 | Stock | 100 | $ (28.42) | $ (2,842.00) | | | | | | | | | |
| | 12/29/2017 | Stock | 100 | $ (28.42) | $ (2,841.84) | | | | | | | | | |
| | 12/29/2017 | Stock | 100 | $ (28.41) | $ (2,841.15) | | | | | | | | | |
| | 12/29/2017 | Stock | 400 | $ (28.41) | $ (11,364.28) | | | | | | | | | |
| | 12/29/2017 | Stock | 200 | $ (28.41) | $ (5,682.00) | | | | | | | | | |
| | 12/29/2017 | Stock | 1000 | $ (28.49) | $ (28,490.00) | | | | | | | | | |
| | 12/29/2017 | Stock | 1000 | $ (28.38) | $ (28,377.90) | | | | | | | | | |
| | 12/29/2017 | Stock | 1000 | $ (28.34) | $ (28,342.80) | | | | | | | | | |
| | 12/29/2017 | Stock | 1000 | $ (28.41) | $ (28,414.00) | | | | | | | | | |
| | 12/29/2017 | Stock | 1000 | $ (28.45) | $ (28,448.00) | | | | | | | | | |

| Name | Date | Type | Qty | Price | Amount | Date | Type | Qty | Price | Amount | Qty | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/2/2018 | Stock | 500 | $(26.98) | $(13,489.15) | | | | | | | | |
| | 1/2/2018 | Stock | 500 | $(27.07) | $(13,535.70) | | | | | | | | |
| | 1/2/2018 | Stock | 800 | $(27.44) | $(21,952.00) | | | | | | | | |
| | 1/2/2018 | Stock | 100 | $(27.41) | $(2,741.04) | | | | | | | | |
| | 1/2/2018 | Stock | 100 | $(27.41) | $(2,741.00) | | | | | | | | |
| | 1/2/2018 | Stock | 1000 | $(27.57) | $(27,572.10) | | | | | | | | |
| | 1/2/2018 | Stock | 1000 | $(28.06) | $(28,063.50) | | | | | | | | |
| | 1/2/2018 | Stock | 1000 | $(27.50) | $(27,500.00) | | | | | | | | |
| | 1/2/2018 | Stock | 76 | $(27.71) | $(2,105.96) | | | | | | | | |
| | 1/2/2018 | Stock | 700 | $(27.71) | $(19,396.30) | | | | | | | | |
| | 1/2/2018 | Stock | 24 | $(27.71) | $(664.98) | | | | | | | | |
| | 1/2/2018 | Stock | 100 | $(27.70) | $(2,770.22) | | | | | | | | |
| | 1/2/2018 | Stock | 100 | $(27.70) | $(2,770.00) | | | | | | | | |
| | 1/2/2018 | Stock | 1000 | $(27.93) | $(27,930.00) | | | | | | | | |
| | 1/3/2018 | Stock | 1000 | $(24.80) | $(24,800.00) | | | | | | | | |
| | 1/3/2018 | Stock | 500 | $(25.00) | $(12,500.00) | | | | | | | | |
| | 1/3/2018 | Stock | 100 | $(24.68) | $(2,467.59) | | | | | | | | |
| | 1/3/2018 | Stock | 20 | $(24.68) | $(493.51) | | | | | | | | |
| | 1/3/2018 | Stock | 100 | $(24.68) | $(2,467.53) | | | | | | | | |
| | 1/3/2018 | Stock | 280 | $(24.68) | $(6,909.06) | | | | | | | | |
| | 1/4/2018 | Stock | 1450 | $(25.15) | $(36,467.36) | | | | | | | | |
| | 1/4/2018 | Stock | 350 | $(25.14) | $(8,799.00) | | | | | | | | |
| | 1/4/2018 | Stock | 100 | $(25.12) | $(2,512.00) | | | | | | | | |
| | 1/4/2018 | Stock | 100 | $(25.11) | $(2,511.00) | | | | | | | | |
| | 1/4/2018 | Stock | 600 | $(25.15) | $(15,090.00) | | | | | | | | |
| | 1/4/2018 | Stock | 300 | $(25.14) | $(7,542.45) | | | | | | | | |
| | 1/4/2018 | Stock | 100 | $(25.14) | $(2,514.00) | | | | | | | | |
| | 1/4/2018 | Stock | 820 | $(25.29) | $(20,737.80) | | | | | | | | |
| | 1/4/2018 | Stock | 180 | $(25.27) | $(4,547.74) | | | | | | | | |
| | 1/4/2018 | Stock | 1000 | $(25.22) | $(25,215.00) | | | | | | | | |
| | 2/5/2018 | Stock | 1000 | $(11.20) | $(11,200.00) | | | | | | | | |
| | 2/8/2018 | Stock | 1000 | $(14.87) | $(14,871.00) | | | | | | | | |
