**LITE DEPALMA GREENBERG**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Counsel for Dr. Stanley Golovac*

**MOTLEY RICE LLC**
Gregg S. Levin
Michael J. Pendell
Joshua L. Littlejohn
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
mpendell@motelyrice.com
jlittlejohn@motleyrice.com

*Counsel for Dr. Stanley Golovac*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>*Defendants*. | Civil Action No.: 18-2293(FLW)(TJB)<br><br>**NOTICE OF MOTION OF DR. STANLEY GOLOVAC'S FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that proposed Lead Plaintiff Dr. Stanley Golovac ("Dr. Golovac") will move this Court, on a or about May 21, 2018, or a date and at such time as may be designated by the Court, at 50 Walnut Street, Newark, New Jersey, 07101, for an order: (1) appointing Dr. Golovac as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; and (2) approving his selection of Motley Rice LLC as Lead Counsel. In support of his motion, Dr. Golovac submits the accompanying Memorandum of Law, the Declaration of Joseph J. DePalma, and a Proposed Order.

DATED: April 18, 2018                    **LITE DEPALMA GREENBERG**

  _/s/ Joseph J. DePalma_
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Counsel for Dr. Stanley Golovac*

**MOTLEY RICE LLC**
Gregg S. Levin
Michael J. Pendell
Joshua L. Littlejohn
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
mpendell@motelyrice.com
jlittlejohn@motleyrice.com

*Counsel for Dr. Stanley Golovac
and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Joseph J. DePalma*  
Joseph J. DePalma