# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | : | Civil Action No.: 18-2293(FLW)(TJB) |
| *Plaintiff*, | : : : | |
| v. | : : | **[PROPOSED] ORDER APPOINTING DR. STANLEY GOLOVAC AS LEAD PLAINTIFF AND APPROVING HIS SELECTION OF LEAD COUNSEL** |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | : : : | |
| *Defendants*. | : : | |

Having considered all motions for appointment as Lead Plaintiff in the above-referenced action, and good cause appearing, the Court hereby enters the following order:

### APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

The Court holds that Dr. Stanley Golovac is the "most adequate plaintiff" pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and **APPOINTS** Dr. Stanley Golovac as Lead Plaintiff.

Lead Plaintiff, pursuant to the PSLRA, has selected Motley Rice LLC to serve as Lead Counsel.  The Court **APPROVES** this selection, and hereby **APPOINTS** Motley Rice LLC to serve as Lead Counsel for the putative class.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                    The Honorable Freda L. Wolfson
                                                                    United States District Judge