Sherief Morsy (#125042015)
Email: smorsy@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

Richard W. Gonnello (*pro hac vice* forthcoming)
Email: rgonnello@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiff Wai Lau*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | No. 3:18-cv-02293-FLW-TJB<br><br>**DECLARATION OF SHERIEF MORSY IN SUPPORT OF WAI LAU'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Motion Date:  May 21, 2018 |

I, Sherief Morsy, declare as follows:

1. I am a member in good standing of the bar of the State of New Jersey and am admitted in this Court. I am an associate in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Wai Lau ("Lau") as custodian for his minor children Klara Lau and Tyler Feng for (1) appointment as Lead Plaintiff; and (2) approval of Lau's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the putative class.

2. Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:   First Notice of Pendency of a Class Action

Exhibit B:   PSLRA Certifications of Lau

Exhibit C:   Chart of Lau's Losses

Exhibit D:   Firm Resume of Faruqi & Faruqi, LLP

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of April, 2018.

                                                                                                                               */s/ Sherief Morsy*
                                                                                                                              Sherief Morsy (#125042015)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2018, I caused true and correct copies of the foregoing to be served on all counsel of record via the CM/ECF system.

| | |
|---|---|
| Dated: April 18, 2018 | By: /s/ *Sherief Morsy* <br> Sherief Morsy (#125042015) |