# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | No. 3:18-cv-02293-FLW-TJB<br><br>**NOTICE OF WAI LAU'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Motion Date:  May 21, 2018 |

**[PROPOSED] ORDER GRANTING WAI LAU'S MOTION FOR
(1) APPOINTMENT AS LEAD PLAINTIFF AND
(2) APPROVAL OF LEAD COUNSEL**

WHEREAS, the above-captioned putative class action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") has been filed in the District of New Jersey; and

WHEREAS, Wai Lau ("Lau") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Lau has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Lau seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS ____ day of _____, the Court having considered Lau's Motion For (1) Appointment as Lead Plaintiff and (2) Approval of Lead Counsel, and all supporting documents, and good cause appearing therefore, it is hereby ORDERED as follows:

**LEAD PLAINTIFF**

1. The motion of Lau to serve as Lead Plaintiff in the Action is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), Lau is appointed as Lead Plaintiff for the putative Class.

**LEAD COUNSEL**

2. The motion of Lau for approval of his counsel to serve as Lead Counsel is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead Counsel. IT IS SO ORDERED.

DATED: _____       _____
                                THE HONORABLE FREDA L. WOLFSON

2

UNITED STATES DISTRICT JUDGE

2