**LEVI & KORSINSKY, LLP**
Donald J. Enright
1101 30th Street NW
Suite 115
Washington, DC 20007
Tel.: (202) 524-4292
Fax: (202) 333-2121
Email: denright@zlk.com

*Counsel for Movants and*
*[Proposed] Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | C.A. No. 3:18-cv-2293 |
| Plaintiff, | **MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE KLAPPER, RANA AND ESTOESTA GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |
| v. | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | |
| Defendants. | **MOTION DATE: May 21, 2018** |
| JOSEPH J. KLAPPER, JR., individually and on behalf of all others similarly situated, | C.A. No. 3:18-cv-8031 |
| Plaintiff, | |
| v. | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | |
| Defendants. | |

i

## DECLARATION OF DONALD J. ENRIGHT

I, Donald J. Enright, hereby declare that:

1. I am a partner of the law firm Levi & Korsinsky, LLP, proposed Lead Counsel for movants Joseph J. Klapper, Jr., Ashish Rana and Sonia C. Estoesta (collectively, the "Klapper, Rana and Estoesta Group" or "Group"). I respectfully submit this declaration in support of the Group's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel in the above-captioned action (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I have attached hereto true and correct copies of the following:

Exhibit 1:   The Group's members' Certifications.

Exhibit 2:   Tables reflecting the calculated losses incurred by the Group as a result of transactions in Riot Blockchain, Inc. securities.

Exhibit 3:   The Group's Joint Declaration in support of the Motion.

Exhibit 4:   Press release published February 17, 2018, on *Business Wire* announcing the pendency of the lawsuit commenced by Creighton Takata against defendants herein.

Exhibit 5:   Firm resume of Levi & Korsinsky, LLP.

3. I declare under penalty of perjury that the foregoing is true and correct.

*[Continued on Following Page]*

Dated:  April 18, 2018  **LEVI & KORSINSKY, LLP**

/s/ Donald J. Enright
Donald J. Enright
Elizabeth K. Tripodi (*pro hac vice to be submitted*)
John A. Carriel (*pro hac vice to be submitted*)
**LEVI & KORSINSKY, LLP**
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4292
Facsimile:  (202) 333-2121
Email: denright@zlk.com
Email: etripodi@zlk.com
Email: jcarriel@zlk.com

*Counsel for Movants*
*and [Proposed] Lead Counsel for the Class*