# EXHIBIT 1

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Joseph J Klapper Jr., duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Riot Blockchain, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this March 16, 2018.

Name: Joseph J Klapper Jr

Signed:

Case 3:18-cv-02293-GC-RLS   Document 19-4   Filed 04/18/18   Page 3 of 7 PageID: 772

**Joseph J. Klapper, Jr.**
**Transactions in Riot Blockchain, Inc. f/k/a Bioptix, Inc. (RIOT) Securities**
**Class Period: November 13, 2017 and February 15, 2018, inclusive**

| Date of Transaction | Buy (B) or Sell (S) | Securities | Quantity | Price ($) | Cost/Proceeds ($) |
| --- | --- | --- | --- | --- | --- |
| 12/20/2017 | B | Common Stock | 3000 | 41.2023 | 123,606.90 |
| 12/20/2017 | B | Common Stock | 2000 | 37.6631 | 75,326.20 |
| 12/21/2017 | B | Common Stock | 2000 | 35.4473 | 70,894.60 |
| 12/21/2017 | B | Common Stock | 1000 | 34.3359 | 34,335.90 |
| 12/21/2017 | B | Common Stock | 100 | 34.2701 | 3,427.01 |
| 12/21/2017 | B | Common Stock | 200 | 34.2176 | 6,843.52 |
| 12/21/2017 | B | Common Stock | 100 | 34.2146 | 3,421.46 |
| 12/21/2017 | B | Common Stock | 100 | 34.165 | 3,416.50 |
| 12/27/2017 | B | Common Stock | 2000 | 29.9589 | 59,917.80 |
| 1/25/2018 | B | Common Stock | 2500 | 18.9722 | 47,430.50 |
| 1/30/2018 | B | Common Stock | 88 | 14.15 | 1,245.20 |
| 1/30/2018 | B | Common Stock | 610 | 14.1299 | 8,619.24 |
| 1/30/2018 | B | Common Stock | 1000 | 14.129 | 14,129.00 |
| 1/30/2018 | B | Common Stock | 2 | 14.12 | 28.24 |
| 1/30/2018 | B | Common Stock | 300 | 14.11 | 4,233.00 |
| | | | | | 456,875.07 |

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Ashish Rana , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Riot Blockchain, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this March 9, 2018.

Name: Ashish Rana

Signed:

**Ashish Rana**
**Transactions in Riot Blockchain, Inc. f/k/a Bioptix, Inc. (RIOT) Securities**
**Class Period: November 13, 2017 and February 15, 2018, inclusive**

| Date of Transaction | Buy (B) or Sell (S) | Securities | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 1/2/2018 | B | Common Stock | 199 | 28.05 | 5,581.95 |
| 1/2/2018 | B | Common Stock | 1,105 | 28.00 | 30,940.00 |
| 1/2/2018 | B | Common Stock | 375 | 27.99 | 10,496.25 |
| 1/2/2018 | B | Common Stock | 650 | 27.88 | 18,122.00 |
| 1/2/2018 | B | Common Stock | 400 | 27.87 | 11,148.00 |
| 1/2/2018 | B | Common Stock | 300 | 27.85 | 8,355.00 |
| 1/2/2018 | B | Common Stock | 440 | 27.80 | 12,232.00 |
| 1/2/2018 | B | Common Stock | 1,601 | 27.75 | 44,427.75 |
| 1/2/2018 | B | Common Stock | 800 | 27.74 | 22,192.00 |
| 1/2/2018 | B | Common Stock | 30 | 27.72 | 831.60 |
| 1/2/2018 | B | Common Stock | 700 | 27.69 | 19,383.00 |
| 1/2/2018 | B | Common Stock | 3,400 | 27.69 | 94,145.66 |
| 1/2/2018 | B | Common Stock | 5,212 | 26.74 | 139,368.88 |
| 1/2/2018 | B | Common Stock | 100 | 26.70 | 2,670.00 |
| 1/2/2018 | B | Common Stock | 3,878 | 26.65 | 103,348.70 |
| 1/2/2018 | B | Common Stock | 810 | 26.60 | 21,546.00 |
| 1/2/2018 | S | Call; 01/05/2018; $28 | (5) | 1.20 | (600.00) |
| 1/2/2018 | S | Call; 01/05/2018; $28 | (26) | 1.15 | (2,990.00) |
| 1/2/2018 | S | Call; 01/05/2018; $28 | (38) | 1.05 | (3,990.00) |
| 1/2/2018 | S | Call; 01/05/2018; $28 | (119) | 1.03 | (12,257.00) |
| 1/2/2018 | S | Call; 01/05/2018; $28 | (12) | 1.00 | (1,200.00) |
| 1/3/2018 | B | Call; 01/05/2018; $28 | 20 | 0.50 | 1,000.00 |
| 1/3/2018 | B | Call; 01/05/2018; $28 | 179 | 0.40 | 7,160.00 |
| 1/3/2018 | B | Call; 01/05/2018; $28 | 1 | 0.38 | 38.00 |
| 1/12/2018 | S | Call; 01/19/2018; $22 | (81) | 0.95 | (7,695.00) |
| 1/12/2018 | S | Call; 01/19/2018; $22 | (119) | 0.90 | (10,710.00) |
| 1/17/2018 | B | Call; 01/19/2018; $22 | 200 | 0.10 | 2,000.00 |
| 1/17/2018 | S | Call; 01/19/2018; $16 | (12) | 0.91 | (1,092.00) |
| 1/17/2018 | S | Call; 01/19/2018; $16 | (188) | 0.90 | (16,920.00) |
| 1/19/2018 | S (assignment to Call) | Common Stock | (5,900) | 16.00 | (94,400.00) |
| 1/19/2018 | B | Call; 1/19/2018; $16 | 141 | 3.90 | 54,990.00 |
| 1/31/2018 | S | Common Stock | (5,110) | 13.53 | (69,138.30) |
| 1/31/2018 | S | Common Stock | (700) | 13.52 | (9,464.00) |
| 1/31/2018 | S | Common Stock | (245) | 13.51 | (3,309.95) |
| 1/31/2018 | S | Common Stock | (6,720) | 13.50 | (90,720.00) |
| 1/31/2018 | S | Common Stock | (129) | 13.48 | (1,738.92) |
| 1/31/2018 | S | Common Stock | (1,196) | 13.47 | (16,110.12) |

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Sonia C. Estoesta, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Riot Blockchain, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this April 2, 2018.

Name: Sonia C. Estoesta

Signed: *(signature)*

**Sonia C. Estoesta**
**Transactions in Riot Blockchain, Inc. f/k/a Bioptix, Inc. (RIOT) Securities**
**Class Period: November 13, 2017 and February 15, 2018, inclusive**

| Date of Transaction | Acc #1 Buy (B) or Sell (S) | Securities | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/18/2017 | B | Common Stock | 1,563 | 34.3600 | 53,704.68 |

| Date of Transaction | Acc #2 Buy (B) or Sell (S) | Securities | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/19/2017 | B | Common Stock | 523 | 36.4900 | 19,084.27 |
| 12/19/2017 | B | Common Stock | 1,751 | 44.5000 | 77,919.50 |