EXHIBIT 2

**Joseph J. Klapper, Jr.**
**Transactions in Riot Blockchain, Inc. f/k/a Bioptix, Inc. (RIOT) Securities**
**Class Period: November 13, 2017 and February 15, 2018, inclusive**

| | | |
|---|---|---|
| Net Shares Retained | | 15,000 |
| Total Retained Cost | $ | 456,875.07 |
| Value of Retained Shares | $ | 125,789.29 |
| 90-Day Average | $ | 8.3860 |
| Losses | $ | 331,085.78 |

| Date of Transaction | Buy (B) or Sell (S) | Securities | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/20/2017 | B | Common Stock | 3000 | 41.2023 | 123,606.90 |
| 12/20/2017 | B | Common Stock | 2000 | 37.6631 | 75,326.20 |
| 12/21/2017 | B | Common Stock | 2000 | 35.4473 | 70,894.60 |
| 12/21/2017 | B | Common Stock | 1000 | 34.3359 | 34,335.90 |
| 12/21/2017 | B | Common Stock | 100 | 34.2701 | 3,427.01 |
| 12/21/2017 | B | Common Stock | 200 | 34.2176 | 6,843.52 |
| 12/21/2017 | B | Common Stock | 100 | 34.2146 | 3,421.46 |
| 12/21/2017 | B | Common Stock | 100 | 34.165 | 3,416.50 |
| 12/27/2017 | B | Common Stock | 2000 | 29.9589 | 59,917.80 |
| 1/25/2018 | B | Common Stock | 2500 | 18.9722 | 47,430.50 |
| 1/30/2018 | B | Common Stock | 88 | 14.15 | 1,245.20 |
| 1/30/2018 | B | Common Stock | 610 | 14.1299 | 8,619.24 |
| 1/30/2018 | B | Common Stock | 1000 | 14.129 | 14,129.00 |
| 1/30/2018 | B | Common Stock | 2 | 14.12 | 28.24 |
| 1/30/2018 | B | Common Stock | 300 | 14.11 | 4,233.00 |

**Ashish Rana**
**Transactions in Riot Blockchain, Inc. f/k/a Bioptix, Inc. (RIOT) Securities**
**Class Period: November 13, 2017 and February 15, 2018, inclusive**

| | | | | | **Losses** | **267,642** |

| Date of Transaction | Buy (B) or Sell (S) | Securities | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 1/2/2018 | B | Common Stock | 199 | 28.05 | 5,581.95 |
| 1/2/2018 | B | Common Stock | 1,105 | 28.00 | 30,940.00 |
| 1/2/2018 | B | Common Stock | 375 | 27.99 | 10,496.25 |
| 1/2/2018 | B | Common Stock | 650 | 27.88 | 18,122.00 |
| 1/2/2018 | B | Common Stock | 400 | 27.87 | 11,148.00 |
| 1/2/2018 | B | Common Stock | 300 | 27.85 | 8,355.00 |
| 1/2/2018 | B | Common Stock | 440 | 27.80 | 12,232.00 |
| 1/2/2018 | B | Common Stock | 1,601 | 27.75 | 44,427.75 |
| 1/2/2018 | B | Common Stock | 800 | 27.74 | 22,192.00 |
| 1/2/2018 | B | Common Stock | 30 | 27.72 | 831.60 |
| 1/2/2018 | B | Common Stock | 700 | 27.69 | 19,383.00 |
| 1/2/2018 | B | Common Stock | 3,400 | 27.69 | 94,145.66 |
| 1/2/2018 | B | Common Stock | 5,212 | 26.74 | 139,368.88 |
| 1/2/2018 | B | Common Stock | 100 | 26.70 | 2,670.00 |
| 1/2/2018 | B | Common Stock | 3,878 | 26.65 | 103,348.70 |
| 1/2/2018 | B | Common Stock | 810 | 26.60 | 21,546.00 |
| 1/2/2018 | S | Call; 01/05/2018; $28 | (5) | 1.20 | (600.00) |
| 1/2/2018 | S | Call; 01/05/2018; $28 | (26) | 1.15 | (2,990.00) |
| 1/2/2018 | S | Call; 01/05/2018; $28 | (38) | 1.05 | (3,990.00) |
| 1/2/2018 | S | Call; 01/05/2018; $28 | (119) | 1.03 | (12,257.00) |
| 1/2/2018 | S | Call; 01/05/2018; $28 | (12) | 1.00 | (1,200.00) |
| 1/3/2018 | B | Call; 01/05/2018; $28 | 20 | 0.50 | 1,000.00 |
| 1/3/2018 | B | Call; 01/05/2018; $28 | 179 | 0.40 | 7,160.00 |
| 1/3/2018 | B | Call; 01/05/2018; $28 | 1 | 0.38 | 38.00 |
| 1/12/2018 | S | Call; 01/19/2018; $22 | (81) | 0.95 | (7,695.00) |
| 1/12/2018 | S | Call; 01/19/2018; $22 | (119) | 0.90 | (10,710.00) |
| 1/17/2018 | B | Call; 01/19/2018; $22 | 200 | 0.10 | 2,000.00 |
| 1/17/2018 | S | Call; 01/19/2018; $16 | (12) | 0.91 | (1,092.00) |
| 1/17/2018 | S | Call; 01/19/2018; $16 | (188) | 0.90 | (16,920.00) |
| 1/19/2018 | S (assignment to Call) | Common Stock | (5,900) | 16.00 | (94,400.00) |
| 1/19/2018 | B | Call; 1/19/2018; $16 | 141 | 3.90 | 54,990.00 |
| 1/31/2018 | S | Common Stock | (5,110) | 13.53 | (69,138.30) |
| 1/31/2018 | S | Common Stock | (700) | 13.52 | (9,464.00) |
| 1/31/2018 | S | Common Stock | (245) | 13.51 | (3,309.95) |
| 1/31/2018 | S | Common Stock | (6,720) | 13.50 | (90,720.00) |
| 1/31/2018 | S | Common Stock | (129) | 13.48 | (1,738.92) |
| 1/31/2018 | S | Common Stock | (1,196) | 13.47 | (16,110.12) |

**Sonia C. Estoesta**
**Transactions in Riot Blockchain, Inc. f/k/a Bioptix, Inc. (RIOT) Securities**
**Class Period: November 13, 2017 and February 15, 2018, inclusive**

| | Gross Shares Purchased | | 3,837 |
|---|---|---|---|
| | Net Retained Shares | | 523 |
| | Value of Retained Shares | $ | 4,385.85 |
| | 90-Day Average | $ | 8.3860 |
| | Losses | $ | 116,287.47 |

### Acc #1

| Date of Transaction | Buy (B) or Sell (S) | Securities | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/18/2017 | B | Common Stock | 1,563 | 34.3600 | 53,704.68 |
| 3/29/2018 | S | Common Stock | (1,563) | 6.4200 | (14,165.63) * |

### Acc #2

| Date of Transaction | Buy (B) or Sell (S) | Securities | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/19/2017 | B | Common Stock | 523 | 36.4900 | 19,084.27 |
| 12/19/2017 | B | Common Stock | 1,751 | 44.5000 | 77,919.50 |
| 3/29/2018 | S | Common Stock | (1,751) | 6.4200 | (15,869.49) * |

*The "Cost/Proceeds" column is the greater of the price sold or the "mean trading price" per the limitation on damages pursuant to 15 U.S.C. §78u-4(e).