# EXHIBIT 3

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>     Defendants. | C.A. No. 3:18-cv-2293<br><br>**JOINT DECLARATION OF THE KLAPPER, RANA AND ESTOESTA GROUP IN SUPPORT OF ITS MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We, Joseph J. Klapper, Jr., Ashish Rana, and Sonia Estoesta (the "Klapper, Rana and Estoesta Group" or "Group"), respectfully submit this Joint Declaration in support of our Motion of for appointment as Lead Plaintiff and approval of selection of counsel in the instant class action, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2. I, Joseph J. Klapper, Jr., live in Orange, California. I am the President of OCISitwell, an office furniture manufacturing company located in San Fe Springs, California. I have been investing in the capital markets for approximately 30 years. As reflected in my Certification, I invested a significant amount in Riot Blockchain stock during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws and unlawful conduct alleged in this action.

1

3. I, Ashish Rana, live in Glen Mills, Pennsylvania. I am a physician specializing in internal medicine. I have been investing in the capital markets for approximately 20 years. As reflected in my Certification, I invested a significant amount in Riot Blockchain during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws and unlawful conduct alleged in this action.

4. I, Sonia Estoesta, live in Cerritos, California. I am a retired telecommunications worker. I have been investing in the capital markets for approximately 28 years. As reflected in my Certification, I invested a significant amount in Riot Blockchain during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws and unlawful conduct alleged in this action.

5. We believe that the above-captioned securities class action against Riot Blockchain and certain of its officers and directors is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class. Moreover, we recognize that we are like-minded investors who suffered substantial losses as a result of our investments in Riot Blockchain. We also believe that the Class would benefit from a leadership structure in which a small group of plaintiffs jointly assume the responsibilities of a Class representative. It is for these reasons that we decided to seek joint appointment as Lead Plaintiff in the action.

6. We understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter. As Lead Plaintiffs, we will communicate regularly with counsel and with one another by email and by telephone regarding major litigation events, such as motions, settlement discussions, trial preparation, and trial. In furtherance of this goal, we have agreed to maintain direct contact via telephone and email, and have agreed to a regular meeting schedule as well as a mechanism for calling "emergency"

meetings. We understand that it is our responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice. We intend to prosecute the litigation in a collaborative and cohesive manner that is independent from counsel.

7. We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class. In the event that such a disagreement arises, we agree to resolve such disagreements by a majority vote.

8. In furtherance of our responsibilities as Lead Plaintiffs, we participated in conference calls on April 16 and April 17, 2018 to discuss, among other things: the strength of the claims against Defendants; a strategy for prosecuting these actions; the benefits that the Class would receive from the leadership of co-lead plaintiffs; our shared desire to achieve the best possible result for the Class; our interests in prosecuting the case in a collaborative, likeminded manner; and the actions that we will take to continue to ensure that the Class's claims will be zealously and efficiently litigated.

9. We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure that the litigation is prosecuted efficiently and effectively. We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation, Levi & Korsinsky, LLP ("Levi & Korsinsky"). We believe that the Class will benefit from Levi & Korsinsky's resources and experience in achieving substantial recoveries in securities class actions, and we agree that Levi & Korsinsky is well-qualified to represent the Class.

10. Levi & Korsinsky has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 17th day of April 2018

Signed: _____

Name: Joseph J. Klapper, Jr.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 17th day of April 2018

Signed: _____

Name: Ashish Rana

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 17th day of April 2018

Signed: _____

Name: Sonia Estoesta

4