CARELLA, BYRNE, CECCHI, OLSTEIN,
   BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

*Proposed Liaison Counsel*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., et al., <br><br> Defendants. | Case No. 3:18-cv-02293-FLW-TJB |

## RESPONSE OF SAROOR ALAM TO COMPETING MOTIONS
## FOR APPOINTMENT AS LEAD PLAINTIFF

Proposed lead plaintiff Saroor Alam respectfully submits this response to the competing motions for appointment as lead plaintiff in the above-captioned action. Dr. Alam recognizes that he does not possess the largest financial interest among the various lead plaintiff movants.  Should the Court determine that the movants with the largest financial interest are unable, unwilling, or unqualified to serve as lead plaintiff, however, Dr. Alam stands ready, willing, and able to assume that role on behalf of the class.

DATED:  May 7, 2018

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
JAMES E. CECCHI

*s/ James E. Cecchi*
JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

*Proposed Liaison Counsel for*
*Proposed Lead Plaintiff*

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
DOUGLAS WILENS
ROBERT J. ROBBINS
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
dwilens@rgrdlaw.com
rrobbins@rgrdlaw.com
stirabassi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUCAS F. OLTS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
lolts@rgrdlaw.com

*Proposed Lead Counsel for*
*Proposed Lead Plaintiff*

BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
Telephone:  858/914-2001
858/914-2002 (fax)
fbottini@bottinilaw.com

*Additional Counsel for*
*Proposed Lead Plaintiff*

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 7, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.


     *s/ James E. Cecchi*
      JAMES E. CECCHI