Sherief Morsy (#125042015)
Email: smorsy@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiff Wai Lau*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>　　Defendants. | No. 3:18-cv-02293-FLW-TJB<br><br>**NOTICE OF WAI LAU'S WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br><u>CLASS ACTION</u><br><br>Motion Date: May 21, 2018 |

Plaintiff Wai Lau ("Lau") as custodian for his minor children Klara Lau and Tyler Feng withdraws his motion filed in the above captioned action for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995. After reviewing the competing motions for Lead Plaintiff, Lau recognizes that he does not possess the largest financial interest among the various movants and withdraws his motion.

Lau's withdrawal shall have no effect on, and is without prejudice to, his rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated:  May 7, 2018                                   Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:_____*/s/ Sherief Morsy*_____
Sherief Morsy (#125042015)

Sherief Morsy
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
Email: smorsy@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Wai Lau
and [Proposed] Lead Counsel for the Class*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2018, I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: May 7, 2018                                    By: /s/ *Sherief Morsy*
                                                            Sherief Morsy (#125042015)