**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O' ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | No.: 3:18-cv-02293-FLW-TJB<br><br>**DECLARATION OF LAURENCE M. ROSEN IN FURTHER SUPPORT OF MOTION OF SIMON LEE, BRYAN SIEGEL, AND VIVEK SINGHAL TO: (1) APPOINT LEAD PLAINTIFFS; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**MOTION DATE: May 21, 2018** |

I, Laurence M. Rosen hereby declare under penalty of perjury:

1.  I am the managing attorney of The Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I am also admitted to bars of New York, Florida, and California. I make

this Declaration in support of the Motion of Plaintiffs Simon Lee, Bryan Siegel, and Vivek Singhal ("Movants") to be appointed as Lead Plaintiffs, and for approval of The Rosen Law Firm, P.A. to serve as Lead Counsel.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of Joint Declaration in Support of Motion of Simon Lee, Bryan Siegel and Vivek Singhal for Consolidation, Appointment as Lead Plaintiffs and Approval of Selection of Counsel.

    3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

South Orange, New Jersey  
Executed: May 7, 2018                                       /s/ Laurence M. Rosen  
                                                                            Laurence M. Rosen

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of May 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                            /s/ Laurence M. Rosen