# EXHIBIT 1

DocuSign Envelope ID: E25A92B2-4EC2-4D04-9753-A6030B922A14

## JOINT DECLARATION IN SUPPORT OF MOTION OF SIMON LEE, BRYAN SIEGEL, AND VIVEK SINGHAL FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We, Simon Lee, Bryan Siegel and Vivek Singhal, respectfully submit this Joint Declaration in support of our motion for consolidation of related actions, appointment as Lead Plaintiffs and approval of our selection of counsel in the instant class action on behalf of investors in the securities of Riot Blockchain Inc. ("RIOT" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2. I, Vivek Singhal, live in Rosalyn New York, and am a self-employed professional. I have been investing in the securities markets for approximately 15 years. As reflected in my Certification, I purchased RIOT common stock during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3. I, Simon Lee, live in Florida and previously worked as a computer programmer for many years. I have been investing in the securities markets for approximately 15 years. As reflected in my Certification, I purchased RIOT common stock during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

4. I, Bryan Siegel, live in California. I have worked and continue to work as a commercial real estate broker for almost 20 years. I have been investing for approximately 15 years. As reflected in my Certification, I purchased RIOT common stock during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

DocuSign Envelope ID: E25A92B2-4EC2-4D04-9753-A6030B922A14

5. We believe that the securities class action against RIOT is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class. Moreover, we recognize that we are all like-minded investors who suffered substantial losses and still hold shares in the company. We are all professionals very familiar with RIOT and, having spoken to one another multiple times, believe that our interests are conjoined.

We also believe that the Class would benefit from a leadership structure in which three Lead Plaintiffs jointly assume the responsibilities of a Class representative. Prior to making our Lead Plaintiff motion, we were aware of each other and agreed to work together as a group for these reasons and seek joint appointment as Lead Plaintiffs in the action, and to that end authorized our counsel, The Rosen Law Firm PA ("Rosen"), to file a motion on our behalves.

6. Prior to making our Lead Plaintiff motion: (a) we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (b) we understood that it is our responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) we understood that as Lead Plaintiffs we would have a fiduciary obligations to the class to ensure the maximum recovery for all class members and we will communicate regularly with counsel and with one another by email and by telephone regarding major litigation events, such as motions, settlement discussions, trial preparation, and trial; (d) we were aware of each other and agreed to seek lead plaintiff status together, and that if the Court's preference is to appoint a single investor as Lead Plaintiff, then we each support the appointment of either of ourselves individually as Lead Plaintiff.

7. We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class. In the event that such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses a number of votes equal to our financial loss in connection with Class Period purchases of RIOT securities, calculated in U.S. dollars.

DocuSign Envelope ID: E25A92B2-4EC2-4D04-9753-A6030B922A14

We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

8. In furtherance of our responsibilities as Lead Plaintiffs, we have participated in a conference call to discuss, among other things: the strength of the claims against Defendants; a strategy for prosecuting these actions; the benefits that the Class would receive from the leadership of co-lead plaintiffs; our shared desire to achieve the best possible result for the Class; our interests in prosecuting the case in a collaborative, likeminded manner; and the actions that we will take to continue to ensure that the Class's claims will be zealously and efficiently litigated.

9. We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, we selected Rosen to serve as Lead Counsel.

DocuSign Envelope ID: E25A92B2-4EC2-4D04-9753-A6030B922A14

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

5/7/2018 10:49:25 AM PDT

Executed this ___ day of May, 2018.

*Simon Lee*
8ABF9E6E6F6D4C2...

_____

Simon Lee

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

5/7/2018 8:37:11 AM PDT

Executed this ___ day of May, 2018.

*Bryan Siegel*
8875ECA185CF4C6...

_____

Bryan Siegel

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

5/7/2018 8:43:22 AM PDT

Executed this ___ day of May, 2018.

*vivek singhal*
C0BCEEA5E4DD4E6...

_____

Vivek Signal