Michael B. Eisenkraft
ID: 016532004
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: meisenkraft@cohenmilstein.com

*Counsel for Movants*
(Additional counsel listed on signature page)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC., F/K/A BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | 3:18-cv-02293<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF THE RIOT INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

On April 18, 2018, Kevin Ezell, Frank J. Kosarek, the Francis Kosarek Jr. Trust, Ben Hughes, Sue Hughes, and Lawrence Handler (collectively, the "Riot Investor Group"), by and through their counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), seeking entry of an Order: (1) appointing the Riot Investor Group as Lead Plaintiffs on behalf of all persons and entities that purchased or otherwise acquired securities of Riot Blockchain, Inc. from November 13, 2017 through February 15, 2018, both dates inclusive;

1

(2) approving Lead Plaintiffs' selection of Cohen Milstein Sellers & Toll PLLC and Pomerantz LLP as Co-Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper. (Dkt. No. 11.)

Having reviewed the competing motions before the Court, Movants do not appear to have the largest financial interest in this action within the meaning of the PSLRA. Accordingly, the Riot Investor Group hereby withdraws its motion. This notice of withdrawal shall have no impact on Movants' membership in the proposed class or their right to share in any recovery obtained for the benefit of class members.

Dated: May 7, 2018                                              Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

_/s/ Michael B. Eisenkraft_
Michael B. Eisenkraft
ID: 016532004
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: meisenkraft@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
S. Douglas Bunch
1100 New York Avenue N.W., Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
Email: dbunch@cohenmilstein.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016

Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Movants*

**CERTIFICATE OF SERVICE**

I, Michael B. Eisenkraft, counsel for Riot Investor Group and Proposed Co-Lead Counsel for the Class, certify that on this 7th day of May, 2018, I electronically filed the foregoing using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                    _/s/ Michael B. Eisenkraft_
                                                     Michael B. Eisenkraft