**THE GOUGH LAW FIRM, LLP**
Deborah R. Gough
411 Hackensack Ave.
Hackensack, New Jersey 07601
Telephone: (888) 488-1002
Facsimile: (516) 282-9880
Email: drgough @drgoughlaw.com

*Attorneys for Movant Pao Kue*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | : : : | Civil No. 3:18-CV-02293(FLW)(TJB) |
| Plaintiff, | : : : | **NOTICE OF WITHDRAWAL OF PAO** |
| v. | : : : | **KUE'S MOTION FOR** **APPOINTMENT AS LEAD** |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | : : : : | **PLAINTIFF AND APPROVAL OF** **SELECTION OF COUNSEL** |
| Defendants. | : | |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

    **PLEASE TAKE NOTICE** that Pao Kue ("Kue"), by and through her counsel, hereby withdraws her Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  This withdrawal is not intended to have any effect upon Kue's rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

DATED:  May 11, 2018

                  **THE GOUGH LAW FIRM, LLP**

                  */s/ Deborah R. Gough*
                  Deborah R. Gough
                  411 Hackensack Ave.
                  Hackensack, New Jersey 07601

Telephone: (888) 488-1002
Facsimile: (516) 282-9880
Email: drgough @drgoughlaw.com

**GIBBS LAW GROUP LLP**
Eric H. Gibbs
David Stein
505 14th Street, Suite 1110
Oakland, CA 94612-1406
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701
Email:  ehg@classlawgroup.com
        ds@classlawgroup.com

**MILBERG TADLER PHILLIPS
GROSSMAN LLP**
Andrei V. Rado
Robert A. Wallner
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
Email:   arado@milberg.com
         rwallner@milberg.com

*Counsel for Movant Pao Kue*