**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O' ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | No.: 3:18-cv-02293-FLW-TJB<br><br>**DECLARATION OF LAURENCE M. ROSEN IN FURTHER SUPPORT OF MOTION OF SIMON LEE, BRYAN SIEGEL, AND VIVEK SINGHAL TO: (1) APPOINT LEAD PLAINTIFFS; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**MOTION DATE: May 21, 2018** |

I, Laurence M. Rosen hereby declare under penalty of perjury:

1.  I am the managing attorney of The Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I am also admitted to bars of New York, Florida, and California. I make

this Declaration in further support of the Motion of Plaintiffs Simon Lee, Bryan Siegel, and Vivek Singhal ("Movants") to be appointed as Lead Plaintiffs, and for approval of The Rosen Law Firm, P.A. to serve as Lead Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Bryan Siegel dated May 11, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of the lead plaintiff Order entered by Judge Madeline Cox Arleo on July 19, 2012 in the action *Snellink v. Universal Travel Group, Inc.*, Case No. 2:11-cv-2164-SDW-MCA (D.N.J.) as docket number 49.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Motion of the Depomed Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel; Memorandum and Points of Authorities filed by Levi & Korsinsky, LLP ("L&K") as docket number 12 in the action *Huang v. Depomed, Inc., et al.*, Case No. 3:17-cv-04830-JST (N.D.Cal.).

5. Attached hereto as Exhibit 4 is a true and correct copy of Maqsood Sheikh, Yuhai Ding, and Ra Consulting APS's Memorandum of Law in Support of Motion for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel filed by L&K as docket number 8-1 in the action *Bier v. Endo International PLC f/k/a Endo Health Solutions Inc., at al.,* Case No. 2:17-cv-3711-TJS (E.D.Pa.).

6. Attached hereto as Exhibit 5 is a true and correct copy of The Ocular Therapeutix Investor Group's Memorandum of Law in Further Support of its Motion for Appointment as Lead Plaintiff and Approval of Counsel filed by L&K as docket number 30 in the action *Gallagher v. Ocular Therapeutix, Inc., et al.,* Case No. 2:17-cv-05011-SDW-LDW (D.N.J.).

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 14, 2018                    /s/ Laurence M. Rosen
                                          Laurence M. Rosen

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of May 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                  /s/ Laurence M. Rosen