# EXHIBIT 1

## DECLARATION OF BRYAN SIEGEL

I, Bryan Siegel hereby declare under penalty of perjury:

1. I submit this Declaration in further support of the Lead Plaintiff motion made on behalf of myself, Simon Lee and Vivek Singhal and in response to Klapper, Rana and Estoesta Group's speculation that my transactions in RIOT Blockchain, Inc. stock set forth in my PSLRA certification are not in my own account and/or otherwise not mine.

2. Contrary to the competing movant's speculation, the transactions set forth in my PSLRA certification form are from my personal brokerage account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May__, 2018

5/11/2018 11:51:19 AM PDT

*Bryan Siegel*
—8875ECA185CF4C6...
Bryan Siegel