# EXHIBIT 2

|  |  |  |
|---|---|---|
| ALBERT SNELLINK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : : : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : : |  |
| -vs- | : : | Civil Action No. 11-2164 (SDW) |
| UNIVERSAL TRAVEL GROUP, INC., et al., | : : : : | ORDER |
| Defendant(s), | : : |  |

**THIS MATTER** having come before the Court on two motions to appoint lead plaintiff and plaintiff's selection of lead counsel (Docket Entry Nos. 40 and 41); and for the reasons set forth on the record and good cause shown;

**IT IS** on this 19th day of July, 2012,

**ORDERED** that:

1. Van Hove Group and its members are appointed as Lead Plaintiff for the class;

2. Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. is appointed Lead Counsel; and

3. Lead Counsel shall manage the prosecution of this litigation. Lead Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with

the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of the Lead Plaintiff and Class.

*s/Madeline Cox Arleo*
MADELINE COX ARLEO
United States Magistrate Judge

Original:    Clerk
cc:         Hon. Susan D. Wigenton, U.S.D.J.
           File