UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. McGONEGAL,<br><br>    Defendants. | Civil No. 3:18-CV-02293 |

**MOTION TO ADMIT THOMAS A. ZACCARO
TO APPEAR *PRO HAC VICE***

Chad J. Peterman, Esq. with Paul Hastings LLP, a member in good standing of the bar of the State of New Jersey, admitted to practice before the United States District Court for the District of New Jersey, and an attorney for defendants Riot Blockchain, Inc. and John O'Rourke ("Defendants"), hereby moves this Honorable Court in accordance with Local Civil Rule 101.1(c) for an Order admitting Thomas A. Zaccaro, a partner with the law firm of Paul Hastings LLP, to practice before this Honorable Court *pro hac vice* on behalf of Defendants in the above-captioned matter, and in support of this motion states the following:

1. I have an office for the practice of law at the firm of Paul Hastings LLP, 200 Park Avenue, New York, New York 10166.

2. I received a Juris Doctor degree from Georgetown University Law Center, I am a member in good standing of the bar of the State of New Jersey and I was admitted to practice before the state courts in December 1999.

3. I was admitted to practice in the United States District Court for the District of New Jersey in 1999.

4. I am a member in good standing of the bar of the State of New York, admitted to practice in 2000.

5. Since the dates of the admissions to the bars and courts set forth above, I have continued to practice in these courts and have at all times remained a member in good standing of the bars and these courts.

6. I have never been held in contempt of court nor censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor the subject of any pending complaint before any court.

7. I have read and will comply with Local Civil Rule 101.1(c) of this Court. I will also comply with the provisions of the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, and the Local Rules of Practice for the United States District Court for the District of New Jersey.

8. I submit this motion for the admission *pro hac vice* of my colleague, Thomas A. Zaccaro, who is a partner at Paul Hastings LLP.

9. Thomas A. Zaccaro is an attorney who is duly licensed and qualified to practice law in the State of California (Bar No. 183241). Mr. Zaccaro has also been admitted to practice before the United States District Court for the Central and Southern Districts of California, United States District Court for the District of Columbia, United States District Court for District of Nevada, the Second Circuit Court of Appeals, and the Ninth Circuit Court of Appeals, and numerous other federal courts on a *pro hac vice* basis.

10. Mr. Zaccaro is an attorney with Paul Hastings LLP, practicing at the firm's Los Angeles office, located at 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071. Mr. Zaccaro is fully familiar with both this case and the areas of law pertaining to this case.

11. The certification of Mr. Zaccaro is being submitted in support of this Motion.

12. I understand that payments are to be made to the New Jersey Lawyer's Fund for Client Protection on behalf of Mr. Zaccaro, pursuant to New Jersey Court Rule 1:28-2(a), for each calendar year of his *pro hac vice* admission in this action (to the extent that such fee has not otherwise been paid in connection with another matter).

13. I understand that payments are also to be made to the Clerk of the United States District Court for the District of New Jersey, pursuant to Local Rule 101.1(c)(3), on behalf of Mr. Zaccaro, for his *pro hac vice* admission in this matter.

14. A proposed form of Order is submitted herewith.

WHEREFORE, Defendants, by and through their undersigned counsel, respectfully request that Mr. Zaccaro be admitted *pro hac vice* as an attorney in the United States District Court for the District of New Jersey, to advise, represent and appear on behalf of Defendants in this action and to participate in the trial or argument of all matters before the Court concerning this action.

DATED: May 23, 2018, Respectfully submitted,

By: /s/ Chad J. Peterman
Chad J. Peterman
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 319-4090
*chadpeterman@paulhastings.com*

Attorney for Defendants
RIOT BLOCKCHAIN, INC. F/K/A
BIOPTIX, INC., and JOHN
O'ROURKE