CHAD J. PETERMAN
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 319-4090
chadpeterman@paulhastings.com

*Attorney for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. McGONEGAL,<br><br>Defendants. | Civil No. 3:18-CV-02293 |

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter having come before the Court on motion of Paul Hastings LLP, attorneys for Defendants Riot Blockchain, Inc. and John O'Rourke, for the *pro hac vice* admission of D. Scott Carlton, pursuant to Local Civ. R. 101.1, and the Court having considered the certifications in support of the

motion, which reflect that he satisfies the requirements set for in Local Civ. R. 101.1(c)(1),

    **IT IS**, on this ____ day of _____, 2018,

    **ORDERED** that the motion for the *pro hac vice* admission of D. Scott Carlton is granted.

                                                    _____
                                                    HONORABLE FREDA L. WOLFSON