## CERTIFICATE OF SERVICE

I hereby I hereby certify that on May 23, 2018, a copy of the foregoing Motion to Admit D. Scott Carlton to Appear Pro Hac Vice was filed electronically. Parties may access this filing through the Court's CM/ECF System.

Additionally, a courtesy copy was sent to the Court via overnight mail on May 23, 2018.

/s/ *Chad J. Peterman*
Chad J. Peterman
Counsel for Defendants
RIOT BLOCKCHAIN, INC. F/K/A
BIOPTIX, INC., and JOHN O'ROURKE