**LEVI & KORSINSKY, LLP**
Donald J. Enright
1101 30th Street NW
Suite 115
Washington, DC 20007
Tel.: (202) 524-4292
Fax: (202) 333-2121
Email: denright@zlk.com

*Counsel for Movants Joseph J. Klapper, Jr.,
Ashish Rana, and Sonia C. Estoesta,
and [Proposed] Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | C.A. No. 3:18-cv-02293-FLW-TJB<br><br>**NOTICE OF MOTION OF THE KLAPPER, RANA AND ESTOESTA GROUP TO STRIKE SUR-REPLY (DKT. NO. 32)**<br><br><u>CLASS ACTION</u><br><br>**MOTION DATE: July 2, 2018** |

**PLEASE TAKE NOTICE** that pursuant to L.Civ.R. 7.1(d)(6), lead plaintiff movant the Klapper, Rana and Estoesta Group,[1] by its counsel, respectfully submits this Motion requesting that this Court issue an Order striking the improper sur-reply (Dkt.

---

[1] The "Klapper, Rana and Estoesta Group" or "Group" is comprised of Joseph J. Klapper, Jr., Ashish Rana, and Sonia Estoesta.

1

No. 32) (the "Sur-Reply") filed in direct violation of L.Civ.R. 7.1(d)(6) by the Rosen Law Group[2] and The Rosen Law Firm.

This Motion is made on the grounds that the Rosen Law Group filed the Sur-Reply in direct violation of this District's Local Rules and therefore, it should be stricken. In support of this Motion, the Group submits herewith a Memorandum of Law in Support of the Motion.

Dated:  June 7, 2018            **LEVI & KORSINSKY, LLP**

/s/ Donald J. Enright
Donald J. Enright
Elizabeth K. Tripodi (*pro hac vice to be submitted*)
John A. Carriel (*pro hac vice to be submitted*)
**LEVI & KORSINSKY, LLP**
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4292
Facsimile:  (202) 333-2121
Email: denright@zlk.com
Email: etripodi@zlk.com
Email: jcarriel@zlk.com

*Counsel for Movants
and [Proposed] Lead Counsel for the Class*

---

[2] The Rosen Law Group is comprised of Simon Lee, Bryan Siegel and Vivek Singhal. Dkt. No. 14.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2018, a true and correct copy of the foregoing document was served by CM/ECF to all counsel of record registered to the Court's CM/ECF system.

/s/ Donald J. Enright