## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | ) C.A. No. 3:18-cv-02293-FLW-TJB ) ) |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING THE KLAPPER, RANA AND ESTOESTA** |
| v. | ) **GROUP'S MOTION TO STRIKE SUR-REPLY (DKT.** |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | ) **NO. 32)** ) ) <u>CLASS ACTION</u> |
| Defendants. | ) ) |

Having considered the papers filed in support of the Motion of class members Joseph J. Klapper, Jr., Ashish Rana, and Sonia C. Estoesta (the "Klapper, Rana and Estoesta Group") to strike the improper sur-reply (Dkt. No. 32) (the "Sur-Reply") filed in direct violation of L.Civ.R. 7.1(d)(6) by the Rosen Law Group[1] and The Rosen Law Firm, and for good cause shown, the Court hereby enters the following Order:

1. The Sur-Reply (Dkt. No. 32) is hereby STRICKEN.

SO ORDERED:

Dated: _____, 2018                    _____
                                        HONORABLE FREDA L. WOLFSON
                                        UNITED STATES DISTRICT JUDGE

---

[1] The Rosen Law Group is comprised of Simon Lee, Bryan Siegel and Vivek Singhal.

1