UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CREIGHTON TAKADA,** : | |
| : | Civil Action No. 18-2293 (FLW) |
| **Plaintiff,** : | |
| : | |
| v. : | ORDER |
| : | |
| **RIOT BLOCKCHAIN, INC. ET AL,** : | |
| : | |
| **Defendants.** : | |
| : | |
| : | |

This matter having been brought before the Court by Chad J. Peterman, Esq., attorney for Defendants Riot Blockchain, Inc. and John O'Rourke, on Motion for an Order allowing Thomas A. Zaccaro to appear and participate *pro hac vice*; and the Court having considered the moving papers; and this matter being considered without oral argument pursuant to FED.R.CIV.P. 78, and for good cause shown;

IT IS on this 11th day of June 2018,

ORDERED that Thomas A. Zaccaro be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that Thomas A. Zaccaro shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Thomas A. Zaccaro shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Thomas A. Zaccaro shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R. 104.1, <u>Discipline of Attorneys</u>; and it is further

ORDERED that Thomas A. Zaccaro shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that Thomas A. Zaccaro may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

 s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

The Clerk of the Court is directed to terminate Docket Entry No. 30.