

Laurence M. Rosen
lrosen@rosenlegal.com

June 26, 2018

**VIA ECF**

Hon. Freda L. Wolfson
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *Takata v. Riot Blockchain, Inc., et al.,* 3:18-cv-02293-FLW-TJB

Your Honor:

      We submit this letter on behalf of lead plaintiff movants Simon Lee, Bryan Siegel, and Vivek Singhal ("Movants") in the above-referenced matter. We write to respectfully request the Court to take judicial notice of the Motion of the Aceto Investor Group for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, attached hereto as Exhibit 1, filed by the Klapper Group's counsel, Levi & Korsinsky, LLP, on June 25, 2018 in the action *Mulligan Jr., v. Aceto Corporation, et al*., Case No. 2:18-cv-02425-JFB-AYS (E.D.N.Y.). This lead plaintiff motion was filed on behalf of a group of unrelated investors without a joint declaration.

      Respectfully submitted,

      /s/ Laurence M. Rosen
      Laurence M. Rosen

cc: all counsel of record via ECF

1

**THE ROSEN LAW FIRM, P.A. ♦ 609 W. SOUTH ORANGE AVENUE, SUITE 2P ♦ SOUTH ORANGE, NJ 07079 ♦ TEL: (973) 313-1887 ♦ FAX: (973) 833-0399**