**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CREIGHTON TAKATA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,

Defendants.

Civil Action No. 18-2293 (FLW) (TJB)

**ORDER**

JOSEPH J. KLAPPER, JR., individually and on behalf of all others similarly situated,

Plaintiff,

v.

RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,

Defendants.

Civil Action No. 18-8031 (FLW) (TJB)

**THIS MATTER** having come before the Court on competing applications for lead plaintiff and counsel filed by the Rosen Law Firm, P.A., counsel for Plaintiffs Simon Lee, Bryan Siegel, and Vivek Singhal ("Lee Movants"); Levi & Korsinsky, LLP, counsel for Plaintiffs Joseph J. Klapper, Jr., Ashish Rana, and Sonia C. Estoesta ("Klapper Movants"); Motley Rice LLC, counsel for Plaintiff Dr. Stanley Golovac; and Geller Rudman & Dowd LLP, counsel for Plaintiff

Saroor Alam; it appearing that Klapper Movants also move to consolidate the above-captioned matters; the Court having reviewed the submissions of all parties in connection with the pending motions, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion being filed on this date; and for good cause shown;

IT IS ON THIS 6th day of November, 2018,

ORDERED AS FOLLOWS:

1. The above captioned cases, *Takata v. Riot Blockchain, Inc., et al.*, 18-2293 (FLW) (TJB), and *Klapper v. Riot Blockchain, Inc.*, *et al.*, 18-8031 (FLW) (TJB) are hereby consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);
2. These actions shall be referred to herein as the "Consolidated Actions." This Order shall apply to the Consolidated Actions and to any case that is subsequently filed in this Court that relates to the same subject matter as the Consolidated Actions. The Consolidated Actions shall bear the caption *Takata v. Riot Blockchain, Inc., et al.*, 18-2293 (FLW) (TJB);
3. Plaintiff Dr. Stanley Golovac is hereby appointed as Lead Plaintiff in the Consolidated Actions;
4. The law firm of Motley Rice LLC is hereby appointed as Lead Counsel in the Consolidated Actions;
5. The motions filed by Lee Movants (ECF No. 14), Klapper Movants (ECF No. 19), and Alam (ECF No. 10) are **DENIED**.

**SO ORDERED.**

/s/ Freda L. Wolfson_____
Hon. Freda L. Wolfson, U.S.D.J.