**LITE DEPALMA GREENBERG LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Counsel for Dr. Stanley Golovac*
*and Lead Counsel for the Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | : <br> : <br> : |
| *Plaintiff,* | : Civil Action No.: 18-2293(FLW)(TJB) |
| v. | : <br> : |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | : <br> : <br> : <br> : |
| *Defendants.* | : |

**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF**
**WILLIAM S. NORTON AND JOSHUA C. LITTLEJOHN**

PLEASE TAKE NOTICE that the undersigned attorneys for Court-appointed Lead Plaintiff Dr. Stanley Golovac ("Lead Plaintiff") shall move under Local Civ. R. 101.1(c) for an Order permitting the *pro hac vice* admission of William S. Norton and Joshua C. Littlejohn on behalf of Lead Plaintiff. In support hereof, Lead Plaintiff will reply upon the Certifications of Joseph J. DePalma, William S. Norton and Joshua C. Littlejohn in support of this motion. A proposed form of Order is attached.

747145.1

|  |  |
|---|---|
|  | **LITE DEPALMA GREENBERG LLC** |
| Dated: November 27, 2018 | */s/ Joseph J. DePalma* |
|  | Joseph J. DePalma |
|  | 570 Broad Street, Suite 1201 |
|  | Newark, NJ 07102 |
|  | Telephone: (973) 623-3000 |
|  | Facsimile: (973) 623-0858 |
|  | jdepalma@litedepalma.com |
|  | |
|  | *Counsel for Lead Plaintiff* |
|  | |
|  | **MOTLEY RICE LLC** |
|  | Gregg S. Levin |
|  | William S. Norton |
|  | Michael J. Pendell |
|  | Joshua C. Littlejohn |
|  | 28 Bridgeside Blvd. |
|  | Mt. Pleasant, SC  29464 |
|  | Telephone: (843) 216-9000 |
|  | Facsimile: (843) 216-9450 |
|  | glevin@motleyrice.com |
|  | wnorton@motleyrice.com |
|  | mpendell@motleyrice.com |
|  | jlittlejohn@motleyrice.com |
|  | |
|  | *Counsel for Lead Plaintiff* |
|  | *and Lead Counsel for the Class* |