

570 Broad Street / Suite 1201 / Newark, NJ 07102
**P:** 973.623.3000 / **F:** 973.623.0858 / litedepalma.com

Newark ▎ Chicago ▎ Philadelphia

December 3, 2018

**VIA ECF**
Honorable Freda L. Wolfson, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building &
 U.S. Courthouse
402 East State Street
Trenton, NJ  08608

   Re: *Creighton Takata v. Riot Blockchain, Inc., et al.*
     **Civil Action No.: 18-2293 (FLW) (TJB)**

Dear Judge Wolfson:

 This firm represents court-appointed lead plaintiff Dr. Stanley Golovac in the above-captioned matter.  We enclose for the Court's consideration a Stipulation and [Proposed] Order Extending Time to File Consolidated Complaint and the Response Thereto, which has been approved by all parties.  If the Order meets with the Court's approval, we ask that you kindly have it entered on the docket.

 We appreciate the Court's consideration.

          Respectfully,

          */s/ Joseph J. DePalma*

          Joseph J. DePalma

JJD:emp
Enclosure
cc: All Counsel (via ECF)

550241.1