**LITE DEPALMA GREENBERG LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Counsel for Dr. Stanley Golovac*
*and Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>*Defendants.* | Civil Action No.: 18-2293(FLW)(TJB)<br><br>[~~PROPOSED~~]<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF WILLIAM S. NORTON AND JOSHUA C. LITTLEJOHN** |

This matter having been presented to the Court by Lite DePalma Greenberg, LLC for the entry of an Order allowing the appearance *pro hac vice* of William S. Norton and Joshua C. Littlejohn for all purposes in the captioned matter, and the Court having reviewed the Certifications of Joseph J. DePalma, William S. Norton and Joshua C. Littlejohn and it appearing that William S. Norton and Joshua C. Littlejohn are Members with the firm of Motley Rice, LLC, located at 28 Bridgeside Blvd., Mount Pleasant, SC 29464; and that Lite DePalma Greenberg, LLC has agreed to act as local counsel; and for good cause having been shown;

**IT IS** on this __12th__ day of __December__, 2018

**ORDERED**, that William S. Norton and Joshua C. Littlejohn are hereby admitted *pro hac vice* for all purposes of representing Court-appointed Lead Plaintiff Dr. Stanley Golovac in

750631.1

the captioned matter, and it is

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c) William S. Norton and Joshua C. Littlejohn shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if they have not already made contributions,

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(3), William S. Norton and Joshua C. Littlejohn shall make a payment of $150.00, payable to the Clerk, United States District Court,

**FURTHER ORDERED** that William S. Norton and Joshua C. Littlejohn shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and the Local Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c), William S. Norton and Joshua C. Littlejohn shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

**SO ORDERED**:

                                                                            *[signature]*
                                                                            HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

*The clerk of the court is directed to terminate Docket Entry No. 93.*