# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, <br><br> Defendants. | C.A. No. 3:18-cv-2293 <br><br> **[PROPOSED] ORDER GRANTING THE KLAPPER, RANA AND ESTOESTA GROUP'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL RECONSIDERATION AND AMENDMENT TO THE ORDER APPOINTING LEAD PLAINTIFF (DKT. NO. 40)** <br><br> **MOTION DATE: February 4, 2018** |
| JOSEPH J. KLAPPER, JR., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, <br> Defendants. | C.A. No. 3:18-cv-8031 |

Having considered the papers filed in support of the Motion of class members Joseph J. Klapper, Jr., Ashish Rana, and Sonia C. Estoesta (the "Klapper Movants") for leave to file a reply in further support of their motion for partial reconsideration and amendment to this Court's November 6, 2018 Order (the "Motion"), and for

good cause shown, the Klapper Movants' Motion is hereby GRANTED and the proposed reply brief attached as Exhibit A to the Motion shall be entered as the Klapper Movants' reply brief in further support of their reconsideration motion (Docket No. 42).

**SO ORDERED.**

DATED: _____                    _____
                                     HONORABLE FREDA L. WOLFSON
                                     UNITED STATES DISTRICT JUDGE