**LITE DEPALMA GREENBERG LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Counsel for Dr. Stanley Golovac*
*and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293(FLW)(TJB) |
| *Plaintiff*, | **APPLICATION AND CERTIFICATION OF JOSEPH J. DEPALMA IN SUPPORT OF PRO HAC VICE ADMISSION WILLIAM S. NORTON AND JOSHUA C. LITTLEJOHN** |
| v. | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | |
| *Defendants*. | |

Joseph J. DePalma, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, a member in good standing of the bar of this Court, and a member of the firm of Lite DePalma Greenberg, LLC, located at 570 Broad Street, Suite 1201, Newark, NJ 07102, Lead Counsel for Court-appointed Lead Plaintiff Dr. Stanley Golovac ("Lead Plaintiff") in the captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. I make this Certification in support of Lead Plaintiff's motion to admit *pro hac vice* William S. Norton and Joshua C. Littlejohn as counsel for Lead Plaintiff.

3. William S. Norton is a Member of the firm of the Motley Rice, LLC, located at 28 Bridgeside Blvd., Mount Pleasant, SC 29464.

750631.1

2

4. Mr. Norton has advised me that he is a member in good standing of the bars of Massachusetts; New York; South Carolina; the Supreme Court of the United States; the United States Court of Appeals for the First Circuit; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Fourth Circuit; the United States District Court for the District of Colorado; the United States District Court for the Northern District of Illinois; the United States District Court for the District of Massachusetts; the United States District Court for the District of South Carolina; the United States District Court for the Southern District of New York; and the United States District Court for the Eastern District of New York.  He is not under suspension, nor has he ever been suspended or disbarred from any Court.  Mr. Norton is fully familiar with the facts of this case.

5. There is good cause for the *pro hac vice* admission of Mr. Norton, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by him acting as attorney for Lead Plaintiff in this matter.

6. Joshua C. Littlejohn is a Member of the firm of the Motley Rice, LLC, located at 28 Bridgeside Blvd., Mount Pleasant, SC 29464.

7. Mr. Littlejohn has advised me that he is a member in good standing of the bars of the South Carolina; the United States District Court for the District of Colorado; the United States District Court for the District South Carolina; and the United States Court of Appeals for the Third Circuit.  He is not under suspension, nor has he ever been suspended or disbarred from any Court.  Mr. Littlejohn is fully familiar with the facts of this case.

3

8. There is good cause for the *pro hac vice* admission of Mr. Littlejohn, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by him acting as attorney for Lead Plaintiff in this matter.

9. Pursuant to Rule 101.1(c)(4) of the Local Civil Rules, my firm will appear in this action, including all court appearances on behalf of Lead Plaintiff, and agrees to accept service of all notices, orders, and pleadings in this action. I or an attorney from my firm will sign and file all pleadings, enter all appearances, sign all stipulations, and other such documents in this matter. I agree to be responsible for the conduct of the above-named counsel should they be admitted *pro hac vice*.

10. I will make certain that each attorney to be admitted *pro hac vice* in this case will comply with Local Civil Rule 101.1(c).

11. Accordingly, I respectfully request that this Court enter an Order admitting William S. Norton and Joshua C. Littlejohn *pro hac vice* in this action.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 4, 2019

                                                       */s/ Joseph J. DePalma*
                                                       Joseph J. DePalma

750631.1