**LITE DEPALMA GREENBERG**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Counsel for Dr. Stanley Golovac
and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293(FLW)(TJB) |
| *Plaintiff,* | |
| v. | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | **CERTIFICATION OF WILLIAM S. NORTON IN SUPPORT OF APPLICATION FOR ADMISSION** *PRO HAC VICE* |
| *Defendants.* | |

**William S. Norton,** of full age, hereby certifies as follows:

1. I am a Member with the firm of Motley Rice LLC, located at 28 Bridgeside Blvd., Mount Pleasant, SC 29464, Lead Counsel for Court-appointed Lead Plaintiff Dr. Stanley Golovac ("Lead Plaintiff") in the captioned matter. I make this certification on my personal knowledge in support of Lead Plaintiff's application to have me admitted *pro hac vice* in the captioned matter. I am fully familiar with the facts of this case.

2. I am a member in good standing of the bars of Massachusetts (admitted in 2005); New York (admitted in 2005); South Carolina (admitted in 2009); the Supreme Court of the United States (admitted in 2015); the United States Court of Appeals for the First Circuit

(admitted in 2011); the United States Court of Appeals for the Second Circuit (admitted in 2011); the United States Court of Appeals for the Third Circuit (admitted in 2017); the United States Court of Appeals for the Fourth Circuit (admitted in 2017); the United States District Court for the District of Colorado (admitted in 2013); the United States District Court for the Northern District of Illinois (admitted in 2013); the United States District Court for the District of Massachusetts (admitted in 2017); the United States District Court for the District of South Carolina (admitted in 2012); the United States District Court for the Southern District of New York (admitted in 2006); and the United States District Court for the Eastern District of New York (admitted in 2011). The names and addresses of the offices maintaining the rolls of members of the bar in these jurisdictions are as follows:

**Massachusetts**
Commonwealth of Massachusetts
Board of Bar Overseers
PO Box 55863
Boston, MA 02205

**South Carolina**
Office of Bar Admissions
Supreme Court of South Carolina
1231 Gervais Street
Columbia, SC  29201

**United States Court of Appeals
for the First Circuit**
Maria R. Hamilton, Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**United States Court of Appeals
for the Third Circuit**
Clerk's Office
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**New York**
Attorney Records Clerk
Appellate Division, First Judicial Dept.
41 Madison Avenue, 26th Floor
New York, NY 10010

**Supreme Court of the United States**
Clerk's Office
1 First Street, NE
Washington, DC 20543

**United States Court of Appeals
for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**United States Court of Appeals
for the Fourth Circuit**
1100 East Main Street
Richmond, VA 23219

**United States District Court**
    **for the District of Colorado**
901 19th Street
Denver, Colorado 80294

**United States District Court**
    **for the Northern District of Illinois**
Clerk, United States District Court
219 S. Dearborn Street
Chicago, IL 60604

**United States District Court**
    **for the District of Massachusetts**
Tracy McLaughlin
John Joseph Moakley U.S. Courthouse
1 Courthouse way – Suite 2300
Boston, MA 02210

**United States District Court**
    **for the District South Carolina**
Charles E. Simons, Jr. Federal Courthouse
223 Park Avenue, S.W.
Aiken, SC 29801

**United States District Court**
    **for the Southern District of New York**
Clerk of Court
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

**United States District Court**
    **for the Eastern District of New York**
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    3.    I am not under suspension, nor have I ever been suspended or disbarred from any court. No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me in any jurisdiction.

    4.    I am conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those rules.

    5.    Upon entry of the requested order, payment in the appropriate amount will be forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

    6.    In accordance with Local Civil Rule 101.1(c)(3), upon entry of the requested order, payment in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

    7.    I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with

the requirements of Local Civil Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8. The firm of Lite DePalma Greenberg, LLC of Newark, New Jersey has agreed to work with my firm in the litigation of this action.

9. I respectfully request that this Court grant Lead Plaintiff's application to have me admitted *pro hac vice* for all purposes in this action, including trial. Counsel for Defendants have advised that Defendants have no objection to my admission.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 26, 2018

William S. Norton