**LITE DEPALMA GREENBERG**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Counsel for Dr. Stanley Golovac
and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>*Defendants*. | Civil Action No.: 18-2293(FLW)(TJB)<br><br>**CERTIFICATION OF JOSHUA C. LITTLEJOHN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

**Joshua C. Littlejohn,** of full age, hereby certifies as follows:

1. I am a Member with the firm of Motley Rice LLC, located at 28 Bridgeside Blvd., Mount Pleasant, SC 29464, Lead Counsel for Court-appointed Lead Plaintiff Dr. Stanley Golovac ("Lead Plaintiff") in the captioned matter. I make this certification on my personal knowledge in support of Lead Plaintiff's application to have me admitted *pro hac vice* in the captioned matter. I am fully familiar with the facts of this case.

2. I am a member in good standing of the bars of the South Carolina (admitted in 2007); the United States District Court for the District of Colorado (admitted in 2013); the United States District Court for the District South Carolina (admitted in 2009); and the United

States Court of Appeals for the Third Circuit (admitted in 2008). The names and addresses of the offices maintaining the rolls of members of the bar in these jurisdictions are as follows:

**South Carolina**
Office of Bar Admissions
Supreme Court of South Carolina
1231 Gervais Street
Columbia, SC 29201

**United States District Court for the District of Colorado**
901 19th Street
Denver, Colorado 80294

**United States District Court for the District South Carolina**
Charles E. Simons, Jr. Federal Courthouse
223 Park Avenue, S.W.
Aiken, SC 29801

**United States Court of Appeals for the Third Circuit**
Clerk's Office
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

3. I am not under suspension, nor have I ever been suspended or disbarred from any court. No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me in any jurisdiction.

4. I am conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those rules.

5. Upon entry of the requested order, payment in the appropriate amount will be forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

6. In accordance with Local Civil Rule 101.1(c)(3), upon entry of the requested order, payment in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

7. I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with the requirements of Local Civil Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8. The firm of Lite DePalma Greenberg, LLC of Newark, New Jersey has agreed to work with my firm in the litigation of this action.

9. I respectfully request that this court grant Lead Plaintiff's application to have me admitted *pro hac vice* for all purposes in this action, including trial. Counsel for Defendant has advised that Defendant has no objection to my admission.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 26, 2018

Joshua C. Littlejohn

3