# CERTIFICATION OF LEAD PLAINTIFF
# PURSUANT TO FEDERAL SECURITIES LAWS

I, Stanley Golovac, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the Consolidated Class Action Complaint ("CCAC") against Riot Blockchain, Inc. ("Riot") and others, and authorize its filing.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in Riot securities, which are the subject of this litigation during the class period are set forth in the CCAC, are set forth in Exhibit A attached hereto.

5. Within the last three years, I have not sought to serve nor have I served as a class representative in any other federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __14th__ day of January 2019.

_____
Stanley Golovac

**Riot (RIOT)**
**Golovac**

| Fund | | | |
|---|---|---|---|
| **Transaction Type** | **Date** | **Quantity** | |
| Purchase | 12/19/2017 | 2,500 | |
| Purchase | 12/19/2017 | 2,500 | |
| Purchase | 12/19/2017 | 2,000 | |
| Purchase | 12/19/2017 | 400 | |
| Purchase | 12/19/2017 | 100 | |
| Purchase | 12/19/2017 | 167 | |
| Purchase | 12/19/2017 | 750 | |
| Purchase | 12/19/2017 | 1,200 | |
| Purchase | 12/19/2017 | 383 | |
| Purchase | 12/21/2017 | 1,100 | |
| Purchase | 12/21/2017 | 1,000 | |
| Purchase | 12/21/2017 | 400 | |
| Purchase | 12/21/2017 | 5,000 | |
| Sale | 12/21/2017 | (100) | |
| Sale | 12/21/2017 | (300) | |
| Sale | 12/21/2017 | (200) | |
| Sale | 12/21/2017 | (600) | |
| Sale | 12/21/2017 | (100) | |
| Sale | 12/21/2017 | (100) | |
| Sale | 12/21/2017 | (1,100) | |
| Purchase | 12/22/2017 | 200 | |
| Purchase | 12/22/2017 | 2,300 | |
| Purchase | 12/22/2017 | 1,500 | |
| Purchase | 12/22/2017 | 100 | |
| Purchase | 12/22/2017 | 900 | |
| Purchase | 12/22/2017 | 100 | |
| Purchase | 12/22/2017 | 100 | |
| Purchase | 12/22/2017 | 100 | |
| Purchase | 12/22/2017 | 100 | |
| Purchase | 12/22/2017 | 1,100 | |
| Purchase | 12/22/2017 | 700 | |
| Purchase | 12/22/2017 | 300 | |
| Purchase | 12/22/2017 | 250 | |
| Purchase | 12/22/2017 | 253 | |
| Purchase | 12/22/2017 | 100 | |

| | | |
|---|---|---|
| Purchase | 12/22/2017 | 50 |
| Purchase | 12/22/2017 | 1,000 |
| Purchase | 12/22/2017 | 800 |
| Purchase | 12/22/2017 | 47 |
| Purchase | 12/22/2017 | 400 |
| Purchase | 12/22/2017 | 1,800 |
| Purchase | 12/22/2017 | 300 |
| Purchase | 12/22/2017 | 1,700 |
| Purchase | 12/22/2017 | 800 |
| Purchase | 12/22/2017 | 200 |
| Purchase | 12/22/2017 | 100 |
| Purchase | 12/22/2017 | 2,200 |
| Purchase | 12/22/2017 | 198 |
| Purchase | 12/22/2017 | 2,950 |
| Purchase | 12/22/2017 | 200 |
| Purchase | 12/22/2017 | 100 |
| Purchase | 12/22/2017 | 101 |
| Purchase | 12/22/2017 | 100 |
| Purchase | 12/22/2017 | 1 |
| Purchase | 12/22/2017 | 100 |
| Purchase | 12/22/2017 | 500 |
| Purchase | 12/22/2017 | 750 |
| Purchase | 12/22/2017 | 100 |
| Purchase | 12/22/2017 | 365 |
| Purchase | 12/22/2017 | 1,800 |
| Purchase | 12/22/2017 | 100 |
| Purchase | 12/22/2017 | 135 |
| Sale | 12/22/2017 | (2,500) |
| Sale | 12/22/2017 | (2,500) |
| Sale | 12/22/2017 | (5,000) |
| Sale | 12/22/2017 | (5,000) |
| Sale | 12/22/2017 | (2,500) |
| Sale | 12/26/2017 | (189) |
| Sale | 12/26/2017 | (32) |
| Sale | 12/26/2017 | (500) |
| Sale | 12/26/2017 | (689) |
| Sale | 12/26/2017 | (2,429) |
| Sale | 12/26/2017 | (1,543) |
| Sale | 12/26/2017 | (2) |
| Sale | 12/26/2017 | (500) |
| Sale | 12/26/2017 | (17) |

| | | |
|---|---|---|
| Sale | 12/26/2017 | (796) |
| Sale | 12/26/2017 | (15,132) |
| Sale | 12/26/2017 | (671) |
| Purchase | 1/18/2018 | 10,000 |
| Purchase | 1/22/2018 | 100 |
| Purchase | 1/22/2018 | 200 |
| Purchase | 1/22/2018 | 200 |
| Purchase | 1/22/2018 | 200 |
| Purchase | 1/22/2018 | 9,300 |
| Purchase | 1/31/2018 | 1,200 |
| Purchase | 1/31/2018 | 300 |
| Purchase | 1/31/2018 | 1,000 |
| Purchase | 2/6/2018 | 7,500 |
| Sale | 2/6/2018 | (7,500) |
| Purchase | 2/7/2018 | 7,500 |
| Purchase | 2/7/2018 | 388 |
| Purchase | 2/7/2018 | 4,482 |
| Purchase | 2/7/2018 | 130 |
| Sale | 2/8/2018 | (5,000) |
| Sale | 2/9/2018 | (15,000) |
| Sale | 2/9/2018 | (5,000) |
| Sale | 2/9/2018 | (10,000) |
| Purchase | 2/12/2018 | 100 |
| Purchase | 2/12/2018 | 398 |
| Purchase | 2/12/2018 | 400 |
| Purchase | 2/12/2018 | 4,102 |
| Purchase | 2/12/2018 | 170 |
| Purchase | 2/12/2018 | 4,830 |
| Purchase | 2/12/2018 | 25,000 |
| Purchase | 2/13/2018 | 10,000 |
| Purchase | 2/14/2018 | 10,000 |
| Sale | 2/14/2018 | (10,000) |
| Purchase | 2/15/2018 | 5,000 |
| Sale | *2/16/2018* | *(6,574)* |
| Sale | *2/16/2018* | *(1,826)* |
| Sale | *2/16/2018* | *(1,000)* |
| Sale | *2/16/2018* | *(500)* |
| Sale | *2/16/2018* | *(100)* |
| Sale | *2/20/2018* | *(336)* |
| Sale | *2/20/2018* | *(4,300)* |
| Sale | *2/20/2018* | *(360)* |

| | | |
|---|---|---|
| Sale | *2/20/2018* | *(3,980)* |
| Sale | *2/20/2018* | *(64)* |
| Sale | *2/20/2018* | *(960)* |
| Sale | *2/22/2018* | *(4,550)* |
| Sale | *2/23/2018* | *(3,655)* |
| Sale | *2/23/2018* | *(11,345)* |
| Sale | *2/23/2018* | *(10,450)* |