**LITE DEPALMA GREENBERG**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Counsel for Dr. Stanley Golovac
and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293(FLW)(TJB) |
| *Plaintiff,* | |
| v. | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | **CERTIFICATION OF CHRISTOPHER F. MORIARTY IN SUPPORT OF APPLICATION FOR ADMISSION** *PRO HAC VICE* |
| *Defendants.* | |

**Christopher F. Moriarty**, of full age, hereby certifies as follows:

1. I am an associate with the firm of Motley Rice LLC, located at 28 Bridgeside Blvd., Mount Pleasant, SC 29464, co-counsel for Movant Dr. Stanley Golovac ("Movant") in the captioned matter. I make this certification on my personal knowledge in support of Movant's application to have me admitted *pro hac vice* in the captioned matter. I am fully familiar with the facts of this case.

2. I am a member in good standing of the bars of the South Carolina (admitted in 2011); the United States Court of Appeals for the First Circuit (admitted in 2018); the United States Court of Appeals for the Third Circuit (admitted in 2017); the United States Court of

Appeals for the Fifth Circuit (admitted in 2017); the United States District Court for the District of Colorado (admitted in 2013); the United States District Court for the Northern District of Illinois (admitted in 2013); the United States District Court for the Eastern District of Michigan (admitted in 2017); and the United States District Court for the District of South Carolina (admitted in 2012). The names and addresses of the offices maintaining the rolls of members of the bar in these jurisdictions are as follows:

**South Carolina**
1231 Gervais Street
Columbia, SC 29201

**United States Court of Appeals
for the First Circuit**
Margaret Carter
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**United States Court of Appeals
for the Third Circuit**
Clerk's Office
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**United States Court of Appeals
for the Fifth Circuit**
Majella Sutton
600 S. Maestri Place
New Orleans LA 70130

**United States District Court
for the District of Colorado**
901 19th Street
Denver, Colorado 80294

**United States District Court
for the Northern District of Illinois**
Clerk, United States District Court
219 S. Dearborn Street
Chicago, IL 60604

**United States District Court for the Eastern District of Michigan**
Clerk's Office
U.S. District Court
231 W. Lafayette Blvd.

**United States District Court
for the District South Carolina**
Charles E. Simons, Jr. Federal Courthouse
223 Park Avenue, S.W.
Aiken, SC 29801

3.  I am not under suspension, nor have I ever been suspended or disbarred from any court. No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me in any jurisdiction.

4. I am conversant with the local civil rules of the United States District Court for the District of New Jersey, and will abide by those rules.

5. Upon entry of the requested order, payment in the appropriate amount will be forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

6. In accordance with Local Civil Rule 101.1(c)(3), upon entry of the requested order, payment in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

7. I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with the requirements of Local Civil Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8. The firm of Lite DePalma Greenberg, LLC of Newark, New Jersey has agreed to work with my firm in the litigation of this action.

9. I respectfully request that this court grant Movant's application to have me admitted *pro hac vice* for all purposes in this action, including trial. Counsel for Defendants have advised that Defendants have no objection to my admission.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 16, 2019

**Christopher F. Moriarty**