UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>                   *Plaintiff*,<br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>                   *Defendants*. | Civil Action No.: 18-2293(FLW)(TJB)<br><br>[~~PROPOSED~~] ORDER<br>FOR ADMISSION<br>*PRO HAC VICE* OF<br>CHRISTOPHER F. MORIARTY |

      This matter having been presented to the Court by Lite DePalma Greenberg, LLC for the entry of an Order allowing the appearance *pro hac vice* of Christopher F. Moriarty for all purposes in the captioned matter, and the Court having reviewed the Certifications of Joseph J. DePalma and Christopher F. Moriarty and it appearing that Christopher F. Moriarty is an associate with the firm of Motley Rice, LLC, located at 28 Bridgeside Blvd., Mount Pleasant, SC 29464; and that Lite DePalma Greenberg, LLC has agreed to act as local counsel; and for good cause having been shown;

      **IT IS** on this ___17th___ day of ___January___, 2019

      **ORDERED**, that Christopher F. Moriarty is hereby admitted *pro hac vice* for all purposes of representing Court-appointed Lead Plaintiff Dr. Stanley Golovac in the captioned matter, and it is

      **FURTHER ORDERED** that, pursuant to Local Rule 101.1(c) Christopher F. Moriarty shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if they have not already made contributions,

      **FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(3), Christopher F.

750631.1

Moriarty shall make a payment of $150.00, payable to the Clerk, United States District Court,

**FURTHER ORDERED** that Christopher F. Moriarty shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and the Local Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c), Willi Christopher F. Moriarty shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

**SO ORDERED:**

*[signature]*
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.