UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | : | Civil Action No.: 18-2293(FLW)(TJB) |
| | : | |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | : | |
| | : | |
| *Defendants*. | : | |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Joseph J. DePalma
Joseph J. DePalma

**PRO HAC VICE ATTORNEY INFORMATION**:

Name: Joshua C. Littlejohn, Esq.

Address: Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Email: jlittlejohn@motleyrice.com

584728.1