# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | : : : | Civil Action No.: 18-2293(FLW)(TJB) |
|  | : |  |
| *Plaintiff,* | : |  |
| v. | : : |  |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | : : : : |  |
| *Defendants.* | : : |  |

## REQUEST BY LOCAL COUNSEL FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.      An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.      If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Joseph J. DePalma*
Joseph J. DePalma

## PRO HAC VICE ATTORNEY INFORMATION:

Name:      William S. Norton, Esq.

Address:   Motley Rice LLC
           28 Bridgeside Blvd.
           Mount Pleasant, SC  29464

Email:     bnorton@motleyrice.com

584728.1