**LITE DEPALMA GREENBERG LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Counsel for Dr. Stanley Golovac*
*and Lead Counsel for the Class*

[Additional Counsel on Signature Page]

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | : | |
| | : | |
| *Plaintiff,* | : | Civil Action No.: 18-2293(FLW)(TJB) |
| v. | : | |
| | : | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | : | |
| | : | |
| *Defendants.* | : | |

### NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF
### <u>DAVID P. ABEL</u>

PLEASE TAKE NOTICE that the undersigned attorneys for Court-appointed Lead

Plaintiff Dr. Stanley Golovac ("Lead Plaintiff") shall move under Local Civ. R. 101.1(c) for an

Order permitting the *pro hac vice* admission of David P. Abel on behalf of Lead Plaintiff.  In

support hereof, Lead Plaintiff will reply upon the Certifications of Joseph J. DePalma and David

P. Abel in support of this motion. A proposed form of Order is attached.

**LITE DEPALMA GREENBERG LLC**

Dated:  February 12, 2109

*/s/ Joseph J. DePalma*
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

**MOTLEY RICE LLC**
Gregg S. Levin
William S. Norton
Michael J. Pendell
Joshua C. Littlejohn
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
wnorton@motleyrice.com
mpendell@motleyrice.com
jlittlejohn@motleyrice.com

**U.S. MARKET ADVISORS LAW GROUP PLLC**
David P. Abel
5335 Wisconsin Ave., Ste. 440
Washington, D.C. 20015
Telephone: (202) 274-0237
dabel@usmarketlaw.com

*Counsel for Lead Plaintiff*
*and Lead Counsel for the Class*

772396.1