**LITE DEPALMA GREENBERG**
Joseph J. DePalma
570 Broad Street – Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Counsel for Dr. Stanley Golovac*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on Behalf of All Others Similarly Situated, )<br><br>*Plaintiff,* )<br><br>vs. )<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, )<br><br>*Defendants.* ) | No. 18-cv-02293(FLW)(TJB)<br><br>**CERTIFICATION OF DAVID P. ABEL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

David P. Abel, of full age, hereby certifies as follows:

1.      I am a member with the firm of U.S. Market Advisors Law Group PLLC, located at 5335 Wisconsin Ave. NW, Suite 450, Washington, D.C. 20015, counsel for Lead Plaintiff Dr. Stanley Golovac ("Lead Plaintiff") in the captioned matter.  I make this certification on my personal knowledge in support of Lead Plaintiff's application to have me admitted *pro hac vice* in the captioned matter. I am fully familiar with the facts of this case.

2.      I am a member in good standing of the bars of the South Carolina (admitted in 2010); District of Columbia (admitted in 2016); United States District Court for the Eastern District of Michigan (admitted in 2014), United States District Court for the District of South Carolina (admitted in 2012) and the Supreme Court of the United States (admitted in 2016). The

772399.1

names and addresses of the respective offices maintaining the rolls of members of the bar in these

jurisdictions are as follows:

> South Carolina Office of Bar Admissions
> Supreme Court Building
> 1231 Gervais Street
> Columbia, SC 29201
>
> DC Bar
> District of Columbia Bar Membership
> 901 4th Street, NW
> Washington, DC 20001
>
> United States District Court for the Eastern District of Michigan
> Clerk's Office
> U.S. District Court
> 231 W. Lafayette Blvd.
> Detroit, MI 48226
>
> United States District Court for the District South Carolina
> Clerk's Office
> Charles E. Simons, Jr. Federal Courthouse
> 223 Park Avenue, S.W.
> Aiken, SC 29801
>
> Supreme Court of the United States
> Clerk's Office
> 1 First Street, NE
> Washington, DC 20543

3.      I am not under suspension, nor have I ever been suspended or disbarred from any

court. No disciplinary proceedings are pending against me, and no discipline has previously been

imposed upon me in any jurisdiction.

4.      I am conversant with the local civil rules of the United States District Court for the

District of New Jersey, and will abide by those rules.

5.      Upon entry of the requested order, payment in the appropriate amount will be

forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court

Rule 1:28-2(a).

772399.1

6.      In accordance with Local Civil Rule 101.1(c)(3), upon entry of the requested order, payment in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1 (c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with the requirements of Local Civil Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8.      The firm of Lite DePalma Greenberg, LLC of Newark, New Jersey has agreed to work with my firm in the litigation of this action.

9.      I respectfully request that this court grant Lead Plaintiff's application to have me admitted *pro hac vice* for all purposes in this action, including trial. Counsel for Defendants have advised that Defendants have no objection to my admission.

10.     I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 12, 2019

_____
                David P. Abel

772399.1