Tyler E. Baker (NJ Bar No. 44392011)
SHEPPARD MULLIN RICHTER
 & HAMPTON LLP
30 Rockefeller Plaza, 39th Floor
New York, New York 10112
Tel: (212) 653-8700
Email: tbaker@sheppardmullin.com

*Attorneys for Barry C. Honig*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., JOHN O'ROUKE, and JEFFREY G. MCGONEGAL<br><br>Defendants. | Case No. 18-cv-2293 (FLW) (TJB)<br><br>**NOTICE OF APPEARANCE** |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of Defendant Barry C. Honig in this action.

Dated:  March 8, 2019	Respectfully submitted

/s/ Tyler E. Baker
Tyler E. Baker
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 39th Floor
New York, New York 10112
Tel: (212) 653-8700
Email: tbaker@sheppardmullin.com
