UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293(FLW)(TJB) |
| Plaintiff, | [PROPOSED] |
| v. | ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID P. ABEL, ESQ. |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | |
| Defendants. | |

This matter having been presented to the Court by Lite DePalma Greenberg, LLC for the entry of an Order allowing the appearance *pro hac vice* of David P. Abel for all purposes in the captioned matter, and the Court having reviewed the Certifications of Joseph J. DePalma and David P. Abel and it appearing that David P. Abel is a Member with the firm of U.S. Market Advisors Law Group PLLC, located at 5335 Wisconsin Ave., Ste. 440, Washington, D.C. 20015; and that Lite DePalma Greenberg, LLC has agreed to act as local counsel; and for good cause having been shown;

IT IS on this _____13_____ day of ___March___, 2019

ORDERED, that David P. Abel is hereby admitted *pro hac vice* for all purposes of representing Court-appointed Lead Plaintiff Dr. Stanley Golovac in the captioned matter, and it is

FURTHER ORDERED that, pursuant to Local Rule 101.1(c) David P. Abel shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if they have not already made contributions,

FURTHER ORDERED that pursuant to Local Rule 101.1(c)(3), David P. Abel shall

772394.1

make a payment of $150.00, payable to the Clerk, United States District Court,

FURTHER ORDERED that David P. Abel shall be bound by the General and

Admiralty Rules of the United States District Court for the District of New Jersey, including but

not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional

Responsibility, and the Local Rule 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that pursuant to Local Rule 101.1(c), David P. Abel shall be

deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court

Contingency Fee Rule, Rule 1:27-7, as amended.

SO ORDERED:

HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

[The clerk of the court is directed to terminate Docket Entry No. 59.]

772394.1