UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., JOHN O'ROUKE, and JEFFREY G. MCGONEGAL<br><br>Defendants. | Case No. 18-cv-2293 (FLW) (TJB) |

## CONSENT ORDER FOR ADMISSION PRO HAC VICE

This matter having been brought before the Court by Tyler E. Baker, Esq., of Sheppard, Mullin, Richter & Hampton, LLP, attorneys for Defendant Barry Honig, on application to allow Robert D. Weber, Esq., a partner with the law firm of Sheppard, Mullin, Richter & Hampton, LLP, to appear and participate *pro hac vice*; and the Court having noted the consent of counsel, and considered the supporting papers; and for good cause shown;

IT IS on this 4th day of March, 2019,

**ORDERED** that the application to allow Robert D. Weber, Esq. to appear and participate *pro hac vice* be and hereby is granted; and it is further

**ORDERED** that Robert D. Weber, Esq., a member in good standing of the Bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate of the law firm of Sheppard, Mullin, Richter & Hampton, LLP, attorneys of record for Defendant Barry Honig, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Robert D. Weber shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Robert D. Weber shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Robert D. Weber shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to

the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Robert D. Weber notify this Court immediately of any disciplinary charges brought against her in the Bar of any other court; and it is further

**ORDERED** that Robert D. Weber shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Sheppard, Mullin, Richter & Hampton, LLP, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
U.S.M.J.
Hon. Tonianne J. Bongiovanni, U.S.M.J.