# EXHIBIT B

October 3, 2017



# Bioptix Announces Special Cash Dividend

CASTLE ROCK, Colo., Oct. 3, 2017 /PRNewswire/ -- Bioptix, Inc (NASDAQ: BIOP) (the "Company"), announced today that its Board of Directors has authorized a special dividend of approximately $1.00 per common share (including common share equivalents) in cash, payable on or about October 18, 2017 to shareholders of record as of October 13, 2017.

Michael Beeghley, the Company's Chairman and Chief Executive Officer, commented, "This special dividend is a positive step to return value to all Bioptix shareholders. We continue to explore options for delivering additional value to shareholders with our streamlined overhead and cash position."

The exact dividend total amount is subject to final calculation. Shareholders do not need to take any action to receive the dividend. Shares held in street name should receive the dividend by credit to their brokerage accounts and shares held by shareholders of record will receive a check. Equity Stock Transfer has been appointed paying agent for administration of the dividend and any questions should be directed to them at 212.575.5757 or info@equitystock.com.

***About Bioptix***
The Company holds an exclusive license from the University of Washington in St. Louis ("UW") focusing on animal healthcare and owns important intellectual property rights related to veterinary products and has granted a license relating to single chain reproductive hormone technology for use in non-human mammals which is under active development by the licensee (bovine rFSH). The Company had been involved in developing blood-based testing for diagnosis and treatment of acute appendicitis until a negative response from the FDA in 2015. The Company acquired BiOptix Diagnostics, Inc in 2016 and following a decision in 2017 to exit that business has been reviewing possible strategic alternatives for that business, including a possible sale. The Company has been reviewing other strategic alternatives, including shifting its focus to new technologies in unrelated markets.

*Safe Harbor*
*The information provided in this press release may include forward-looking statements relating to future events or the future financial performance of the Company. Because such statements are subject to risks and uncertainties, actual results may differ materially from those expressed or implied by such forward-looking statements. Words such as "anticipates," "plans," "expects," "intends," "will," "potential," "hope" and similar expressions are intended to identify forward-looking statements. These forward-looking*

*statements are based upon current expectations of the Company and involve assumptions that may never materialize or may prove to be incorrect. Actual results and the timing of events could differ materially from those anticipated in such forward-looking statements as a result of various risks and uncertainties. Detailed information regarding factors that may cause actual results to differ materially from the results expressed or implied by statements in this press release relating to the Company may be found in the Company's periodic filings with the Securities and Exchange Commission, including the factors described in the section entitled "Risk Factors" in its annual report on Form 10-K for the fiscal year ended December 31, 2016, as amended and supplemented from time to time and the Company's Quarter Reports on Form 10-Q and other filings submitted by the Company to the SEC, copies of which may be obtained from the SEC's website at www.sec.gov. The parties do not undertake any obligation to update forward-looking statements contained in this press release.*

**Media Contacts**
Karen Chase or Travis Kruse
Russo Partners, LLC
(646) 942-5627
(212) 845-4272
karen.chase@russopartnersllc.com
travis.kruse@russopartnersllc.com

SOURCE Bioptix, Inc.