# EXHIBIT H

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 10/3/2017 | 6.8 | 8.25 | 6.51 | 8.09 | 8.09 | 277000 |
| 10/4/2017 | 9.45 | 9.5 | 8 | 8.18 | 8.18 | 567400 |
| 10/5/2017 | 7.99 | 8.06 | 7.01 | 7.3 | 7.3 | 318100 |
| 10/6/2017 | 7.72 | 7.85 | 7.02 | 7.4 | 7.4 | 123500 |
| 10/9/2017 | 7.88 | 9.156 | 7.49 | 8.74 | 8.74 | 1031600 |
| 10/10/2017 | 8.8 | 9.6 | 8.25 | 8.75 | 8.75 | 993300 |
| 10/11/2017 | 8.75 | 11.17 | 8.75 | 9.24 | 9.24 | 2456200 |
| 10/12/2017 | 9.35 | 9.35 | 7.4 | 8.2 | 8.2 | 910300 |
| 10/13/2017 | 8.01 | 8.24 | 7.2 | 7.9 | 7.9 | 665200 |
| 10/16/2017 | 7.89 | 7.99 | 7.293 | 7.55 | 7.55 | 275800 |
| 10/17/2017 | 8 | 8.7 | 7.467 | 8.13 | 8.13 | 1093400 |
| 10/18/2017 | 8.04 | 8.1 | 7.14 | 7.67 | 7.67 | 391600 |
| 10/19/2017 | 7.68 | 8.4 | 7.52 | 7.789 | 7.789 | 221400 |
| 10/20/2017 | 7.99 | 8.5 | 7.16 | 8.49 | 8.49 | 886100 |
| 10/23/2017 | 8.84 | 9.5 | 8.3 | 8.75 | 8.75 | 1362700 |
| 10/24/2017 | 8.73 | 8.755 | 7.6 | 7.9 | 7.9 | 681300 |
| 10/25/2017 | 7.99 | 7.99 | 6.73 | 7.2 | 7.2 | 634400 |
| 10/26/2017 | 7.35 | 7.6 | 6.74 | 7.26 | 7.26 | 392400 |
| 10/27/2017 | 7.53 | 7.53 | 6.79 | 6.91 | 6.91 | 336500 |
| 10/30/2017 | 7.06 | 7.44 | 6.91 | 7.05 | 7.05 | 227000 |
| 10/31/2017 | 7.1 | 7.34 | 6.5 | 6.8 | 6.8 | 296700 |
| 11/1/2017 | 6.98 | 7.2 | 6.75 | 6.95 | 6.95 | 323500 |
| 11/2/2017 | 7.75 | 7.989 | 6.331 | 6.96 | 6.96 | 1084100 |
| 11/3/2017 | 7.03 | 7.03 | 6.61 | 6.75 | 6.75 | 247300 |
| 11/6/2017 | 7 | 7.9 | 6.8 | 7.64 | 7.64 | 913400 |
| 11/7/2017 | 7.89 | 8.98 | 7.4 | 8.3 | 8.3 | 1236300 |
| 11/8/2017 | 8.8 | 8.8 | 7.6 | 7.78 | 7.78 | 577100 |
| 11/9/2017 | 7.65 | 7.824 | 7.3 | 7.5 | 7.5 | 423900 |
| 11/10/2017 | 7.5 | 7.5 | 6.8 | 7.16 | 7.16 | 398800 |
| 11/13/2017 | 7.1 | 7.4 | 7 | 7.25 | 7.25 | 329000 |
| 11/14/2017 | 7.1 | 7.28 | 6.89 | 7.02 | 7.02 | 291900 |
| 11/15/2017 | 7.1 | 8.017 | 7.02 | 7.93 | 7.93 | 815500 |
| 11/16/2017 | 8.2 | 8.43 | 7.6 | 8.12 | 8.12 | 1199600 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/17/2017 | 8.3 | 9.2 | 7.99 | 8.13 | 8.13 | 1505800 |
