# EXHIBIT J

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 8-K**

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported): November 16, 2017

**Riot Blockchain, Inc.**
(Exact name of registrant as specified in its charter)

| Nevada | 001-33675 | 84-1553387 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**202 6th Street, Suite 401**
**Castle Rock, CO 80104**
(Address of principal executive offices) (zip code)

**(303) 794-2000**
(Registrant's telephone number, including area code)

(Former Name or Former Address, if Changed Since Last Report)

Copies to:
Harvey Kesner, Esq.
Sichenzia Ross Ference Kesner LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Phone: (212) 930-9700
Fax: (212) 930-9725

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b2 of the Securities Exchange Act of 1934 (§240.12b2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 1.01. Entry into a Material Definitive Agreement.**

      On November 16, 2017, Riot Blockchain, Inc. issued a press release.  A copy of the press release is attached hereto as Exhibit 99.1, to this report and incorporated herein by reference.

**Item 9.01. Financial Statements and Exhibits.**

    (d) Exhibits.

    The exhibits listed in the following Exhibit Index are filed as part of this Current Report on Form 8-K.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release dated November 16, 2017 |

## SIGNATURES

  Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**RIOT BLOCKCHAIN, INC.**

Dated: November 16, 2017      By:   /s/ Jeffrey G. McGonegal
                   Name: Jeffrey G. McGonegal
                   Title: Chief Financial Officer

Exhibit 99.1

# Riot Blockchain Announces Strategic Investment in Verady, a Blockchain Technology Company

CASTLE ROCK, Colo., Nov. 16, 2017 – Riot Blockchain, Inc., (Nasdaq: RIOT) (the "Company") today announced it has made a strategic investment in Verady, LLC ("Verady").  Verady combines blockchain technology and industry thought leadership to bring accounting standards and audit services to the cryptocurrency market.  Verady provides accounting, audit, and verification for blockchain based assets such as cryptocurrencies.  The Company's investment in Verady will be used to further advance its technology and increase the size of its team.

Founded in 2016, Verady recently launched VeraNet, a decentralized network of financial reporting and accounting tools targeted to the needs of the cryptocurrency community. Verady follows recent investments the Company has made into Coinsquare, Tess, and its Bitcoin mining operation.

"This investment continues our commitment to building blockchain technologies," said John O'Rourke, Chairman and Chief Executive Officer of Riot Blockchain. "With recent highs in Bitcoin and other cryptocurrency valuations, there is significant market potential for blockchain and digital asset technologies. We will continue to increase our involvement and support of the blockchain ecosystem, as we ramp up our Bitcoin mining operations."

"As early movers in the crypto audit and accounting ecosystem, the investment from Riot Blockchain will enable us to enhance our services which are crucial to the adoption and growth of blockchain assets." said Kell Canty, Co-founder and CEO of Verady.

The blockchain is a decentralized and encrypted ledger that offers a secure, efficient, verifiable and permanent way of storing records and other information without the need for intermediaries. These protocols are the backbone of numerous digital cryptocurrencies, including Bitcoin, Ethereum and Litecoin. Blockchain protocols have a wide range of use, including processing transactions, managing medical records, verification and proof of ownership across a far-reaching spectrum of applications.

**About Verady**

Verady provides cryptocurrency accounting and audit technology services through VeraNet, where financial institutions, corporations, and individuals can audit, account, and report on blockchain assets. Verady believes traditional accounting systems, firms, and standards are currently lacking functionality around cryptocurrencies. VeraNet will be the bridge between cryptocurrencies and traditional financial accounting which is needed to further their acceptance and growth. For more information about Verady please visit Verady.com or follow @veradyinfo on Twitter.


**About Riot Blockchain**

Riot Blockchain, Inc., (formerly Bioptix, Inc.) leverages its expertise and network to build and support blockchain technologies.  It is establishing an Advisory Board with technical experience intending to become a leading authority and supporter of blockchain, while providing investment exposure to the rapidly growing Bitcoin and blockchain ecosystems. For more information, visit http://www.RiotBlockchain.com/.

The company continues to maintain its existing Bioptix business segment, including its royalty license stemming from an Exclusive License Agreement with Ceva Santé Animale S.A., providing an exclusive worldwide royalty-bearing license, until December 31, 2028, to develop, seek regulatory approval for and offer to sell, market, distribute, import and export luteinizing hormone and/or follicle-stimulating hormone products for cattle, equine and swine for the assistance and facilitation of reproduction.

**Safe Harbor**

The information provided in this press release may include forward-looking statements relating to future events or the future financial performance of the Company. Because such statements are subject to risks and uncertainties, actual results may differ materially from those expressed or implied by such forward-looking statements. Words such as "anticipates," "plans," "expects," "intends," "will," "potential," "hope" and similar expressions are intended to identify forward-looking statements.  These forward-looking statements are based upon current expectations of the Company and involve assumptions that may never materialize or may prove to be incorrect. Actual results and the timing of events could differ materially from those anticipated in such forward-looking statements as a result of various risks and uncertainties. Detailed information regarding factors that may cause actual results to differ materially from the results expressed or implied by statements in this press release relating to the Company may be found in the Company's periodic filings with the Securities and Exchange Commission, including the factors described in the sections entitled "Risk Factors", copies of which may be obtained from the SEC's website at www.sec.gov. The parties do not undertake any obligation to update forward-looking statements contained in this press release.

