# **Exhibit N**

**Bitcoin (BTCUSD), Grayscale Bitcoin Trust (GBTC), and Overstock.com Inc. (OSTK)**
**Percentage Change in Price**
**October 3, 2017 – September 6, 2018**



■ = Bitcoin – USD (BTCUSD)
■ = Grayscale Bitcoin Trust (GBTC)
■ = Overstock.com Inc. (OSTK)