# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on Behalf of All Others Similarly Situated,<br><br>        *Plaintiff,*<br><br>  vs.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>        *Defendants.* | No. 18-cv-02293(FLW)(TJB)<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

    1.    An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

    2.    If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                                           */s/ Joseph J. DePalma*
                                                                           Joseph J. DePalma

**PRO HAC VICE ATTORNEY INFORMATION**:

Name:      David P. Abel, Esq.
Address:   U.S. Market Advisors Law Group PLLC
              5335 Wisconsin Ave. NW, Suite 450
              Washington, D.C. 20015
              Phone: (202) 274-0237

E-mail:      dabel@usmarketlaw.com

542674.1