

570 Broad Street / Suite 1201 / Newark, NJ 07102
**P:** 973.623.3000 / **F:** 973.623.0858 / litedepalma.com

Newark  |  Chicago  |  Philadelphia

May 17, 2019

**VIA ECF**
Clerk, U.S. District Court
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building &
    U.S. Courthouse
402 East State Street
Trenton, NJ  08608

>   Re:   *Creighton Takata v. Riot Blockchain, Inc., et al.*
>         Civil Action No.: 18-2293 (FLW) (TJB)

Dear Sir/Madam:

This firm represents Court-appointed Lead Plaintiff Dr. Stanley Golovac.  This letter serves as a request to issue summonses as to the following:

- Catherine DeFrancesco
- John Stetson
- Mark Groussman
- Andrew Kaplan
- Mike Dai
- Jason Les
- Eric So

The First Amended Complaint was filed on May 9, 2019 (ECF No. 73).

Thank you for your attention to this matter.

>   Respectfully,
>
>   */s/ Joseph J. DePalma*
>
>   Joseph D. DePalma

JJD:emp

cc:   All Counsel (via ECF)

550241.1