**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2040

| | |
|---|---|
| CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

May 22, 2019

**LETTER ORDER**

Re:   **Takata v. Riot Blockchain, Inc., et al.**
   **Civil Action No. 18-2293 (FLW)**

Dear Counsel,

The Court has reviewed the Parties' letter and request to stay the deadlines set in the District Court's April 24, 2019 Text Order which granted Plaintiff leave to file an Amended Complaint and set a briefing schedule for the filing of Defendants' Motions to Dismiss. (*See* Text Order of 4/25/2019). The District Court had ordered that Defendants were to file their Motion to Dismiss by May 29, 2019, Plaintiff's Opposition was due by June 19, 2019, and Defendant's Reply was due by June 28, 2019. *Id.* In light of the fact that new Defendants have been added, the parties request a stay of these deadlines to afford Plaintiff time to serve the newly added Defendants so that a consolidated briefing schedule can be entered. The Court grants this request. A further status update is to be submitted by **June 28, 2019**. Once all parties have been served, the Court will enter a scheduling order.

**IT IS SO ORDERED.**

   s/ Tonianne J. Bongiovanni
   **TONIANNE J. BONGIOVANNI**
   **United States Magistrate Judge**