**LITE DEPALMA GREENBERG**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile:  (973) 623-0858
jdepalma@litedepalma.com

**MOTLEY RICE LLC**
William S. Norton
Joshua C. Littlejohn
Christopher C. Moriarty
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile:  (843) 216-9450
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for Lead Plaintiff Dr. Stanley Golovac
and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>*Defendants*. | Civil Action No. 3:18-02293 (FLW) (TJB)<br><br>**[CORRECTED] STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO LEAD PLAINTIFF'S CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

WHEREAS, on February 17, 2018, Creighton Takata ("Takata") filed a complaint against

Riot Blockchain, Inc., f/k/a Bioptix, Inc.; John O'Rourke; and Jeffrey G. McGonegal (collectively,

"Defendants") in the above-captioned case alleging violations of the Securities Exchange Act of

1934 (ECF No. 1);

WHEREAS, this case is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*;

WHEREAS, Lead Plaintiff filed his Consolidated Amended Class Action Complaint for Violations of the Federal Securities Law on May 8, 2019 (ECF No. 72), which was corrected on May 10, 2019 (ECF No. 73);

WHEREAS, Lead Plaintiff's Corrected Consolidated Amended Class Action Complaint for Violations of the Federal Securities Law (ECF No. 73) adds additional Defendants not previously named in the case;

WHEREAS, on June 28, 2019, Lead Plaintiff provided an update to the Court (ECF No. 80) regarding service of the new Defendants in the case;

WHEREAS, on July 8, 2019, counsel for newly added Defendant Catherine DeFrancesco executed a Waiver of the Service of Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure, which provides Defendant DeFrancesco 60 days – until September 3, 2019 – to answer or otherwise respond to the Corrected Consolidated Amended Class Action Complaint for Violations of the Federal Securities Law (ECF No. 73);

WHEREAS, the parties have conferred concerning a new briefing schedule for Defendants' response to the Corrected Consolidated Amended Class Action Complaint for Violations of the Federal Securities Law (ECF No. 73);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by counsel for the parties listed below, that:

1. On or before **September 3, 2019**, the Defendants listed below shall answer or otherwise respond to the Corrected Consolidated Amended Class Action Complaint for Violations of the Federal Securities Law (ECF No. 73), subject to any further Orders of this Court.

2. If the Defendants listed below serve dispositive motions in response to the Corrected Consolidated Amended Class Action Complaint for Violations of the Federal Securities Law, then: (i) Lead Plaintiff shall serve his opposition papers on or before **October 18, 2019**; and (ii) Defendants shall serve their reply papers on or before **November 18, 2019**.

3. By entering into this stipulation, the Defendants listed below do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: July 15, 2019

Respectfully submitted,

**LITE DEPALMA GREENBERG**

*/s/ Joseph J. DePalma*
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

**MOTLEY RICE LLC**
William S. Norton
Joshua C. Littlejohn
Christopher C. Moriarty
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for Lead Plaintiff Dr. Stanley Golovac and Lead Counsel for the Class*

**PAUL HASTINGS LLP**

*/s/ Chad J. Peterman*
Chad J. Peterman
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6797
Facsimile: (212) 230-7797
chadpeterman@paulhastings.com

Thomas A Zaccaro (Admitted *pro hac vice*)
D. Scott Carlton (Admitted *pro hac vice*)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
thomaszaccaro@paulhastings.com
scottcarlton@paulhastings.com

*Counsel for Defendants Riot Blockchain, Inc., John O'Rourke, and Jeffrey G. McGonegal*

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

*/s/ Robert D. Weber*
Robert D. Weber (Admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067
Telephone: (310) 227-3746
Facsimile: (310) 228-3962
rweber@sheppardmullin.com

*Counsel for Defendant Barry Honig*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Jacob J. Waldman*
Alex Spiro (*pro hac vice forthcoming*)
Jacob J. Waldman (*pro hac vice forthcoming*)
Alexander Wentworth-Ping (*pro hac vice forthcoming*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7173
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
jacobwaldman@quinnemanuel.com
alexwentworthping@quinnemanuel.com

*Counsel for Defendant Catherine DeFrancesco*

SO ORDERED this \_\_\_\_ day of _____, 2019.

_____
HONORABLE FREDA L. WOLFSON
United States District Judge