Jaclyn M. Palmerson
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
*Attorney for Defendant Catherine DeFrancesco*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No.: 18-2293 (FLW)(TJB) |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **NOTICE OF APPEARANCE** |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC, JOHN O'ROURKE, JEFFREY McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

PLEASE TAKE NOTICE that Jaclyn M. Palmerson, an attorney at the law firm of Quinn

Emanuel Urquhart & Sullivan, LLP and a member of this Court in good standing, enters her

appearance in the above-captioned matter as counsel for defendant Catherine DeFrancesco.

Dated: July 22, 2019                     QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                         By: /s/ Jaclyn M. Palmerson
                                             Jaclyn M. Palmerson (N.J. Bar. No. 209452016)
                                             51 Madison Ave, 22nd Floor
                                             New York, New York 10010
                                             Telephone: (212) 849-7000

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2019, she caused a true and correct copy

of the foregoing Notice of Appearance to be electronically filed with the Clerk of Court and all

other counsel of record using the CM/ECF system.

/s/ Jaclyn M. Palmerson
Jaclyn M. Palmerson (NJ Bar No. 209452016)
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Ave, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000