Jaclyn Palmerson
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
*Attorneys for Defendant Catherine DeFrancesco*

# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | ) )Civil Action No.: 18-2293 (FLW)(TJB) ) |
| Plaintiff, | ) ) |
| v. | ) **CERTIFICATE OF SERVICE** ) |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC, JOHN O'ROURKE, JEFFREY McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

I, Jaclyn Palmerson, of Quinn Emanuel Urquhart & Sullivan, LLP, hereby certify that on July 22, 2019, I electronically transmitted the following documents via the Court's CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter:

- Notice of Motion for Admission *Pro Hac Vice*
- Certification of Alex Spiro
- Certification of Jaclyn Palmerson
- Statement in Lieu of Brief Pursuant to Local Civil Rule 7.1(d)(4)
- Proposed Order, and
- This Certificate of Service.

|  |  |
|---|---|
| DATED: July 22, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: *s/ Jaclyn Palmerson*<br>Jaclyn Palmerson<br>51 Madison Ave., Floor 22<br>New York NY 10010<br><br>*Attorneys for Defendant Catherine DeFrancesco* |