**UNITED STATES DISTRICT
COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC, JOHN O'ROURKE, JEFFREY McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO,<br><br>Defendants. | Civil Action No.: 18-2293 (FLW)(TJB)<br><br>**CERTIFICATION OF JACOB J. WALDMAN** |

I, Jacob J. Waldman, hereby declare and certify:

1. I am an attorney and of counsel with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York New York 10010. I am a member of good standing of the New York Bar, and have been since my admission in 2005. I make this certification in support of the issuance of an Order admitting me *pro hac vice* in the above-captioned matter on behalf of Defendant Catherine DeFrancesco.

2. With respect to the above-captioned matter, I am associated with Jaclyn Palmerson at Quinn Emanuel Urquhart & Sullivan, LLP, who is counsel of record and qualified to practice in this court pursuant to New Jersey Court Rule 1:21-1. Because Ms. Palmerson does not maintain a fixed physical location for the practice of law in New Jersey, the Clerk of the Supreme Court is designated as an agent upon whom service may be made in the event service cannot otherwise be effectuated pursuant to the appropriate Rules of Court.

1

3.  I agree that I will make the required payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2) for any year that I represent a client in a matter pending before this Court.

4.  All pleadings, briefs, and other papers filed with the Court shall be signed by Jaclyn Palmerson, or an attorney admitted to the Bar of the State of New Jersey and this Court, and shall be held responsible for them and my conduct in this matter.

5.  Pursuant to Local Civil Rule 101.1(c)(1), I declare that I was admitted to practice law and am a member in good standing in the following bars:

| JURISDICTION | Name and Address or Office of Official Maintaining the Roll of Members of the Bar | Year of Admission |
|---|---|---|
| New York State Bar | Attorney Records Clerk<br>Appellate Division, First Judicial Department<br>41 Madison Avenue, 26th Floor<br>New York, New York 10010 | 2005 |
| Eastern District of New York | Clerk's Office<br>Eastern District of New York<br>225 Cadman Plaza East<br>New York, NY 11201 | 2011 |
| Southern District of New York | United States District Court, Southern District of New York<br>500 Pearl Street,<br>New York, NY 10007<br>Attn: Attorney Services | 2010 |
| U.S. Court of Appeals for the Second Circuit | U.S. Court of Appeals for the Second Circuit<br>40 Foley Square<br>New York, NY 10007 | 2013 |
| U.S. Court of Appeals for the Third Circuit | 21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | 2013 |

6. Presently, there are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

7. I am familiar with the Local Rules of this Court, and if admitted *pro hac vice*, submit myself to its disciplinary authority as provided by Local Civil Rule 101.1.

8. If admitted *pro hac vice*, I will abide by the requirements of Local Civil Rule 101.1(c).

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

DATED: July 22, 2019

By: _____
Jacob J. Waldman