Jaclyn Palmerson
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
*Attorneys for Defendant Catherine DeFrancesco*

## UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC, JOHN O'ROURKE, JEFFREY McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, <br><br> Defendants. | Civil Action No.: 18-2293 (FLW)(TJB) <br><br> **CERTIFICATION OF JACLYN PALMERSON** |

I, Jaclyn Palmerson, of full age, hereby declare and certify:

1. I am an attorney and associate with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Catherine DeFrancesco in connection with the above-captioned matter. I am a member of good standing of the bar of this court.

2. I submit this certification in support of Defendant's application for the *pro hac vice* admission of Jacob J. Waldman of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP in this matter pursuant to Local Civil Rule 101.1(c).

1

3. Jacob J. Waldman is Of Counsel at the firm of Quinn Emanuel Urquhart & Sullivan, LLP.  Mr. Waldman is a member in good standing of the Bar of the State of New York.  His qualifications are set forth in his Certification filed simultaneously with these papers.

4. I am confident that Mr. Waldman is fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and has advised me that he will abide by those Rules.  I have agreed to work with Mr. Waldman in this action.

5. I agree to be held responsible for the filing of all pleadings, briefs and other papers filed with the Court and to have such papers signed by me, or another attorney with Quinn Emanuel Urquhart & Sullivan, LLP authorized to practice law in the state of New Jersey.  I further agree to be held responsible for the conduct of my specially admitted colleague should this application be granted.

6. I further agree to continue to make all court appearances unless otherwise excused by the Court.

7. Plaintiffs' counsel has consented to the *pro hac vice* admission of Mr. Waldman.

8. For the foregoing reasons, it is respectfully requested that the Court enter an Order permitting Mr. Waldman to appear *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify under penalty of perjury that the foregoing is true and correct.

DATED: July 22, 2019

By: *s/ Jaclyn Palmerson*
    Jaclyn Palmerson