Jaclyn Palmerson
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
*Attorneys for Defendant Catherine DeFrancesco*

**UNITED STATES DISTRICT
COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC, JOHN O'ROURKE, JEFFREY McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO,<br><br>Defendants. | Civil Action No.: 18-2293 (FLW)(TJB)<br><br>**STATEMENT IN LIEU OF BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)** |

Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of the motion brought by Defendant Catherine DeFrancesco for the admission *pro hac vice* of Jacob J. Waldman of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP is necessary because there are no legal issues as to the relief sought therein.

DATED: July 22, 2019         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *s/ Jaclyn Palmerson*
Jaclyn Palmerson
51 Madison Ave., Floor 22
New York NY 10010
*Attorneys for Defendant Catherine DeFrancesco*