# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC, JOHN O'ROURKE, JEFFREY McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO,<br><br>Defendants. | Civil Action No.: 18-2293 (FLW)(TJB)<br><br>**[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION** |

This matter having come before the Court upon Defendant Catherine DeFrancesco's motion for an Order allowing Jacob J. Waldman to appear and participate *pro hac vice* and the Court having considered the moving papers and for good cause shown pursuant to Local Civil Rule 101.1(c);

IT IS this _____ day of _____, 2019,

**ORDERED** that Defendant Catherine DeFrancesco's application for Jacob Waldman to be admitted *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey is hereby GRANTED; and it is further

**ORDERED** that Jacob J. Waldman is hereby admitted *pro hac vice* pursuant to Local Rule 101.1(c) for the sole purpose of entering an appearance on behalf of and representing Catherine DeFrancesco in this matter; and it is further

**ORDERED** that Jacob J. Waldman shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Jacob J. Waldman shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Jacob J. Waldman shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that Jacob J. Waldman shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by an attorney at law of this Court pursuant to Local Civil Rule 101.1(c)(4).

**SO ORDERED.**

DATED: _____, 2019

_____
Honorable Tonianne J. Bongiovanni
United States Magistrate Judge