Jaclyn Palmerson
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
*Attorneys for Defendant Catherine DeFrancesco*

## UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293 (FLW)(TJB) |
| Plaintiff, | Hon. Tonianne J. Bongiovanni |
| v. | **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF COUNSEL** |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC, JOHN O'ROURKE, JEFFREY McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | **Return Date:** August 19, 2019 |
| Defendants. | |

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, counsel for Defendant Catherine DeFrancesco shall move pursuant to Local Civil Rule 101.1(c) before the Honorable Freda L. Wolfson, at the United States District Court for the District of New Jersey, Martin Luther King Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order granting admission *pro hac vice* to Alexander P. Wentworth-Ping, of the law firm of Quinn Emanuel Urquhart and Sullivan, LLP for the purpose of appearing, participating, and representing Defendant Catherine DeFrancesco in this action.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, counsel for Defendant Catherine DeFrancesco submits the Certification of Alexander P. Wentworth-Ping as well as the supporting Certification of Jaclyn Palmerson.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

Dated: July 22, 2019                                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: s/ Jaclyn Palmerson
Jaclyn Palmerson
51 Madison Ave, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Attorneys for Defendant Catherine DeFrancesco*