Jaclyn Palmerson
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
*Attorneys for Defendant Catherine DeFrancesco*

# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC, JOHN O'ROURKE, JEFFREY McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, <br><br> Defendants. | Civil Action No.: 18-2293 (FLW)(TJB) <br><br> **CERTIFICATE OF SERVICE** |

I, Jaclyn Palmerson, of Quinn Emanuel Urquhart & Sullivan, LLP, hereby certify that on July 22, 2019, I electronically transmitted the following documents via the Court's CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter:

- Notice of Motion for Admission *Pro Hac Vice*
- Certification of Alexander P. Wentworth-Ping
- Certification of Jaclyn Palmerson
- Statement in Lieu of Brief Pursuant to Local Civil Rule 7.1(d)(4)
- Proposed Order, and
- This Certificate of Service.

DATED: July 22, 2019                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *s/ Jaclyn Palmerson*
Jaclyn Palmerson
51 Madison Ave., Floor 22
New York NY 10010
*Attorneys for Defendant Catherine DeFrancesco*