Jaclyn Palmerson
Alex Spiro (*pro hac* vice)
Jacob J. Waldman (*pro hac* vice)
Alexander P. Wentworth-Ping (*pro hac* vice)
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Attorneys for Defendant Catherine DeFrancesco*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC, JOHN O'ROURKE, JEFFREY McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO,<br><br>Defendants. | Civil Action No.: 18-2293 (FLW)(TJB)<br><br>**CERTIFICATE OF SERVICE** |

I, Jaclyn Palmerson, of Quinn Emanuel Urquhart & Sullivan, LLP, hereby certify that on August 16, 2019, I electronically transmitted the following documents via the Court's CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter:

- Notice of Motion for Admission *Pro Hac Vice*
- Certification of Julia M. Beskin
- Certification of Jaclyn Palmerson
- Statement in Lieu of Brief Pursuant to Local Civil Rule 7.1(d)(4)
- Proposed Order, and
- This Certificate of Service.

| | |
|---|---|
| DATED: August 16, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */s/ Jaclyn Palmerson*<br>Jaclyn Palmerson<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000 |
| | *Attorneys for Defendant Catherine DeFrancesco* |