DORSEY & WHITNEY LLP
Laura M. Lestrade
51 W. 52nd St.
New York, NY 10019-6119
Telephone: (212) 415-9227
Fax: (212) 953-7201
Email: lestrade.laura@dorsey.com

*Attorney for Defendant Mike Dai*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | ) ) ) Civil Action No.: 18-2293 ) (FLW)(ZNQ) ) |
| Plaintiff, | ) Hon. Zahid N. Quraishi ) |
| v. | ) **NOTICE OF APPERANCE OF** ) **LAURA LESTRADE ON** |
| RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | ) **BEHALF OF DEFENDANT** ) **MIKE DAI** ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that Laura Lestrade, an attorney associated with

the law firm of Dorsey & Whitney, LLP and a member of this Court in good

standing, enters her appearance in the above-captioned matter as counsel for defendant Mike Dai.

DATED: August 23, 2019        Dorsey & Whitney LLP

By: /s/ Laura M. Lestrade
Laura M. Lestrade
51 W. 52nd St.
New York, NY 10019-6119
Telephone: (212) 415-9227
Email: lestrade.laura@dorsey.com

*Attorney for Defendant Mike Dai*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2019, she caused a true and correct copy of the foregoing Notice of Appearance of Laura Lestrade on Behalf of Defendant Mike Dai to be electronically filed with the Clerk of Court and all other counsel of record using the CM/ECF system.

**DORSEY & WHITNEY LLP**

By: /s/ *Laura M. Lestrade*
    Laura M. Lestrade
    New York, NY 10019-6119
    Telephone: (212) 415-9227
    Fax: (212) 953-7201
    Email: lestrade.laura@dorsey.com

*Attorney for Defendant Mike Dai*