DORSEY & WHITNEY LLP
Laura M. Lestrade
51 W. 52nd St.
New York, NY 10019-6119
Telephone: (212) 415-9227
Fax: (212) 953-7201
Email: lestrade.laura@dorsey.com

*Attorney for Defendant Mike Dai*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293 (FLW)(ZNQ) |
| Plaintiff, | Hon. Zahid N. Quraishi |
| v. | **STATEMENT IN LIEU OF BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)** |
| RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | |
| Defendants. | |

Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of the motion brought by Defendant Mike Dai for the admission *pro hac vice* of Thomas O. Gorman of the law firm of Dorsey & Whitney, LLP is necessary because there are

1

no legal issues as to the relief sought therein.  Counsel for the lead plaintiff consents to this motion.

DATED: August 23, 2019

                                      DORSEY & WHITNEY LLP

By: */s/ Laura M. Lestrade*_____
    Laura M. Lestrade
    51 West 52nd St.
    New York, NY 10019-6119
    Telephone: (212) 415-9227
    Fax: (212) 953-7201
    Email: lestrade.laura@dorsey.com

*Attorney for Defendant Mike Dai*