## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, a copy of the foregoing

- Notice of Motion for Admission *Pro Hac Vice*
- Certification of Laura Lestrade
- Certification of Thomas O. Gorman
- Statement in Lieu of Brief Pursuant to Local Civil Rule 7.1(d)(4)
- Proposed Order, and
- This Certificate of Service.

Were electronically transmitted via the Court's CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

**DORSEY & WHITNEY LLP**

By: */s/ Laura M. Lestrade*
Laura M. Lestrade
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9227
Fax: (212) 953-7201
Email: lestrade.laura@dorsey.com

*Attorney for Defendant Mike Dai*

1