DORSEY & WHITNEY LLP
Laura M. Lestrade
51 West 52nd St.
New York, NY 10019-6119
Telephone: (212) 415-9227
Fax: (212) 953-7201
Email: lestrade.laura@dorsey.com

*Attorney for Defendant Mike Dai*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293 (FLW)(ZNQ) |
| Plaintiff, | Hon. Zahid N. Quraishi |
| v. | **CERTIFICATION OF STEPHEN R. WEINGOLD, ESQ. TO APPEAR *PRO HAC VICE*** |
| RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | |
| Defendants. | |

Stephen R. Weingold, of full age, certifies as follows:

1.  I am an attorney at law and an associate with the law firm of Dorsey & Whitney LLP, practicing at the firm's Denver, Colorado office located at 1400

1

Wewatta St, Suite 400, Denver, Colorado 80202-5549. I submit this certification in support of the motion for my admission to this Court *pro hac vice* for the purpose of representing defendant Mike Dai ("Defendant").

2.  I am associated with New Jersey counsel of record, Laura Lestrade, who is an attorney with Dorsey & Whitney LLP, a member of the bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey. In accordance with Local Civil Rule 101.l(c), Ms. Lestrade will be an attorney of record for Defendant herein with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom pleadings and other papers may be served.

3.  I am a member in good standing of the bars of the states of New York and Colorado. I was admitted to the bar of the State of New York in 2015 and the bar of the State of Colorado in 2018. I am also admitted to practice before the United States District Court for District of Colorado.

4.  I have never been convicted of a crime, censured, suspended, disciplined, or disbarred by any court and there are no disciplinary proceedings pending against me in any jurisdiction.

5.  The records of my New York bar membership and good standing can be found from the Attorney Records Clerk, Appellate Division, Third Department,

Robert Abrams Building for Law and Justice, State Street, Room 511, Albany, NY 12223.

6.  The records of my Colorado bar membership and good standing can be found at the Ralph L. Carr Judicial Center, Colorado Supreme Court, Office of Attorney Registration, 1300 Broadway, Suite 510, Denver, CO 80203.

7.  The records of my United States District Court for the District of Colorado bar membership and good standing can be found at the Office of the Clerk, United States District Court for the District of Colorado, 901 19th St., Room A105, Denver, CO 80294-3589.

8.  Defendant has requested my representation in the above captioned action in this District and has retained me to advise and represent him in this matter, which involves *inter alia* claims governed by Sections 1 O(b) and 20(a) of the Exchange Act, and Rule 10b-5 promulgated thereunder.

9.  There is good cause for my admission *pro hac vice* in that I have substantial experience in handling cases with claims similar to the ones asserted in the instant case. I also have developed substantial factual and legal knowledge of the issues involved in this matter.

10. If this application is granted, I will comply with the requirements of New Jersey Court Rule 1:28-2 and pay the appropriate fee to the New Jersey Lawyers' Fund for Client Protection for each calendar year of my *pro hac vice*

3

admission in this action. I will also comply with the requirements of Local Civil Rule 101.1(c)(3) and pay the appropriate fee to the Clerk of the United States District Court for the District of New Jersey for my *pro hac vice* admission in this action.

11.     If this application is granted, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court and will comply with all the requirements of the rules of this Court, including, but not limited to, the rules requiring New Jersey counsel of record to sign and file all papers, enter appearances for parties, and sign stipulations.

12.     I certify that the foregoing is true and correct.


Dated: August 23, 2019


By: */s/ Stephen R. Weingold*
    Stephen R. Weingold