DORSEY & WHITNEY LLP
Laura M. Lestrade
51 West 52nd St.
New York, NY 10019-6119
Telephone: (212) 415-9227
Fax: (212) 953-7201
Email: lestrade.laura@dorsey.com

*Attorney for Defendant Mike Dai*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | ) ) ) Civil Action No.: 18-2293 ) (FLW)(ZNQ) ) |
| Plaintiff, | ) Hon. Zahid N. Quraishi ) |
| v. | ) **[PROPOSED] ORDER** ) **GRANTING ADMISSION *PRO*** |
| RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | ) ***HAC VICE* TO** ) **STEPHEN R. WEINGOLD** ) ) ) ) ) ) ) ) |
| Defendants. | ) |

This matter having come before the Court on motion of Dorsey & Whitney LLP, attorneys for Defendant Mike Dai, for the *pro hac vice* admission of Stephen R. Weingold, pursuant to Local Civ. R. 101.1, and the Court having considered the

1

certifications in support of the motion, which reflect that he satisfies the requirements set for in Local Civ. R. 101.1(c)(1),

IT IS, on this_ day of _____ , 2019,

**ORDERED** that Defendant Mike Dai's application for Stephen R. Weingold to be admitted *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey is hereby GRANTED; and it is further

**ORDERED** that Stephen R. Weingold is hereby admitted *pro hac vice* pursuant to Local Rule 101.1(c) for the sole purpose of entering an appearance on behalf of and representing Mike Dai in this matter; and it is further

**ORDERED** that Stephen R. Weingold shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Stephen R. Weingold shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Stephen R. Weingold shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that Stephen R. Weingold shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by an attorney at law of this Court pursuant to Local Civil Rule 101.1(c)(4).

**SO ORDERED.**

DATED: _____, 2019

                                                Honorable Zahid N. Quraishi
                                                United States Magistrate Judge