SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
TYLER E. BAKER (New Jersey Bar No. 44392011)
tbaker@sheppardmullin.com
CHRISTOPHER J. BOSCH (Admitted *Pro Hac Vice*)
cbosch@sheppardmullin.com
30 Rockefeller Plaza, 39th Floor
New York, New York 10112-0015
Telephone: (212) 653.8700

ROBERT D. WEBER (Admitted *Pro Hac Vice*)
rweber@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 228-3700

*Attorneys for Defendant Barry C. Honig*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY MCGONEGAL,<br><br>Defendants. | Civil Action No.: 18-2293(FLW)(TJB)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT HONIG'S TIME TO RESPOND TO LEAD PLAINTIFF'S CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

**WHEREAS**, Lead Plaintiff filed his Consolidated Amended Class Action Complaint for

Violations of the Federal Securities Law on May 8, 2019 (ECF No. 72), which was corrected on

May 10, 2019 (ECF No. 73)(the "Corrected Complaint");

**WHEREAS**, following a conference among counsel, and a stipulation submitted by the

served parties (ECF No. 83), on July 15, 2019 this honorable Court entered an Order directing

Defendants Barry Honig, Riot Blockchain, John O'Rourke, Jeffrey McGonigle and Catherine

Defrancesco would answer or otherwise respond to the Corrected Complaint by September 3, 2019 (ECF No. 84);

**WHEREAS**, the Court further ordered that if the Defendants identified in the order were to serve dispositive motions in response to the Corrected Complaint, then: (i) Lead Plaintiff shall serve his opposition papers on or before October 1, 2019 and Defendants (ii) Defendants shall serve their reply papers on or before October 22, 2019 (ECF No. 84);

**WHEREAS**, Defendant Barry Honig intends to file a motion to dismiss the Corrected Complaint, but his ability to timely finalize and final the motion over the past weekend was impacted by Hurricane Dorian;

**WHEREAS**, the parties have conferred concerning a **two day** extension of time to allow for Mr. Honig's filing of his motion to dismiss;

**WHEREAS**, counsel for defendants Riot Blockchain, John O'Rourke, Jeffrey McGonigle and Catherine Defrancesco have been advised of this stipulation and do not oppose it;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by counsel for the parties listed below, that:

1.      On or before September 5, 2019, Barry Honig shall file his Motion to Dismiss the Corrected Consolidated Amended Class Action Complaint (ECF No. 73), and

2.      Lead Plaintiff shall serve his opposition papers on or before October 3, 2019, and the deadline for Mr. Honig to file his reply papers shall remain October 22, 2019.

Dated:  September 3, 2019                    Respectfully submitted,


**SHEPPARD, MULLIN, RICHTER**
**& HAMPTON LLP**


By: */s/ Tyler E. Baker*
TYLER E. BAKER (New Jersey Bar No. 44392011)
tbaker@sheppardmullin.com
CHRISTOPHER J. BOSCH (Admitted *Pro Hac Vice*)
cbosch@sheppardmullin.com
30 Rockefeller Plaza, 39th Floor
New York, New York 10112-0015
Telephone: (212) 653.8700

ROBERT D. WEBER (Admitted *Pro Hac Vice*)
rweber@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 228-3700

*Attorneys for Defendant Barry C. Honig*


**LITE DEPALMA GREENBERG**

*/s/ Joseph J. DePalma*
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

**MOTLEY RICE LLC**
William S. Norton
Joshua C. Littlejohn
Christopher C. Moriarty
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
bnorton@motleyrice.com
jlittlejohn@motleyrice.com

cmoriarty@motleyrice.com

*Counsel for Lead Plaintiff Dr. Stanley Golovac*
*and Lead Counsel for the Class*

SO ORDERED this _____ day of September, 2019.

_____
HONORABLE FREDA L. WOLFSON
United States District Judge