# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES, and ERIC SO,<br><br>        Defendants. | **Civil No. 3:18-CV-02293 (FLW)(TJB)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE IMPROPER ALLEGATIONS AND IMAGES FROM THE CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

Defendants Riot Blockchain, Inc., John O'Rourke, Michael Beeghley, Jeffrey G. McGonegal, Andrew Kaplan, Jason Les, and Eric So's Motion to Strike (the "Motion") Improper Allegations and Images in Lead Plaintiff Dr. Stanley Golovac's ("Lead Plaintiff") Corrected Consolidated Amended Class Action Complaint (the "Corrected Complaint") was heard on November 4, 2019 in Room 5E of the above-captioned Court.

Having heard and considered all of the pleadings and records on file, and all papers in support of and in opposition to the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.
2. The image in paragraph 176 is stricken from the Corrected Complaint.
3. The image in paragraph 187 is stricken from the Corrected Complaint.
4. The image in paragraph 195 is stricken from the Corrected Complaint.
5. The image in paragraph 275 is stricken from the Corrected Complaint.
6. The image in paragraph 283 is stricken from the Corrected Complaint.
7. The image in paragraph 332 is stricken from the Corrected Complaint
8. Paragraph 389, including the image embedded and footnote 50 referenced therein, is stricken from the Corrected Complaint.

9. Paragraph 390, including the image embedded therein, is stricken from the Corrected Complaint.

10. Paragraph 391 is stricken from the Corrected Complaint.

11. Paragraph 392 is stricken from the Corrected Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Freda L. Wolfson