**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
Julia M. Beskin (*pro hac vice* pending)
Jacob J. Waldman (*pro hac vice*)
Jaclyn M. Palmerson
Alexander P. Wentworth-Ping (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com
juliabeskin@quinnemanuel.com
jacobwaldman@quinnemanuel.com
jaclynpalmerson@quinnemanuel.com
alexwentworthping@quinnemanuel.com

*Attorneys for Catherine DeFrancesco*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | Civil Action No. 3:18-02293 (FLW) (TJB) |
| *Plaintiff*, | **NOTICE OF MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | MOTION DAY: October 7, 2019

*ORAL ARGUMENT REQUESTED* |
| *Defendants*. | |

**PLEASE TAKE NOTICE** that on October 7, 2019, or as soon as the Court deems appropriate, Defendant Catherine DeFrancesco will appear before the Honorable Freda L. Wolfson, U.S.D.J., at the United States District Court for the District of New Jersey, 402 State Street, Courtroom 5E, Trenton, New Jersey, and will move this Court, pursuant to Fed. R. Civ. P.

12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq*., for an Order dismissing Lead Plaintiff's Consolidated Amended Class Action Complaint as to her, including Count II.

**PLEASE TAKE FURTHER NOTICE** that Ms. DeFrancesco shall rely upon the accompanying Memorandum of Law in Support, Declaration of Jaclyn Palmerson with exhibits, and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is also submitted for the Court's consideration.

DATED: New York, New York
September 3, 2019

Respectfully submitted,

QUINN EMANUEL URQUHART &
  SULLIVAN, LLP

By: */s/ Jaclyn M. Palmerson*
    Alex Spiro (*pro hac vice*)
    Julia M. Beskin (*pro hac vice*)
    Jacob J. Waldman (*pro hac vice*)
    Jaclyn M. Palmerson
    Alexander P. Wentworth-Ping (*pro hac vice*)
    51 Madison Avenue, 22nd Floor
    New York, New York  10010-1601
    Telephone:  (212) 849-7000
    alexspiro@quinnemanuel.com
    juliabeskin@quinnemanuel.com
    jacobwaldman@quinnemanuel.com
    jaclynpalmerson@quinnemanuel.com
    alexwentworthping@quinnemanuel.com

*Attorneys for Catherine DeFrancesco*