# EXHIBIT 1

## ENTITY INFORMATION

### ENTITY INFORMATION

| | | | |
|---|---|---|---|
| **Entity Name:** | KAIROS GLOBAL TECHNOLOGY INC. | **Entity Number:** | E0494872017-2 |
| **Entity Type:** | Domestic Corporation (78) | **Entity Status:** | Active |
| **Formation Date:** | 10/19/2017 | **NV Business ID:** | NV20171675242 |
| **Termination Date:** | Perpetual | **Annual Report Due Date:** | 10/31/2019 |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| **Name of Individual or Legal Entity:** | LAXAGUE LAW INC | **Status:** | Active |
| **CRA Agent Entity Type:** | | **Registered Agent Type:** | Non-Commercial Registered Agent |
| **NV Business ID:** | | **Office or Position:** | |
| **Jurisdiction:** | | | |
| **Street Address:** | 1 EAST LIBERTY STE 600, RENO, NV, 89501, USA | **Email Address:** | |
| **Mailing Address:** | | | |
| **Individual with Authority to Act:** | | **Contact Phone Number:** | |
| **Fictitious Website or Domain Name:** | | | |

### PRINCIPAL OFFICE ADDRESS

| | | | |
|---|---|---|---|
| **Address:** | | **Mailing Address:** | |

### OFFICER INFORMATION    ☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | JEFFREY MCGONEGAL | 202 SIXTH STREET, SUITE 401, CASTLE ROCK, CO, 80104, USA | 05/13/2019 | Active |
| Secretary | ROBBY CHANG | 202 SIXTH STREET, SUITE 401, CASTLE ROCK, CO, 80104, USA | 05/13/2019 | Active |
| Treasurer | ROBBY CHANG | 202 SIXTH STREET, SUITE 401, CASTLE ROCK, CO, 80104, USA | 05/13/2019 | Active |
| Director | JEFFREY MCGONEGAL | 202 SIXTH STREET, SUITE 401, CASTLE ROCK, CO, 80104, USA | 05/13/2019 | Active |

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Director | ROBBY D CHANG | 202 SIXTH STREET, SUITE 401, CASTLE ROCK, CO, 80104, USA | 05/13/2019 | Active |

Page 1 of 1, records 1 to 5 of 5

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
|  | Authorized | 40,000,000 | 0.0010000000 |

Page 1 of 1, records 1 to 1 of 1

Number of No Par Value Shares: **0**

Total Authorized Capital: **$40,000.00**

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results