# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, : : : *Plaintiff*, : : v. : : RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, : : : : : : : : : : *Defendants*. : : | Civil Action No. 3:18-02293 (FLW) (TJB)  **[PROPOSED] ORDER GRANTING CATHERINE DEFRANCESCO'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**  MOTION RETURN DATE: October 7, 2019 |

**THIS MATTER** having been presented to the Court by Defendant Catherine DeFrancesco, with a Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, seeking an Order dismissing Lead Plaintiff's Consolidated Amended Class Action Complaint (the "Complaint") and for further relief as the Court deems just and proper, and the Court having considered the papers submitted in support and opposition to the Motion to Dismiss and oral arguments, if any, and the Court having further considered the pleadings in this matter, and for good cause having been shown;

**IT IS** on this _____ day of _____, 2019,

**ORDERED** that Catherine DeFrancesco's Motion to Dismiss the Complaint, including the allegations in Count II of the Complaint as to Ms. DeFrancesco, is hereby granted.

_____
**HONORABLE FREDA L. WOLFSON**
**UNITED STATES DISTRICT JUDGE**