## Riot Historical Prices - June 30, 2016 through September 6, 2018

| date | close | volume | open | high | low |
|---|---|---|---|---|---|
| 6/30/2016 | 3.51 | 14722 | 3.43 | 3.57 | 3.3301 |
| 7/1/2016 | 3.49 | 40628 | 3.57 | 3.58 | 3.4 |
| 7/5/2016 | 3.49 | 1812 | 3.43 | 3.49 | 3.43 |
| 7/6/2016 | 3.44 | 2587 | 3.5 | 3.5 | 3.44 |
| 7/7/2016 | 3.4817 | 1167 | 3.412 | 3.4876 | 3.412 |
| 7/8/2016 | 3.49 | 8649 | 3.3748 | 3.56 | 3.36 |
| 7/11/2016 | 3.45 | 2640 | 3.5066 | 3.5066 | 3.45 |
| 7/12/2016 | 3.39 | 68513 | 3.44 | 3.66 | 3.3303 |
| 7/13/2016 | 3.639 | 26213 | 3.35 | 3.639 | 3.35 |
| 7/14/2016 | 3.43 | 18676 | 3.5 | 3.5772 | 3.351 |
| 7/15/2016 | 3.64 | 25638 | 3.41 | 3.6499 | 3.34 |
| 7/18/2016 | 3.536 | 34572 | 3.66 | 3.664 | 3.536 |
| 7/19/2016 | 3.46 | 62216 | 3.57 | 3.57 | 3.28 |
| 7/20/2016 | 3.46 | 2366 | 3.53 | 3.53 | 3.441 |
| 7/21/2016 | 3.55 | 3789 | 3.51 | 3.56 | 3.4411 |
| 7/22/2016 | 3.59 | 135600 | 3.59 | 3.7 | 3.51 |
| 7/25/2016 | 3.55 | 8171 | 3.5 | 3.55 | 3.41 |
| 7/26/2016 | 3.41 | 6230 | 3.48 | 3.69 | 3.38 |
| 7/27/2016 | 3.45 | 16904 | 3.48 | 3.52 | 3.36 |
| 7/28/2016 | 3.32 | 16102 | 3.41 | 3.44 | 3.305 |
| 7/29/2016 | 3.37 | 39517 | 3.35 | 3.4 | 3.32 |
| 8/1/2016 | 3.3451 | 55462 | 3.4 | 3.4 | 3.045 |
| 8/2/2016 | 3.29 | 21859 | 3.3 | 3.38 | 3.27 |
| 8/3/2016 | 3.2001 | 91608 | 3.2917 | 3.38 | 3.19 |
| 8/4/2016 | 3.19 | 5625 | 3.349 | 3.349 | 3.19 |
| 8/5/2016 | 3.1573 | 35870 | 3.34 | 3.3825 | 3.14 |
| 8/8/2016 | 3.18 | 33648 | 3.21 | 3.35 | 3.13 |
| 8/9/2016 | 3.16 | 14523 | 3.18 | 3.28 | 3.15 |
| 8/10/2016 | 3.22 | 35557 | 3.14 | 3.24 | 2.99 |
| 8/11/2016 | 3.29 | 7384 | 3.14 | 3.3999 | 3.12 |
| 8/12/2016 | 3.16 | 8483 | 3.24 | 3.24 | 3.16 |
| 8/15/2016 | 3.2 | 18610 | 3.15 | 3.2872 | 3.09 |
| 8/16/2016 | 3.27 | 1264 | 3.17 | 3.27 | 3.0901 |
| 8/17/2016 | 3.1899 | 18314 | 3.21 | 3.21 | 3.09 |
| 8/18/2016 | 3.11 | 5846 | 3.13 | 3.2 | 3.11 |
| 8/19/2016 | 3.12 | 20847 | 3.13 | 3.25 | 3.0975 |
| 8/22/2016 | 3.1 | 3119 | 3.2 | 3.25 | 3.1 |
| 8/23/2016 | 3.39 | 123822 | 3.1 | 3.39 | 3.1 |
| 8/24/2016 | 3.35 | 14118 | 3.37 | 3.41 | 3.28 |
| 8/25/2016 | 3.31 | 7888 | 3.37 | 3.37 | 3.25 |
| 8/26/2016 | 3.27 | 4630 | 3.282 | 3.32 | 3.26 |
| 8/29/2016 | 3.58 | 99581 | 3.32 | 3.6 | 3.28 |
| 8/30/2016 | 3.64 | 66184 | 3.59 | 3.6587 | 3.48 |
| 8/31/2016 | 3.64 | 36273 | 3.52 | 3.7 | 3.51 |
| 9/1/2016 | 3.8601 | 61448 | 3.63 | 3.9 | 3.63 |
| 9/2/2016 | 3.76 | 229073 | 3.9 | 3.9 | 3.68 |

| Date | | | | | |
|---|---|---|---|---|---|
| 9/6/2016 | 3.8292 | 5728 | 3.79 | 3.88 | 3.68 |
| 9/7/2016 | 3.8 | 102740 | 3.811 | 4.09 | 3.5601 |
| 9/8/2016 | 3.98 | 26190 | 3.69 | 3.99 | 3.69 |
| 9/9/2016 | 3.94 | 20404 | 3.93 | 3.95 | 3.8 |
| 9/12/2016 | 4.11 | 78646 | 3.84 | 4.22 | 3.84 |
| 9/13/2016 | 4.36 | 84823 | 4.09 | 4.47 | 4.09 |
| 9/14/2016 | 3.73 | 143082 | 4.28 | 4.3662 | 3.45 |
| 9/15/2016 | 4.19 | 133325 | 3.75 | 4.36 | 3.75 |
| 9/16/2016 | 4.48 | 99192 | 4.2 | 4.48 | 4.01 |
| 9/19/2016 | 4.54 | 124876 | 4.49 | 4.55 | 4.38 |
| 9/20/2016 | 3.7 | 72886 | 4.45 | 4.45 | 3.57 |
| 9/21/2016 | 3.78 | 12844 | 3.8 | 3.86 | 3.673 |
| 9/22/2016 | 3.67 | 10443 | 3.89 | 3.89 | 3.67 |
| 9/23/2016 | 3.57 | 34195 | 3.67 | 3.74 | 3.46 |
| 9/26/2016 | 3.22 | 79869 | 3.7 | 3.76 | 3.07 |
| 9/27/2016 | 3.17 | 32062 | 3.18 | 3.2 | 2.9971 |
| 9/28/2016 | 3.07 | 35387 | 3.15 | 3.24 | 3.0349 |
| 9/29/2016 | 2.94 | 61988 | 3.03 | 3.1899 | 2.83 |
| 9/30/2016 | 3.03 | 42843 | 2.93 | 3.0789 | 2.68 |
| 10/3/2016 | 2.79 | 14148 | 2.97 | 2.97 | 2.79 |
| 10/4/2016 | 2.73 | 9097 | 2.81 | 2.81 | 2.7 |
| 10/5/2016 | 2.74 | 69268 | 2.79 | 2.79 | 2.6 |
