DORSEY & WHITNEY LLP
Laura M. Lestrade
51 West 52nd St.
New York, NY 10019-6119
Telephone: (212) 415-9227
Fax: (212) 953-7201
Email: lestrade.laura@dorsey.com

*Attorney for Defendant Mike Dai*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293 (FLW)(ZNQ) |
| Plaintiff, | Hon. Zahid N. Quraishi |
| v. | **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
| RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | |
| Defendants. | |

Request is hereby made by local counsel for *pro hac vice* counsel Thomas O. Gorman, to receive electronic notifications in the within matter, and it is represented that:

1

4843-3795-3188\2

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.l(c)(3), has been paid to the Clerk of the Court.

DATED: September 9, 2019

        Respectfully submitted,

        DORSEY & WHITNEY LLP

        By: */s/ Laura M Lestrade*
            Laura M. Lestrade
            51 West 52nd St.
            New York, NY 10019-6119
            Telephone: (212) 415-9227
            Fax: (212) 953-7201
            Email: lestrade.laura@dorsey.com

        *Attorney for Defendant Mike Dai*

PRO HAC VICE ATTORNEY INFORMATION:

Thomas O. Gorman
DORSEY & WHITNEY LLP
1401 New York Avenue NW
Suite 900
Washington, DC 20005
Telephone:  (202) 442-3000
Fax:  (202) 442-3199
Email:  gorman.tom@dorsey.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, a copy of the foregoing

- REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Were electronically transmitted via the Court's CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

        **DORSEY & WHITNEY LLP**

        By: /s/ *Laura M. Lestrade*
            Laura M. Lestrade
            51 West 52nd Street
            New York, NY 10019-6119
            Telephone: (212) 415-9227
            Fax: (212) 953-7201
            Email: lestrade.laura@dorsey.com

        *Attorney for Defendant Mike Dai*