# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, JEFFREY G. McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES, and ERIC SO,<br><br>Defendants. | Civil No. 3:18-CV-02293(FLW)(ZNQ) |

## DEFENDANTS' LOCAL RULE 11.2 CERTIFICATION

THOMAS A. ZACCARO
*thomaszaccaro@paulhastings.com*
D. SCOTT CARLTON
*scottcarlton@paulhastings.com*
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

CHAD J. PETERMAN
*chadpeterman@paulhastings.com*
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 319-4090

*Attorneys for Defendants*
RIOT BLOCKCHAIN, INC., JOHN O'ROURKE, MICHAEL BEEGHLEY,
JEFFREY G. MCGONEGAL, ANDREW KAPLAN, JASON LES, AND ERIC SO

Pursuant to Local Rule 11.2, Defendants Riot Blockchain, Inc. ("Riot"), John O'Rourke ("O'Rourke"), Michael Beeghley ("Beeghley"), Jeffrey G. McGonegal ("McGonegal"), Andrew Kaplan ("Kaplan"), Jason Les ("Les"), and Eric So ("So") certify, by and through their undersigned attorneys, that the matter in controversy in this action is also the subject of the following shareholder derivative lawsuits:

1. Michael Jackson, derivatively on behalf of Riot Blockchain, Inc. F/K/A Bioptix, Inc. v. John R. O'Rourke, Jeffrey G. McGonegal, Andrew J. Kaplan, Jason Les, Barry C. Honig, and Eric So, and Riot Blockchain, Inc. F/K/A Bioptix, Inc., Case Number 604520/2018, pending in the Supreme Court of the State of New York, County of Nassau.  Riot, O'Rourke, McGonegal, Kaplan, Les, So, and Barry C. Honig ("Honig") are all parties to this action;

2. Edward Monts, derivatively on behalf of Riot Blockchain, Inc. F/K/A Bioptix, Inc. v. John R. O'Rourke, Jeffrey G. McGonegal, Andrew J. Kaplan, Jason Les, Barry C. Honig, and Eric So, and Riot Blockchain, Inc. F/K/A Bioptix, Inc., Case Number 1:18-CV-1443-MAD-DJS, pending in the United States District Court for the Northern District of New York.  Riot, O'Rourke, McGonegal, Kaplan, Les, So, and Honig are all parties to this action;

3. Christopher Finitz, Kyle Irvine and Todd Smith, derivatively on behalf of Riot Blockchain, Inc. v. John R. O'Rouke, Michael M. Beeghley, Jeffrey G. McGonegal, Barry Honig, Andrew J. Kaplan, Jason Les, and Eric So, and Riot Blockchain, Inc., Case Number 1:18-cv-09640, pending in the United States District Court for the Southern District of New York.  Riot, O'Rourke, Beeghley, McGonegal, Kaplan, Les, So, and Honig are all parties to this action; and

4. In re Riot Blockchain, Inc., Case Number A-18-774890-B, pending in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark.  Riot, O'Rourke, Kaplan, Les, McGonegal, Honig, and So are all parties to this action.

DATED: September 11, 2019    PAUL HASTINGS LLP

By: /s/ *Chad J. Peterman*
     CHAD J. PETERMAN

*chadpeterman@paulhastings.com*
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 319-4090


THOMAS A. ZACCARO
*thomaszaccaro@paulhastings.com*
D. SCOTT CARLTON
*scottcarlton@paulhastings.com*
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendants
RIOT BLOCKCHAIN, INC., JOHN
O'ROURKE, MICHAEL BEEGHLEY,
JEFFREY G. MCGONEGAL, ANDREW
KAPLAN, JASON LES, AND ERIC SO