## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>     v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, JEFFREY G. MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO,<br><br>    Defendants. | Case No. 18-cv-2293 (FLW) (ZNQ)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Kate E. Janukowicz, Esq. of Gibbons P.C., who is admitted to practice in this Court, hereby enters her appearance as counsel on behalf of Defendant Mark Groussman in the above-captioned matter.

Dated:  September 25, 2019

By: s/ Kate E. Janukowicz
Kate E. Janukowicz, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone:  (973) 596-4913
kjanukowicz@gibbonslaw.com