# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | Case No. 18-cv-2293 (FLW) (ZNQ) |
| Plaintiff, | |
| v. | ***Oral Argument Requested*** |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, JEFFREY G. MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | **NOTICE OF DEFENDANT MARK GROUSSMAN'S MOTION TO DISMISS PLAINTIFF'S CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| Defendants. | MOTION DATE: NOVEMBER 4, 2019 |

KEVIN G. WALSH
kwalsh@gibbonslaw.com
KATE E. JANUKOWICZ
kjanukowicz@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
Tel:    973.596.4769
Fax:    973.639.6470

PERRIE M. WEINER (*pro hac vice* to be filed)
perrie.weiner@backermckenzie.com
EDWARD D. TOTINO (*pro hac vice* to be filed)
edward.totino@backermckenzie.com
BAKER & MCKENZIE LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Tel:    310.201.4728
Fax:    310.201.4721

Attorneys for Defendant
MARK GROUSSMAN

**PLEASE TAKE NOTICE** that on November 4, 2019, or at such other date as may be set

by the Court, Defendant Mark Groussman, by and through his undersigned attorneys, will move

the Honorable Freda L. Wolfson, United States District Judge, and the Honorable Tonianne J.

Bongiovanni, United States Magistrate Judge, Clarkson S. Fisher Building & Courthouse, 402 East

State Street Room 2020, Trenton, NJ 08608, for an Order pursuant to Rules 9(b) and 12(b)(6) of

the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), dismissing without leave to amend Lead Plaintiff Dr. Stanley Golovac's Corrected Consolidated Amended Class Action Complaint in the above-captioned matter as to Defendant Mark Groussman.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Request for Judicial Notice, the accompanying Declaration of Kevin G. Walsh and the Exhibits attached thereto, and on such other written and oral argument as may be presented to the Court as well as all pleadings and proceedings had to date herein.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated: September 30, 2019

**GIBBONS P.C.**

By: s/ Kevin G. Walsh
Kevin G. Walsh
kwalsh@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
Tel:  973.596.4769
Fax:  973.639.6470

*Attorneys for Defendant Mark Groussman*