# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, JEFFREY G. MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO,<br><br>  Defendants. | Case No. 18-cv-2293 (FLW) (ZNQ)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MARK GROUSSMAN'S MOTION TO DISMISS PLAINTIFF'S CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

Defendant Mark Groussman ("Defendant") filed a Motion to Dismiss (the "Motion") Lead Plaintiff Dr. Stanley Golovac's ("Lead Plaintiff") Corrected Consolidated Amended Class Action Complaint.

Having reviewed and considered all of the pleadings and records on file, and all papers in support of and in opposition to the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Defendant's Motion is GRANTED in its entirety.

2. The Corrected Consolidated Amended Class Action Complaint is dismissed as to Defendant without leave to amend.

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Freda L. Wolfson

-2-