Dorsey & Whitney LLP
Laura M. Lestrade
Thomas O. Gorman (Admitted *Pro Hac Vice*)
51 West 52nd Street
New York, NY 10019-6119
Telephone:  (212) 415-9227
Fax:  (212) 953-7201
Email:  lestrade.laura@dorsey.com
Email:  gorman.tom@dorsey.com

Dorsey & Whitney LLP
Stephen R. Weingold (Admitted *Pro Hac Vice*)
1400 Wewatta Street, Suite 400
Denver, Colorado 80202
Telephone:  (303) 629-3400
Fax:  (303) 629-3450
Email:  weingold.stephen@dorsey.com

*Attorneys for Defendant Mike Dai*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC., f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES, and ERIC SO,<br><br>Defendants. | Civil Action No.:  18-2293 (FLW) (ZNQ)<br><br>**NOTICE OF MOTION TO DISMISS AMENDED CORRECTED COMPLAINT BY DEFENDANT MIKE DAI**<br><br>MOTION DAY: November 4, 2019<br><br>*ORAL ARGUMENT REQUESTED* |

**PLEASE TAKE NOTICE** that on November 4, 2019, or as soon as the Court deems appropriate, Defendant Mike Dai will appear before the Honorable Freda L. Wolfson, U.S.D.J., at the United States District Court for the District of New Jersey, 402 State Street, Courtroom 5E, Trenton, New Jersey, and will move this Court, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b),

and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq*., for an Order dismissing Lead Plaintiff's Consolidated Amended Class Action Complaint as to him, including Count II.

**PLEASE TAKE FURTHER NOTICE** that Mr. Dai shall rely upon the accompanying Memorandum of Law in Support, Declaration of Stephen R. Weingold with exhibits, and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is also submitted for the Court's consideration.

Respectfully submitted,

DORSEY & WHITNEY LLP

By: */s/ Thomas O. Gorman*
    Laura M. Lestrade
    Thomas O. Gorman (Admitted *Pro Hac Vice*)
    51 West 52nd Street
    New York, NY 10019-6119
    Telephone:  (212) 415-9227
    Fax:  (212) 953-7201
    Email:  lestrade.laura@dorsey.com
    Email:  gorman.tom@dorsey.com

    Stephen R. Weingold (Admitted *Pro Hac Vice*)
    1400 Wewatta Street, Suite 400
    Denver, Colorado 80202
    Telephone:  (303) 629-3400
    Fax:  (303) 629-3450
    Email:  weingold.stephen@dorsey.com

    *Attorneys for Defendant Mike Dai*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on this 30th day of September 2019, copies of the foregoing NOTICE OF MOTION TO DISMISS AMENDED CORRECTED COMPLAINT BY DEFENDANT MIKE DAI, DEFENDANT MIKE DAI'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AMENDED CORRECTED COMPLAINT, UNSWORN and DECLARATION OF STEPHEN R. WEINGOLD IN SUPPORT OF MOTION, were filed electronically through the Court's ECF system. Notice of such filing will be sent to all parties of record by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.  In addition, Defendant Mike Dai was served by e-mail.

Date: September 30, 2019　　　　　　　　　Dorsey & Whitney LLP


　　　　　　　　　　　　　　　　　　　　By: */s/ Thomas O. Gorman*
　　　　　　　　　　　　　　　　　　　　　　Thomas O. Gorman
　　　　　　　　　　　　　　　　　　　　　　Laura Lestrade

　　　　　　　　　　　　　　　　　　　　　　Dorsey & Whitney LLP
　　　　　　　　　　　　　　　　　　　　　　51 West 52nd Street
　　　　　　　　　　　　　　　　　　　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　Telephone:  212-415-9200

　　　　　　　　　　　　　　　　　　　　　　Stephen Weingold
　　　　　　　　　　　　　　　　　　　　　　Dorsey & Whitney
　　　　　　　　　　　　　　　　　　　　　　1400 Wewatta St.
　　　　　　　　　　　　　　　　　　　　　　Denver, Colorado 80202