Dorsey & Whitney LLP
Laura M. Lestrade
Thomas O. Gorman (Admitted *Pro Hac Vice*)
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9227
Fax: (212) 953-7201
Email: lestrade.laura@dorsey.com
Email: gorman.tom@dorsey.com

Dorsey & Whitney LLP
Stephen R. Weingold (Admitted *Pro Hac Vice*)
1400 Wewatta Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 629-3400
Fax: (303) 629-3450
Email: weingold.stephen@dorsey.com

*Attorneys for Defendant Mike Dai*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC., f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES, and ERIC SO,<br><br>Defendants. | Civil Action No.: 18-2293 (FLW) (ZNQ)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS AMENDED CORRECTED COMPLAINT BY DEFENDANT MIKE DAI**<br><br>Motion Return Date: November 4, 2019 |

Defendant Mike Dai's Motion to Dismiss (the "Motion") Lead Plaintiff Dr. Stanley Golovac's ("Lead Plaintiff") Corrected Consolidated Amended Class Action Complaint was heard on November 4, 2019, in Room 5E of the above-captioned Court. Having heard and

2

considered all of the pleadings and records on file, and all papers in support of and in opposition to the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

    1.      The Mike Dai's Motion is GRANTED in its entirety.

    2.      Lead Plaintiff's First Cause of Action for Violation of Section 10(b) of the Exchange Act and Rule 10b-5 is dismissed with prejudice as to Mike Dai for failure to state facts sufficient to constitute a cause of action.

    3.      Lead Plaintiff's Second Cause of Action for Violation of Section 10(b) of the Exchange Act and Rule 10b-5(a) and (c) is dismissed with prejudice as to Mike Dai for failure to state facts sufficient to constitute a cause of action.

DATED:_____, 2019

                                              Honorable Zahid N. Quraishi
                                              United States Magistrate Judge

4837-5225-0792\2