Matthew M. Oliver, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
*Attorneys for Defendant John Stetson*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CREIGHTON TAKATA**, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC.**, *et al.*,<br><br>Defendants. | Civil Action No. 18-cv-2293 (FLW)(TJB)<br><br>CONSOLIDATED ACTION<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel of record for Defendant John Stetson, in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below.

Dated:  October 1, 2019

LOWENSTEIN SANDLER LLP

By:  */s/ Matthew M. Oliver*
Matthew M. Oliver
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
moliver@lowenstein.com
*Attorneys for Defendant John Stetson*