# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TANAKA, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, JEFFREY G. McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES, and ERIC SO,<br><br>   Defendants. | Civil Action No.: 18-2293 (FLW) (TJB)<br><br>MOTION DATE: November 4, 2019<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANT JOHN STETSON'S JOINDER AND NOTICE OF MOTION TO DISMISS THE CORRECTED CONSOLIDATED AMENDED CLASS COMPLAINT

Matthew M. Oliver
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Email: moliver@lowenstein.com

George S. Canellos (*pro hac vice* pending)
Adam Fee (*pro hac vice* pending)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5792
Email: gcanellos@milbank.com
   afee@milbank.com

*Attorneys for Defendant John Stetson*

Please take notice that on November 4, 2019, or at such other date as may be set by the Court, Defendant John Stetson ("Stetson"), by and through counsel, will move the Court for an order pursuant to Rules 9(b) and 12(b)(6) of Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b) dismissing with prejudice Lead Plaintiff Dr. Stanley Golovac's Corrected Consolidated Amended Class Action Complaint in the above-captioned matter. Stetson also joins in and re-asserts here the arguments made by the other defendants in their respective motions to dismiss and supporting materials.

Please take further notice that the undersigned shall rely on this Notice of Motion, the accompanying Memorandum of Law, and on such other materials and arguments that may be presented to the Court.

DATED: October 1, 2019

LOWENSTEIN SANDLER LLP

/s/ MATTHEW M. OLIVER
Matthew M. Oliver
moliver@lowenstein.com
One Lowenstein Drive
Roseland, New Jersey 07068

George S. Canellos (*pro hac vice* pending)
gcanellos@milbank.com
Adam Fee (*pro hac vice* pending)
afee@milbank.com
55 Hudson Yards
New York, NY 10001

*Counsel for Defendant John Stetson*