# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293(FLW)(TJB) |
| *Plaintiff*, | **DECLARATION OF JOSEPH J. DEPALMA IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE IMPROPER ALLEGATIONS AND IMAGES FROM THE CORRECTED AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| v. | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, JEFFREY G. MCGONEGAL, | |
| *Defendants*. | |

**LITE DEPALMA GREENBERG**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Local Counsel for Dr. Stanley Golovac*

**MOTLEY RICE LLC**
William S. Norton (*pro hac vice*)
Joshua C. Littlejohn (*pro hac vice*)
Christopher F. Moriarty (*pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
bnorton@motelyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for Dr. Stanley Golovac
and Lead Counsel for the Class*

## DECLARATION OF JOSEPH J. DEPALMA

I, Joseph J. DePalma, hereby declare as follows:

1. I am an attorney admitted to practice in the state of New Jersey and am admitted to practice before this Court in the above-captioned case. I am a member of Lite DePalma Greenberg, Local Counsel for Dr. Stanley Golovac.

2. I respectfully submit to the Court, pursuant to 28 U.S.C. § 1746, this declaration and the attached materials that are referenced in Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motions to Strike Improper Allegations and Images from the Corrected Consolidated Amended Class Action Complaint.

3. Submitted herewith are true and correct copies of the following:

| Exhibit | Description |
|---|---|
| 1 | First Amended Complaint and Jury Demand [ECF No. 105] filed in *S.E.C. v. Barry C. Honig, et al.*, Civil Action No. 1:18-cv-08175 (ER) (S.D.N.Y. Mar. 8, 2019). |
| 2 | Riot Blockchain, Inc. Form SC 13D/A (Amended Statement of Beneficial Ownership), including Exhibit No. 99.1 - Letter to the Issuer dated September 20, 2016, filed with the U.S. Securities and Exchange Commission (SEC) by Catherine Johanna DeFrancesco on September 20, 2016. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of October, 2019, in Newark, New Jersey.

*/s/ Joseph J. DePalma*
Joseph J. DePalma