# Exhibit 41

## FORM 4

[ X ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
#### Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Estimated average burden
hours per response... 0.5

| 1. Name and Address of Reporting Person * | 2. Issuer Name **and Ticker or Trading Symbol** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| KAPLAN ANDREW J | **MAJESCO ENTERTAINMENT CO [ COOL ]** | ____ Director                ____ 10% Owner |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | ____ Officer (give title below)     ____ Other (specify below) **FORMER DIRECTOR** |
| C/O MAJESCO ENTERTAINMENT COMPANY, 4041-T HADLEY ROAD | **12/1/2016** | |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| S. PLAINFIELD, NJ 07080 | | **X** _ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, par value $0.001 | 12/1/2016 | | A | | 15000 (1) | A | (1) | 30625 (2) | D | |

### Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

(1)  Represents a restricted stock award (the "Restricted Stock Award") pursuant to the Issuer's 2017 Equity Incentive Plan (the "Plan"), which Plan is subject to stockholder approval.

(2)  Represents (i) the Restricted Stock Award, (ii) a restricted stock award of 8,333 shares granted pursuant to the Issuer's 2014 Equity Incentive Plan and (iii) a restricted stock award of 7,292 shares granted pursuant to the Issuer's 2016 Equity Incentive Plan of which 50% vested on April 25, 2016 and 50% vested on December 1, 2016.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| KAPLAN ANDREW J C/O MAJESCO ENTERTAINMENT COMPANY 4041-T HADLEY ROAD S. PLAINFIELD, NJ 07080 | | | | **FORMER DIRECTOR** |

**Signatures**

| /s/ Andrew Kaplan | 12/5/2016 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

# Exhibit 42

**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Estimated average burden
hours per response... 0.5

| 1. Name and Address of Reporting Person * | 2. Issuer Name **and Ticker or Trading Symbol** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Honig Barry C** | **MAJESCO ENTERTAINMENT CO [ COOL ]** | __X__ Director  __X__ 10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | _____ Officer (give title below)  _____ Other (specify below) |
| **555 SOUTH FEDERAL HIGHWAY #450** | **12/1/2016** | |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **BOCA RATON, FL 33432** | | __X__ Form filed by One Reporting Person  ___ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock, par value $0.001 per share | 12/1/2016 | | A | | 125000 (1) | A | (1) | 322148 (2) | D | |

**Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

(1)  Represents a restricted stock award (the "Restricted Stock Award") pursuant to the Issuer's 2017 Equity Incentive Plan (the "Plan"), which Plan is subject to stockholder approval.

(2)  Represents (i) the Restricted Stock Award, (ii) a restricted stock award of 66,667 shares granted pursuant to the Issuer's 2014 Equity Incentive Plan, (iii) a restricted stock award of 87,500 shares granted pursuant to the Issuer's 2016 Equity Incentive Plan of which 50% vested on April 25, 2016 and 50% vested on December 1, 2016 and (iv) 42,981 shares of the Issuer's common stock.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Honig Barry C**<br>**555 SOUTH FEDERAL HIGHWAY #450**<br>**BOCA RATON, FL 33432** | X | X | | |

**Signatures**

| /s/ Barry Honig | 12/5/2016 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control

number.

# Exhibit 43



**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

| 1. Name and Address of Reporting Person * <br><br> **Brauser Michael** <br><br> (Last)　(First)　(Middle) <br><br> **C/O MAJESCO ENTERTAINMENT COMPANY, 4041-T HADLEY ROAD** <br> (Street) <br><br> **S. PLAINSFIELD, NJ 07080** <br> (City)　(State)　(Zip) | 2. Issuer Name **and Ticker or Trading Symbol** <br><br> **MAJESCO ENTERTAINMENT CO [ COOL ]** <br><br> 3. Date of Earliest Transaction (MM/DD/YYYY) <br><br> **12/1/2016** <br><br> 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> __X__ Director　　____ 10% Owner <br> ____ Officer (give title below)　____ Other (specify below) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock, par value $0.001 per share | 12/1/2016 | | A | | 75000 (1) | A | (1) | 229182 (2) | D | |

### Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

(1)　Represents a restricted stock award (the "Restricted Stock Award") pursuant to the Issuer's 2017 Equity Incentive Plan (the "Plan"), which Plan is subject to stockholder approval.

