

LAURA M. LESTRADE
(212) 415-9227
FAX (212) 953-7201
lestrade.laura@dorsey.com

October 18, 2019

**VIA ELECTRONIC FILING**

Honorable Judge Freda Wolfson
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608
Email: njdnef_wolfson@njd.uscourts.gov

   Re: *Takata v. Riot Blockchain, et al.*
     Case No. 3:18-cv-02293-FLW-ZNQ

Dear Judge Wolfson:

  I write on behalf of Defendant Mike Dai to request an extension of time to submit a Reply in support of his Motion to Dismiss the Amended Corrected Complaint filed by Lead Plaintiff Dr. Stanley Golovac.

  Mr. Dai requests that the deadline to submit the Reply be extended to November 18, 2019 (three weeks after Plaintiffs file their Response on October 28, 2019).  Counsel for Lead Plaintiff Dr. Stanley Golovac does not oppose this extension.

         Respectfully Submitted,

         DORSEY & WHITNEY LLP

         */s/ Laura M. Lestrade*

         Laura M. Lestrade

LML:cd