# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, JEFFREY G. McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES, and ERIC SO,<br><br>      Defendants. | Civil No. 3:18-CV-02293(FLW)(ZNQ)<br><br>MOTION DATE:  November 18, 2019<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF JOSEPH J. DEPALMA, INCLUDING ALL EXHIBITS ATTACHED THERETO, IN SUPPORT OF LEAD PLAINTIFF'S OMNIBUS OPPOSITION TO MOTIONS TO DISMISS**

| | |
|---|---|
| THOMAS A. ZACCARO<br>*thomaszaccaro@paulhastings.com*<br>D. SCOTT CARLTON<br>*scottcarlton@paulhastings.com*<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, California 90071-2228<br>Telephone:  1(213) 683-6000<br>Facsimile:  1(213) 627-0705 | CHAD J. PETERMAN<br>*chadpeterman@paulhastings.com*<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  1(212) 318-6000<br>Facsimile:  1(212) 319-4090 |

*Attorneys for Defendants*
*RIOT BLOCKCHAIN, INC., JOHN O'ROURKE, MICHAEL BEEGHLEY,*
*JEFFREY G. MCGONEGAL, ANDREW KAPLAN, JASON LES, AND ERIC SO*

PLEASE TAKE NOTICE that on November 18, 2019, or at such other date as may be set by the Court, Defendants Riot Blockchain, Inc., John O'Rourke, Jeffrey G. McGonegal, Michael Beeghley, Andrew Kaplan, Jason Les, and Eric So, by and through their undersigned attorneys, will move the Honorable Freda L. Wolfson, United States District Judge, Clarkson S. Fisher Building & Courthouse, 402 East State Street Room 2020, Trenton, New Jersey 08608, for an Order pursuant to Rules 12(f) and 15(a)(2) of the Federal Rules of Civil Procedure, striking the Declaration of Joseph J. DePalma In Support of Lead Plaintiff Dr. Stanley Golovac's Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss and all of the exhibits attached thereto (Dkt. No. 136-1) (the "DePalma Declaration") in the above-captioned matter:

1. Paragraphs 1 through 3 of the DePalma Declaration; and,
2. Exhibits 1 through 47 attached to the DePalma Declaration.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely on this Notice of Motion, the accompanying Memorandum of Law, and on such other written and oral argument as may be presented to the Court as well as all pleadings and proceedings had to date herein.

PLEASE TAKE FURTHER NOTICE that a proposed Order is submitted herewith.

DATED:  October 22, 2019		PAUL HASTINGS LLP


			By:  /s/ *Chad J. Peterman*
				CHAD J. PETERMAN

			*chadpeterman@paulhastings.com*
			200 Park Avenue
			New York, NY 10166
			Telephone:  1(212) 318-6000
			Facsimile:  1(212) 319-4090


			THOMAS A. ZACCARO
			*thomaszaccaro@paulhastings.com*
			D. SCOTT CARLTON
			*scottcarlton@paulhastings.com*
			515 South Flower Street
			Twenty-Fifth Floor
			Los Angeles, CA  90071
			Telephone:  1(213) 683-6000
			Facsimile:  1(213) 627-0705

			 Attorneys for Defendants
			 RIOT BLOCKCHAIN, INC., JOHN
			 O'ROURKE, MICHAEL BEEGHLEY,
			 JEFFREY G. MCGONEGAL, ANDREW
			 KAPLAN, JASON LES, AND ERIC SO