# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES, and ERIC SO,<br><br>        Defendants. | **Civil No. 3:18-CV-02293 (FLW)(ZNQ)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE DECLARATION OF JOSEPH J. DEPALMA, INCLUDING ALL EXHIBITS ATTACHED THERETO, IN SUPPORT OF LEAD PLAINTIFF'S OMNIBUS OPPOSITION TO MOTIONS TO DISMISS** |

Defendants Riot Blockchain, Inc., John O'Rourke, Michael Beeghley, Jeffrey G. McGonegal, Andrew Kaplan, Jason Les, and Eric So's Motion to Strike (the "Motion") the Declaration of Joseph J. DePalma, including All Exhibits Attached Thereto, In Support of Lead Plaintiff's Omnibus Opposition to Motions to Dismiss (Dkt. No. 136-1) (the "DePalma Declaration") was heard on November 18, 2019 in Room 5E of the above-captioned Court.

Having heard and considered all of the pleadings and records on file, and all papers in support of and in opposition to the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. Paragraphs 1 through 3 of the DePalma Declaration are stricken from the record.

3. Exhibits 1 through 47 of the DePalma Declaration are stricken from the record.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Freda L. Wolfson