| | |
|---|---|
| KEVIN G. WALSH<br>kwalsh@gibbonslaw.com<br>KATE E. JANUKOWICZ<br>kjanukowicz@gibbonslaw.com<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel:   973.596.4769<br>Fax:  973.639.6470 | PERRIE M. WEINER (*pro hac vice* to be filed)<br>perrie.weiner@backermckenzie.com<br>EDWARD D. TOTINO (*pro hac vice* to be filed)<br>edward.totino@backermckenzie.com<br>BAKER & MCKENZIE LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067<br>Tel:   310.201.4728<br>Fax:  310.201.4721 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, JEFFREY G. MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO,<br><br>    Defendants. | Civil Action No. 18-cv-2293 (FLW) (ZNQ)<br><br>*Document electronically filed*<br><br><br><br>**NOTICE OF MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF PERRIE M. WEINER**<br>**AND EDWARD D. TOTINO** |

**PLEASE TAKE NOTICE** that the undersigned counsel for Defendant Mark Groussman ("Groussman") shall move before the United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey 08608, for entry of an Order, in the form submitted herewith pursuant to Local Civil Rule 101.1(c), granting Perrie M. Weiner and Edward D. Totino of the law firm Baker & McKenzie LLP admission *pro hac vice* for all purposes in the above-captioned action on behalf of Groussman.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Groussman shall rely on the Declarations of Kevin G. Walsh, Perrie M. Weiner and Edward D. Totino, which are being filed and served herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff consents to this application and oral argument is waived.

Dated: December 3, 2019     By:   s/ Kevin G. Walsh
                                  Kevin G. Walsh, Esq.
                                  **GIBBONS P.C.**
                                  One Gateway Center
                                  Newark, New Jersey 07102-5310
                                  kwalsh@gibbonslaw.com

2