**EXHIBIT A**

**List of Bar Memberships for Perrie M. Weiner**

| **State Bars** | **Name and Address of the Official or Office Maintaining the Bar's Roll** | **Date of Admission** | **Status** | **Bar Number** |
|---|---|---|---|---|
| California | California State Bar<br>180 Howard St.<br>San Francisco, CA 94105 | 06/14/1988 | Active | 134146 |
| **Court Admissions** | | | | |
| U.S. District Court for the Central District of California | Royal Federal Building & United States Courthouse<br>255 East Temple Street<br>Los Angeles, CA 90012 | 06/17/1988 | Active | |
| U.S. District Court for the Northern District of California | Phillip Burrton Federal Building & United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 05/07/1992 | Active | |
| U.S. Court of Appeal for Sixth Circuit | Office of the Clerk, Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | 01/14/2013 | Active | |