## EXHIBIT A

### List of Bar Memberships for Edward D. Totino

| **State Bars** | **Name and Address of the Official or Office Maintaining the Bar's Roll** | **Date of Admission** | **Status** | **Bar Number** |
|---|---|---|---|---|
| California | California State Bar<br>180 Howard St.<br>San Francisco, CA 94105 | 12/13/1993 | Active | 169237 |
| New York | New York State Bar<br>One Elk Street<br>Albany, NY 12207 | 09/19/2007 | Active | 4531240 |
| Washington, D.C. | The District of Columbia Bar<br>901 4th Street, NW<br>Washington, DC 20001 | 05/12/2006 | Inactive | 497464 |
| **Court Admissions** | | | | |
| U.S. District Court for the Central District of California | Royal Federal Building &<br>United States Courthouse<br>255 East Temple Street<br>Los Angeles, CA 90012 | 12/13/1993 | Active | |
| U.S. District Court for the Eastern District of California | Robert T. Matsui<br>United States Courthouse<br>501 I Street<br>Sacramento, CA 95814 | 10/15/2007 | Active | |
| U.S. District Court for the Northern District of California | Phillip Burrton Federal Building &<br>United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 04/05/2006 | Active | |
| U.S. District Court for Southern District of California | James M. Carter & Judith N. Keep<br>United States Courthouse<br>333 West Broadway<br>San Diego, CA 92101 | 12/08/2003 | Active | |
| U.S. District Court for Southern District of New York | Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007 | 09/19/2007 | Active | |

| | | | | |
|---|---|---|---|---|
| U.S. Court of Appeals for Second Circuit (NY) | Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 | 05/05/2008 | Active | |
| U.S. Court of Appeals for Ninth Circuit (CA) | James R. Browning United States Courthouse 95 7th St. San Francisco, CA 94103 | 03/11/2004 | Active | |