| | |
|---|---|
| KEVIN G. WALSH<br>kwalsh@gibbonslaw.com<br>KATE E. JANUKOWICZ<br>kjanukowicz@gibbonslaw.com<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel:   973.596.4769<br>Fax:   973.639.6470 | PERRIE M. WEINER (*pro hac vice* to be filed)<br>perrie.weiner@backermckenzie.com<br>EDWARD D. TOTINO (*pro hac vice* to be filed)<br>edward.totino@backermckenzie.com<br>BAKER & MCKENZIE LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067<br>Tel:   310.201.4728<br>Fax:   310.201.4721 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, JEFFREY G. MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO,<br><br>　　　　Defendants. | Civil Action No. 18-cv-2293 (FLW) (ZNQ)<br><br>*Document electronically filed*<br><br><br><br>[PROPOSED] ORDER GRANTING THE ADMISSION PRO HAC VICE OF PERRIE M. WEINER, ESQ. AND EDWARD D. TOTINO, ESQ. |

**THIS MATTER** having been brought before the Court by Defendant Mark Groussman ("Groussman") seeking permission for the admission of Perrie M. Weiner, Esq. and Edward D. Totino, Esq. *pro hac vice* in the above-captioned case pursuant to Local Civil Rule 101.1(c); and counsel for Plaintiffs having stated that Plaintiffs do not object to these admissions, and for good cause shown;

It is on this 27th day of December, 2019 **ORDERED:**

1. That Perrie M. Weiner, Esq. and Edward D. Totino, Esq. of the firm Baker & McKenzie, LLP are hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

2. That Perrie M. Weiner, Esq. and Edward D. Totino, Esq. are hereby required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the District of New Jersey; and

3. That Perrie M. Weiner, Esq. and Edward D. Totino, Esq. shall notify the Court immediately of any matter affecting their standing at the bar of any other court; and

4. That all pleadings, briefs and other papers filed with the Court shall be signed by an attorney at law employed by the law firm of Gibbons P.C., said attorney being authorized to practice in the Unites States District Court for the District of New Jersey, who shall be held responsible for the conduct of the matter and of Perrie M. Weiner, Esq. and Edward D. Totino, Esq.; and

5. That pursuant to Local Civil Rule 101.1(c)(2), a copy of this Order shall be forwarded to the Treasurer of the New Jersey Lawyers' Fund for Client Protection. Perrie M. Weiner, Esq. and Edward D. Totino, Esq. shall make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made) and shall continue to make payment, or cause payment to be made, for each calendar year in which they continue to represent any Defendant before this Court; and

6. That pursuant to Local Civil Rule 101.1(c)(3), Perrie M. Weiner, Esq. and Edward D. Totino, Esq., shall make payment of $150.00, or cause payment of $150.00 to be made, to the Clerk of the United States District Court for the District of New Jersey.

_____
Hon. Zahid N. Quraishi, U.S.M.J.