## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | Civil No. 3:18-CV-02293(FLW)(ZNQ) |
| | MOTION DATE:  March 16, 2020 |
| Plaintiff, | |
| v. | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, JEFFREY G. McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES, and ERIC SO, | |
| Defendants. | |

**NOTICE OF DEFENDANTS' MOTION FOR LEAVE TO FILE A JOINT SUR-REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS LEAD PLAINTIFF'S CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

THOMAS A. ZACCARO
*thomaszaccaro@paulhastings.com*
D. SCOTT CARLTON
*scottcarlton@paulhastings.com*
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

CHAD J. PETERMAN
*chadpeterman@paulhastings.com*
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090

*Attorneys for Defendants*
*RIOT BLOCKCHAIN, INC., JOHN O'ROURKE, MICHAEL BEEGHLEY,*
*JEFFREY G. MCGONEGAL, ANDREW KAPLAN, JASON LES, AND ERIC SO*

PLEASE TAKE NOTICE that on March 16, 2020, or at such other date as may be set by the Court, Defendants Riot Blockchain, Inc., John O'Rourke, Jeffrey G. McGonegal, Michael Beeghley, Andrew Kaplan, Jason Les, and Eric So (collectively, "Defendants"), by and through their undersigned attorneys, will move the Honorable Freda L. Wolfson, United States District Judge, Clarkson S. Fisher Building & Courthouse, 402 East State Street Room 2020, Trenton, New Jersey 08608, for an Order pursuant to Local Civil Rule 7.1(d)(6), permitting Defendants to submit a joint sur-reply in support of their Motions to Dismiss (Dkt. Nos. 107 and 108) Lead Plaintiff Dr. Stanley Golovac's Corrected Consolidated Class Action Complaint (Dkt. No. 73) in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely on this Notice of Motion, the accompanying Memorandum of Law, the Declaration of D. Scott Carlton, and on such other written and oral argument as may be presented to the Court as well as all pleadings and proceedings had to date herein.

PLEASE TAKE FURTHER NOTICE that a proposed Order is submitted herewith.

DATED:  February 10, 2020                    PAUL HASTINGS LLP


                                             By:  /s/ *Chad J. Peterman*
                                                     CHAD J. PETERMAN

                                             *chadpeterman@paulhastings.com*
                                             200 Park Avenue
                                             New York, NY 10166
                                             Telephone:  1(212) 318-6000
                                             Facsimile:  1(212) 319-4090


                                             THOMAS A. ZACCARO
                                             *thomaszaccaro@paulhastings.com*
                                             D. SCOTT CARLTON
                                             *scottcarlton@paulhastings.com*
                                             515 South Flower Street
                                             Twenty-Fifth Floor
                                             Los Angeles, CA  90071
                                             Telephone:  1(213) 683-6000
                                             Facsimile:  1(213) 627-0705

                                             Attorneys for Defendants
                                             RIOT BLOCKCHAIN, INC., JOHN
                                             O'ROURKE, MICHAEL BEEGHLEY,
                                             JEFFREY G. MCGONEGAL, ANDREW
                                             KAPLAN, JASON LES, AND ERIC SO