# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES, and ERIC SO,<br><br>　　　　　Defendants. | **Civil No. 3:18-CV-02293 (FLW)(ZNQ)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A JOINT SUR-REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS THE CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

Defendants Riot Blockchain, Inc., John O'Rourke, Michael Beeghley, Jeffrey G. McGonegal, Andrew Kaplan, Jason Les, and Eric So's Motion for Leave to File a Joint Sur-Reply in Support of the Riot Blockchain Defendants and the Director Defendants' Motions to Dismiss the Corrected Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws was heard on March 16, 2020 in Room 5E of the above-captioned Court.

Having heard and considered all of the pleadings and records on file, and all papers in support of and in opposition to the Request, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Defendants' Motion for Leave to File a Joint Sur-Reply is GRANTED. The Court grants the Defendants permission under Local Civil Rule 7.1(d)(6) to file a joint sur-reply brief of no more than 5-pages, in support of the Riot Blockchain Defendants and Director Defendants' Motions to Dismiss.

2. The Defendants will submit their Sur-Reply within ___ days of this Order.

**IT IS SO ORDERED.**

-2-

Dated: _____

                                                                                                    Hon. Freda L. Wolfson