# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. McGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES, and ERIC SO,<br><br>    Defendants. | **Civil No. 3:18-CV-02293 (FLW)(ZNQ)**<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071-2228.

On February 10, 2020, I served the foregoing document(s) described as:

**NOTICE OF DEFENDANTS' MOTION FOR LEAVE TO FILE A JOINT SUR-REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS LEAD PLAINTIFF'S CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A JOINT SUR-REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS LEAD PLAINTIFF'S CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

**DECLARATION OF SCOTT D. CARLTON IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A JOINT SUR-REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS THE CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' DEFENDANTS' MOTION FOR LEAVE TO FILE A JOINT SUR-REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS THE CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

*Please see attached Service List*

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on February 10, 2020 with postage thereon fully prepaid, at Los Angeles, California.

☒ **VIA ELECTRONIC MAIL:**

By personally emailing the aforementioned document(s) in PDF format to the respective email address(es) listed above on February 10, 2020. I did not receive an electronic message indicating any errors in transmission.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 10, 2020, at Los Angeles, California.

_____

Mel Manahan

LEGAL_US_W # 101646537.1

PROOF OF SERVICE

1

*Takata v. Riot Blockchain, et al.*
USDC Case No. 3:18-CV-02293 FLW (ZNQ)

2

3

**SERVICE LIST**

4

5    Joseph J. DePalma, Esq.
       *jdepalma@litedepalma.com*

6    LITE DEPALMA GREENBERG, LLC
     570 Broad Street, Suite 1201

7    Newark, NJ  07102
     Telephone: (973) 623-3000

8    Facsimile: (973) 623-0858

9    ***Local Counsel for***
     ***Dr. Stanley Golovac***

10

11

12

13

14   Laura Lestrade, Esq.
       *lestrade.laura@dorsey.com*

     Thomas O. Gorman, Esq.

15     *gorman.tom@dorsey.com*

     DORSEY & WHITNEY, LLP

16   51 West 52nd Street

17   New York, NY  10019
     Telephone: (212) 415-9200

18   Facsimile: (212) 442-3507

19   ***Counsel for Defendant***
     ***Mike Dai***

20

21   Kevin G. Walsh, Esq.
       *kwalsh@gibbonslaw.com*

22   Kate E. Janukowicz, Esq.
       *kjanukowicz@gibbonslaw.com*

23   GIBBONS P.C.

24   One Gateway Center
     Newark, NJ  07102

25   Telephone: (973) 596-4769
     Facsimile: (973) 639-6470

26   ***Counsel for Defendant***
     ***Mark Groussman***

27

28

William S. Norton, Esq.
  *bnorton@motleyrice.com*
Joshua C. Littlejohn, Esq.
  *jlittlejohn@motleyrice.com*
Christopher F. Moriarty, Esq.
  *cmoriarty@motleyrice.com*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
***Counsel for Dr. Stanley Golovac and***
***Lead Counsel for the Class***

Stephen Weingold, Esq.
  *weingold.stephen@dorsey.com*
DORSEY & WHITNEY, LLP
1400 Wewatta Street, #400
Denver, CO  80202
***Counsel for Defendant***
***Mike Dai***

Perrie M. Weiner, Esq.
  *perrie.weiner@bakermckenzie.com*
Edward D. Totino, Esq.
  *edward.totino@bakermckenzie.com*
BAKER & MCKENZIE LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Telephone: (310) 201-4728
Facsmile: (310) 201-4721
***Counsel for Defendant***
***Mark Groussman***

| | | |
|---|---|---|
| 1 | Alex Spiro, Esq. | Tyler  E. Baker, Esq. |
| | *alexspiro@quinnemanuel.com* | *tbaker@sheppardmullin.com* |
| 2 | Julia M. Beskin, Esq. | Christopher Bosch, Esq. |
| 3 | *juliabeskin@quinnemanuel.com* | *cbosch@sheppardmullin.com* |
| | Jacob J. Waldman, Esq. | SHEPPARD MULLIN RICHTER & |
| 4 | *jacobwaldman@quinnemanuel.com* | HAMPTON LLP |
| 5 | Jaclyn M. Palmerson | 30 Rockefeller Plaza |
| | *jaclynpalmerson@quinnemanuel.com* | New York, NY  10112 |
| 6 | Alexander P. Wentworth-Ping, Esq. | Telephone (212) 653-8700 |
| 7 | *alexwentworthping@quinnemanuel.com* | |
| | QUINN EMANUEL URQUHART & | Robert D. Weber, Esq. |
| 8 | SULLIVAN LLP | *rwebert@sheppardmullin.com* |
| | 51 Madison Avenue, 22nd Floor | SHEPPARD MULLIN RICHTER & |
| 9 | New York, NY  10010 | HAMPTON LLP |
| 10 | Telephone: (212) 849-7000 | 1901 Avenue of the Stars, 16th Floor |
| | Facsimile: (212) 849-7100 | Los Angeles, CA  90067 |
| 11 | **Counsel for Defendant** | Telephone: (310) 228-3700 |
| | **Catherine De Francesco** | **Counsel for Defendant** |
| 12 | | **Barry Honig** |
| 13 | | |
| 14 | Matthew M. Oliver, Esq. | |
| | *moliver@lowenstein.com* | |
| 15 | LOWENSTEIN SANDLER LLP | |
| | One Lowenstein Drive | |
| 16 | Roseland, NJ  07068 | |
| 17 | Telephone: (973) 597-2500 | |
| | **Counsel for Defendant** | |
| 18 | **John Stetson** | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LEGAL_US_W # 101646537.1                                    - 3 -                                    PROOF OF SERVICE