Laura Lestrade
Thomas O. Gorman (*Admitted Pro Hac*)
Dorsey & Whitney, LLP
51 West 52nd Street
New York, New York
(212) 415-9200
(202) 442-3507
(301) 602-9988 (mobile)
*Gorman.tom@Dorsey.com*
Stephen Weingold (*Admitted Pro Hac*)
Dorsey & Whitney, LLP
1400 Wewatta St. No. 400
Denver Colorado 80202
*Attorneys For Defendant*
*Mike Dai*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293 (FLW)(ZNQ) |
| Plaintiff, | Hon. Freda L. Wolfson |
| v. | **NOTICE OF MOTION OF DEFENDANT MIKE DAI FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF HIS MOTION TO DISMISS LEAD PLAINTIFF'S CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT** |
| RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | |
| Defendants. | Return Date: March 16, 2020 |

**PLEASE TAKE NOTICE** that on March 16, 2020, at a time to be set by the Court, counsel for Defendant Mike Dai ("Mr. Dai") shall move this Court, before the Honorable Freda L. Wolfson, United States District Judge, Clarkson S. Fisher Building & Courthouse, 402 East State Street Room 2020, Trenton, New Jersey 08608, for an Order pursuant to Local Civil Rule 7.1(d)(6), permitting Mr. Dai to file a sur-reply in support of Mr. Dai's pending Motion to

Dismiss (Dkt. No. 132) Lead Plaintiff Dr. Stanley Golovac's Corrected Consolidated Amended Class Action Complaint (Dkt. No. 73) in the above-captioned matter. This sur-reply brief, which will be approximately 5 pages, is needed to apprise the Court of a crucial new development relevant to the adjudication of Mr. Dai's pending Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely on this Notice of Motion, the accompanying Declaration of Laura M. Lestrade, and on such other written and oral argument as may be presented to the Court as well as all pleadings and proceedings filed to-date herein.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

DATED: February 19, 2020,

Respectfully submitted,

DORSEY & WHITNEY LLP

By: _/s/ Laura M. Lestrade_____
    Laura M. Lestrade
    Thomas O. Gorman
    51 West 52nd St.
    New York, NY 10019-6119
    Telephone: (212) 415-9227
    Fax: (212) 953-7201
    Lestrade.Laura@dorsey.com
    *Attorney for Defendant Mike Dai*

    Stephen Weingold
    Dorsey & Whitney LLP
    1400 Wewatta St., Suite 400
    Denver, Colorado 80202
    Telephone: (303) 629-3400