Laura Lestrade
Thomas O. Gorman (*Admitted Pro Hac*)
Dorsey & Whitney, LLP
51 West 52nd Street
New York, New York
212 – 415-9200
202 – 442-3507
301 – 602-9988 (mobile)
*Gorman.tom@Dorsey.com*
Stephen Weingold (*Pro Hac*)
Dorsey & Whitney, LLP
1400 Wewatta St. No. 400
Denver Colorado 8020
*Attorneys For Defendant*
*Mike Dai*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No.: 18-2293 (FLW)(ZNQ) |
| Plaintiff, | ) ) | Hon. Freda L. Wolfson |
| v. | ) ) ) | **DECLARATION OF LAURA LESTRADE IN SUPPORT OF** |
| RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | ) ) ) ) ) ) ) ) | **DEFENDANT MIKE DAI'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF HIS MOTION TO DISMISS LEAD PLAINTIFF'S CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| Defendants. | ) ) | |

I, Laura Lestrade, of full age, hereby declare and state that:

1. I am an attorney associated with the firm of Dorsey & Whitney LLP, attorneys for defendant Mike Dai ("Mr. Dai") in the above-captioned matters. I make this Declaration in Support of Mr. Dai's Motion for Leave to File a Sur-Reply in Support of His Motion to Dismiss Lead Plaintiff's Corrected Consolidated Class Action Complaint. I have personal knowledge of

the facts stated herein and, if called upon to testify under oath, I could and would testify competently thereto.

2.	Attached hereto as Exhibit "A" is a true and correct copy of Defendant Mike Dai's Proposed Sur-Reply Brief.

3.	Attached hereto as Exhibit "B" is my declaration is support of Defendant Mike Dai's Leave to Filea Sur-Reply in Support of His Motion to Dismiss Lead Plaintiff's Corrected Consolidated Amended Class Action Complaint.

DATED: February 19, 2020,

By: _/s/ Laura M. Lestrade_____
Laura M. Lestrade