Laura Lestrade
Thomas O. Gorman (*Admitted Pro Hac*)
Dorsey & Whitney, LLP
51 West 52nd Street
New York, New York
212 – 415-9200
202 – 442-3507
301 – 602-9988 (mobile)
*Gorman.tom@Dorsey.com*
Stephen Weingold (*Pro Hac*)
Dorsey & Whitney, LLP
1400 Wewatta St. No. 400
Denver Colorado 8020
*Attorneys For Defendant*
*Mike Dai*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, | ) )  Civil Action No.:  18-2293 (FLW)(ZNQ) |
| Plaintiff, | ) )  Hon. Freda L. Wolfson |
| v. | ) )  **[PROPOSED] ORDER GRANTING** |
| RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | )  **DEFENDANT MIKE DAI'S MOTION** )  **FOR LEAVETO FILE, AND TO FILE,** )  **A SUR-REPLY IN SUPPORT OF HIS** )  **MOTION TO DISMISS LEAD** )  **PLAINTIFF'S CORRECTED** )  **CONSOLIDATED CLASS ACTION** )  **COMPLAINT** ) |
| Defendants. | ) |

This matter having come before the Court on motion of Dorsey & Whitney LLP, attorneys for Defendant Mike Dai, for Leave to File a Sur-Reply in Support of Defendant Mike Dai's Motion to Dismiss the Corrected Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws was heard on March 16, 2020 in Room 5E of the above-captioned Court.

Having heard and considered all of the pleadings and records on file, and all papers in support of and opposition to the Request, and good cause appearing therefore,

IT IS, on this ___ day of _____ , 2020, HEREBY ORDERED THAT:

1. The Defendant Mike Dai's Motion for Leave to File a Sur-Reply is GRANTED. The Court grants Defendant Mike Dai's request to file a sur-reply under Local Civil Rule 7.1(d)(6) of no more than 5 pages in support of his Motion to Dismiss.

2. Mike Dai will submit his Sur-Reply within ___ days of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2020

                                                                                                             _____
Honorable Freda L. Wolfson