# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 9th day of March 2020, copies of the foregoing **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANT MIKE DAI'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF HIS MOTION TO DISMISS LEAD PLAINTIFF'S CORRECTED CONSOLIDATED AMENDED COMPLAINT** was filed electronically through the Court's ECF system.  Notice of such filing will be sent to all parties of record by operation of the Court's electronic filing system.  The parties may access this filing through the Court's system.  In addition, Defendant Mike Dai was served by e-mail.

Date: March 9, 2020

Dorsey & Whitney LLP

By: /s/ Laura Lestrade
Laura Lestrade