**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, <br><br> *Defendants*. | Case No. 3:18-02293 (FLW) (TJB) <br><br> **NOTICE OF MOTION TO WITHDRAW** |

**PLEASE TAKE NOTICE** that, as soon as she may be heard, Defendant Catherine DeFrancesco, by and through her counsel at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), shall move before the Honorable Tonianne J. Bongiovanni, of the United States District Court for the District of New Jersey, for an Order for the withdrawal of Alexander P. Wentworth-Ping of Quinn Emanuel as counsel to Ms. DeFrancesco; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested is submitted herewith.

DATED: May 22, 2020

Respectfully submitted,

By: /s/ *Jaclyn Palmerson*
Jaclyn M. Palmerson (N.J. Bar. No. 209452016)
Alex Spiro (*pro hac vice*)
Julia M. Beskin (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
jaclynpalmerson@quinnemanuel.com
alexspiro@quinnemanuel.com

- 2 -

- 3 -

juliabeskin@quinnemanuel.com
jacobwaldman@quinnemanuel.com

*Attorneys for Catherine DeFrancesco*

## **CERTIFICATE OF SERVICE**

I, Jaclyn Palmerson, hereby certify that, on May 22, 2020, I electronically transmitted the following documents via the Court's CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

                                                  */s/ Jaclyn Palmerson*
                                                    Jaclyn Palmerson