## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CREIGHTON TAKATA, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO,

*Defendants*.

Case No. 3:18-02293 (FLW) (TJB)

**STATEMENT PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)**

Pursuant to Local Civil Rule 7.1(d)(4), Defendant Catherine DeFrancesco submits that no brief is necessary with respect to the Motion to Withdraw because there are no legal issues as to the relief sought therein or in the proposed Order on Consent Granting the Motion to Withdraw.

DATED:  May 22, 2020

Respectfully submitted,

By: /s/ *Jaclyn Palmerson*

Jaclyn M. Palmerson (N.J. Bar. No. 209452016)
Alex Spiro (*pro hac vice*)
Julia M. Beskin (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:  (212) 849-7000
jaclynpalmerson@quinnemanuel.com
alexspiro@quinnemanuel.com
juliabeskin@quinnemanuel.com
jacobwaldman@quinnemanuel.com

*Attorneys for Catherine DeFrancesco*