**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO,<br><br>*Defendants*. | Case No. 3:18-02293 (FLW) (TJB)<br><br>**[PROPOSED] ORDER ON CONSENT GRANTING MOTION FOR LEAVE TO WITHDRAW COUNSEL** |

WHEREAS, Defendant Catherine DeFrancesco has moved pursuant to Local Civil Rule 102.1, with the consent of the Plaintiff, to withdraw Alexander P. Wentworth-Ping of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as counsel to Ms. DeFrancesco (the "Motion"), this matter being considered, and, for good cause shown;

IT IS on this _____ day of _____, 2020,

**ORDERED** that the Motion is GRANTED.  The appearance of Alexander P. Wentworth-Ping of the law firm of Quinn Emanuel on behalf of Catherine DeFrancesco in the above-captioned action is hereby withdrawn.  The docket shall forthwith reflect the appearance of Mr. Wentworth-Ping as terminated and Mr. Wentworth-Ping is discharged of any further responsibility in this action.

_____
Hon. U.S. M.J. Tonianne J. Bongiovanni