**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>*Defendants*. | Civil Action No.: 18-2293(FLW)(ZNQ)<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court on the motion of Lead Plaintiff for an Order granting Lead Plaintiff leave to file a Consolidated Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Law; and the Court having considered the written submissions of the parties; and the Court having considered the parties' oral arguments, if any; and for other good cause shown:

It is on this _____ day of _____, 2020:

**ORDERED** that Lead Plaintiff shall be permitted to file a Consolidated Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Law in the form attached as Exhibit A to the Declaration of Joseph J. DePalma in support of Lead Plaintiff's motion; and it is further

**ORDERED** that a copy of this Order shall be served on all parties within seven (7) days hereof.

_____
Honorable Freda L. Wolfson, U.S.D.J.

828666.1