## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>   Defendants. | Case No. 18-2293(FLW)(TJB)<br><br>**NOTICE OF DEFENDANT MARK GROUSSMAN'S JOINDER IN THE OPPOSITION OF RIOT BLOCKCHAIN, INC., JOHN O'ROURKE, AND MICHAEL BEEGHLEY TO LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE [PROPOSED] CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>MOTION DATE: JULY 6, 2019 |

KATE E. JANUKOWICZ
kjanukowicz@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
Tel: 973.596.4769
Fax: 973.639.6470

PERRIE M. WEINER (*pro hac vice*)
perrie.weiner@backermckenzie.com
EDWARD D. TOTINO (*pro hac vice*)
edward.totino@backermckenzie.com
BAKER & MCKENZIE LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Tel: 310.201.4728
Fax: 310.201.4721

Attorneys for Defendant
MARK GROUSSMAN

Defendant Mark Groussman ("Groussman") respectfully joins in the relief requested in the June 22, 2020 Memorandum of Law in Support of the Opposition of Riot Blockchain, Inc.,

Michael Beeghley, and John O'Rourke to Lead Plaintiff's Motion for Leave to File [Proposed] Consolidated Second Amended Class Action Complaint (the "Opposition") (ECF No. 171). Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Groussman adopts and incorporates by reference the Opposition herein.  For the reasons set forth in the Opposition, Groussman respectfully requests that the Court grant the relief requested in the Opposition.

Groussman makes this Joinder in the interest of judicial economy because the arguments raised in the Opposition apply equally well to Groussman and mandate denial of the Motion for Leave to Amend.  By filing this Joinder, Groussman does not waive, and expressly reserves, his right to move to dismiss the Second Amended Complaint in the event the Court grants any aspect of the Motion for Leave to Amend.

Dated: June 22, 2020

**GIBBONS P.C.**

By: s/ Kate E. Janukowicz
    Kate E. Janukowicz
    kjanukowicz@gibbonslaw.com
    GIBBONS P.C.
    One Gateway Center
    Newark, New Jersey 07102
    Tel:  973.596.4913

*Attorneys for Defendant Mark Groussman*