**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>      Defendants. | Case No. 18-2293(FLW)(TJB)<br><br>**NOTICE OF DEFENDANT MARK GROUSSMAN'S JOINDER IN THE OPPOSITION OF BARRY HONIG TO LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE [PROPOSED] CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>MOTION DATE: JULY 6, 2019 |

| | |
|---|---|
| KATE E. JANUKOWICZ<br>kjanukowicz@gibbonslaw.com<br>KEVIN G. WALSH<br>kwalsh@gibbonslaw.com<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel:    973.596.4769<br>Fax:   973.639.6470 | PERRIE M. WEINER (*pro hac vice*)<br>perrie.weiner@backermckenzie.com<br>EDWARD D. TOTINO (*pro hac vice*)<br>edward.totino@backermckenzie.com<br>BAKER & MCKENZIE LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067<br>Tel:    310.201.4728<br>Fax:   310.201.4721 |

Attorneys for Defendant
MARK GROUSSMAN

      Defendant Mark Groussman ("Groussman") respectfully joins in the relief requested in the June 22, 2020 Memorandum of Law in Support of the Opposition of Barry Honig to Lead Plaintiff's Motion for Leave to File [Proposed] Consolidated Second Amended Class Action

Complaint (the "Opposition") (ECF No. 173).  Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Groussman adopts and incorporates by reference the Opposition herein.  For the reasons set forth in the Opposition, Groussman respectfully requests that the Court grant the relief requested in the Opposition.

Groussman makes this Joinder in the interest of judicial economy because the arguments raised in the Opposition apply equally well to Groussman and mandate denial of the Motion for Leave to Amend.  By filing this Joinder, Groussman does not waive, and expressly reserves, his right to move to dismiss the Second Amended Complaint in the event the Court grants any aspect of the Motion for Leave to Amend.

Dated: June 24, 2020

**GIBBONS P.C.**

By: s/ Kate E. Janukowicz
    Kate E. Janukowicz
    kjanukowicz@gibbonslaw.com
    Kevin G. Walsh
    kwalsh@gibbonslaw.com
    GIBBONS P.C.
    One Gateway Center
    Newark, New Jersey 07102
    Tel:  973.596.4769
    Fax:  973.639.6470

*Attorneys for Defendant Mark Groussman*