

570 Broad Street / Suite 1201 / Newark, NJ 07102
P: 973.623.3000 / F: 973.623.0858 / litedepalma.com

Newark  |  Philadelphia

June 26, 2020

**VIA ECF**

Hon. Freda L. Wolfson, Chief Judge
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building &
 U.S. Courthouse
402 East State Street
Trenton, NJ  08608

      Re:    *Creighton Takata v. Riot Blockchain, Inc., et al.*
               Civil Action No.: 18-2293 (FLW) (TJB)

Dear Judge Wolfson:

      This firm represents the Court-appointed Lead Plaintiff, Dr. Stanley Golovac, in the above-captioned matter.

      Through motions to dismiss filed earlier this week, Lead Plaintiff learned that the redline version of the [Proposed] Second Amended Complaint filed on June 1, 2020 (Dkt. No. 169-2) is incomplete. It includes only the first 165 pages of the 277-page document. This was inadvertent and not intended to disadvantage Defendants or burden the Court.

      A complete version of the redline is enclosed herewith.

                                      Respectfully,

                                      Joseph J. DePalma

JJD:emp
Enclosure

832943.3