Matthew M. Oliver, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
*Attorneys for Defendant John Stetson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC.,** *et al.***,**<br><br>**Defendants.** | Civil Action No. 18-cv-2293 (FLW)(TJB)<br><br>CONSOLIDATED ACTION<br><br>DECLARATION OF MATTHEW M. OLIVER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF DANIEL R. WALFISH |

I, **MATTHEW M. OLIVER**, declare, under penalty of perjury, as follows:

1. I am a partner with the law firm of Lowenstein Sandler LLP, attorneys for Defendant John Stetson.

2. I am admitted to practice in good standing before the United States District Court of New Jersey. I respectfully submit this Declaration in support of the application of Daniel R. Walfish for admission to the United States District Court for the District of New Jersey *pro hac vice* for purposes of this pending action.

1

3. Defendant John Stetson seeks the admission of Mr. Walfish pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey for purposes of appearance and participation in this action.

4. As set forth in his accompanying Declaration, Mr. Walfish is an experienced attorney fully qualified to practice before this Court.

5. Mr. Walfish understands, as do I, that if he is admitted, it will remain the responsibility of Lowenstein Sandler LLP to review, sign, and file all pleadings, to accept service of all papers served, to make all appearances, to remain responsible for the conduct of the case, and otherwise to ensure that the requirements of Local Civil Rule 101.1(c) are met.

6. Payments to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rules 1:20-1(b), 1:28-2(a), and 1:28B-1(e), and to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), will be forwarded on behalf of Mr. Walfish after entry of, and in accordance with, the order granting their admissions *pro hac vice*.

7. I have conferred with opposing counsel about this application, who has consented to the admission of Mr. Walfish *pro hac vice*.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the foregoing statements made by me are true and correct.

Respectfully submitted,

|  |  |
|---|---|
| Dated:  June 26, 2020 | By:  s/ Matthew M. Oliver<br>Matthew M. Oliver<br>**LOWENSTEIN SANDLER LLP**<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Tel. (973) 597-2500<br>moliver@lowenstein.com<br><br>*Attorneys for Defendant John Stetson* |