## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,** | **Civil Action No. 18-cv-2293 (FLW)(TJB)** |
| **Plaintiff,** | **CONSOLIDATED ACTION** |
| **v.** | **[PROPOSED] ORDER ADMITTING DANIEL R. WALFISH** *PRO HAC VICE* |
| **RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., *et al.*,** | |
| **Defendants.** | |

This matter coming before the Court on the application of Lowenstein Sandler LLP, attorneys for Defendant John Stetson, for an Order allowing Daniel R. Walfish, of the law firm Walfish & Fissell PLLC, to appear and to participate *pro hac vice* on behalf of Defendant John Stetson, and the Court having considered the Declaration of Daniel R. Walfish, in support thereof, and for good cause shown,

IT IS ON THIS _____ day of _____ 2020;

**ORDERED** that Daniel R. Walfish be permitted to appear *pro hac vice* on behalf of Defendant John Stetson, in the above-captioned matter pursuant to Local Rule 101.1(c) and the individual practices of this Court; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney of the law firm of Lowenstein Sandler LLP, who shall be held responsible for said papers, and for the conduct of the cause, and who shall

be present in Court during all steps of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Daniel R. Walfish shall pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rules 1:20-1(b), 1:28-2(a) and 1:28-B1(e) within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Daniel R. Walfish shall make a payment of $150.00 to the Clerk of the Court of the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3) within twenty (20) days from the entry of this Order; and it is further

**ORDERED** that Daniel R. Walfish shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Daniel R. Walfish is deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee, Rule 1:21-7, governing contingent fees, as amended.

_____

Hon. Freda L. Wolfson, U.S.D.J.