Matthew M. Oliver, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
*Attorneys for Defendant John Stetson*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC.,** *et al.*,<br><br>**Defendants.** | Civil Action No. 18-cv-2293 (FLW)(TJB)<br><br>CONSOLIDATED ACTION<br><br>REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION |

**TO THE CLERK OF THE COURT:**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

|  |  |
|---|---|
| Dated: July 14, 2020 | By: s/ Matthew M. Oliver<br>Matthew M. Oliver<br>**LOWENSTEIN SANDLER LLP**<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Tel. (973) 597-2500<br>moliver@lowenstein.com<br><br>*Attorneys for Defendant John Stetson* |

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:       Daniel R. Walfish

Address:    Walfish & Fissell PLLC
            405 Lexington Avenue, 8th Floor
            New York, NY 10174

E-mail:     dwalfish@walfishfissell.com