## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., JOHN O'ROURKE AND JEFFREY G. MCGONEGAL,<br><br>*Defendants*. | Civil Action No.: 18-2293(FLW)(ZNQ)<br>Hon. Freda L. Wolfson |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alex J. Hartzband hereby appears as counsel for Movant Wai Lau in the above-captioned matter.

Dated: July 31, 2020

Respectfully submitted,

By: *s/ Alex J. Hartzband*

Alex J. Hartzband (#158222016)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
Email: ahartzband@faruqilaw.com

*Attorneys for Movant Wai Lau*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2020, I caused true and correct copies of the foregoing to be served on all counsel of record via the CM/ECF system.

Dated: July 31, 2020

By: <i><u>s/ Alex J. Hartzband</u></i><br>
Alex J. Hartzband (#158222016)