## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., JOHN O'ROURKE AND JEFFREY G. MCGONEGAL,<br><br>*Defendants*. | Civil Action No.: 18-2293(FLW)(ZNQ)<br>Hon. Freda L. Wolfson |

### NOTICE OF MOTION FOR LEAVE TO WITHDRAW COUNSEL

**PLEASE TAKE NOTICE** that, as soon as he may be heard, Movant Wai Lau ("Movant"), by and through his counsel Faruqi & Faruqi, LLP, shall move before the Honorable Freda L. Wolfson, of the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order for the withdrawal of Sherief Morsy of Faruqi & Faruqi, LLP as counsel to Movant. Withdrawal is sought as Mr. Morsy will not be associated with Faruqi & Faruqi, LLP as of July 31, 2020.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested is submitted herewith.

DATED: July 31, 2020                                By:  *s/ Sherief Morsy*

1

Sherief Morsy (# 125042015)
Alex J. Hartzband (#158222016)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
Email:  smorsy@faruqilaw.com
       ahartzband@faruqilaw.com

*Attorneys for Movant Wai Lau*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2020, I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

DATED: July 31, 2020                            By: s/ *Sherief Morsy*
                                                                         Sherief Morsy (# 125042015)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., JOHN O'ROURKE AND JEFFREY G. MCGONEGAL,<br><br>*Defendants*. | Civil Action No.: 18-2293(FLW)(ZNQ)<br>Hon. Freda L. Wolfson |

## **MOTION FOR LEAVE TO WITHDRAW COUNSEL**

Pursuant to Local Civil Rule 102.1, Movant Wai Lau ("Movant"), by and through his counsel Faruqi & Faruqi, LLP, respectfully moves for the withdrawal of Sherief Morsy as counsel to Movant in the above-captioned action.

Withdrawal is sought as Mr. Morsy will not be associated with Faruqi & Faruqi, LLP as of July 31, 2020. Movant continues to be represented by Alex J. Hartzband of Faruqi & Faruqi, LLP.

DATED: July 31, 2020                              By: *s/ Sherief Morsy*

                                                      Sherief Morsy (# 125042015)
                                                      Alex J. Hartzband (#158222016)
                                                      **FARUQI & FARUQI, LLP**
                                                      685 Third Avenue, 26th Floor
                                                      New York, NY 10017
                                                      Ph: (212) 983-9330

Fx: (212) 983-9331
Email: smorsy@faruqilaw.com
ahartzband@faruqilaw.com

*Attorneys for Movant Wai Lau*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., JOHN O'ROURKE AND JEFFREY G. MCGONEGAL,<br><br>*Defendants*. | Civil Action No.: 18-2293(FLW)(ZNQ)<br>Hon. Freda L. Wolfson |

## STATEMENT PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)

Pursuant to Local Civil Rule 7.1(d)(4), Movant Wai Lau submits that no brief is necessary with respect to the Motion for Leave to Withdraw Counsel because there are no legal issues as to the relief sought therein or in the proposed Order Granting the Motion for Leave to Withdraw Counsel.

DATED: July 31, 2020

By: *s/ Sherief Morsy*

Sherief Morsy (# 125042015)
Alex J. Hartzband (#158222016)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
Email: smorsy@faruqilaw.com

6

ahartzband@faruqilaw.com

*Attorneys for Movant Wai Lau*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., JOHN O'ROURKE AND JEFFREY G. MCGONEGAL,<br><br>*Defendants*. | Civil Action No.: 18-2293(FLW)(ZNQ)<br>Hon. Freda L. Wolfson |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW COUNSEL

WHEREAS, Movant Wai Lau ("Movant") has moved pursuant to Local Civil Rule 102.1 to withdraw Sherief Morsy of Faruqi & Faruqi, LLP ("Faruqi & Faruqi") as counsel to Movant (the "Motion"), this matter being considered, and, for good cause shown;

IT IS on this _____ day of _____, 2020,

**ORDERED** that the Motion is GRANTED. The appearance of Sherief Morsy of Faruqi & Faruqi on behalf of Movant in the above-captioned action is hereby withdrawn. The docket shall forthwith reflect the appearance of Sherief Morsy as terminated. Mr. Morsy is discharged of any further responsibility in this action.

_____
HON. FREDA L. WOLFSON