UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., JOHN O'ROURKE AND JEFFREY G. MCGONEGAL,<br><br>Defendants. | Civil Action No.: 18-2293(FLW)(ZNQ)<br>Hon. Freda L. Wolfson |

### [PROPOSED] ORDER GRANTING
### MOTION FOR LEAVE TO WITHDRAW COUNSEL

WHEREAS, Movant Wai Lau ("Movant") has moved pursuant to Local Civil Rule 102.1 to withdraw Sherief Morsy of Faruqi & Faruqi, LLP ("Faruqi & Faruqi") as counsel to Movant (the "Motion"), this matter being considered, and, for good cause shown;

IT IS on this ___3rd___ day of ___August___, 2020,

**ORDERED** that the Motion is GRANTED. The appearance of Sherief Morsy of Faruqi & Faruqi on behalf of Movant in the above-captioned action is hereby withdrawn. The docket shall forthwith reflect the appearance of Sherief Morsy as terminated. Mr. Morsy is discharged of any further responsibility in this action.

_____
~~HON. FREDA L. WOLFSON~~
ZAHID N. QURAISHI, U.S.M.J.

8