# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293(FLW)(ZNQ) |
| *Plaintiff*, | CONSOLIDATED ACTION |
| v. | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. McGONEGAL, | **STIPULATION AND [PROPOSED] ORDER** |
| *Defendants*. | |

Lead Plaintiff Stanley Golovac ("Lead Plaintiff") and Defendants Riot Blockchain, Inc. ("Riot"), John O'Rourke, Jeffrey McGonegal, Barry Honig, Catherine DeFrancesco, John Stetson, and Mark Groussman, (together "Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and jointly propose this stipulation:

WHEREAS, on February 17, 2018, Creighton Takata ("Takata") initiated the above captioned action against Riot, O'Rourke, and McGonegal, alleging violations of the Securities Exchange Act of 1934 (ECF No. 1);

WHEREAS, the Court appointed Stanley Golovac as Lead Plaintiff and the law firm of Motley Rice LLC as Lead Counsel on November 6, 2018 (ECF No. 40);

WHEREAS, Lead Plaintiff filed a Complaint against Riot, Honig, O'Rourke, McGonegal, and Beeghley on January 15, 2019 (ECF No. 52);

WHEREAS, Riot, Honig, O'Rourke, McGonegal, and Beeghley moved to dismiss the Complaint on March 18, 2019 (ECF Nos. 66, 67);

WHEREAS, Lead Plaintiff filed a Consolidated Amended Class Action Complaint for alleged violations of federal securities laws on May 8, 2019 (ECF No. 72), adding DeFrancesco, Stetson, Groussman, Kaplan, Dai, Les, and So to the action;

WHEREAS, Lead Plaintiff filed a corrected Consolidated Amended Class Action Complaint (the "Amended Complaint") on May 9, 2019 (ECF No. 73);

WHEREAS, Defendants filed motions to dismiss the Amended Complaint on September 3 (ECF Nos. 107, 108, 112), September 5 (ECF No. 118), September 30 (ECF Nos. 131, 132), and October 1, 2019 (ECF No. 134);

WHEREAS, Chief Judge Freda L. Wolfson dismissed the Amended Complaint without prejudice in an Order dated April 30, 2020 (ECF No. 167);

WHEREAS, Magistrate Judge Zahid N. Quraishi granted Lead Plaintiff leave to file a Consolidated Second Amended Class Action Complaint (the "Second Amended Complaint") in a Memorandum and Order dated December 23, 2020 (ECF No. 187); and

WHEREAS, Lead Plaintiff filed the Second Amended Complaint on December 24, 2020 (ECF No. 188).

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, among the Parties, subject to the Court's approval, that:

1. On or before February 8, 2021, Defendants shall answer, move to dismiss, or otherwise respond to the Second Amended Complaint;

2. On or before March 25, 2021, Lead Plaintiff shall file its oppositions to any motions to dismiss;

3. On or before April 26, 2021, Defendants shall file any replies to Lead Plaintiff's oppositions.

|  |  |
|---|---|
|  | **PAUL HASTINGS LLP** |
| Dated:  December 31, 2020 | */s/ Chad J. Peterman* |
|  | Chad J. Peterman |
|  | 200 Park Avenue |
|  | New York, New York 10166 |
|  | Telephone: (212) 318-6797 |
|  | Facsimile: (212) 230-7797 |
|  | chadpeterman@paulhastings.com |
|  |  |
|  | Thomas A Zaccaro (Admitted *pro hac vice*) |
|  | D. Scott Carlton (Admitted *pro hac vice*) |
|  | 515 South Flower Street, Twenty-Fifth Floor |
|  | Los Angeles, CA 90071-2228 |
|  | Telephone: (213) 683-6000 |
|  | Facsimile: (213) 627-0705 |
|  | thomaszaccaro@paulhastings.com |
|  | scottcarlton@paulhastings.com |
|  |  |
|  | *Counsel for Defendants Riot Blockchain, Inc., John O'Rourke and Jeffrey G. McGonegal* |
|  |  |
|  | **LITE DEPALMA GREENBERG, LLC** |
|  |  |
|  | */s/ Joseph J. DePalma* |
|  | Joseph J. DePalma |
|  | 570 Broad Street, Suite 1201 |
|  | Newark, NJ 07102 |
|  | Telephone: (973) 623-3000 |
|  | Facsimile: (973) 623-0858 |
|  | jdepalma@litedepalma.com |
|  |  |
|  | **MOTLEY RICE LLC** |
|  | William S. Norton |
|  | Joshua C. Littlejohn |
|  | Christopher C. Moriarty |
|  | 28 Bridgeside Boulevard |
|  | Mount Pleasant, SC 29464 |
|  | Telephone: (843) 216-9000 |
|  | Facsimile: (843) 216-9450 |
|  | bnorton@motleyrice.com |
|  | jlittlejohn@motleyrice.com |
|  | cmoriarty@motleyrice.com |
|  |  |
|  | *Counsel for Lead Plaintiff Dr. Stanley Golovac and Lead Counsel for the Class* |

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

*/s/ Tyler E. Baker*
Tyler E. Baker (New Jersey Bar No. 44392011)
Christopher J. Bosch (Admitted *Pro Hac Vice*)
30 Rockefeller Plaza, 39th Floor
New York, New York 10112-0015
Telephone: (212) 653.8700
tbaker@sheppardmullin.com
cbosch@sheppardmullin.com

Robert D. Weber (Admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 227-3746
Facsimile: (310) 228-3962
rweber@sheppardmullin.com

*Counsel for Defendant Barry Honig*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Jaclyn Palmerson*
Jaclyn Palmerson
Alex Spiro (Admitted *pro hac vice*)
Julia M. Beskin (Admitted *pro hac vice*)
Jacob J. Waldman (Admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7173
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
juliabeskin@quinnemanuel.com
jacobwaldman@quinnemanuel.com
jaclynpalmerson@quinnemanuel.com

*Counsel for Defendant Catherine DeFrancesco*

**WALFISH & FISSELL PLLC**

*/s/ Daniel Walfish*
Daniel Walfish (Admitted *pro hac vice*)
Walfish & Fissell PLLC

405 Lexington Ave, 8th floor
New York, NY 10174
Telephone: (212) 672-0521
dwalfish@walfishfissell.com

*Counsel for Defendant John Stetson*

**GIBBONS P.C.**

/s/ *Kevin G. Walsh*
Kevin G. Walsh
Kate E. Janukowicz
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4769
Facsimile: (973) 639-6470

**BAKER MCKENZIE**
Perrie M. Weiner (Admitted *pro hac vice*)
Edward D. Totino (Admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Perrie.Weiner@bakermckenzie.com
Edward.Totino@bakermckenzie.com

*Counsel for Defendant Mark Groussman*

SO ORDERED this __4th__ day of ____January____, 2021.

_____/s/Freda L. Wolfson_____
Honorable Chief Judge Freda L. Wolfson