# CERTIFICATION OF LEAD PLAINTIFF
# PURSUANT TO FEDERAL SECURITIES LAWS

I, Stanley Golovac, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I reviewed the Consolidated Second Amended Class Action Complaint (the "Complaint") against Riot Blockchain, Inc. ("Riot") and others, and authorized its filing.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I remain willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in Riot securities, which are the subject of this litigation during the class period set forth in the Complaint are set forth in Exhibit A attached hereto.

5. Within the last three years, I have not sought to serve nor have I served as a class representative in any other federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __28__ day of December 2020.



_____
Stanley Golovac

**Exhibit A**

| Date | Type | No. Shares | Price |
|---|---|---|---|
| 12/19/2017 | Purchase | 2,500 | $45.12 |
| 12/19/2017 | Purchase | 2,500 | $44.25 |
| 12/19/2017 | Purchase | 2,000 | $42.10 |
| 12/19/2017 | Purchase | 400 | $42.03 |
| 12/19/2017 | Purchase | 100 | $42.09 |
| 12/19/2017 | Purchase | 167 | $40.37 |
| 12/19/2017 | Purchase | 750 | $40.39 |
| 12/19/2017 | Purchase | 1,200 | $40.35 |
| 12/19/2017 | Purchase | 383 | $40.38 |
| 12/21/2017 | Purchase | 1,100 | $30.47 |
| 12/21/2017 | Purchase | 1,000 | $30.49 |
| 12/21/2017 | Purchase | 400 | $30.50 |
| 12/21/2017 | Sale | (100) | $31.22 |
| 12/21/2017 | Sale | (300) | $31.18 |
| 12/21/2017 | Sale | (200) | $31.22 |
| 12/21/2017 | Sale | (600) | $31.19 |
| 12/21/2017 | Sale | (100) | $31.21 |
| 12/21/2017 | Sale | (100) | $31.21 |
| 12/21/2017 | Sale | (1,100) | $31.18 |
| 12/21/2017 | Purchase | 5,000 | $31.03 |
| 12/22/2017 | Purchase | 200 | $22.95 |
| 12/22/2017 | Purchase | 2,300 | $22.98 |
| 12/22/2017 | Sale | (2,500) | $23.50 |
| 12/22/2017 | Purchase | 1,500 | $24.39 |
| 12/22/2017 | Purchase | 100 | $24.32 |
| 12/22/2017 | Purchase | 900 | $24.32 |
| 12/22/2017 | Sale | (2,500) | $25.00 |
| 12/22/2017 | Purchase | 100 | $24.95 |
| 12/22/2017 | Purchase | 100 | $24.95 |
| 12/22/2017 | Purchase | 100 | $24.95 |
| 12/22/2017 | Purchase | 100 | $24.96 |
| 12/22/2017 | Purchase | 1,100 | $24.99 |
| 12/22/2017 | Purchase | 700 | $24.96 |
| 12/22/2017 | Purchase | 300 | $25.00 |
| 12/22/2017 | Purchase | 250 | $24.97 |
| 12/22/2017 | Purchase | 253 | $25.13 |
| 12/22/2017 | Purchase | 100 | $25.01 |
| 12/22/2017 | Purchase | 50 | $25.05 |
| 12/22/2017 | Purchase | 1,000 | $25.08 |
| 12/22/2017 | Purchase | 800 | $25.02 |
| 12/22/2017 | Purchase | 47 | $25.12 |
| 12/22/2017 | Purchase | 400 | $24.75 |
| 12/22/2017 | Purchase | 1,800 | $24.79 |
| 12/22/2017 | Purchase | 300 | $24.74 |

