## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | Case No. 18-cv-2293 (FLW) (ZNQ)<br><br>*Document Electronically Filed*<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MARK GROUSSMAN'S MOTION TO DISMISS** |

This matter having been opened to the Court upon an application by Gibbons P.C. and Baker & McKenzie LLP, attorneys for Defendant Mark Groussman, for the entry of an Order dismissing the Consolidated Second Amended Class Action Complaint filed by Lead Plaintiff Dr. Stanley Golovac; and Defendant Groussman having provided Plaintiff with notice of the motion and supporting documentation; and the Court having considered the parties' submissions as well as the arguments of counsel, if any; and good cause having been shown:

**IT IS** on this ___ day of _____, 2021,

**ORDERED** that the Motion to Dismiss is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Lead Plaintiff's Corrected Consolidated Amended Class Action Complaint against Defendant Groussman is hereby dismissed with prejudice.

_____
Hon.