# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN G. WALSH<br>kwalsh@gibbonslaw.com<br>KATE E. JANUKOWICZ<br>kjanukowicz@gibbonslaw.com<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel:    973.596.4769<br>Fax:   973.639.6470 | PERRIE M. WEINER (*pro hac vice*)<br>perrie.weiner@bakermckenzie.com<br>EDWARD D. TOTINO (*pro hac vice*)<br>edward.totino@bakermckenzie.com<br>**BAKER & MCKENZIE LLP**<br>10250 Constellation Blvd., Suite 1850<br>Los Angeles, California 90067<br>Tel:    310.201.4728<br>Fax:   310.201.4721 |

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | Case No. 18-cv-2293 (FLW) (ZNQ)<br><br>*Document Electronically Filed*<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Kate E. Janukowicz, hereby certify as follows:

I am an attorney at law admitted to practice before this Court and a Director at the law firm of Gibbons P.C. and counsel, along with Baker & McKenzie LLP, for Defendant Mark Groussman. On February 8, 2021, pursuant to Local Civil Rule 5.2, I electronically filed the following documents upon all counsel of record:

- Notice of Motion in Support of Defendant Groussman's Motion to Dismiss;
- Memorandum of Points and Authority in Support of Defendant Groussman's Motion to Dismiss;
- Proposed Order; and

- This Certificate of Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                    Respectfully submitted,

Dated: February 8, 2021        By:  s/ Kate Janukowicz
Newark, New Jersey                      Kevin G. Walsh, Esq.
                                               Kate E. Janukowicz, Esq.
                                               **GIBBONS P.C.**
                                               One Gateway Center
                                               Newark, New Jersey 07102-5310
                                               Telephone: (973) 596-4500
                                               kwalsh@gibbonslaw.com
                                               kjanukowicz@gibbonslaw.com