**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
Julia M. Beskin (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Jaclyn M. Palmerson
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com
juliabeskin@quinnemanuel.com
jacobwaldman@quinnemanuel.com
jaclynpalmerson@quinnemanuel.com

*Attorneys for Catherine DeFrancesco*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | : : : | Civil Action No. 3:18-02293 (FLW) (TJB) |
| *Plaintiff*, | : : | **NOTICE OF MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT** |
| v. | : : : | |
| RIOT BLOCKCHAIN, INC. f/k/a BIOPTIX, INC., JOHN O'ROURKE, JEFFREY MCGONEGAL, BARRY HONIG, CATHERINE DEFRANCESCO, MICHAEL BEEGHLEY, JOHN STETSON, MARK GROUSSMAN, ANDREW KAPLAN, MIKE DAI, JASON LES and ERIC SO, | : : : : : : : : | MOTION DAY: May 3, 2021

*ORAL ARGUMENT REQUESTED* |
| *Defendants*. | : : | |

**PLEASE TAKE NOTICE** that on May 3, 2021, or as soon as the Court deems appropriate, Defendant Catherine DeFrancesco will appear before the Honorable Freda L. Wolfson, U.S.D.J., at the United States District Court for the District of New Jersey, 402 State Street, Courtroom 5E, Trenton, New Jersey, and will move this Court, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et*

1

*seq.*, for an Order dismissing Lead Plaintiff's Consolidated Second Amended Class Action Complaint as to Ms. DeFrancesco.

**PLEASE TAKE FURTHER NOTICE** that Ms. DeFrancesco shall rely upon the accompanying Memorandum of Law in Support and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is also submitted for the Court's consideration.

DATED: New York, New York
February 8, 2021

Respectfully submitted,

QUINN EMANUEL URQUHART &
  SULLIVAN, LLP

By: /s/ **JACLYN M. PALMERSON**
  Alex Spiro (*pro hac vice*)
  Julia M. Beskin (*pro hac vice*)
  Jacob J. Waldman (*pro hac vice*)
  Jaclyn M. Palmerson
  51 Madison Avenue, 22nd Floor
  New York, New York  10010-1601
  Telephone:  (212) 849-7000
  alexspiro@quinnemanuel.com
  juliabeskin@quinnemanuel.com
  jacobwaldman@quinnemanuel.com
  jaclynpalmerson@quinnemanuel.com

  *Attorneys for Catherine DeFrancesco*