SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
TYLER E. BAKER (New Jersey Bar No. 44392011)
tbaker@sheppardmullin.com
CHRISTOPHER J. BOSCH (Admitted *Pro Hac Vice*)
cbosch@sheppardmullin.com
30 Rockefeller Plaza, 39th Floor
New York, New York 10112-0015
Telephone: (212) 653.8700

ROBERT D. WEBER (Admitted *Pro Hac Vice*)
rweber@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 228-3700

*Attorneys for Defendant Barry C. Honig*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY MCGONEGAL,<br><br>Defendants. | Civil Action No.: 18-2293(FLW)(TJB)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>MOTION RETURN DATE: MARCH 15, 2021<br><br>*ORAL ARGUMENT REQUESTED* |

**PLEASE TAKE NOTICE** that on March 15, 2021, or as soon as the Court deems appropriate, Defendant Barry C. Honig ("Mr. Honig") will appear before the Honorable Freda L. Wolfson, U.S.D.J., at the United States District Court for the District of New Jersey, 402 State Street, Courtroom 5E, Trenton, New Jersey, and will move this Court, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4,

*et seq.*, for an Order dismissing Lead Plaintiff's Consolidated Second Amended Class Action Complaint for Violations of the Federal Securities Law, with prejudice.

**PLEASE TAKE FURTHER NOTICE THAT** Mr. Honig shall rely upon the accompanying Declaration of Robert D. Weber with exhibits, Request for Judicial Notice, Memorandum of Law in Support, and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order is also submitted for the Court's consideration.

Dated:  February 8, 2021

    Respectfully submitted,

    SHEPPARD, MULLIN, RICHTER
     & HAMPTON LLP

    By:  */s/ Tyler E. Baker*
    TYLER E. BAKER (New Jersey Bar No. 44392011)
    tbaker@sheppardmullin.com
    CHRISTOPHER J. BOSCH (Admitted *Pro Hac Vice*)
    cbosch@sheppardmullin.com
    30 Rockefeller Plaza, 39th Floor
    New York, New York 10112-0015
    Telephone: (212) 653.8700

    ROBERT D. WEBER (Admitted *Pro Hac Vice*)
    rweber@sheppardmullin.com
    1901 Avenue of the Stars, Suite 1600
    Los Angeles, CA 90067
    (310) 228-3700

    *Attorneys for Defendant Barry C. Honig*