**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY MCGONEGAL,<br><br>Defendants. | Civil Action No.: 18-2293(FLW)(TJB)<br><br>**[PROPOSED] ORDER**<br><br>MOTION RETURN DATE:  MARCH 15, 2021 |

THIS MATTER having been presented to the Court by Defendant Barry C. Honig ("Mr. Honig"), seeking an Order dismissing Lead Plaintiff's Consolidated Second Amended Class Action Complaint for Violations of the Federal Securities Law pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.* with prejudice, and for such other and further relief as the Court deems just and proper, and the Court having considered the papers submitted in support of the within Motion, any Opposition thereto, any papers filed in reply thereto, and oral arguments, if any, and the Court having further considered the pleadings in this matter and the record of the proceedings, and for other and good cause having been shown;

IT IS on this _____ day of _____, 2021;

-2-

**ORDERED** that Mr. Honig's Motion to Dismiss Lead Plaintiff's Consolidated Second

Amended Class Action Complaint for Violations of the Federal Securities Law pursuant to Fed.

R. Civ. P. 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C.

§ 78u-4, *et seq.* with prejudice is hereby granted.


_____
**HONORABLE FREDA L. WOLFSON**
**UNITED STATES DISTRICT JUDGE**