# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC., et al.,<br><br>*Defendants*. | No. 18-CV-2293 (FLW)(ZNQ)<br><br>MOTION DATE: May 3, 2021<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANT JOHN STETSON'S NOTICE OF MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

| | |
|---|---|
| Matthew M. Oliver<br>LOWENSTEIN SANDLER LLP<br>One Lowenstein Dr<br>Roseland, NJ 07068<br>Tel.: 212-419-5852<br>Email: moliver@lowenstein.com | Daniel Walfish<br>WALFISH & FISSELL PLLC<br>405 Lexington Avenue 8th floor<br>New York, NY 10174<br>Tel.: 212-672-0521<br>Email: dwalfish@walfishfissell.com |

*Attorneys for Defendant John Stetson*

PLEASE TAKE NOTICE that on May 3, 2021, or at such other date as may be set by the Court, Defendant John Stetson, by and through counsel, will move the Court for an Order pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), dismissing with prejudice the Consolidated Second Amended Class Action Complaint.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Request for Judicial Notice, the accompanying Declaration of Daniel Walfish and the Exhibits attached thereto, and on such other written and oral argument as may be presented to the Court as well as all pleadings and proceedings had to date herein.

PLEASE TAKE FURTHER NOTICE that a proposed Order is submitted herewith.

Dated: February 8, 2021

Respectfully submitted,

LOWENSTEIN SANDLER LLP

By:   s/ Matthew M. Oliver
    Matthew M. Oliver
    One Lowenstein Dr
    Roseland, NJ 07068
    Tel.: 212-419-5852
    Email: moliver@lowenstein.com

    Daniel Walfish (*admitted pro hac vice*)
    WALFISH & FISSELL PLLC
    405 Lexington Avenue 8th floor
    New York, NY 10174
    Tel.: 212-672-0521
    Email: dwalfish@walfishfissell.com

    *Attorneys for Defendant John Stetson*