UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC., et al.,<br><br>*Defendants*. | No. 18-CV-2293 (FLW)(ZNQ)<br><br>**DECLARATION OF DANIEL WALFISH IN SUPPORT OF DEFENDANT JOHN STETSON'S MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT** |

I, Daniel Walfish, declare as follows:

1. I am a partner in the law firm Walfish & Fissell PLLC and am admitted *pro hac vice* as counsel to Defendant John Stetson. I make this declaration on personal knowledge and in support of Mr. Stetson's Motion to Dismiss the Consolidated Second Amended Class Action Complaint.

2. Attached as Exhibit 1 are excerpts of Bioptix, Inc. ("Bioptix")'s registration statement on Form S-3, filed April 20, 2017 with the Securities and Exchange Commission ("SEC"), which I retrieved from the SEC's EDGAR database.

3. Attached as Exhibit 2 are excerpts of Bioptix's July 19, 2017 Form S-3/A filing, consisting of Amendment No. 1 to its Form S-3 registration statement filed with the SEC, which I retrieved from the SEC's EDGAR database.

4. Attached as Exhibit 3 are excerpts of Bioptix, Inc.'s August 24, 2017 Form S-3/A filing, consisting of Amendment No. 2 to its Form S-3 registration statement filed with the SEC, which I retrieved from the SEC's EDGAR database.

5. Attached as Exhibit 4 are excerpts of Bioptix, Inc.'s September 25, 2017 Form S-3/A filing, consisting of Amendment No. 3 to its Form S-3 registration statement filed with the SEC, which I retrieved from the SEC's EDGAR database.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2021

_____
Daniel Walfish