UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC., et al.,<br><br>*Defendants*. | No. 18-CV-2293 (FLW)(ZNQ)<br><br>MOTION DATE: May 3, 2021<br><br>ORAL ARGUMENT REQUESTED |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT JOHN STETSON'S MOTION TO DISMISS**

Matthew M. Oliver
LOWENSTEIN SANDLER LLP
One Lowenstein Dr
Roseland, NJ 07068
Tel.: 212-419-5852
Email: moliver@lowenstein.com

Daniel Walfish
WALFISH & FISSELL PLLC
405 Lexington Avenue 8th floor
New York, NY 10174
Tel.: 212-672-0521
Email: dwalfish@walfishfissell.com

*Attorneys for Defendant John Stetson*

Defendant John Stetson, by and through his undersigned attorneys, respectfully requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence ("FRE"), of the following documents attached in excerpted form as exhibits to the Declaration of Daniel Walfish:

**Exhibit 1**: Bioptix, Inc.'s registration statement on Form S-3, filed April 20, 2017 ("Initial S-3") with the Securities and Exchange Commission ("SEC").

**Exhibit 2**: Bioptix's July 19, 2017 Form S-3/A filed with the SEC, consisting of Amendment No. 1 to the Initial S-3.

**Exhibit 3**: Bioptix's August 24, 2017 Form S-3/A filed with the SEC, consisting of Amendment No. 2 to the Initial S-3.

**Exhibit 4**: Bioptix's September 25, 2017 Form S-3/A filed with the SEC, consisting of Amendment No. 3 to the Initial S-3.

On a properly supported request, a court must take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FRE 201(b)(2), (c)(2). Courts routinely take judicial notice on a motion to dismiss of the contents of SEC filings where the filings are quoted, integral to, and explicitly relied on in a plaintiff's complaint. *E.g.*, *In re NAHC, Inc. Secs. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002); *In re Donald J. Trump Casino Securities Litig.*, 7 F.3d 357, 368 n.9 (3d Cir. 1993); *see also* Opinion Granting Defendants' Motion to Dismiss [ECF No. 166] at 2 n.3 (noting that the

Court may take judicial notice of "certain publicly available documents, such as SEC filings").

Each of the SEC filings at issue is quoted, discussed, integral to, and relied on in the Consolidated Second Amended Class Action Complaint ("SAC"), as follows:

| Document | Declaration Exhibit No. | SAC paragraphs |
|---|---|---|
| April 20, 2017 Initial S-3 registration statement | 1 | 347-356 |
| July 19, 2017 Form S-3/A (Amendment No. 1 to Initial S-3) | 2 | 361-365 |
| August 24, 2017 Form S-3/A (Amendment No. 2 to Initial S-3) | 3 | 366-368 |
| September 25, 2017 Form S-3/A (Amendment No. 3 to Initial S-3) | 4 | 369-373 |

For the above reasons, Stetson respectfully requests that the Court take judicial notice of the above-referenced documents.

Dated: February 8, 2021

Respectfully submitted,

LOWENSTEIN SANDLER LLP

By:   s/ Matthew M. Oliver
    Matthew M. Oliver
    One Lowenstein Dr
    Roseland, NJ 07068
    Tel.: 212-419-5852
    Email: moliver@lowenstein.com

    Daniel Walfish (*admitted pro hac vice*)
    WALFISH & FISSELL PLLC
    405 Lexington Avenue 8th floor
    New York, NY 10174
    Tel.: 212-672-0521
    Email: dwalfish@walfishfissell.com

    *Attorneys for Defendant John Stetson*