UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC., et al.,<br><br>*Defendants*. | No. 18-CV-2293 (FLW)(ZNQ)<br><br>**[PROPOSED] ORDER GRANTING JOHN STETSON'S MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT** |

Defendant John Stetson's Motion to Dismiss (the "Motion") Lead Plaintiff's Consolidated Second Amended Class Action Complaint ("Complaint") in this matter was heard on May 3, 2021.

Having reviewed and considered all of the pleadings and records on file, and all papers in support of and in opposition to the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Stetson's Motion is GRANTED in its entirety.

2. The Complaint is dismissed as to Stetson with prejudice and without leave to amend.

IT IS SO ORDERED.

Dated: _____

                                                                                                                _____
                                                                                                                Hon. Freda L. Wolfson