SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
TYLER E. BAKER (New Jersey Bar No. 44392011)
tbaker@sheppardmullin.com
CHRISTOPHER J. BOSCH (Admitted *Pro Hac Vice*)
cbosch@sheppardmullin.com
30 Rockefeller Plaza, 39th Floor
New York, New York 10112-0015
Telephone: (212) 653.8700

ROBERT D. WEBER (Admitted *Pro Hac Vice*)
rweber@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 228-3700

*Attorneys for Defendant Barry C. Honig*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY MCGONEGAL,<br><br>Defendants. | Civil Action No.: 18-2293(FLW)(ZNQ)<br><br>**AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>MOTION RETURN DATE: MAY 3, 2021<br><br>*ORAL ARGUMENT REQUESTED* |

**PLEASE TAKE NOTICE** that on May 3, 2021, or as soon as the Court deems appropriate, Defendant Barry C. Honig ("Mr. Honig") will appear before the Honorable Freda L. Wolfson, U.S.D.J., at the United States District Court for the District of New Jersey, 402 State Street, Courtroom 5E, Trenton, New Jersey, and will move this Court, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4,

*et seq.*, for an Order dismissing Lead Plaintiff's Consolidated Second Amended Class Action Complaint for Violations of the Federal Securities Law, with prejudice.

**PLEASE TAKE FURTHER NOTICE THAT** Mr. Honig shall rely upon the Declaration of Robert D. Weber with exhibits [Dkt. Nos. 196-4 through 196-12], Request for Judicial Notice [Dkt. No. 196-3], Memorandum of Law in Support [Dkt. No. 196-1], and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order [Dkt. No. 196-2] is also submitted for the Court's consideration.

Dated:  February 12, 2021

        Respectfully submitted,

        SHEPPARD, MULLIN, RICHTER
         & HAMPTON LLP

        By: */s/ Tyler E. Baker*
        TYLER E. BAKER (New Jersey Bar No. 44392011)
        tbaker@sheppardmullin.com
        CHRISTOPHER J. BOSCH (Admitted *Pro Hac Vice*)
        cbosch@sheppardmullin.com
        30 Rockefeller Plaza, 39th Floor
        New York, New York 10112-0015
        Telephone: (212) 653-8700

        ROBERT D. WEBER (Admitted *Pro Hac Vice*)
        rweber@sheppardmullin.com
        1901 Avenue of the Stars, Suite 1600
        Los Angeles, CA 90067
        (310) 228-3700

        *Attorneys for Defendant Barry C. Honig*