

570 Broad Street / Suite 1201 / Newark, NJ 07102
P: 973.623.3000 / F: 973.623.0858 / litedepalma.com

Newark ❙ Philadelphia

March 4, 2021

**SO ORDERED.**

**VIA ECF**

**Dated: March 5, 2021**

The Honorable Freda L. Wolfson, Chief Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & United States Courthouse   **/s/ Freda L. Wolfson**
402 East State Street                                              **Hon. Freda L. Wolfson**
Trenton, NJ 08608                                                  **Chief Judge**

  Re: *Takata v. Riot Blockchain, Inc., et al.*
     No. 3:18-cv-02293-FLW-ZNQ

Dear Judge Wolfson:

  I write on behalf of Court-appointed Lead Plaintiff Dr. Stanley Golovac ("Plaintiff") to make a request in the above-referenced matter concerning the form of Plaintiff's forthcoming response(s) in opposition to the six pending motions to dismiss filed by Defendants Riot Blockchain, Inc. ("Riot") (ECF No. 192); John O'Rourke ("O'Rourke") and Michael Beeghley ("Beeghley") (ECF No. 193); Mark Groussman (ECF No. 194); Catherine DeFrancesco (ECF No. 195); Barry C. Honig (ECF Nos. 196, 198); and John Stetson (ECF No. 197) (collectively, "Defendants").

  Plaintiff requests permission to respond to Defendants' six motions to dismiss (ECF Nos. 192-198) with one omnibus memorandum of no more than **60 pages in 12-point font**. Collectively, the memoranda in support of Defendants' six motions (excluding related exhibits, declarations, and requests for judicial notice) total 199 pages. (*See* ECF Nos. 192-1, 193-1, 194-1, 195-1, 196-1, 197-1.) Given the interconnected factual issues set forth in Plaintiff's operative complaint (ECF No. 188), on which each motion focuses, Plaintiff believes that a single 60-page omnibus memorandum will be most efficient for the Court and for all parties involved, rather than the filing of six separate memoranda of up to 40 pages each. *See* L.R. 7.2(b).

  The parties have conferred in good faith and counsel for Defendants Riot, O'Rourke, and Beeghley consents to this request. Plaintiff has not heard back from counsel for the other Defendants.

  Plaintiff's response to Defendants' six motions is due on March 25, 2021 (ECF No. 190).

  We appreciate the Court's consideration of this request.

            Respectfully,

            */s/ Joseph J. DePalma*

            Joseph J. DePalma

cc: All Counsel (via ECF)

861407.2