# PAUL HASTINGS

1(213) 683-6113
scottcarlton@paulhastings.com

April 23, 2021

**VIA ELECTRONIC MAIL**

Honorable Freda L. Wolfson, Chief Judge
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Takata v. Riot Blockchain, Inc., et al.*, No.: 18-2293 (FLW)

Dear Judge Wolfson:

      We represent defendants Riot Blockchain, Inc. ("Riot"), Michael Beeghley ("Beeghley"), and John O' Rourke ("O'Rourke", and collectively, the "Riot Blockchain Defendants") in the above-referenced matter. We write on behalf of Riot regarding the page limit of Riot's forthcoming reply brief (the "Reply") in support of Riot's Motion to Dismiss the Second Amended Class Action Complaint (the "Motion") (ECF No. 192) and in response to Lead Plaintiff Dr. Stanley Golovac's ("Lead Plaintiff") Omnibus Opposition to Defendants' Motions to Dismiss the Second Amended Class Action Complaint (the "Opposition") (ECF No. 201).

      Riot respectfully requests the Court for an additional ten (10) pages above the permitted fifteen (15) pages to draft its Reply. Lead Plaintiff submitted a single sixty-page omnibus opposition brief for all parties involved using 12-point font with 56 single-spaced footnotes, after requesting the Court to do so (ECF No. 199). As set forth in that request, the Riot Blockchain Defendants conferred in good faith with Lead Plaintiff, and the Riot Blockchain Defendants consented to the request. In the interest of fairness and equity, Riot believes a ten (10)-page extension at 14-point font for its Reply is warranted to address Lead Plaintiff's voluminous opposition brief, along with its 503 paragraph Second Amended Class Action Complaint.

      The parties have conferred in good faith and counsel for Lead Plaintiff does not oppose this request.

**PAUL HASTINGS**

Honorable Freda L. Wolfson
April 23, 2021
Page 2

Accordingly, Riot respectfully asks the Court to extend the page limit for Riot's Reply by ten (10) pages, for a total of twenty-five (25) pages at 14-point font.

Sincerely,

/s/ D. Scott Carlton

D. Scott Carlton
for PAUL HASTINGS LLP

cc: All Counsel (via email)

Defendants' request is granted and they are permitted to file a reply brief of no more than 25 page in 14-point font.

SO ORDERED
s/ Freda L. Wolfson
U.S. Chief District Judge

4/23/2021