**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3048 direct
tbaker@sheppardmullin.com

April 26, 2021

**VIA ELECTRONIC FILING**

Honorable Freda L. Wolfson, Chief Judge
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   <u>Takata v. Riot Blockchain, Inc., et al., Civil Action No. 18-2293 (FLW)(ZNQ)</u>

Dear Judge Wolfson:

We represent defendant Barry Honig in the above-referenced matter. We write on behalf of Mr. Honig regarding the page limit of Mr. Honig's forthcoming reply brief (the "Reply") in support of Mr. Honig's Motion to Dismiss the Second Amended Class Action Complaint (the "Motion") (ECF No. 196) and in response to Lead Plaintff Dr. Stanley Golovac's ("Lead Plaintiff") Omnibus Opposition to Defendants' Motions to Dismiss the Second Amended Class Action Complaint (the "Opposition") (ECF No. 201).

Mr. Honig respectfully requests the Court for an additional ten (10) pages above the permitted fifteen (15) pages to draft its Reply. Lead Plaintiff submitted a single sixty-page omnibus opposition brief for all parties involved using 12-point font with 56 single-spaced footnotes, after requesting the Court to do so (ECF No. 199). Mr. Honig did not object to the request. In the interest of fairness and equity, Mr. Honig believes a ten (10)-page extension at 14-point font for his Reply is warranted to address Lead Plaintiff's voluminous opposition brief, along with its 503 paragraph Second Amended Class Action Complaint.

The parties have conferred in good faith and counsel for Lead Plaintiff does not oppose this request.

**SheppardMullin**

Honorable Freda L. Wolfson
April 26, 2021
Page 2

Accordingly, Mr. Honig respectfully asks the Court to extend the page limit for Mr. Honig's Reply by ten (10) pages, for a total of twenty-five (25) pages at 14-point font.

Very truly yours,

*/s/ Tyler E. Baker*

Tyler E. Baker
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


cc:  All Counsel (via ECF)


SMRH:4843-1525-1431.1