## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>Defendants. | Case No. 18-cv-2293 (FLW) (ZNQ)<br><br>*Document Electronically Filed*<br><br><br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 160); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

| | |
|---|---|
| Dated: April 28, 2021<br>Newark, New Jersey | By: s/ Kate E. Janukowicz<br>Kate E. Janukowicz, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>kjanukowicz@gibbonslaw.com<br><br>*Attorneys for Mark Groussman* |

**PRO HAC VICE ATTORNEY INFORMATION:**

| Name: | Perrie M. Weiner |
|---|---|
| Address: | Baker & McKenzie, LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California |
| Email: | Perrie.Weiner@bakermckenzie.com |