UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL,<br><br>　　　　　　Defendants. | Case No. 18-cv-2293 (FLW) (ZNQ)<br><br>*Document Electronically Filed*<br><br><br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 160); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: April 28, 2021　　　　　　　　By:　s/ Kate E. Janukowicz
Newark, New Jersey　　　　　　　　　　　Kate E. Janukowicz, Esq.
　　　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102-5310
　　　　　　　　　　　　　　　　　　　　kjanukowicz@gibbonslaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Mark Groussman*

**PRO HAC VICE ATTORNEY INFORMATION:**

| | |
|---|---|
| Name: | Edward Totino |
| Address: | Baker & McKenzie, LLP<br>10250 Constellation Blvd., Suite 1850<br>Los Angeles, California 90067 |
| Email: | Edward.Totino@bakermckenzie.com |