## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated, | Civil Action No.: 18-2293-GC-RLS |
| *Plaintiff*, | CONSOLIDATED ACTION |
| v. | |
| RIOT BLOCKCHAIN, INC. F/K/A, BIOPTIX, INC., JOHN O'ROURKE, and JEFFREY G. MCGONEGAL, | **STIPULATION AND ORDER** |
| *Defendants*. | |

Lead Plaintiff Dr. Stanley Golovac ("Lead Plaintiff") and Defendants Riot Blockchain, Inc. ("Riot"), John O'Rourke, Michael Beeghley, and Barry Honig (together "Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and jointly propose this stipulation:

WHEREAS, on February 17, 2018, Creighton Takata ("Takata") initiated the above captioned action against Riot, O'Rourke, and Jeffrey McGonegal, alleging violations of the Securities Exchange Act of 1934 (ECF No. 1);

WHEREAS, the Court appointed Dr. Stanley Golovac as Lead Plaintiff and the law firm of Motley Rice LLC as Lead Counsel on November 6, 2018 (ECF No. 40);

WHEREAS, Lead Plaintiff filed a Complaint against Riot, Honig, O'Rourke, McGonegal, and Beeghley on January 15, 2019 (ECF No. 52);

WHEREAS, Riot, Honig, O'Rourke, McGonegal, and Beeghley moved to dismiss the Complaint on March 18, 2019 (ECF Nos. 66, 67);

WHEREAS, Lead Plaintiff filed a Consolidated Amended Class Action Complaint for alleged violations of federal securities laws on May 8, 2019 (ECF No. 72), adding Catherine

DeFrancesco, John Stetson, Mark Groussman, Andrew Kaplan, Mike Dai, Jason Les, and Eric So to the action;

WHEREAS, Lead Plaintiff filed a corrected Consolidated Amended Class Action Complaint (the "Amended Complaint") on May 9, 2019 (ECF No. 73);

WHEREAS, Defendants, DeFrancesco, Stetson, Groussman, Kaplan, Dai, Les, and So filed motions to dismiss the Amended Complaint on September 3 (ECF Nos. 107, 108, 112), September 5 (ECF No. 118), September 30 (ECF Nos. 131, 132), and October 1, 2019 (ECF No. 134);

WHEREAS, Chief Judge Freda L. Wolfson dismissed the Amended Complaint without prejudice in an Order dated April 30, 2020 (ECF No. 167);

WHEREAS, Magistrate Judge Zahid N. Quraishi granted Lead Plaintiff leave to file a Consolidated Second Amended Class Action Complaint (the "Second Amended Complaint") in a Memorandum Opinion and Order dated December 23, 2020 (ECF No. 187);

WHEREAS, Lead Plaintiff filed the Second Amended Complaint on December 24, 2020 (ECF No. 188), naming Defendants, Groussman, DeFrancesco, and Stetson, and omitting Kaplan, Dai, Les, and So;

WHEREAS, Defendants, Groussman, DeFrancesco, and Stetson filed motions to dismiss the Second Amended Complaint on February 8, 2021 (ECF Nos. 192, 194, 195, 196, 197);

WHEREAS, Judge Zahid N. Quraishi requested supplemental briefing on Defendants, Groussman, DeFrancesco, and Stetson's motions to dismiss on February 28, 2022 (ECF No. 216), which the Parties submitted on March 14, 2022 (ECF Nos. 217-222);

WHEREAS, Judge Zahid N. Quraishi dismissed the Second Amended Complaint without prejudice in an Opinion (ECF No. 223) and Order (ECF No. 224) dated April 8, 2022, in which it

was ordered that Lead Plaintiff may file a separate motion seeking leave to amend the Complaint in a manner consistent with the Opinion;

WHEREAS, Lead Plaintiff filed a Motion for Leave to File [Proposed] Consolidated Third Amended Class Action Complaint for Violations of the Federal Securities Laws ("Motion for Leave to Amend") (ECF No. 228) on May 9, 2022, with the proposed complaint now naming only Defendants, and omitting Groussman, DeFrancesco, and Stetson;

WHEREAS, Defendants believe that the viability of Lead Plaintiff's [Proposed] Consolidated Third Amended Class Action Complaint for Violations of the Federal Securities Laws ("Third Amended Complaint") should be evaluated by the pleadings standards contained in the Private Securities Litigation Reform Act ("PSLRA") through a motion to dismiss, and that stipulating to permit Lead Plaintiff to file the Third Amended Complaint promotes judicial economy and efficiency and saves the Parties the cost of preparing and filing oppositions to, and replies in further support of, Lead Plaintiff's Motion for Leave to Amend;

WHEREAS, Defendants believe that Lead Plaintiff's Third Amended Complaint is nonetheless deficient under the PSLRA and Rule 9(b) and, thus, intend to file motion(s) to dismiss Lead Plaintiff's Third Amended Complaint;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, among the Parties, subject to the Court's approval, that:

1. Lead Plaintiff may file the Third Amended Complaint on or before May 27, 2022;

2. Defendants shall move to dismiss the Third Amended Complaint on or before July 18, 2022;

3. Lead Plaintiff shall file oppositions to any motions to dismiss on or before September 1, 2022;

4. Defendants shall file replies to Lead Plaintiff's oppositions on or before October 3, 2022.

Dated: May 23, 2022

**PAUL HASTINGS LLP**

*/s/ Chad J. Peterman*
Chad J. Peterman
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6797
Facsimile: (212) 230-7797
chadpeterman@paulhastings.com

Thomas A Zaccaro (Admitted *pro hac vice*)
D. Scott Carlton (Admitted *pro hac vice*)
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
thomaszaccaro@paulhastings.com
scottcarlton@paulhastings.com

*Counsel for Defendants Riot Blockchain, Inc., John O'Rourke, and Michael Beeghley*

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

*/s/ Joseph J. DePalma*
Joseph J. DePalma
Jeremy N. Nash
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
jnash@litedepalma.com

*Local Counsel for Lead Plaintiff Dr. Stanley Golovac*

**MOTLEY RICE LLC**
William S. Norton (Admitted *pro hac vice*)
Joshua C. Littlejohn (Admitted *pro hac vice*)
Christopher F. Moriarty (Admitted *pro hac vice*)
28 Bridgeside Boulevard

Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for Lead Plaintiff Dr. Stanley Golovac and Lead Counsel for the Class*

**US MARKET ADVISORS LAW GROUP PLLC**
David P. Abel
5335 Wisconsin Ave. NW, Ste. 440
Washington, D.C. 20015
Telephone: (202) 274-0237
dabel@usmarketlaw.com

*Counsel for Lead Plaintiff Dr. Stanley Golovac*

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

*/s/ Robert D. Weber*
Tyler E. Baker (New Jersey Bar No. 44392011)
Christopher J. Bosch (Admitted *Pro Hac Vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112-0015
Telephone: (212) 653-8700
tbaker@sheppardmullin.com
cbosch@sheppardmullin.com

Robert D. Weber (Admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 227-3746
Facsimile: (310) 228-3962
rweber@sheppardmullin.com

*Counsel for Defendant Barry Honig*

SO ORDERED this 24 day of May, 2022.

Hon. Rukhsanah L. Singh U.S.M.J.

The clerk of court is hereby directed to terminate Docket Entry No. 228.

- 5 -