# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC, *et al.*,<br><br>Defendants. | Civil No. 3:18-CV-02293(GC)(RLS)<br><br>MOTION DATE: October 17, 2022<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF RIOT BLOCKCHAIN, INC.'S MOTION TO DISMISS THE CONSOLIDATED THIRD AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

THOMAS A. ZACCARO
*thomaszaccaro@paulhastings.com*
D. SCOTT CARLTON
*scottcarlton@paulhastings.com*
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

CHAD J. PETERMAN
*chadpeterman@paulhastings.com*
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090

*Attorneys for Defendants*
*RIOT BLOCKCHAIN, INC., JOHN O'ROURKE, AND MICHAEL BEEGHLEY*

PLEASE TAKE NOTICE that on October 17, 2022, or at such other date as may be set by the Court, Defendant Riot Blockchain, Inc. ("Riot" or the "Company"), by and through its undersigned attorneys, will move the Honorable Georgette Castner, United States District Judge, Clarkson S. Fisher Building & Courthouse, 402 East State Street Room 4E, Trenton, New Jersey 08608, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b) (the "Reform Act"), dismissing with prejudice Lead Plaintiff Dr. Stanley Golovac's ("Lead Plaintiff") Consolidated Third Amended Class Action Complaint for Violations of the Federal Securities Law ("Third Amended Complaint" or "TAC").

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Request for Judicial Notice, the accompanying Declaration of Daniel Scott Carlton, and on such other written and oral argument as may be presented to the Court as well as all pleadings and proceedings had to date herein.

PLEASE TAKE FURTHER NOTICE that a proposed Order is submitted herewith.

DATED:  July 18, 2022                           PAUL HASTINGS LLP

By:  /s/ *Chad J. Peterman*
      CHAD J. PETERMAN

*chadpeterman@paulhastings.com*
200 Park Avenue
New York, NY 10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090


THOMAS A. ZACCARO
*thomaszaccaro@paulhastings.com*
D. SCOTT CARLTON
*scottcarlton@paulhastings.com*
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

 Attorneys for Defendants
 RIOT BLOCKCHAIN, INC., JOHN
 O'ROURKE, AND MICHAEL
 BEEGHLEY