# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIOT BLOCKCHAIN, INC, *et al.*,<br><br>　　　　　Defendants. | Civil No. 3:18-CV-02293 (GC)(RLS)<br><br>**[PROPOSED] ORDER GRANTING RIOT BLOCKCHAIN, INC.'S MOTION TO DISMISS THE CONSOLIDATED THIRD AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

Defendant Riot Blockchain, Inc.'s ("Riot") Motion to Dismiss (the "Motion") Lead Plaintiff Dr. Stanley Golovac's ("Lead Plaintiff") Consolidated Third Amended Class Action Complaint was heard on October 17, 2022, in Room 4E of the above-captioned Court.

Having heard and considered all of the pleadings and records on file, and all papers in support of and in opposition to the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Riot's Motion is GRANTED in its entirety.

2. Lead Plaintiff's First Cause of Action for Violation of Section 10(b) of the Exchange Act and Rule 10b-5(a) and (c) is dismissed with prejudice for failure to state facts sufficient to constitute a cause of action.

3. Lead Plaintiff's Second Cause of Action for Violation of Section 10(b) of the Exchange Act and Rule 10b-5(b) is dismissed with prejudice for failure to state facts sufficient to constitute a cause of action.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Georgette Castner