# **Exhibit B**

**Exhibit B**

**Riot Blockchain Inc. (RIOT) and Bitcoin – USD (BTCUSD) Price**
**October 3, 2017 – June 30, 2022**

= Riot Blockchain Inc. (RIOT)
= Bitcoin – USD (BTCUSD)
Right Y-axis: Bitcoin - USD Price
Left Y-axis: Riot Blockchain Inc. Price