James E. Cecchi, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Fascimile: (973) 994-1744
Email: JCecchi@carellabyrne.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| CREIGHTON TAKATA, Individually: and on behalf of all others similarly situated, | : Case No. 3:18-cv-02293-GC-RLS |
| Plaintiff, | : |
| v. | : |
| RIOT BLOCKCHAIN, INC., et al. | : |
| Defendants. | : |

_____

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that James E. Cecchi, an attorney with the law firm Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., withdraws his appearance as counsel for Saroor Alam in the above-captioned matter. The individual is no longer seeking appointment as lead plaintiff on behalf of the class. The Clerk of this Court is respectfully requested to terminate James. E. Cecchi from the Court's docket and to remove the undersigned counsel from the Court's service list for purposes of receiving electronic filings.

Dated: June 13, 2023                                Respectfully submitted,

                                                                    CARELLA, BYRNE, CECCHI,
                                                                    OLSTEIN, BRODY & AGNELLO, P.C

By:    _/s/ James E. Cecchi_____
       James E. Cecchi, Esq.
       5 Becker Farm Road
       Roseland, New Jersey 07068
       Telephone: (973) 994-1700
       Facsimile: (973) 994-1744
       Email: JCecchi@carellabyrne.com