| | 2/13/2018 | Stock | 1000 | $(15.65) | $(15,650.00) | | | | | | | | |
| | 2/14/2018 | Stock | 1000 | $(16.83) | $(16,826.00) | | | | | | | | |
| | 2/14/2018 | Stock | 1000 | $(16.75) | $(16,750.00) | | | | | | | | |
| | 2/14/2018 | Stock | 1000 | $(16.70) | $(16,700.00) | | | | | | | | |
| | 2/14/2018 | Stock | 800 | $(16.75) | $(13,397.92) | | | | | | | | |
| | 2/14/2018 | Stock | 200 | $(16.74) | $(3,348.00) | | | | | | | | |
| | 2/14/2018 | Stock | 1000 | $(16.70) | $(16,700.00) | | | | | | | | |
| | 2/14/2018 | Stock | 1000 | $(16.65) | $(16,650.00) | | | | | | | | |
| | 2/15/2018 | Stock | 1000 | $(16.85) | $(16,850.00) | | | | | | | | |
| | | | **115100** | | **$(2,694,975.72)** | | | **76100** | | **$1,669,955.85** | **39000** | **$328,494.15** | **$(696,525.73)** |
| | | | | | | | | | | | | | |
| Vivek Singhal | 12/12/2017 | Stock | 400 | $28.56 | ($11,423.60) | 12/15/2017 | Stock | 4,000 | $29.10 | $116,400.00 | | | |
| | 12/12/2017 | Stock | 500 | $28.51 | ($14,252.50) | 12/19/2017 | Stock | 1,000 | $39.17 | $39,168.20 | | | |
| | 12/12/2017 | Stock | 100 | $28.50 | ($2,849.70) | 12/26/2017 | Stock | 120 | $28.88 | $3,465.59 | | | |
| | 12/13/2017 | Stock | 1,000 | $25.50 | ($25,500.00) | 12/26/2017 | Stock | 2,000 | $28.81 | $57,620.00 | | | |
| | 12/13/2017 | Stock | 2,000 | $23.00 | ($46,000.00) | 12/26/2017 | Stock | 244 | $28.80 | $7,027.20 | | | |
| | 12/19/2017 | Stock | 1,000 | $36.15 | ($36,150.00) | 12/26/2017 | Stock | 768 | $28.80 | $22,114.56 | | | |
| | 12/21/2017 | Stock | 7,217 | $26.93 | ($194,353.81) | 12/26/2017 | Stock | 50 | $28.77 | $1,438.50 | | | |
| | 12/21/2017 | Stock | 2,300 | $26.92 | ($61,916.00) | 12/26/2017 | Stock | 100 | $28.66 | $2,866.00 | | | |
| | 12/21/2017 | Stock | 3 | $26.88 | ($80.64) | 12/26/2017 | Stock | 6,718 | $28.50 | $191,463.00 | | | |
| | 12/21/2017 | Stock | 380 | $26.87 | ($10,210.60) | | | | | | | | |
| | 12/21/2017 | Stock | 100 | $26.86 | ($2,686.00) | | | | | | | | |
| | 1/3/2018 | Stock | 1,000 | $26.26 | ($26,261.20) | | | | | | | | |
| | 1/3/2018 | Stock | 4,000 | $26.24 | ($104,960.00) | | | | | | | | |
| | 1/3/2018 | Stock | 5,000 | $24.75 | ($123,750.00) | | | | | | | | |
| | 1/4/2018 | Stock | 10,000 | $23.00 | ($230,000.00) | | | | | | | | |
| | | | **35,000** | | **($890,394.05)** | | | **15,000** | | **$441,563.05** | **20,000** | **$168,458.54** | **($280,372.47)** |
| | | | | | | | | | | | | | |
| | 12/13/2017 | 6/15/18 22.5 CALL | 50 | $8.00 | ($40,000.00) | 12/18/2017 | 6/15/18 22.5 CALL | 50 | $10.20 | $51,000.00 | | | |
| | 12/19/2017 | 6/15/18 32 CALL | 50 | $12.00 | ($60,000.00) | 12/19/2017 | 6/15/18 32 CALL | 50 | $14.00 | $70,000.00 | | | |
| | 12/19/2017 | 6/15/18 32 CALL | 50 | $11.00 | ($55,000.00) | | | | | | | | |
| | 12/19/2017 | 6/15/18 38 CALL | 50 | $7.00 | ($35,000.00) | | | | | | | | |
| | 12/19/2017 | 6/15/18 38 CALL | 100 | $6.00 | ($60,000.00) | | | | | | | | |
| | 12/20/2017 | 6/15/18 38 CALL | 200 | $3.50 | ($70,000.00) | | | | | | | | |
| | 1/3/2018 | 6/15/18 38 CALL | 400 | $2.50 | ($100,000.00) | | | | | | | | |