| 11/20/2017 | 8.46 | 10.5 | 8.06 | 10.35 | 10.35 | 4995100 |
| 11/21/2017 | 10.35 | 12.89 | 10.2 | 11.26 | 11.26 | 12113000 |
| 11/22/2017 | 12.3 | 16.139999 | 11.4 | 15.99 | 15.99 | 13679300 |
| 11/24/2017 | 18.450001 | 24 | 18.389999 | 23.6 | 23.6 | 19192100 |
| 11/27/2017 | 21.5 | 21.77 | 15.54 | 15.6 | 15.6 | 17360400 |
| 11/28/2017 | 15.95 | 17.1 | 12.97 | 15.25 | 15.25 | 12540800 |
| 11/29/2017 | 17.280001 | 17.42 | 12.3 | 13.18 | 13.18 | 8082000 |
| 11/30/2017 | 12.24 | 14.2 | 12.01 | 13.5 | 13.5 | 4652100 |
| 12/1/2017 | 14.85 | 15.48 | 13.87 | 15 | 15 | 6026500 |
| 12/4/2017 | 16.5 | 16.719999 | 14.95 | 15.07 | 15.07 | 5423100 |
| 12/5/2017 | 14.72 | 14.75 | 13.5 | 14.14 | 14.14 | 2979100 |
| 12/6/2017 | 14.6 | 14.88 | 13.53 | 13.702 | 13.702 | 2228100 |
| 12/7/2017 | 14.25 | 16.110001 | 13.8 | 14.6 | 14.6 | 5686300 |
| 12/8/2017 | 14.6 | 16.23 | 14.5 | 15.86 | 15.86 | 3894100 |
| 12/11/2017 | 19.059999 | 23.67 | 17.75 | 23.08 | 23.08 | 20292700 |
| 12/12/2017 | 26.25 | 33.27 | 25 | 28.200001 | 28.200001 | 36521100 |
| 12/13/2017 | 24.200001 | 26.627001 | 22.1 | 23.030001 | 23.030001 | 13532800 |
| 12/14/2017 | 24.355 | 26.139999 | 23.799999 | 24.98 | 24.98 | 8212400 |
| 12/15/2017 | 28 | 29.49 | 26.790001 | 28.5 | 28.5 | 12417300 |
| 12/18/2017 | 32.200001 | 45.990002 | 31.540001 | 36.470001 | 36.470001 | 29520000 |
| 12/19/2017 | 36.150002 | 46.200001 | 36 | 38.599998 | 38.599998 | 30962600 |
| 12/20/2017 | 40.75 | 41.75 | 33.049999 | 36.119999 | 36.119999 | 13993000 |
| 12/21/2017 | 35.5 | 36.07 | 26.25 | 27.6 | 27.6 | 12707500 |
| 12/22/2017 | 22.52 | 26.459999 | 20.200001 | 24.52 | 24.52 | 13191500 |
| 12/26/2017 | 28.52 | 31.940001 | 27.549999 | 31.219999 | 31.219999 | 11406600 |
| 12/27/2017 | 31.18 | 33.279999 | 28.549999 | 29.799999 | 29.799999 | 8561900 |
| 12/28/2017 | 27.200001 | 28.799999 | 26.74 | 27.23 | 27.23 | 3767100 |
| 12/29/2017 | 28.719999 | 29.59 | 27.701 | 28.4 | 28.4 | 4757400 |
| 1/2/2018 | 28.5 | 28.700001 | 26 | 27.9 | 27.9 | 4169100 |
| 1/3/2018 | 27.549999 | 27.68 | 23.35 | 24.360001 | 24.360001 | 5281200 |