**Media Contacts**
Karen Chase or Travis Kruse
Russo Partners, LLC
(646) 942-5627
(212) 845-4272

karen.chase@russopartnersllc.com
travis.kruse@russopartnersllc.com

**Investor Contact**
IR@RiotBlockchain.com

EX-99.1 2 ex99x1.htm EXHIBIT 99.1

Exhibit 99.1

# Riot Blockchain Announces Strategic Investment in Verady, a Blockchain Technology Company

CASTLE ROCK, Colo., Nov. 16, 2017 – Riot Blockchain, Inc., (Nasdaq: RIOT) (the "Company") today announced it has made a strategic investment in Verady, LLC ("Verady"). Verady combines blockchain technology and industry thought leadership to bring accounting standards and audit services to the cryptocurrency market. Verady provides accounting, audit, and verification for blockchain based assets such as cryptocurrencies. The Company's investment in Verady will be used to further advance its technology and increase the size of its team.

Founded in 2016, Verady recently launched VeraNet, a decentralized network of financial reporting and accounting tools targeted to the needs of the cryptocurrency community. Verady follows recent investments the Company has made into Coinsquare, Tess, and its Bitcoin mining operation.

"This investment continues our commitment to building blockchain technologies," said John O'Rourke, Chairman and Chief Executive Officer of Riot Blockchain. "With recent highs in Bitcoin and other cryptocurrency valuations, there is significant market potential for blockchain and digital asset technologies. We will continue to increase our involvement and support of the blockchain ecosystem, as we ramp up our Bitcoin mining operations."

"As early movers in the crypto audit and accounting ecosystem, the investment from Riot Blockchain will enable us to enhance our services which are crucial to the adoption and growth of blockchain assets." said Kell Canty, Co-founder and CEO of Verady.

The blockchain is a decentralized and encrypted ledger that offers a secure, efficient, verifiable and permanent way of storing records and other information without the need for intermediaries. These protocols are the backbone of numerous digital cryptocurrencies, including Bitcoin, Ethereum and Litecoin. Blockchain protocols have a wide range of use, including processing transactions, managing medical records, verification and proof of ownership across a far-reaching spectrum of applications.

**About Verady**

Verady provides cryptocurrency accounting and audit technology services through VeraNet, where financial institutions, corporations, and individuals can audit, account, and report on blockchain assets. Verady believes traditional accounting systems, firms, and standards are currently lacking functionality around cryptocurrencies. VeraNet will be the bridge between cryptocurrencies and traditional financial accounting which is needed to further their acceptance and growth. For more information about Verady please visit Verady.com or follow @veradyinfo on Twitter.

**About Riot Blockchain**

Riot Blockchain, Inc., (formerly Bioptix, Inc.) leverages its expertise and network to build and support blockchain technologies. It is establishing an Advisory Board with technical experience intending to become a leading authority and supporter of blockchain, while providing investment exposure to the rapidly growing Bitcoin and blockchain ecosystems. For more information, visit http://www.RiotBlockchain.com/.

The company continues to maintain its existing Bioptix business segment, including its royalty license stemming from an Exclusive License Agreement with Ceva Santé Animale S.A., providing an exclusive worldwide royalty-bearing license, until December 31, 2028, to develop, seek regulatory approval for and offer to sell, market, distribute, import and export luteinizing hormone and/or follicle-stimulating hormone products for cattle, equine and swine for the assistance and facilitation of reproduction.

**Safe Harbor**

The information provided in this press release may include forward-looking statements relating to future events or the future financial performance of the Company. Because such statements are subject to risks and uncertainties, actual results may differ materially from those expressed or implied by such forward-looking statements. Words such as "anticipates," "plans," "expects," "intends," "will," "potential," "hope" and similar expressions are intended to identify forward-looking statements. These forward-looking statements are based upon current expectations of the Company and involve assumptions that may never materialize or may prove to be incorrect. Actual results and the timing of events could differ materially from those anticipated in such forward-looking statements as a result of various risks and uncertainties. Detailed information regarding factors that may cause actual results to differ materially from the results expressed or implied by statements in this press release relating to the Company may be

found in the Company's periodic filings with the Securities and Exchange Commission, including the factors described in the sections entitled "Risk Factors", copies of which may be obtained from the SEC's website at www.sec.gov. The parties do not undertake any obligation to update forward-looking statements contained in this press release.

**Media Contacts**
Karen Chase or Travis Kruse
Russo Partners, LLC
(646) 942-5627
(212) 845-4272
karen.chase@russopartnersllc.com
travis.kruse@russopartnersllc.com

**Investor Contact**
IR@RiotBlockchain.com