| 10/6/2016 | 2.67 | 44130 | 2.74 | 2.88 | 2.65 |
| 10/7/2016 | 2.65 | 5861 | 2.7 | 2.81 | 2.625 |
| 10/10/2016 | 2.57 | 5367 | 2.646 | 2.646 | 2.57 |
| 10/11/2016 | 2.4 | 39339 | 2.57 | 2.57 | 2.35 |
| 10/12/2016 | 2.31 | 13270 | 2.38 | 2.42 | 2.14 |
| 10/13/2016 | 2.32 | 49798 | 2.3 | 2.43 | 2.19 |
| 10/14/2016 | 2.4 | 26567 | 2.32 | 2.42 | 2.29 |
| 10/17/2016 | 2.5 | 19846 | 2.4 | 2.57 | 2.4 |
| 10/18/2016 | 2.72 | 65511 | 2.53 | 2.89 | 2.5 |
| 10/19/2016 | 2.76 | 25700 | 2.69 | 2.8231 | 2.651 |
| 10/20/2016 | 2.77 | 813 | 2.8061 | 2.8061 | 2.76 |
| 10/21/2016 | 2.76 | 7710 | 2.561 | 2.97 | 2.561 |
| 10/24/2016 | 2.82 | 9764 | 2.8 | 2.914 | 2.8 |
| 10/25/2016 | 2.71 | 3056 | 2.82 | 2.82 | 2.71 |
| 10/26/2016 | 2.92 | 7672 | 2.8002 | 3.06 | 2.8002 |
| 10/27/2016 | 2.56 | 13130 | 2.642 | 2.7 | 2.56 |
| 10/28/2016 | 2.65 | 4787 | 2.6 | 2.66 | 2.4901 |
| 10/31/2016 | 2.7 | 6206 | 2.6511 | 2.72 | 2.6511 |
| 11/1/2016 | 2.725 | 8658 | 2.705 | 2.78 | 2.7 |
| 11/2/2016 | 2.44 | 31175 | 2.75 | 2.75 | 2.44 |
| 11/3/2016 | 2.54 | 13927 | 2.51 | 2.56 | 2.5 |
| 11/4/2016 | 2.41 | 5331 | 2.66 | 2.66 | 2.41 |
| 11/7/2016 | 2.74 | 22140 | 2.64 | 2.74 | 2.32 |
| 11/8/2016 | 2.63 | 22548 | 2.7 | 2.8799 | 2.63 |
| 11/9/2016 | 2.52 | 15929 | 2.57 | 2.919 | 2.48 |

| Date | | | | | |
|---|---|---|---|---|---|
| 11/10/2016 | 2.58 | 6126 | 2.43 | 2.58 | 2.42 |
| 11/11/2016 | 2.66 | 15517 | 2.5985 | 2.73 | 2.5985 |
| 11/14/2016 | 2.73 | 69188 | 2.36 | 2.7399 | 2.33 |
| 11/15/2016 | 2.67 | 93665 | 2.91 | 2.91 | 2.47 |
| 11/16/2016 | 2.97 | 38327 | 2.721 | 2.99 | 2.67 |
| 11/17/2016 | 2.85 | 29875 | 2.97 | 3.0909 | 2.82 |
| 11/18/2016 | 2.81 | 5575 | 2.934 | 2.95 | 2.721 |
| 11/21/2016 | 2.82 | 12599 | 2.81 | 2.85 | 2.69 |
| 11/22/2016 | 2.8 | 1254 | 2.7769 | 2.82 | 2.7769 |
| 11/23/2016 | 2.75 | 8403 | 2.739 | 2.78 | 2.72 |
| 11/25/2016 | 2.8 | 2050 | 2.75 | 2.8 | 2.75 |
| 11/28/2016 | 2.93 | 10426 | 2.82 | 3.05 | 2.8074 |
| 11/29/2016 | 2.9 | 2696 | 2.88 | 2.9 | 2.88 |
| 11/30/2016 | 3 | 12909 | 2.85 | 3.05 | 2.661 |
| 12/1/2016 | 4.4 | 2873629 | 3.05 | 5.92 | 3.05 |
| 12/2/2016 | 4.05 | 322619 | 4 | 4.2399 | 3.71 |
| 12/5/2016 | 4.11 | 77326 | 4.07 | 4.2489 | 3.74 |
| 12/6/2016 | 4.24 | 48137 | 4.05 | 4.6 | 4.03 |
| 12/7/2016 | 4.23 | 25378 | 4.15 | 4.33 | 3.93 |
| 12/8/2016 | 3.95 | 32878 | 4.15 | 4.15 | 3.8 |
| 12/9/2016 | 3.94 | 116276 | 3.76 | 4.05 | 3.56 |
| 12/12/2016 | 4.19 | 6250 | 4.33 | 4.42 | 4.19 |
| 12/13/2016 | 3.53 | 8458 | 4 | 4.4 | 3.53 |
| 12/14/2016 | 3.8954 | 19115 | 3.55 | 4 | 3.53 |
| 12/15/2016 | 3.63 | 20100 | 3.7 | 3.8 | 3.6 |
| 12/16/2016 | 3.76 | 11504 | 3.41 | 3.94 | 3.41 |
| 12/19/2016 | 3.64 | 33332 | 3.51 | 3.64 | 3.4 |
| 12/20/2016 | 3.65 | 66570 | 3.79 | 3.9 | 3.5701 |
| 12/21/2016 | 3.8 | 119674 | 3.33 | 3.8 | 3.33 |
| 12/22/2016 | 3.6 | 17987 | 3.765 | 3.765 | 3.5 |
| 12/23/2016 | 3.53 | 61961 | 3.52 | 3.79 | 3.39 |
| 12/27/2016 | 3.5 | 15730 | 3.67 | 3.67 | 3.5 |
| 12/28/2016 | 3.48 | 10383 | 3.5 | 3.63 | 3.45 |
| 12/29/2016 | 3.56 | 20172 | 3.4793 | 3.68 | 3.4793 |
| 12/30/2016 | 3.84 | 92646 | 3.51 | 3.84 | 3.5 |
| 1/3/2017 | 3.82 | 44492 | 3.61 | 3.95 | 3.61 |
| 1/4/2017 | 4.38 | 59683 | 3.97 | 4.8 | 3.97 |
| 1/5/2017 | 4.14 | 16815 | 4.5 | 4.5 | 4 |
| 1/6/2017 | 4.2 | 1607 | 4.004 | 4.2 | 4.004 |
| 1/9/2017 | 3.76 | 61943 | 4.186 | 4.186 | 3.75 |
| 1/10/2017 | 3.63 | 19452 | 3.83 | 4.0899 | 3.63 |
| 1/11/2017 | 3.69 | 35101 | 3.63 | 3.7902 | 3.63 |
| 1/12/2017 | 3.65 | 37127 | 3.33 | 3.7456 | 3.33 |
| 1/13/2017 | 3.66 | 352900 | 3.82 | 4.3336 | 3.4 |