(2)　Represents (i) the Restricted Stock Award, (ii) a restricted stock award of 66,666 shares granted pursuant to the Issuer's 2014 Equity Incentive Plan, (iii) a restricted stock award of 87,500 shares granted pursuant to the Issuer's 2016 Equity Incentive Plan of which 50% vested on April 25, 2016 and 50% vested on December 1, 2016 and (iv) 16 shares of the Issuer's common stock.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Brauser Michael** <br> **C/O MAJESCO ENTERTAINMENT COMPANY** <br> **4041-T HADLEY ROAD** <br> **S. PLAINSFIELD, NJ 07080** | X | | | |

**Signatures**

| /s/ Michael Brauser | 12/5/2016 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*　　If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**　　Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:　File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

# Exhibit 44

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

**Amendment No. 5**
**To**

# SCHEDULE 13G
**(Rule 13d-102)**

**INFORMATION TO BE INCLUDED IN STATEMENTS FILED PURSUANT
TO RULE 13d-1(b) (c), AND (d) AND AMENDMENTS THERETO FILED PURSUANT TO
RULE 13d-2(b)**

# POLARITYTE, INC.

(Name of Issuer)

COMMON STOCK

(Title of Class of Securities)

731094108

(CUSIP Number)

December 31, 2016

(Date of Event Which Requires Filing of This Statement)

Check the appropriate box to designate the rule pursuant to which this Schedule is filed:

[ ] Rule 13d-1(b)
[X] Rule 13d-1(c)
[ ] Rule 13d-1(d)

CUSIP No. 731094108

| 1 | NAME OF REPORTING PERSONS<br>S.S. OR I.R.S. IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY)<br><br>Mark Groussman | | |
|---|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP* | | (a) [ ]<br>(b) [ ] |
| 3 | SEC USE ONLY | | |
| 4 | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>United States | | |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 5 | SOLE VOTING POWER<br><br>0 |
|---|---|---|
| | 6 | SHARED VOTING POWER<br><br>423,013(1)(2) |
| | 7 | SOLE DISPOSITIVE POWER<br><br>0 |
| | 8 | SHARED DISPOSITIVE POWER<br><br>423,013(1)(2) |

| 9 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>423,013(1)(2) |
|---|---|
| 10 | CHECK IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES CERTAIN SHARES (SEE INSTRUCTIONS) |
| 11 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 9<br><br>9.70% (Based on 4,250,617 shares outstanding as of December 31, 2016) |
| 12 | TYPE OF REPORTING PERSON*<br><br>IN |

(1) Represents (i) 178,111 shares of common stock held by Melechdavid, Inc. ("Melechdavid"), (ii) 25,000 shares of common stock held by Erica and Mark Groussman Foundation Inc. ("Foundation"), (iii) 108,791 shares of common stock held by Melechdavid, Inc. Retirement Plan ("Retirement Plan") and (iv) 111,111 shares of common stock underlying Series C Preferred Stock held by Melechdavid.

(2) Mark Groussman is the President of Melechdavid and the trustee of each of Foundation and Retirement Plan and in such capacities has voting and dispositive power over the securities held by such entities.

CUSIP No. 731094108

| 1 | NAME OF REPORTING PERSONS<br>S.S. OR I.R.S. IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY)<br><br>Melechdavid, Inc. | |
|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP* | (a) [ ]<br>(b) [ ] |
| 3 | SEC USE ONLY | |
| 4 | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>Florida | |

| NUMBER OF<br>SHARES<br><br>BENEFICIALLY<br>OWNED BY<br><br>EACH<br>REPORTING<br><br>PERSON WITH | 5 | SOLE VOTING POWER<br><br>0 |
|---|---|---|
| | 6 | SHARED VOTING POWER<br><br>289,222(1)(2) |
| | 7 | SOLE DISPOSITIVE POWER<br><br>0 |
| | 8 | SHARED DISPOSITIVE POWER<br><br>289,222(1)(2) |

| 9 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>289,222(1)(2) |
|---|---|
| 10 | CHECK IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES CERTAIN SHARES (SEE INSTRUCTIONS) |
| 11 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 9<br><br>6.63% (Based on 4,250,617 shares outstanding as of December 31, 2016) |
| 12 | TYPE OF REPORTING PERSON*<br><br>CO |

(1)  Represents (i) 178,111 shares of common stock and (ii) 111,111 shares of common stock underlying Series C Preferred Stock.