| Date | Type | No. Shares | Price |
|---|---|---|---|
| 12/22/2017 | Purchase | 1,700 | $24.63 |
| 12/22/2017 | Purchase | 800 | $24.70 |
| 12/22/2017 | Purchase | 200 | $23.79 |
| 12/22/2017 | Purchase | 100 | $23.79 |
| 12/22/2017 | Purchase | 2,200 | $23.80 |
| 12/22/2017 | Sale | (5,000) | $24.20 |
| 12/22/2017 | Purchase | 198 | $23.88 |
| 12/22/2017 | Purchase | 2,950 | $23.95 |
| 12/22/2017 | Purchase | 200 | $23.97 |
| 12/22/2017 | Purchase | 100 | $23.99 |
| 12/22/2017 | Purchase | 101 | $23.96 |
| 12/22/2017 | Purchase | 100 | $23.98 |
| 12/22/2017 | Purchase | 1 | $24.00 |
| 12/22/2017 | Purchase | 100 | $23.99 |
| 12/22/2017 | Purchase | 500 | $24.03 |
| 12/22/2017 | Purchase | 750 | $23.90 |
| 12/22/2017 | Purchase | 100 | $22.69 |
| 12/22/2017 | Purchase | 365 | $22.75 |
| 12/22/2017 | Purchase | 1,800 | $22.80 |
| 12/22/2017 | Purchase | 100 | $22.72 |
| 12/22/2017 | Purchase | 135 | $22.73 |
| 12/22/2017 | Sale | (5,000) | $24.00 |
| 12/22/2017 | Sale | (2,500) | $25.00 |
| 12/26/2017 | Sale | (189) | $31.20 |
| 12/26/2017 | Sale | (32) | $31.17 |
| 12/26/2017 | Sale | (500) | $31.16 |
| 12/26/2017 | Sale | (689) | $31.16 |
| 12/26/2017 | Sale | (2,429) | $31.13 |
| 12/26/2017 | Sale | (1,543) | $31.10 |
| 12/26/2017 | Sale | (2) | $31.09 |
| 12/26/2017 | Sale | (500) | $31.11 |
| 12/26/2017 | Sale | (17) | $31.04 |
| 12/26/2017 | Sale | (796) | $31.06 |
| 12/26/2017 | Sale | (15,132) | $31.05 |
| 12/26/2017 | Sale | (671) | $31.14 |
| 1/18/2018 | Purchase | 10,000 | $19.15 |
| 1/22/2018 | Purchase | 100 | $19.66 |
| 1/22/2018 | Purchase | 200 | $19.68 |
| 1/22/2018 | Purchase | 200 | $19.67 |
| 1/22/2018 | Purchase | 200 | $19.69 |
| 1/22/2018 | Purchase | 9,300 | $20.00 |
| 1/31/2018 | Purchase | 1,200 | $14.92 |
| 1/31/2018 | Purchase | 300 | $14.92 |
| 1/31/2018 | Purchase | 1,000 | $14.92 |
| 2/6/2018 | Purchase | 7,500 | $11.34 |
| 2/6/2018 | Sale | (7,500) | $12.00 |

| Date | Type | No. Shares | Price |
|---|---|---|---|
| 2/7/2018 | Purchase | 7,500 | $15.65 |
| 2/7/2018 | Purchase | 388 | $14.95 |
| 2/7/2018 | Purchase | 4,482 | $14.96 |
| 2/7/2018 | Purchase | 130 | $14.94 |
| 2/8/2018 | Sale | (5,000) | $15.20 |
| 2/9/2018 | Sale | (15,000) | $15.15 |
| 2/9/2018 | Sale | (5,000) | $15.15 |
| 2/9/2018 | Sale | (10,000) | $15.45 |
| 2/12/2018 | Purchase | 100 | $17.65 |
| 2/12/2018 | Purchase | 398 | $17.66 |
| 2/12/2018 | Purchase | 400 | $17.67 |
| 2/12/2018 | Purchase | 4,102 | $17.70 |
| 2/12/2018 | Purchase | 170 | $17.61 |
| 2/12/2018 | Purchase | 4,830 | $17.60 |
| 2/12/2018 | Purchase | 25,000 | $17.90 |
| 2/13/2018 | Purchase | 10,000 | $16.23 |
| 2/14/2018 | Sale | (10,000) | $17.10 |
| 2/14/2018 | Purchase | 10,000 | $16.84 |
| 2/15/2018 | Purchase | 5,000 | $17.29 |
| 2/16/2018 | Purchase | 10,000 | $12.00 |
| 2/16/2018 | Sale | (6,574) | $11.95 |
| 2/16/2018 | Sale | (1,826) | $12.00 |
| 2/16/2018 | Sale | (1,000) | $12.03 |
| 2/16/2018 | Sale | (500) | $12.03 |
| 2/16/2018 | Sale | (100) | $11.98 |
| 2/16/2018 | Purchase | 200 | $12.30 |
| 2/16/2018 | Purchase | 100 | $12.31 |
| 2/16/2018 | Purchase | 400 | $12.29 |
| 2/16/2018 | Purchase | 9,000 | $12.33 |
| 2/16/2018 | Purchase | 300 | $12.32 |
| 2/20/2018 | Sale | (3,980) | $10.19 |
| 2/20/2018 | Sale | (64) | $10.14 |
| 2/20/2018 | Sale | (960) | $10.18 |
| 2/20/2018 | Sale | (336) | $10.15 |
| 2/20/2018 | Sale | (4,300) | $10.13 |
| 2/20/2018 | Sale | (360) | $10.16 |
| 2/21/2018 | Purchase | 500 | $10.78 |
| 2/21/2018 | Purchase | 9,270 | $10.80 |
| 2/21/2018 | Purchase | 230 | $10.79 |
| 2/22/2018 | Sale | (4,550) | $10.25 |
| 2/23/2018 | Sale | (3,655) | $10.25 |
| 2/23/2018 | Sale | (11,345) | $10.30 |
| 2/23/2018 | Sale | (25,000) | $10.25 |
| 2/23/2018 | Sale | (15,450) | $10.25 |