| | | | **900** | | **($420,000.00)** | | | **100** | | **$121,000.00** | | | **($299,000.00)** |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | **($579,372.47)** |
| | | | | | | | | | | | | | |
| Bryan Siegel | 12/27/2017 | Stock | 5,328 | $30.50 | ($162,504.00) | 1/10/2018 | Stock | 1,025 | $23.0515 | $23,627.79 | | | |
| | 12/27/2017 | Stock | 3,039 | $29.8716 | ($90,779.79) | 1/10/2018 | Stock | 275 | $23.5140 | $6,466.35 | | | |
| | 12/27/2017 | Stock | 461 | $29.8500 | ($13,760.85) | 1/17/2018 | Stock | 1,500 | $17.4597 | $26,189.55 | | | |
| | 12/27/2017 | Stock | 1,000 | $29.8509 | ($29,850.90) | | | | | | | | |
| | 12/27/2017 | Stock | 1,000 | $29.4420 | ($29,442.00) | | | | | | | | |
| | 12/27/2017 | Stock | 500 | $29.5499 | ($14,774.95) | | | | | | | | |
| | 12/27/2017 | Stock | 1,000 | $29.0990 | ($29,099.00) | | | | | | | | |
| | 12/27/2017 | Stock | 1,000 | $29.0900 | ($29,090.00) | | | | | | | | |
| | 12/27/2017 | Stock | 100 | $28.6400 | ($2,864.00) | | | | | | | | |
| | 12/27/2017 | Stock | 300 | $28.6300 | ($8,589.00) | | | | | | | | |
| | 12/27/2017 | Stock | 400 | $28.6200 | ($11,448.00) | | | | | | | | |
| | 12/27/2017 | Stock | 200 | $28.6070 | ($5,721.40) | | | | | | | | |
| | 12/27/2017 | Stock | 900 | $28.7240 | ($25,851.60) | | | | | | | | |
| | 12/27/2017 | Stock | 1,722 | $30.6500 | ($52,779.30) | | | | | | | | |
| | 12/27/2017 | Stock | 800 | $30.6499 | ($24,519.92) | | | | | | | | |
| | 12/27/2017 | Stock | 650 | $30.6375 | ($19,914.38) | | | | | | | | |
| | 12/27/2017 | Stock | 100 | $30.6360 | ($3,063.60) | | | | | | | | |
| | 12/27/2017 | Stock | 100 | $30.6350 | ($3,063.50) | | | | | | | | |
| | 12/27/2017 | Stock | 250 | $30.6300 | ($7,657.50) | | | | | | | | |
| | 12/27/2017 | Stock | 250 | $30.6200 | ($7,655.00) | | | | | | | | |
| | 12/27/2017 | Stock | 300 | $30.6000 | ($9,180.00) | | | | | | | | |
| | 1/8/2018 | Stock | 1,250 | $25.0000 | ($31,250.00) | | | | | | | | |
| | 1/8/2018 | Stock | 1,850 | $24.5500 | ($45,417.50) | | | | | | | | |
| | 1/18/2018 | Stock | 114 | $19.2244 | ($2,191.58) | | | | | | | | |
| | 1/18/2018 | Stock | 286 | $19.2200 | ($5,496.92) | | | | | | | | |
| | 1/18/2018 | Stock | 100 | $19.6000 | ($1,960.00) | | | | | | | | |
| | 1/18/2018 | Stock | 100 | $19.4000 | ($1,940.00) | | | | | | | | |
| | 1/18/2018 | Stock | 200 | $19.8500 | ($3,970.00) | | | | | | | | |
| | 1/22/2018 | Stock | 100 | $20.1600 | ($2,016.00) | | | | | | | | |
| | 1/23/2018 | Stock | 200 | $19.8800 | ($3,976.00) | | | | | | | | |
| | 2/7/2018 | Stock | 200 | $14.5998 | ($2,919.96) | | | | | | | | |
| | 2/7/2018 | Stock | 200 | $14.6340 | ($2,926.80) | | | | | | | | |
| | 2/7/2018 | Stock | 100 | $14.6548 | ($1,465.48) | | | | | | | | |
| | 2/7/2018 | Stock | 200 | $14.6150 | ($2,923.00) | | | | | | | | |
| | 2/7/2018 | Stock | 100 | $14.4444 | ($1,444.44) | | | | | | | | |
| | 2/8/2018 | Stock | 500 | $15.0500 | ($7,525.00) | | | | | | | | |
| | 2/8/2018 | Stock | 150 | $15.1448 | ($2,271.72) | | | | | | | | |
| | | | **25,050** | | **($701,303.09)** | | | **2,800** | | **$56,283.69** | **22,250** | **$187,410.12** | **($457,609.28)** |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | **($1,733,507.47)** |