| 1/4/2018 | 24.870001 | 25.48 | 22.530001 | 24.27 | 24.27 | 4474100 |
| 1/5/2018 | 26.200001 | 26.299999 | 24.200001 | 24.43 | 24.43 | 3485000 |
| 1/8/2018 | 25.139999 | 25.15 | 22.75 | 23.42 | 23.42 | 2933000 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 1/9/2018 | 24.99 | 25.77 | 23.450001 | 24.02 | 24.02 | 4632200 |
| 1/10/2018 | 23.9 | 24.195 | 22.700001 | 22.940001 | 22.940001 | 1993100 |
| 1/11/2018 | 22.200001 | 22.5 | 20.629999 | 20.85 | 20.85 | 2843000 |
| 1/12/2018 | 21.16 | 22.075001 | 20.92 | 21.879999 | 21.879999 | 1679500 |
| 1/16/2018 | 20 | 20.5 | 17.799999 | 18.280001 | 18.280001 | 2898200 |
| 1/17/2018 | 17.5 | 18.1 | 16.040001 | 17.76 | 17.76 | 3996300 |
| 1/18/2018 | 18.639999 | 21.440001 | 18.5 | 19.799999 | 19.799999 | 5540800 |
| 1/19/2018 | 20.389999 | 20.48 | 19.5 | 19.91 | 19.91 | 1567000 |
| 1/22/2018 | 19.389999 | 20.73 | 19 | 19.48 | 19.48 | 1671900 |
| 1/23/2018 | 19.51 | 20.110001 | 18.629999 | 19.6 | 19.6 | 1416900 |
| 1/24/2018 | 19.879999 | 20 | 18.91 | 19.24 | 19.24 | 1038900 |
| 1/25/2018 | 18.950001 | 19.15 | 17.799999 | 17.91 | 17.91 | 1026500 |
| 1/26/2018 | 17.559999 | 17.98 | 17.059999 | 17.129999 | 17.129999 | 1056200 |
| 1/29/2018 | 16.85 | 17 | 15.1 | 15.23 | 15.23 | 1656600 |
| 1/30/2018 | 14.87 | 14.9 | 13.75 | 14.28 | 14.28 | 1665300 |
| 1/31/2018 | 14.5 | 15.67 | 13.36 | 13.75 | 13.75 | 1701600 |
| 2/1/2018 | 12.91 | 13 | 12.1 | 12.3 | 12.3 | 1953400 |
| 2/2/2018 | 12.08 | 12.75 | 11.6 | 12.16 | 12.16 | 1793400 |
| 2/5/2018 | 11.4 | 12.19 | 10.55 | 10.7 | 10.7 | 1493900 |
| 2/6/2018 | 10.4 | 13.49 | 10.4 | 12.95 | 12.95 | 2756700 |
| 2/7/2018 | 15.32 | 16.41 | 13.88 | 14.32 | 14.32 | 7206500 |
| 2/8/2018 | 15.8 | 15.9 | 14.25 | 14.89 | 14.89 | 2144100 |
| 2/9/2018 | 15.03 | 16.34 | 14.8 | 16.049999 | 16.049999 | 2522200 |
| 2/12/2018 | 16.57 | 18.139999 | 16.57 | 17.540001 | 17.540001 | 3972600 |
| 2/13/2018 | 16.75 | 17.49 | 15.21 | 16.059999 | 16.059999 | 2853900 |
| 2/14/2018 | 17.200001 | 17.4 | 16.5 | 16.59 | 16.59 | 1643900 |
| 2/15/2018 | 17.6 | 18.4 | 16.700001 | 17.200001 | 17.200001 | 2700100 |