| 1/17/2017 | 3.53 | 11027 | 3.81 | 3.81 | 3.4915 |
| 1/18/2017 | 3.48 | 27226 | 3.4899 | 3.59 | 3.3601 |
| 1/19/2017 | 3.42 | 4705 | 3.4 | 3.45 | 3.4 |

| Date | | | | | |
|---|---|---|---|---|---|
| 1/20/2017 | 3.43 | 17747 | 3.41 | 3.53 | 3.3 |
| 1/23/2017 | 3.3666 | 9935 | 3.44 | 3.443 | 3.35 |
| 1/24/2017 | 3.1 | 54069 | 3.35 | 3.37 | 3.07 |
| 1/25/2017 | 3.22 | 1373 | 3.08 | 3.2203 | 3.08 |
| 1/26/2017 | 3.1 | 12289 | 3.11 | 3.1259 | 3.0201 |
| 1/27/2017 | 3.11 | 30377 | 3.11 | 3.14 | 3.05 |
| 1/30/2017 | 3.1181 | 1788 | 3.09 | 3.13 | 3.08 |
| 1/31/2017 | 3.15 | 6851 | 3.1 | 3.15 | 3.07 |
| 2/1/2017 | 3.25 | 4775 | 3.08 | 3.25 | 3.08 |
| 2/2/2017 | 3.1384 | 4712 | 3.264 | 3.4 | 3.12 |
| 2/3/2017 | 3.13 | 5902 | 3.12 | 3.21 | 3.12 |
| 2/6/2017 | 3.23 | 5656 | 3.1 | 3.29 | 3.1 |
| 2/7/2017 | 3.4 | 58510 | 3.266 | 3.65 | 3.165 |
| 2/8/2017 | 3.1848 | 18218 | 3.3051 | 3.419 | 3.1848 |
| 2/9/2017 | 3.4 | 26390 | 3.15 | 3.4 | 3.15 |
| 2/10/2017 | 3.38 | 13669 | 3.55 | 3.55 | 3.2701 |
| 2/13/2017 | 3.25 | 3246 | 3.3 | 3.31 | 3.2 |
| 2/14/2017 | 3.21 | 35822 | 3.08 | 3.24 | 3.08 |
| 2/15/2017 | 3.32 | 12251 | 3.2 | 3.3261 | 3.145 |
| 2/16/2017 | 3.22 | 5351 | 3.25 | 3.38 | 3.22 |
| 2/17/2017 | 3.28 | 2380 | 3.2 | 3.3 | 3.2 |
| 2/21/2017 | 3.2 | 5650 | 3.15 | 3.3 | 3.15 |
| 2/22/2017 | 3.15 | 9706 | 3.176 | 3.23 | 3.15 |
| 2/23/2017 | 3.18 | 6211 | 3.1399 | 3.1899 | 3.1399 |
| 2/24/2017 | 3.15 | 12611 | 3.07 | 3.2599 | 3.07 |
| 2/27/2017 | 3.24 | 2366 | 3.172 | 3.24 | 3.16 |
| 2/28/2017 | 3.08 | 17402 | 3.24 | 3.24 | 3.06 |
| 3/1/2017 | 3.14 | 14871 | 3.08 | 3.18 | 3.06 |
| 3/2/2017 | 3.12 | 4166 | 3.12 | 3.21 | 3.11 |
| 3/3/2017 | 3.13 | 2033 | 3.149 | 3.19 | 3.11 |
| 3/6/2017 | 3.13 | 11389 | 3.13 | 3.18 | 3.12 |
| 3/7/2017 | 3.12 | 250 | 3.12 | 3.12 | 3.12 |
| 3/8/2017 | 3.12 | 5466 | 3.12 | 3.141 | 3.12 |
| 3/9/2017 | 3.25 | 10578 | 3.12 | 3.28 | 3.12 |
| 3/10/2017 | 3.44 | 49551 | 3.3 | 3.6047 | 3.2995 |
| 3/13/2017 | 3.53 | 2748 | 3.3451 | 3.56 | 3.3451 |
| 3/14/2017 | 3.45 | 7788 | 3.3401 | 3.5 | 3.3401 |
| 3/15/2017 | 3.56 | 15528 | 3.45 | 3.63 | 3.4 |
| 3/16/2017 | 3.56 | 12263 | 3.5 | 3.6388 | 3.5 |
| 3/17/2017 | 3.34 | 80097 | 3.49 | 3.5 | 3.1926 |
| 3/20/2017 | 3.31 | 3127 | 3.25 | 3.31 | 3.24 |
| 3/21/2017 | 3.2 | 556 | 3.31 | 3.31 | 3.2 |
| 3/22/2017 | 3.49 | 7338 | 3.19 | 3.49 | 3.06 |
| 3/23/2017 | 3.33 | 8870 | 3.57 | 3.57 | 3.26 |
| 3/24/2017 | 3.37 | 10077 | 3.305 | 3.5 | 3.305 |
| 3/27/2017 | 3.48 | 38755 | 3.41 | 3.55 | 3.37 |
| 3/28/2017 | 3.51 | 1239 | 3.48 | 3.57 | 3.48 |

| | | | | | |
|---|---|---|---|---|---|
| 3/29/2017 | 4.0131 | 123662 | 3.495 | 4.1 | 3.495 |
| 3/30/2017 | 3.95 | 96598 | 3.85 | 4.409 | 3.85 |
| 3/31/2017 | 4 | 19718 | 3.92 | 4.19 | 3.92 |
| 4/3/2017 | 3.87 | 15753 | 4 | 4 | 3.82 |
| 4/4/2017 | 3.91 | 18004 | 3.95 | 4.0656 | 3.71 |
| 4/5/2017 | 3.81 | 17740 | 3.82 | 4.2 | 3.81 |
| 4/6/2017 | 4.14 | 18493 | 4.01 | 4.15 | 3.85 |
| 4/7/2017 | 4.02 | 15212 | 4.14 | 4.19 | 4 |
| 4/10/2017 | 4.18 | 12265 | 4.02 | 4.195 | 3.64 |
| 4/11/2017 | 4.13 | 9261 | 3.9 | 4.199 | 3.9 |
| 4/12/2017 | 4.13 | 15447 | 4.13 | 4.2399 | 4.07 |
| 4/13/2017 | 4.02 | 16075 | 4.06 | 4.15 | 3.85 |
| 4/17/2017 | 4.15 | 20231 | 4.16 | 4.23 | 4.08 |
| 4/18/2017 | 3.93 | 23099 | 4.17 | 4.28 | 3.93 |
| 4/19/2017 | 3.99 | 16606 | 3.97 | 4.04 | 3.87 |
| 4/20/2017 | 3.86 | 9792 | 4.03 | 4.03 | 3.78 |
| 4/21/2017 | 3.81 | 31151 | 3.85 | 3.981 | 3.77 |
| 4/24/2017 | 3.85 | 12692 | 3.83 | 4.21 | 3.83 |
| 4/25/2017 | 3.76 | 12543 | 3.68 | 4.05 | 3.68 |
| 4/26/2017 | 3.76 | 24923 | 3.8 | 4.04 | 3.71 |
| 4/27/2017 | 3.72 | 12095 | 3.73 | 3.9 | 3.72 |