(2)  Mark Groussman is the President of Melechdavid and in such capacity has voting and dispositive power over the securities held by such entity.

CUSIP No. 731094108

| 1 | NAME OF REPORTING PERSONS<br>S.S. OR I.R.S. IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY)<br><br>Erica and Mark Groussman Foundation Inc. | |
|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP* | (a) [ ]<br>(b) [ ] |
| 3 | SEC USE ONLY | |
| 4 | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>Florida | |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 5 | SOLE VOTING POWER<br><br>0 |
|---|---|---|
| | 6 | SHARED VOTING POWER<br><br>25,000(1) |
| | 7 | SOLE DISPOSITIVE POWER<br><br>0 |
| | 8 | SHARED DISPOSITIVE POWER<br><br>25,000(1) |

| 9 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>25,000(1) |
|---|---|
| 10 | CHECK IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES CERTAIN SHARES (SEE INSTRUCTIONS) |
| 11 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 9<br><br>0.59% (Based on 4,250,617 shares outstanding as of December 31, 2016) |
| 12 | TYPE OF REPORTING PERSON*<br><br>OO |

(1)  Mark Groussman is the trustee of Foundation and in such capacity has voting and dispositive power over the securities held by such entity.

| | CUSIP No. 731094108 |
|---|---|

| 1 | NAME OF REPORTING PERSONS<br>S.S. OR I.R.S. IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY)<br><br>Melechdavid, Inc. Retirement Plan | | |
|---|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP* | | (a) [ ]<br>(b) [ ] |
| 3 | SEC USE ONLY | | |
| 4 | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>Florida | | |

| NUMBER OF SHARES<br><br>BENEFICIALLY OWNED BY<br><br>EACH REPORTING<br><br>PERSON WITH | 5 | SOLE VOTING POWER<br><br>0 |
|---|---|---|
| | 6 | SHARED VOTING POWER<br><br>108,791(1) |
| | 7 | SOLE DISPOSITIVE POWER<br><br>0 |
| | 8 | SHARED DISPOSITIVE POWER<br><br>108,791(1) |

| 9 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>108,791(1) |
|---|---|
| 10 | CHECK IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES CERTAIN SHARES (SEE INSTRUCTIONS) |
| 11 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 9<br><br>2.56% (Based on 4,250,617 shares outstanding as of December 31, 2016) |
| 12 | TYPE OF REPORTING PERSON*<br><br>OO |

(1)  Mark Groussman is the trustee of Retirement Plan and in such capacity has voting and dispositive power over the securities held by such entity.

Item 1(a).        Name of Issuer:

PolarityTE, Inc., a Delaware corporation ("Issuer")

Item 1(b).        Address of Issuer's Principal Executive Offices:

4041-T Hadley Road, S. Plainfield, NJ 07080

Item 2(a).        Name of Person Filing.

The statement is filed on behalf of Mark Groussman, Melechdavid, Foundation and Retirement Plan (together, the "Reporting Person").

Item 2(b).        Address of Principal Business Office or, if None, Residence.

5154 La Gorce Drive, Miami Beach, FL 33140

Item 2(c).        Citizenship.

United States/Florida

Item 2(d).        Title of Class of Securities.

Common Stock, par value $0.001.

Item 2(e).        CUSIP Number.

731094108

Item 3.        Type of Person

Not applicable.

Item 4.        Ownership.

(a) Amount beneficially owned: 423,013(1)(2)

(b) Percent of class: 9.70% (Based on 4,250,617 shares outstanding as of December 31, 2016)

(c) Number of shares as to which the person has:

    (i) Sole power to vote or to direct the vote: 0

    (ii) Shared power to vote or to direct the vote: 423,013(1)(2)

    (iii) Sole power to dispose or to direct the disposition of: 0

    (iv) Shared power to dispose or to direct the disposition of: 423,013(1)(2)

(1)  Represents (i) 178,111 shares of common stock held by Melechdavid, (ii) 25,000 shares of common stock held by Foundation, (iii) 108,791 shares of common stock held by Retirement Plan and (iv) 111,111 shares of common stock underlying Series C Preferred Stock held by Melechdavid.