| 2/16/2018 | 14.09 | 15.2 | 10.55 | 11.46 | 11.46 | 12316700 |
| 2/20/2018 | 10.5 | 12.4 | 9.77 | 10.92 | 10.92 | 4636000 |
| 2/21/2018 | 10.7 | 11.39 | 10.5 | 10.6 | 10.6 | 1551700 |
| 2/22/2018 | 10.76 | 10.77 | 9.52 | 9.98 | 9.98 | 1809500 |
| 2/23/2018 | 9.85 | 10.44 | 9.816 | 10.27 | 10.27 | 1084200 |
| 2/26/2018 | 9.95 | 10.26 | 9.7 | 9.9 | 9.9 | 921100 |
| 2/27/2018 | 9.95 | 10.12 | 9.651 | 9.96 | 9.96 | 567900 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 2/28/2018 | 9.76 | 10.75 | 9.76 | 10.58 | 10.58 | 1229000 |
| 3/1/2018 | 9.93 | 10.72 | 9.91 | 10.13 | 10.13 | 1134100 |
| 3/2/2018 | 9.89 | 10.69 | 9.89 | 10.58 | 10.58 | 732400 |
| 3/5/2018 | 10.67 | 10.85 | 10.25 | 10.83 | 10.83 | 716900 |
| 3/6/2018 | 10.65 | 10.8 | 10.25 | 10.39 | 10.39 | 586400 |
| 3/7/2018 | 10.09 | 10.37 | 10.02 | 10.08 | 10.08 | 578600 |
| 3/8/2018 | 9.94 | 10.179 | 9.56 | 9.57 | 9.57 | 709700 |
| 3/9/2018 | 9.55 | 9.78 | 9.05 | 9.24 | 9.24 | 746700 |
| 3/12/2018 | 9.11 | 9.243 | 8.6 | 8.97 | 8.97 | 1322100 |
| 3/13/2018 | 8.83 | 8.92 | 8.54 | 8.7 | 8.7 | 565900 |
| 3/14/2018 | 8.3 | 8.7 | 8.05 | 8.15 | 8.15 | 727400 |
| 3/15/2018 | 8.12 | 8.29 | 7.33 | 7.51 | 7.51 | 1024000 |
| 3/16/2018 | 7.31 | 8.45 | 7.3 | 8.29 | 8.29 | 1203800 |
| 3/19/2018 | 8.12 | 8.75 | 7.85 | 8.42 | 8.42 | 1029600 |
| 3/20/2018 | 8.75 | 8.75 | 7.83 | 8.02 | 8.02 | 633900 |
| 3/21/2018 | 8.15 | 8.43 | 7.74 | 7.94 | 7.94 | 477300 |
| 3/22/2018 | 7.75 | 7.96 | 7.58 | 7.63 | 7.63 | 362400 |
| 3/23/2018 | 7.65 | 7.76 | 7.4 | 7.5 | 7.5 | 426900 |
| 3/26/2018 | 7.67 | 7.76 | 7.05 | 7.36 | 7.36 | 627100 |
| 3/27/2018 | 7.34 | 7.55 | 6.83 | 6.95 | 6.95 | 310400 |
| 3/28/2018 | 6.88 | 6.91 | 6.03 | 6.28 | 6.28 | 701400 |
| 3/29/2018 | 6.25 | 6.65 | 6 | 6.62 | 6.62 | 512300 |
| 4/2/2018 | 6.51 | 6.599 | 6.17 | 6.36 | 6.36 | 296500 |
| 4/3/2018 | 6.39 | 6.89 | 6.231 | 6.53 | 6.53 | 474500 |
| 4/4/2018 | 6.25 | 6.6 | 6.2 | 6.42 | 6.42 | 311000 |
| 4/5/2018 | 6.4 | 7.81 | 6.38 | 7.22 | 7.22 | 3419600 |
| 4/6/2018 | 7.18 | 7.77 | 6.53 | 6.64 | 6.64 | 1654500 |