| 4/28/2017 | 3.65 | 18309 | 3.68 | 3.75 | 3.54 |
| 5/1/2017 | 3.66 | 26497 | 3.7 | 3.75 | 3.63 |
| 5/2/2017 | 3.76 | 21703 | 3.7 | 3.77 | 3.6 |
| 5/3/2017 | 3.75 | 17051 | 3.76 | 3.81 | 3.62 |
| 5/4/2017 | 3.71 | 17634 | 3.71 | 3.73 | 3.65 |
| 5/5/2017 | 3.76 | 17336 | 3.62 | 3.76 | 3.47 |
| 5/8/2017 | 3.74 | 36849 | 3.6 | 4.15 | 3.6 |
| 5/9/2017 | 3.79 | 51021 | 3.86 | 4.1 | 3.68 |
| 5/10/2017 | 3.65 | 30470 | 3.82 | 3.828 | 3.5 |
| 5/11/2017 | 3.54 | 10424 | 3.6 | 3.62 | 3.5179 |
| 5/12/2017 | 3.62 | 28221 | 3.53 | 3.769 | 3.4 |
| 5/15/2017 | 3.7 | 4767 | 3.63 | 3.7781 | 3.63 |
| 5/16/2017 | 3.5 | 8171 | 3.5 | 3.65 | 3.4501 |
| 5/17/2017 | 3.42 | 13455 | 3.43 | 3.56 | 3.41 |
| 5/18/2017 | 3.63 | 10952 | 3.42 | 3.7 | 3.41 |
| 5/19/2017 | 3.63 | 3068 | 3.4571 | 3.63 | 3.4571 |
| 5/22/2017 | 3.65 | 4564 | 3.9334 | 3.9334 | 3.56 |
| 5/23/2017 | 3.59 | 6051 | 3.75 | 3.75 | 3.551 |
| 5/24/2017 | 3.52 | 2826 | 3.56 | 3.65 | 3.5101 |
| 5/25/2017 | 3.63 | 2669 | 3.59 | 3.79 | 3.58 |
| 5/26/2017 | 3.62 | 29445 | 3.48 | 3.69 | 3.48 |
| 5/30/2017 | 3.705 | 1207 | 3.697 | 3.71 | 3.61 |
| 5/31/2017 | 3.89 | 59382 | 3.6 | 3.94 | 3.6 |
| 6/1/2017 | 3.8 | 1061 | 3.844 | 3.9 | 3.8 |
| 6/2/2017 | 3.91 | 14614 | 3.85 | 3.95 | 3.781 |
| 6/5/2017 | 3.95 | 11606 | 3.89 | 3.96 | 3.88 |

| Date | | | | | |
|---|---|---|---|---|---|
| 6/6/2017 | 3.93 | 23988 | 3.93 | 3.94 | 3.8 |
| 6/7/2017 | 3.95 | 11074 | 3.98 | 3.99 | 3.776 |
| 6/8/2017 | 4.01 | 20466 | 3.98 | 4.04 | 3.9 |
| 6/9/2017 | 4 | 6462 | 3.98 | 4 | 3.94 |
| 6/12/2017 | 3.98 | 7276 | 4 | 4 | 3.8 |
| 6/13/2017 | 4.02 | 6295 | 3.7967 | 4.04 | 3.7967 |
| 6/14/2017 | 3.93 | 7039 | 3.99 | 4 | 3.93 |
| 6/15/2017 | 4.03 | 21629 | 3.965 | 4.12 | 3.95 |
| 6/16/2017 | 3.59 | 37859 | 4.1 | 4.11 | 3.59 |
| 6/19/2017 | 4 | 19143 | 3.84 | 4.1 | 3.75 |
| 6/20/2017 | 4.01 | 9312 | 3.9301 | 4.0499 | 3.89 |
| 6/21/2017 | 3.901 | 28789 | 4.05 | 4.07 | 3.901 |
| 6/22/2017 | 3.94 | 18949 | 3.84 | 4.1 | 3.84 |
| 6/23/2017 | 3.94 | 22264 | 3.99 | 4 | 3.91 |
| 6/26/2017 | 4.009 | 15462 | 4 | 4.0119 | 3.9 |
| 6/27/2017 | 4 | 6170 | 3.91 | 4.05 | 3.91 |
| 6/28/2017 | 3.99 | 5960 | 3.97 | 4.01 | 3.93 |
| 6/29/2017 | 3.99 | 4616 | 3.96 | 4.04 | 3.95 |
| 6/30/2017 | 4.08 | 17787 | 3.95 | 4.09 | 3.71 |
| 7/3/2017 | 3.87 | 17535 | 4.03 | 4.03 | 3.65 |
| 7/5/2017 | 3.92 | 2607 | 4.0977 | 4.0977 | 3.9 |
| 7/6/2017 | 3.9 | 3257 | 3.9 | 3.9 | 3.9 |
| 7/7/2017 | 3.96 | 18524 | 3.91 | 4.037 | 3.91 |
| 7/10/2017 | 3.84 | 7401 | 4.0402 | 4.0402 | 3.84 |
| 7/11/2017 | 3.75 | 4608 | 3.75 | 3.83 | 3.72 |
| 7/12/2017 | 3.6501 | 25280 | 3.8 | 3.8 | 3.6501 |
| 7/13/2017 | 3.83 | 50389 | 3.61 | 4.0422 | 3.61 |
| 7/14/2017 | 3.91 | 33108 | 4 | 4.12 | 3.83 |
| 7/17/2017 | 4 | 7549 | 3.97 | 4.0903 | 3.97 |
| 7/18/2017 | 4.0201 | 4575 | 3.96 | 4.06 | 3.96 |
| 7/19/2017 | 4.02 | 5506 | 4.02 | 4.09 | 3.9354 |
| 7/20/2017 | 3.95 | 847 | 3.94 | 3.95 | 3.94 |
| 7/21/2017 | 3.86 | 12976 | 3.977 | 3.98 | 3.86 |
| 7/24/2017 | 3.91 | 11395 | 3.94 | 3.97 | 3.7 |
| 7/25/2017 | 3.81 | 9568 | 3.816 | 3.91 | 3.71 |
| 7/26/2017 | 3.7 | 22627 | 3.78 | 3.78 | 3.54 |
| 7/27/2017 | 3.62 | 12508 | 3.5201 | 3.65 | 3.5201 |
| 7/28/2017 | 3.77 | 20637 | 3.5 | 3.8 | 3.5 |
| 7/31/2017 | 3.74 | 11031 | 3.78 | 3.78 | 3.561 |
| 8/1/2017 | 3.71 | 10163 | 3.68 | 3.72 | 3.61 |
| 8/2/2017 | 3.69 | 1463 | 3.73 | 3.73 | 3.69 |
| 8/3/2017 | 3.74 | 6293 | 3.75 | 3.89 | 3.71 |
| 8/4/2017 | 3.83 | 12476 | 3.73 | 4.02 | 3.67 |
| 8/7/2017 | 3.9786 | 4045 | 3.81 | 3.98 | 3.81 |
| 8/8/2017 | 3.86 | 8877 | 3.89 | 3.949 | 3.82 |