(2)  Mark Groussman is the President of Melechdavid and the trustee of each of Foundation and Retirement Plan and in such capacities has voting and dispositive power over the securities held by such entities.

Item 5.        Ownership of Five Percent or Less of a Class.

Not applicable.

Item 6.          Ownership of More than Five Percent on Behalf of Another Person.

Not applicable.

Item 7.          Identification and Classification of the Subsidiary Which Acquired the Security Being Reported by the Parent Holding Company.

Not applicable.

Item 8.          Identification and Classification of Members of the Group.

Not applicable.

Item 9.          Notice of Dissolution of Group.

Not applicable.

Item 10.         Certifications.

By signing below I certify that, to the best of my knowledge and belief, the securities referred to above were not acquired and are not held for the purpose of or with the effect of changing or influencing the control of the issuer of the securities and were not acquired and are not held in connection with or as a participant in any transaction having that purpose or effect.

**SIGNATURE**

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Date: February 14, 2017        By: */s/ Mark Groussman*
_____
Mark Groussman

Melechdavid, Inc.

Date: February 14, 2017        By: */s/ Mark Groussman*
_____
Mark Groussman, President

Erica and Mark Groussman Foundation Inc.

Date: February 14, 2017        By: */s/ Mark Groussman*
_____
Mark Groussman, Trustee

Melechdavid, Inc. Retirement Plan

Date: February 14, 2017        By: */s/ Mark Groussman*
_____
Mark Groussman, Trustee

# Exhibit 45

EDGAR pro
by EDGAR Online®

# POLARITYTE, INC.

## FORM S-1
(Securities Registration Statement)

## Filed 01/30/17

| | |
|---|---|
| Address | 123 NORTH WRIGHT BROTHERS DRIVE |
| | SALT LAKE CITY, UT, 84116 |
| Telephone | (800)-560-3983 |
| CIK | 0001076682 |
| Symbol | PTE |
| SIC Code | 2836 - Biological Products, (No Diagnostic Substances) |
| Industry | Biotechnology & Medical Research |
| Sector | Healthcare |
| Fiscal Year | 12/31 |

http://pro.edgar-online.com
© Copyright 2019, EDGAR Online, a division of Donnelley Financial Solutions. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, a division of Donnelley Financial Solutions, Terms of Use.

As filed with the Securities and Exchange Commission on January 30, 2017

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM S-1

**REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933**

# POLARITYTE, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 3841 | 06-1529524 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**4041-T Hadley Road**
**S. Plainfield, New Jersey 07080**
**Telephone: (732) 225-8910**

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Denver Lough**
**Chief Executive Officer**
**PolarityTE, Inc.**
**4041-T Hadley Road**
**S. Plainfield, New Jersey 07080**
**Telephone: (732) 225-8910**

(Name, address, including zip code, and telephone number, including area code, of agent for service)

*With a copy to:*
**Harvey Kesner, Esq.**
**Sichenzia Ross Ference Kesner LLP**
**61 Broadway, 32 nd Floor**
**New York, NY 10006**
**(212) 930-9700**

**Approximate date of commencement of proposed sale to the public:**
As soon as practicable after this Registration Statement is declared effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box: [X]

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.[  ]

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.[  ]

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.[  ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer [  ] | Accelerated filer [  ] |
| Non-accelerated filer [  ]  (Do not check if a smaller reporting company) | Smaller reporting company [X] |

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to be Registered | Amount to be Registered(1) | Proposed Maximum Offering Price per Share(2) | | Proposed Maximum Aggregate Offering Price | | Amount of Registration Fee |
|---|---|---|---|---|---|---|
| Shares of Common Stock, par value $0.001 per share | 759,333 | $ | 3.67 | $ | 2,786,753 | $ | 322.98 |

(1) Pursuant to Rule 416 under the Securities Act of 1933, as amended, the shares being registered hereunder include such indeterminate number of shares of common stock, as may be issuable with respect to the shares being registered hereunder as a result of stock splits, stock dividends or similar transactions.