| 4/9/2018 | 6.58 | 6.78 | 6.25 | 6.4 | 6.4 | 525200 |
| 4/10/2018 | 6.41 | 6.727 | 6.353 | 6.49 | 6.49 | 432200 |
| 4/11/2018 | 6.35 | 7.1 | 6.35 | 6.62 | 6.62 | 564700 |
| 4/12/2018 | 7.35 | 8.2 | 7.12 | 7.47 | 7.47 | 4072800 |
| 4/13/2018 | 8.04 | 8.36 | 7.5 | 7.75 | 7.75 | 1567600 |
| 4/16/2018 | 7.7 | 7.7 | 7.06 | 7.31 | 7.31 | 595400 |
| 4/17/2018 | 7.32 | 7.87 | 7.29 | 7.3 | 7.3 | 635300 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 4/18/2018 | 6.95 | 7.19 | 6.84 | 6.87 | 6.87 | 745700 |
| 4/19/2018 | 6.75 | 6.75 | 6.25 | 6.7 | 6.7 | 745000 |
| 4/20/2018 | 6.66 | 6.95 | 6.561 | 6.65 | 6.65 | 454100 |
| 4/23/2018 | 6.66 | 6.899 | 6.46 | 6.55 | 6.55 | 356800 |
| 4/24/2018 | 6.9 | 7.655 | 6.64 | 7.58 | 7.58 | 1451300 |
| 4/25/2018 | 7.3 | 7.48 | 7 | 7.36 | 7.36 | 672900 |
| 4/26/2018 | 7.32 | 7.88 | 7.241 | 7.47 | 7.47 | 658200 |
| 4/27/2018 | 7.55 | 7.66 | 7.36 | 7.49 | 7.49 | 350400 |
| 4/30/2018 | 7.46 | 7.49 | 7.13 | 7.22 | 7.22 | 409800 |
| 5/1/2018 | 7.14 | 7.47 | 7.02 | 7.32 | 7.32 | 262300 |
| 5/2/2018 | 7.37 | 7.37 | 7.143 | 7.24 | 7.24 | 215600 |
| 5/3/2018 | 7.36 | 7.67 | 7.11 | 7.64 | 7.64 | 362000 |
| 5/4/2018 | 7.9 | 8.15 | 7.411 | 7.56 | 7.56 | 672300 |
| 5/7/2018 | 7.31 | 7.8 | 7.31 | 7.58 | 7.58 | 428700 |
| 5/8/2018 | 7.56 | 7.774 | 7.34 | 7.4 | 7.4 | 280800 |
| 5/9/2018 | 7.4 | 7.59 | 7.32 | 7.44 | 7.44 | 369800 |
| 5/10/2018 | 7.41 | 7.65 | 7.15 | 7.23 | 7.23 | 430400 |
| 5/11/2018 | 7.44 | 7.55 | 7.27 | 7.38 | 7.38 | 544400 |
| 5/14/2018 | 7.4 | 7.73 | 7.38 | 7.63 | 7.63 | 374900 |
| 5/15/2018 | 7.6 | 7.95 | 7.58 | 7.83 | 7.83 | 297400 |
| 5/16/2018 | 7.8 | 8.64 | 7.65 | 8.5 | 8.5 | 998300 |
| 5/17/2018 | 8.5 | 9.75 | 8.15 | 9.51 | 9.51 | 1868000 |
| 5/18/2018 | 9.48 | 9.48 | 8.57 | 9 | 9 | 1467100 |
| 5/21/2018 | 8.85 | 9.1 | 8.11 | 8.28 | 8.28 | 806500 |
| 5/22/2018 | 8.06 | 8.5 | 7.84 | 7.85 | 7.85 | 617100 |
| 5/23/2018 | 7.78 | 8.05 | 7.5 | 7.89 | 7.89 | 633800 |
| 5/24/2018 | 7.79 | 7.88 | 7.6 | 7.79 | 7.79 | 327600 |
| 5/25/2018 | 7.73 | 7.76 | 7.55 | 7.59 | 7.59 | 224400 |