| 8/9/2017 | 3.72 | 7465 | 3.8564 | 3.8564 | 3.68 |
| 8/10/2017 | 3.77 | 2128 | 3.77 | 3.81 | 3.77 |

| Date | | | | | |
|---|---|---|---|---|---|
| 8/11/2017 | 3.68 | 2158 | 3.68 | 3.75 | 3.6799 |
| 8/14/2017 | 3.72 | 2128 | 3.68 | 3.72 | 3.6699 |
| 8/15/2017 | 3.68 | 4775 | 3.69 | 3.75 | 3.67 |
| 8/16/2017 | 3.6499 | 2947 | 3.67 | 3.68 | 3.52 |
| 8/17/2017 | 3.7 | 591 | 3.53 | 3.7 | 3.53 |
| 8/18/2017 | 3.62 | 2757 | 3.4552 | 3.6555 | 3.4552 |
| 8/21/2017 | 3.51 | 7004 | 3.4969 | 3.51 | 3.4501 |
| 8/22/2017 | 3.55 | 8544 | 3.702 | 3.702 | 3.49 |
| 8/23/2017 | 3.51 | 9742 | 3.6001 | 3.6838 | 3.49 |
| 8/24/2017 | 3.6 | 6365 | 3.4927 | 3.61 | 3.4927 |
| 8/25/2017 | 3.48 | 10104 | 3.5 | 3.6 | 3.4772 |
| 8/28/2017 | 3.55 | 8556 | 3.48 | 3.64 | 3.4775 |
| 8/29/2017 | 3.62 | 1955 | 3.5399 | 3.65 | 3.5399 |
| 8/30/2017 | 3.61 | 10396 | 3.63 | 3.71 | 3.58 |
| 8/31/2017 | 3.96 | 22414 | 3.66 | 4 | 3.6255 |
| 9/1/2017 | 3.85 | 4872 | 4 | 4 | 3.85 |
| 9/5/2017 | 3.92 | 8507 | 3.71 | 3.9299 | 3.71 |
| 9/6/2017 | 3.96 | 7306 | 3.95 | 3.98 | 3.85 |
| 9/7/2017 | 3.9 | 55640 | 3.85 | 3.9 | 3.7711 |
| 9/8/2017 | 3.97 | 8286 | 3.82 | 4.0132 | 3.6899 |
| 9/11/2017 | 3.8 | 8085 | 3.91 | 3.98 | 3.75 |
| 9/12/2017 | 3.97 | 50180 | 3.85 | 4.1 | 3.825 |
| 9/13/2017 | 4.13 | 41229 | 3.98 | 4.25 | 3.97 |
| 9/14/2017 | 4.08 | 10638 | 4.03 | 4.17 | 4.01 |
| 9/15/2017 | 4.25 | 50425 | 4 | 4.25 | 3.95 |
| 9/18/2017 | 4.3 | 17657 | 4.05 | 4.4 | 4.001 |
| 9/19/2017 | 4.6 | 21466 | 4.2862 | 4.67 | 4.2862 |
| 9/20/2017 | 4.4 | 5583 | 4.48 | 4.48 | 4.38 |
| 9/21/2017 | 4.29 | 51502 | 4.4 | 4.57 | 4.29 |
| 9/22/2017 | 4.27 | 5703 | 4.01 | 4.31 | 4.01 |
| 9/25/2017 | 4.11 | 16437 | 4.27 | 4.28 | 3.97 |
| 9/26/2017 | 4.3 | 17073 | 4.11 | 4.52 | 4.11 |
| 9/27/2017 | 4.4999 | 7178 | 4.4 | 4.6 | 4.28 |
| 9/28/2017 | 4.98 | 18306 | 4.5717 | 5 | 4.5717 |
| 9/29/2017 | 5.16 | 38763 | 4.878 | 5.31 | 4.878 |
| 10/2/2017 | 6.445 | 66703 | 5.39 | 7.235 | 5.0601 |
| 10/3/2017 | 8.09 | 277102 | 6.8 | 8.25 | 6.51 |
| 10/4/2017 | 8.18 | 567373 | 9.45 | 9.5 | 8 |
| 10/5/2017 | 7.3 | 318219 | 7.99 | 8.06 | 7.01 |
| 10/6/2017 | 7.4 | 123462 | 7.72 | 7.85 | 7.02 |
| 10/9/2017 | 8.74 | 1029484 | 7.88 | 9.1561 | 7.49 |
| 10/10/2017 | 8.75 | 985025 | 8.8 | 9.6 | 8.25 |
| 10/11/2017 | 9.24 | 2445030 | 8.75 | 11.17 | 8.75 |
| 10/12/2017 | 8.2 | 910231 | 9.35 | 9.35 | 7.4 |
| 10/13/2017 | 7.9 | 663510 | 8.01 | 8.24 | 7.2 |
| 10/16/2017 | 7.55 | 275781 | 7.89 | 7.99 | 7.2928 |
| 10/17/2017 | 8.13 | 1080519 | 8 | 8.7 | 7.467 |

| Date | | | | | |
|---|---|---|---|---|---|
| 10/18/2017 | 7.67 | 391617 | 8.04 | 8.1 | 7.14 |
| 10/19/2017 | 7.7892 | 219812 | 7.68 | 8.4 | 7.52 |
| 10/20/2017 | 8.49 | 856290 | 7.99 | 8.5 | 7.16 |
| 10/23/2017 | 8.75 | 1354228 | 8.84 | 9.5 | 8.3 |
| 10/24/2017 | 7.9 | 681328 | 8.73 | 8.7547 | 7.6001 |
| 10/25/2017 | 7.2 | 634402 | 7.99 | 7.99 | 6.73 |
| 10/26/2017 | 7.26 | 389392 | 7.35 | 7.6 | 6.74 |
| 10/27/2017 | 6.91 | 330252 | 7.53 | 7.53 | 6.79 |
| 10/30/2017 | 7.05 | 226972 | 7.06 | 7.44 | 6.91 |
| 10/31/2017 | 6.8 | 296819 | 7.1 | 7.3399 | 6.5 |
| 11/1/2017 | 6.95 | 323465 | 6.98 | 7.2 | 6.75 |
| 11/2/2017 | 6.96 | 1006732 | 7.75 | 7.989 | 6.331 |
| 11/3/2017 | 6.75 | 247314 | 7.03 | 7.03 | 6.61 |
| 11/6/2017 | 7.64 | 913218 | 7 | 7.9 | 6.8 |
| 11/7/2017 | 8.3 | 1236261 | 7.89 | 8.98 | 7.4 |
| 11/8/2017 | 7.78 | 575626 | 8.8 | 8.8 | 7.6 |
| 11/9/2017 | 7.5 | 422571 | 7.65 | 7.824 | 7.3 |
| 11/10/2017 | 7.16 | 398830 | 7.5 | 7.5 | 6.8 |
| 11/13/2017 | 7.25 | 329224 | 7.1 | 7.4 | 7 |
| 11/14/2017 | 7.02 | 291920 | 7.1 | 7.2796 | 6.89 |
| 11/15/2017 | 7.93 | 812518 | 7.1 | 8.0166 | 7.02 |