(2) Estimated solely for purposes of calculating the registration fee pursuant to Rule 457(c) under the Securities Act of 1933, as amended, using the average of the high and low prices as reported on The NASDAQ Capital Market on January 27, 2017, which was $3.67 per share.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to Section 8(a), may determine.**

(3)   In determining the percent of Common Stock beneficially owned by a Selling Stockholder following the offering, (a) the numerator is the number of shares of Common Stock beneficially owned by such selling stockholder (including shares that he has the right to acquire within 60 days of January 17, 2017), and (b) the denominator is 4,250,617 shares outstanding after offering based upon 4,250,617 shares of Common Stock outstanding on January 17, 2017 and (ii) the number of shares of Common Stock which such Selling Stockholders has the right to acquire within 60 days of January 17, 2017 after the offering.

(4)   Adam Arviv, as President of Acquisition Group Ltd., has voting and dispositive power over the shares held by Acquisition Group Ltd.

(5)   Brian M. Herman is the Managing Director of ViewTrade Securities, Inc., a registered broker-dealer. Mr. Herman may be considered a statutory underwriter and must deliver a prospectus meeting the requirements of the Securities Act in connection with the Resale Shares.

(6)   Catherine DeFrancesco, as President of Delavaco Holdings Inc., has voting and dispositive power over the shares held by Delavaco Holdings Inc.

(7)   Catherine DeFrancesco, as President of DeFrancesco Motorsports, has voting and dispositive power over the shares held by DeFrancesco Motorsports.

(8)   Catherine DeFrancesco, as President of Namaste Gorgie Inc., has voting and dispositive power over the shares held by Namaste Gorgie Inc.

(9)   Robert Cornfeld, as Manager of Newport Vacations Managers, LLC, has voting and dispositive power over the shares held by Newport Vacations Managers, LLC.

(10) Jim Christodoulis, as Trustee of NBCN, INC. IN TRUST FOR Jim Christodoulis, has voting and dispositive power over the shares held by NBCN, INC. IN TRUST FOR Jim Christodoulis. Jim Christodoulis is a registered broker-dealer. Mr. Christodoulis may be considered a statutory underwriter and must deliver a prospectus meeting the requirements of the Securities Act in connection with the Resale Shares

(11) Matthew Sprague Swanson is a Class B Member of Chimera Securities, LLC, a registered broker-dealer. Mr. Swanson may be considered a statutory underwriter and must deliver a prospectus meeting the requirements of the Securities Act in connection with the Resale Shares

(12) Kimberly Longston, as Trustee of LFR Trust, has voting and dispositive power over the shares held by LFR Trust.

(13) Robert McEwen, as President of 2083089 Ontario, Inc., has voting and dispositive power over the shares held by 2083089 Ontario, Inc.

# Exhibit 46

EDGAR pro
by EDGAR Online

# POLARITYTE, INC.

## FORM 8-K/A
(Amended Current report filing)

Filed 09/10/18 for the Period Ending 09/07/18

| | |
|---|---|
| Address | 123 NORTH WRIGHT BROTHERS DRIVE |
| | SALT LAKE CITY, UT, 84116 |
| Telephone | (800)-560-3983 |
| CIK | 0001076682 |
| Symbol | PTE |
| SIC Code | 2836 - Biological Products, (No Diagnostic Substances) |
| Industry | Biotechnology & Medical Research |
| Sector | Healthcare |
| Fiscal Year | 12/31 |

http://pro.edgar-online.com
© Copyright 2019, EDGAR Online, a division of Donnelley Financial Solutions. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, a division of Donnelley Financial Solutions, Terms of Use.

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K
**Amendment No. 1**

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): September 7, 2018

# POLARITYTE, INC.
(Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware** | **000-51128** | **06-1529524** |
| (State or other jurisdiction | (Commission | (IRS Employer |
| of incorporation) | File Number) | Identification No.) |

**1960 S. 4250 West**
**Salt Lake City, UT 84104**
(Address of principal executive offices and zip code)

Registrant's telephone number, including area code: **(385) 237-2279**

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ]  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ]  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ]  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ]  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company [ ]

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. [ ]

[Explanatory Note – this amendment is filed to correct a typographical error in the title of the signer.]