| 5/29/2018 | 7.53 | 7.56 | 7 | 7.08 | 7.08 | 516300 |
| 5/30/2018 | 7.08 | 7.15 | 6.82 | 6.97 | 6.97 | 409100 |
| 5/31/2018 | 6.97 | 7.11 | 6.82 | 6.98 | 6.98 | 238100 |
| 6/1/2018 | 6.93 | 7.7 | 6.93 | 7.39 | 7.39 | 1010600 |
| 6/4/2018 | 7.59 | 8.15 | 7.5 | 7.73 | 7.73 | 689000 |
| 6/5/2018 | 7.73 | 8.03 | 7.61 | 7.8 | 7.8 | 298300 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 6/6/2018 | 7.79 | 8 | 7.75 | 7.78 | 7.78 | 325700 |
| 6/7/2018 | 7.71 | 7.92 | 7.5 | 7.65 | 7.65 | 220400 |
| 6/8/2018 | 7.61 | 7.875 | 7.41 | 7.71 | 7.71 | 188500 |
| 6/11/2018 | 7.61 | 7.68 | 7.2 | 7.44 | 7.44 | 336000 |
| 6/12/2018 | 7.5 | 7.745 | 7.35 | 7.36 | 7.36 | 245300 |
| 6/13/2018 | 7.31 | 7.474 | 7.21 | 7.26 | 7.26 | 232700 |
| 6/14/2018 | 7.25 | 7.7 | 7.25 | 7.54 | 7.54 | 283300 |
| 6/15/2018 | 7.41 | 7.57 | 7.26 | 7.4 | 7.4 | 248200 |
| 6/18/2018 | 7.26 | 7.52 | 7.26 | 7.38 | 7.38 | 214100 |
| 6/19/2018 | 7.33 | 7.48 | 7.16 | 7.32 | 7.32 | 163400 |
| 6/20/2018 | 7.23 | 7.6 | 7.22 | 7.35 | 7.35 | 245900 |
| 6/21/2018 | 7.67 | 7.75 | 7.01 | 7.27 | 7.27 | 426600 |
| 6/22/2018 | 7.15 | 7.239 | 6.82 | 6.88 | 6.88 | 539100 |
| 6/25/2018 | 6.8 | 6.85 | 6.41 | 6.57 | 6.57 | 509400 |
| 6/26/2018 | 6.58 | 7.11 | 6.54 | 6.8 | 6.8 | 343600 |
| 6/27/2018 | 6.8 | 6.93 | 6.53 | 6.59 | 6.59 | 226700 |
| 6/28/2018 | 6.55 | 6.72 | 6.381 | 6.56 | 6.56 | 239000 |
| 6/29/2018 | 6.65 | 6.75 | 6.28 | 6.34 | 6.34 | 316800 |
| 7/2/2018 | 6.28 | 6.88 | 6.28 | 6.38 | 6.38 | 482000 |
| 7/3/2018 | 6.46 | 6.489 | 6.111 | 6.25 | 6.25 | 272800 |
| 7/5/2018 | 6.28 | 6.399 | 6 | 6.01 | 6.01 | 510700 |
| 7/6/2018 | 6.01 | 6.08 | 5.036 | 5.15 | 5.15 | 1242000 |
| 7/9/2018 | 5.29 | 5.29 | 4.8 | 4.865 | 4.865 | 902300 |
| 7/10/2018 | 4.92 | 4.945 | 4.49 | 4.65 | 4.65 | 779700 |
| 7/11/2018 | 4.55 | 4.9 | 4.41 | 4.68 | 4.68 | 490400 |
| 7/12/2018 | 4.73 | 4.807 | 4.47 | 4.57 | 4.57 | 295900 |
| 7/13/2018 | 4.6 | 4.799 | 4.43 | 4.66 | 4.66 | 237100 |
| 7/16/2018 | 4.64 | 4.789 | 4.55 | 4.57 | 4.57 | 200400 |
| 7/17/2018 | 4.6 | 6.6 | 4.57 | 6.29 | 6.29 | 8344400 |
| 7/18/2018 | 6.13 | 6.46 | 5.6 | 5.73 | 5.73 | 5603600 |