| 11/16/2017 | 8.12 | 1116477 | 8.2 | 8.43 | 7.6 |
| 11/17/2017 | 8.13 | 1505819 | 8.3 | 9.2 | 7.99 |
| 11/20/2017 | 10.35 | 4957264 | 8.46 | 10.5 | 8.06 |
| 11/21/2017 | 11.26 | 12098850 | 10.35 | 12.89 | 10.2 |
| 11/22/2017 | 15.99 | 13538540 | 12.3 | 16.14 | 11.4 |
| 11/24/2017 | 23.6 | 19192120 | 18.45 | 24 | 18.39 |
| 11/27/2017 | 15.6 | 17307170 | 21.5 | 21.7696 | 15.54 |
| 11/28/2017 | 15.25 | 12522650 | 15.95 | 17.1 | 12.97 |
| 11/29/2017 | 13.18 | 8059130 | 17.28 | 17.42 | 12.3 |
| 11/30/2017 | 13.5 | 4641609 | 12.24 | 14.2 | 12.01 |
| 12/1/2017 | 15 | 5992143 | 14.85 | 15.48 | 13.87 |
| 12/4/2017 | 15.07 | 5408901 | 16.5 | 16.72 | 14.95 |
| 12/5/2017 | 14.14 | 2970808 | 14.72 | 14.75 | 13.5 |
| 12/6/2017 | 13.7018 | 2220134 | 14.6 | 14.88 | 13.53 |
| 12/7/2017 | 14.6 | 5669883 | 14.25 | 16.11 | 13.8 |
| 12/8/2017 | 15.86 | 3875029 | 14.6 | 16.23 | 14.5 |
| 12/11/2017 | 23.08 | 20221000 | 19.06 | 23.67 | 17.75 |
| 12/12/2017 | 28.2 | 36044750 | 26.25 | 33.27 | 25 |
| 12/13/2017 | 23.03 | 13489060 | 24.2 | 26.6274 | 22.1 |
| 12/14/2017 | 24.98 | 8177499 | 24.355 | 26.14 | 23.8 |
| 12/15/2017 | 28.5 | 12386790 | 28 | 29.49 | 26.79 |
| 12/18/2017 | 36.47 | 29223530 | 32.2 | 45.99 | 31.54 |
| 12/19/2017 | 38.6 | 30782830 | 36.15 | 46.2 | 36 |
| 12/20/2017 | 36.12 | 13935980 | 40.75 | 41.75 | 33.05 |
| 12/21/2017 | 27.6 | 12676340 | 35.5 | 36.07 | 26.25 |
| 12/22/2017 | 24.52 | 13141780 | 22.52 | 26.46 | 20.2 |

| Date | | | | | |
|---|---|---|---|---|---|
| 12/26/2017 | 31.22 | 11387800 | 28.52 | 31.94 | 27.55 |
| 12/27/2017 | 29.8 | 8543689 | 31.18 | 33.28 | 28.55 |
| 12/28/2017 | 27.23 | 3737894 | 27.2 | 28.8 | 26.74 |
| 12/29/2017 | 28.4 | 4697678 | 28.72 | 29.59 | 27.701 |
| 1/2/2018 | 27.9 | 4133821 | 28.5 | 28.7 | 26 |
| 1/3/2018 | 24.36 | 5261013 | 27.55 | 27.68 | 23.35 |
| 1/4/2018 | 24.27 | 4467893 | 24.87 | 25.48 | 22.53 |
| 1/5/2018 | 24.43 | 3467380 | 26.2 | 26.3 | 24.2 |
| 1/8/2018 | 23.42 | 2925379 | 25.14 | 25.15 | 22.75 |
| 1/9/2018 | 24.02 | 4622053 | 24.99 | 25.77 | 23.45 |
| 1/10/2018 | 22.94 | 1978512 | 23.9 | 24.1946 | 22.7 |
| 1/11/2018 | 20.85 | 2835710 | 22.2 | 22.5 | 20.63 |
| 1/12/2018 | 21.88 | 1675353 | 21.16 | 22.075 | 20.92 |
| 1/16/2018 | 18.28 | 2878811 | 20 | 20.5 | 17.8 |
| 1/17/2018 | 17.76 | 4014785 | 17.5 | 18.1 | 16.04 |
| 1/18/2018 | 19.8 | 5531170 | 18.64 | 21.44 | 18.5 |
| 1/19/2018 | 19.91 | 1564149 | 20.39 | 20.48 | 19.5 |
| 1/22/2018 | 19.48 | 1669903 | 19.39 | 20.73 | 19 |
| 1/23/2018 | 19.6 | 1384163 | 19.51 | 20.11 | 18.63 |
| 1/24/2018 | 19.24 | 1035646 | 19.88 | 20 | 18.91 |
| 1/25/2018 | 17.91 | 1023052 | 18.95 | 19.15 | 17.8 |
| 1/26/2018 | 17.13 | 1052572 | 17.56 | 17.98 | 17.06 |
| 1/29/2018 | 15.23 | 1652741 | 16.85 | 17 | 15.1 |
| 1/30/2018 | 14.28 | 1664412 | 14.87 | 14.9 | 13.75 |
| 1/31/2018 | 13.75 | 1693724 | 14.5 | 15.67 | 13.36 |
| 2/1/2018 | 12.3 | 1946659 | 12.91 | 13 | 12.1 |
| 2/2/2018 | 12.16 | 1791437 | 12.08 | 12.75 | 11.6 |
| 2/5/2018 | 10.7 | 1481157 | 11.4 | 12.19 | 10.55 |
| 2/6/2018 | 12.95 | 2748867 | 10.4 | 13.49 | 10.4 |
| 2/7/2018 | 14.32 | 7197657 | 15.32 | 16.41 | 13.88 |
| 2/8/2018 | 14.89 | 2130281 | 15.8 | 15.9 | 14.25 |
| 2/9/2018 | 16.05 | 2505311 | 15.03 | 16.34 | 14.8 |
| 2/12/2018 | 17.54 | 3942878 | 16.57 | 18.14 | 16.57 |
| 2/13/2018 | 16.06 | 2850017 | 16.75 | 17.49 | 15.21 |
| 2/14/2018 | 16.59 | 1625095 | 17.2 | 17.4 | 16.5 |
| 2/15/2018 | 17.2 | 2693735 | 17.6 | 18.4 | 16.7 |
| 2/16/2018 | 11.46 | 12296570 | 14.09 | 15.2 | 10.55 |
| 2/20/2018 | 10.92 | 4624646 | 10.5 | 12.4 | 9.77 |