**Item 5.02**   **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers**

On September 7, 2018, the employment of John Stetson in any capacity, including as Chief Investment Officer, with PolarityTE, Inc., was terminated.

2

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**POLARITYTE, INC.**

Dated: September 7, 2018

*/s/ Denver Lough*

Denver Lough
Chief Executive Officer

3

# Exhibit 47



**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden
hours per response... 0.5

| 1. Name and Address of Reporting Person <sup>*</sup><br><br>**Stetson John**<br><br>(Last)   (First)   (Middle)<br><br>**4041-T HADLEY ROAD**<br>(Street)<br><br>**S. PLAINFIELD, NJ 07080**<br>(City)   (State)   (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br><br>**MAJESCO ENTERTAINMENT CO [ COOL ]**<br><br>3. Date of Earliest Transaction (MM/DD/YYYY)<br><br>**12/1/2016**<br><br>4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br><br>__X__ Director _____ 10% Owner<br>__X__ Officer (give title below) _____ Other (specify below)<br>**CHIEF FINANCIAL OFFICER**<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br><br>__X__ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock, par value $0.001 per share | 12/1/2016 | | A | | 175000 (1) | A | (1) | 320801 (2) | D | |
| Common stock, par value $0.001 per share | 12/2/2016 | | P | | 11621 | A | (3) | 332422 | D | |
| Common stock, par value $0.001 per share | 12/2/2016 | | P | | 5555 | A | (4) | 19444 | I | See footnote (4) |
| Common stock, par value $0.001 per share | 12/2/2016 | | P | | 5555 | A | (5) | 19444 | I | See footnote (5) |
| Series A Convertible Preferred Stock | 12/2/2016 | | C | | 11621 | D | (3) | 0 | D | |
| Series D Convertible Preferred Stock | 12/2/2016 | | C | | 555.5 | D | (4) | 0 | I | See footnote (4) |
| Series D Convertible Preferred Stock | 12/2/2016 | | C | | 555.5 | D | (4) | 0 | I | See footnote (5) |

**Table II - Derivative Securities Beneficially Owned** ( *e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

(1) Represents a restricted stock award (the "Restricted Stock Award") pursuant to the Issuer's 2017 Equity Incentive Plan (the "Plan"), which Plan is subject to stockholder approval.

(2) Represents (i) the Restricted Stock Award, (ii) a restricted stock award of 50,000 shares granted pursuant to the Issuer's 2014 Equity Incentive Plan, (iii) a restricted stock award of 87,500 shares granted pursuant to the Issuer's 2016 Equity Incentive Plan of which 50% vested on April 25, 2016 and 50% vested on December 1, 2016 and (iv) 8,301 shares of the Issuer's common stock.

(3) On December 2, 2016, the Reporting Person converted 11,621 shares of the Issuer's Series A Convertible Preferred Stock at a conversion rate of one share of common stock for one share of Series A Convertible Preferred Stock.

(4) On December 2, 2016, Stetson Capital Investments, Inc. converted 555.5 shares of the Issuer's Series D Convertible Preferred Stock at a conversion rate of ten shares of common stock for one share of Series D Convertible Preferred Stock. John Stetson is the President of Stetson Capital Investments, Inc. and in such capacity has voting and dispositive control over the securities held by such entity.

(5) On December 2, 2016, Stetson Capital Investments, Inc. Retirement Plan converted 555.5 shares of the Issuer's Series D Convertible Preferred Stock at a conversion rate of ten shares of common stock for one share of Series D Convertible Preferred Stock. John Stetson is the Trustee of Stetson Capital

Investments, Inc. Retirement Plan and in such capacity has voting and dispositive control over the securities held by such entity.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Stetson John**<br>**4041-T HADLEY ROAD**<br>**S. PLAINFIELD, NJ 07080** | X | | **CHIEF FINANCIAL OFFICER** | |

**Signatures**

| | |
|---|---|
| **/s/ John Stetson** | **12/6/2016** |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:     File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.