| 7/19/2018 | 5.77 | 6.3 | 5.77 | 6.07 | 6.07 | 2385000 |
| 7/20/2018 | 6.06 | 6.64 | 5.81 | 5.9 | 5.9 | 2510500 |
| 7/23/2018 | 6.29 | 6.7 | 6.07 | 6.59 | 6.59 | 3070500 |
| 7/24/2018 | 7.59 | 8.555 | 7.15 | 8.4 | 8.4 | 13595300 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/25/2018 | 7.88 | 8.27 | 7.38 | 7.98 | 7.98 | 3911300 |
| 7/26/2018 | 7.92 | 8.18 | 7.8 | 7.9 | 7.9 | 1115200 |
| 7/27/2018 | 7.49 | 7.81 | 7.03 | 7.59 | 7.59 | 2144400 |
| 7/30/2018 | 7.6 | 7.64 | 7.17 | 7.62 | 7.62 | 870400 |
| 7/31/2018 | 7.37 | 7.52 | 6.46 | 6.49 | 6.49 | 1569000 |
| 8/1/2018 | 6.68 | 6.68 | 6.3 | 6.43 | 6.43 | 760000 |
| 8/2/2018 | 6.33 | 6.8 | 6.3 | 6.79 | 6.79 | 1270700 |
| 8/3/2018 | 6.33 | 7.17 | 6.33 | 6.83 | 6.83 | 1245100 |
| 8/6/2018 | 6.81 | 6.97 | 6.52 | 6.8 | 6.8 | 564300 |
| 8/7/2018 | 7.15 | 7.15 | 6.861 | 6.93 | 6.93 | 643900 |
| 8/8/2018 | 6.63 | 6.8 | 6.553 | 6.73 | 6.73 | 612500 |
| 8/9/2018 | 6.6 | 7.05 | 6.6 | 6.8 | 6.8 | 504100 |
| 8/10/2018 | 6.87 | 7.3 | 6.8 | 6.96 | 6.96 | 762400 |
| 8/13/2018 | 6.88 | 6.949 | 6.63 | 6.71 | 6.71 | 385100 |
| 8/14/2018 | 6.65 | 6.94 | 6.61 | 6.65 | 6.65 | 341300 |
| 8/15/2018 | 6.5 | 6.63 | 5.34 | 5.35 | 5.35 | 1468300 |
| 8/16/2018 | 5.07 | 5.53 | 4.76 | 5.39 | 5.39 | 1032300 |
| 8/17/2018 | 5.51 | 5.59 | 5.3 | 5.37 | 5.37 | 255900 |
| 8/20/2018 | 5.36 | 5.45 | 4.95 | 5.31 | 5.31 | 425100 |
| 8/21/2018 | 5.34 | 5.45 | 5.22 | 5.31 | 5.31 | 366100 |
| 8/22/2018 | 5.36 | 5.88 | 5.36 | 5.63 | 5.63 | 604600 |
| 8/23/2018 | 5.63 | 5.69 | 5.45 | 5.47 | 5.47 | 390200 |
| 8/24/2018 | 5.43 | 5.73 | 5.4 | 5.5 | 5.5 | 330500 |
| 8/27/2018 | 5.63 | 6.07 | 5.55 | 5.76 | 5.76 | 980900 |
| 8/28/2018 | 6.18 | 6.47 | 6.01 | 6.31 | 6.31 | 1369300 |
| 8/29/2018 | 6.43 | 6.437 | 6.05 | 6.22 | 6.22 | 508400 |
| 8/30/2018 | 6.1 | 6.25 | 5.94 | 6.1 | 6.1 | 365000 |
| 8/31/2018 | 6.07 | 6.439 | 6.05 | 6.3 | 6.3 | 412400 |
| 9/4/2018 | 6.54 | 6.79 | 6.13 | 6.19 | 6.19 | 871300 |
| 9/5/2018 | 6.05 | 6.05 | 5.57 | 5.71 | 5.71 | 558900 |
| 9/6/2018 | 5.74 | 5.8 | 5.56 | 5.68 | 5.68 | 285800 |