| 2/21/2018 | 10.6 | 1549943 | 10.7 | 11.39 | 10.5 |
| 2/22/2018 | 9.98 | 1808304 | 10.76 | 10.77 | 9.52 |
| 2/23/2018 | 10.27 | 1084347 | 9.85 | 10.44 | 9.8163 |
| 2/26/2018 | 9.9 | 918874 | 9.95 | 10.26 | 9.7 |
| 2/27/2018 | 9.96 | 567623 | 9.95 | 10.12 | 9.651 |
| 2/28/2018 | 10.58 | 1227144 | 9.76 | 10.75 | 9.76 |
| 3/1/2018 | 10.13 | 1134243 | 9.93 | 10.72 | 9.91 |
| 3/2/2018 | 10.58 | 731595 | 9.89 | 10.69 | 9.89 |
| 3/5/2018 | 10.83 | 714465 | 10.67 | 10.85 | 10.25 |

| Date | | | | | |
|---|---|---|---|---|---|
| 3/6/2018 | 10.39 | 582800 | 10.65 | 10.8 | 10.25 |
| 3/7/2018 | 10.08 | 574066 | 10.09 | 10.37 | 10.02 |
| 3/8/2018 | 9.57 | 710090 | 9.94 | 10.179 | 9.56 |
| 3/9/2018 | 9.24 | 745261 | 9.55 | 9.78 | 9.05 |
| 3/12/2018 | 8.97 | 1321227 | 9.11 | 9.2426 | 8.6 |
| 3/13/2018 | 8.7 | 555444 | 8.83 | 8.92 | 8.54 |
| 3/14/2018 | 8.15 | 726892 | 8.3 | 8.7 | 8.05 |
| 3/15/2018 | 7.51 | 1024290 | 8.12 | 8.29 | 7.33 |
| 3/16/2018 | 8.29 | 1202791 | 7.31 | 8.45 | 7.3 |
| 3/19/2018 | 8.42 | 1021422 | 8.12 | 8.75 | 7.8501 |
| 3/20/2018 | 8.02 | 629380 | 8.75 | 8.75 | 7.83 |
| 3/21/2018 | 7.94 | 477048 | 8.15 | 8.43 | 7.74 |
| 3/22/2018 | 7.63 | 362382 | 7.75 | 7.96 | 7.58 |
| 3/23/2018 | 7.5 | 426605 | 7.65 | 7.76 | 7.4 |
| 3/26/2018 | 7.36 | 627080 | 7.67 | 7.76 | 7.05 |
| 3/27/2018 | 6.95 | 310179 | 7.34 | 7.5499 | 6.83 |
| 3/28/2018 | 6.28 | 700688 | 6.88 | 6.91 | 6.03 |
| 3/29/2018 | 6.62 | 511908 | 6.25 | 6.65 | 6 |
| 4/2/2018 | 6.36 | 296791 | 6.51 | 6.599 | 6.17 |
| 4/3/2018 | 6.53 | 474571 | 6.39 | 6.89 | 6.2305 |
| 4/4/2018 | 6.42 | 311301 | 6.25 | 6.6 | 6.2 |
| 4/5/2018 | 7.22 | 3416566 | 6.4 | 7.81 | 6.38 |
| 4/6/2018 | 6.64 | 1652138 | 7.18 | 7.7699 | 6.53 |
| 4/9/2018 | 6.4 | 525471 | 6.58 | 6.78 | 6.25 |
| 4/10/2018 | 6.49 | 432338 | 6.41 | 6.7273 | 6.353 |
| 4/11/2018 | 6.62 | 564130 | 6.35 | 7.1 | 6.35 |
| 4/12/2018 | 7.47 | 4074294 | 7.35 | 8.2 | 7.12 |
| 4/13/2018 | 7.75 | 1566622 | 8.04 | 8.36 | 7.5 |
| 4/16/2018 | 7.31 | 594365 | 7.7 | 7.7 | 7.06 |
| 4/17/2018 | 7.3 | 622999 | 7.32 | 7.87 | 7.29 |
| 4/18/2018 | 6.87 | 739907 | 6.95 | 7.19 | 6.84 |
| 4/19/2018 | 6.7 | 745265 | 6.75 | 6.75 | 6.25 |
| 4/20/2018 | 6.65 | 453225 | 6.66 | 6.95 | 6.561 |
| 4/23/2018 | 6.55 | 356891 | 6.66 | 6.899 | 6.46 |
| 4/24/2018 | 7.58 | 1448464 | 6.9 | 7.655 | 6.6401 |
| 4/25/2018 | 7.36 | 673477 | 7.3 | 7.48 | 7 |
| 4/26/2018 | 7.47 | 656192 | 7.32 | 7.88 | 7.241 |
| 4/27/2018 | 7.49 | 350825 | 7.55 | 7.66 | 7.36 |
| 4/30/2018 | 7.22 | 409950 | 7.46 | 7.49 | 7.13 |
| 5/1/2018 | 7.32 | 262460 | 7.14 | 7.47 | 7.02 |
| 5/2/2018 | 7.24 | 215710 | 7.37 | 7.37 | 7.1432 |
| 5/3/2018 | 7.64 | 359645 | 7.36 | 7.67 | 7.11 |
| 5/4/2018 | 7.56 | 672171 | 7.9 | 8.15 | 7.411 |
| 5/7/2018 | 7.58 | 429101 | 7.31 | 7.8 | 7.31 |
| 5/8/2018 | 7.4 | 280904 | 7.56 | 7.7743 | 7.34 |
| 5/9/2018 | 7.44 | 369893 | 7.4 | 7.59 | 7.32 |
| 5/10/2018 | 7.23 | 430457 | 7.41 | 7.65 | 7.15 |

| Date | | | | | |
|---|---|---|---|---|---|
| 5/11/2018 | 7.38 | 544523 | 7.44 | 7.55 | 7.27 |
| 5/14/2018 | 7.63 | 374353 | 7.4 | 7.73 | 7.38 |
| 5/15/2018 | 7.83 | 296473 | 7.6 | 7.95 | 7.58 |
| 5/16/2018 | 8.5 | 997533 | 7.8 | 8.64 | 7.65 |
| 5/17/2018 | 9.51 | 1832679 | 8.5 | 9.75 | 8.15 |
| 5/18/2018 | 9 | 1465143 | 9.48 | 9.48 | 8.57 |
| 5/21/2018 | 8.28 | 805657 | 8.85 | 9.1 | 8.11 |
| 5/22/2018 | 7.85 | 617036 | 8.06 | 8.5 | 7.84 |
| 5/23/2018 | 7.89 | 633980 | 7.78 | 8.05 | 7.5 |
| 5/24/2018 | 7.79 | 327267 | 7.79 | 7.88 | 7.6 |
| 5/25/2018 | 7.59 | 222439 | 7.73 | 7.76 | 7.55 |
| 5/29/2018 | 7.08 | 516215 | 7.53 | 7.56 | 7 |
| 5/30/2018 | 6.97 | 409208 | 7.08 | 7.15 | 6.82 |
| 5/31/2018 | 6.98 | 236074 | 6.97 | 7.11 | 6.82 |
| 6/1/2018 | 7.39 | 1003930 | 6.93 | 7.7 | 6.93 |
| 6/4/2018 | 7.73 | 683318 | 7.59 | 8.15 | 7.5 |
| 6/5/2018 | 7.8 | 296294 | 7.73 | 8.03 | 7.61 |
| 6/6/2018 | 7.78 | 325680 | 7.79 | 8 | 7.75 |
| 6/7/2018 | 7.65 | 220498 | 7.71 | 7.92 | 7.5 |
| 6/8/2018 | 7.71 | 188527 | 7.61 | 7.875 | 7.41 |
| 6/11/2018 | 7.44 | 336141 | 7.61 | 7.68 | 7.2 |
| 6/12/2018 | 7.36 | 245591 | 7.5 | 7.745 | 7.3501 |
| 6/13/2018 | 7.26 | 232876 | 7.31 | 7.474 | 7.21 |
| 6/14/2018 | 7.54 | 285489 | 7.25 | 7.7 | 7.25 |
| 6/15/2018 | 7.4 | 247637 | 7.41 | 7.57 | 7.26 |
| 6/18/2018 | 7.38 | 214223 | 7.26 | 7.52 | 7.26 |
| 6/19/2018 | 7.32 | 162438 | 7.33 | 7.48 | 7.16 |
| 6/20/2018 | 7.35 | 246030 | 7.23 | 7.6 | 7.22 |
| 6/21/2018 | 7.27 | 426715 | 7.67 | 7.75 | 7.01 |
| 6/22/2018 | 6.88 | 539430 | 7.15 | 7.239 | 6.82 |
| 6/25/2018 | 6.57 | 508972 | 6.8 | 6.85 | 6.41 |
| 6/26/2018 | 6.8 | 343638 | 6.58 | 7.1099 | 6.54 |
| 6/27/2018 | 6.59 | 226175 | 6.8 | 6.93 | 6.53 |
| 6/28/2018 | 6.56 | 239101 | 6.55 | 6.72 | 6.381 |
| 6/29/2018 | 6.34 | 316357 | 6.65 | 6.75 | 6.28 |
| 7/2/2018 | 6.38 | 482056 | 6.28 | 6.88 | 6.28 |
| 7/3/2018 | 6.25 | 272768 | 6.46 | 6.4889 | 6.1111 |
| 7/5/2018 | 6.01 | 510870 | 6.28 | 6.399 | 6 |
| 7/6/2018 | 5.15 | 1239778 | 6.01 | 6.08 | 5.0359 |
| 7/9/2018 | 4.865 | 902312 | 5.29 | 5.29 | 4.8 |
| 7/10/2018 | 4.65 | 776878 | 4.92 | 4.9454 | 4.49 |
| 7/11/2018 | 4.68 | 490430 | 4.55 | 4.9 | 4.41 |
| 7/12/2018 | 4.57 | 295957 | 4.73 | 4.807 | 4.47 |
| 7/13/2018 | 4.66 | 237086 | 4.6 | 4.799 | 4.43 |
| 7/16/2018 | 4.57 | 200470 | 4.64 | 4.789 | 4.5501 |
| 7/17/2018 | 6.29 | 8265498 | 4.6 | 6.6 | 4.57 |
| 7/18/2018 | 5.73 | 5594698 | 6.13 | 6.46 | 5.6 |

| Date | | | | | |
|---|---|---|---|---|---|
| 7/19/2018 | 6.07 | 2377392 | 5.77 | 6.3 | 5.77 |
| 7/20/2018 | 5.9 | 2512070 | 6.06 | 6.64 | 5.81 |
| 7/23/2018 | 6.59 | 3056802 | 6.29 | 6.7 | 6.07 |
| 7/24/2018 | 8.4 | 13540380 | 7.59 | 8.555 | 7.15 |
| 7/25/2018 | 7.98 | 3941629 | 7.88 | 8.27 | 7.38 |
| 7/26/2018 | 7.9 | 1080192 | 7.92 | 8.18 | 7.8 |
| 7/27/2018 | 7.59 | 2125499 | 7.49 | 7.81 | 7.03 |
| 7/30/2018 | 7.62 | 869248 | 7.6 | 7.64 | 7.17 |
| 7/31/2018 | 6.49 | 1566511 | 7.37 | 7.5201 | 6.46 |
| 8/1/2018 | 6.43 | 757154 | 6.68 | 6.68 | 6.3 |
| 8/2/2018 | 6.79 | 1261741 | 6.33 | 6.9 | 6.3 |
| 8/3/2018 | 6.83 | 1232237 | 6.74 | 7.17 | 6.6 |
| 8/6/2018 | 6.8 | 564543 | 6.81 | 6.97 | 6.52 |
| 8/7/2018 | 6.93 | 638782 | 7.15 | 7.15 | 6.8611 |
| 8/8/2018 | 6.73 | 615722 | 6.63 | 6.8 | 6.5532 |
| 8/9/2018 | 6.8 | 508858 | 6.6 | 7.05 | 6.6 |
| 8/10/2018 | 6.96 | 762638 | 6.87 | 7.3 | 6.8 |
| 8/13/2018 | 6.71 | 385228 | 6.88 | 6.949 | 6.63 |
| 8/14/2018 | 6.65 | 336701 | 6.65 | 6.94 | 6.61 |
| 8/15/2018 | 5.35 | 1455251 | 6.5 | 6.63 | 5.34 |
| 8/16/2018 | 5.39 | 1032510 | 5.07 | 5.53 | 4.76 |
| 8/17/2018 | 5.37 | 255918 | 5.51 | 5.59 | 5.3 |
| 8/20/2018 | 5.31 | 425207 | 5.36 | 5.45 | 4.95 |
| 8/21/2018 | 5.31 | 366133 | 5.34 | 5.45 | 5.22 |
| 8/22/2018 | 5.63 | 604683 | 5.36 | 5.8801 | 5.36 |
| 8/23/2018 | 5.47 | 389677 | 5.63 | 5.69 | 5.45 |
| 8/24/2018 | 5.5 | 330607 | 5.43 | 5.73 | 5.4 |
| 8/27/2018 | 5.76 | 977828 | 5.63 | 6.07 | 5.55 |
| 8/28/2018 | 6.31 | 1362117 | 6.18 | 6.47 | 6.01 |
| 8/29/2018 | 6.22 | 508495 | 6.43 | 6.4371 | 6.05 |
| 8/30/2018 | 6.1 | 363195 | 6.1 | 6.25 | 5.94 |
| 8/31/2018 | 6.3 | 412428 | 6.07 | 6.439 | 6.05 |
| 9/4/2018 | 6.19 | 866277 | 6.54 | 6.79 | 6.1301 |
| 9/5/2018 | 5.71 | 559160 | 6.05 | 6.05 | 5.5701 |
| 9/6/2018 | 5.68 | 282673 | 5.74 | 5.8 | 5.56 |