UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIOT BLOCKCHAIN, INC., *et al.*,<br><br>Defendants. | Civil Action No. 18-2293 (GC) (RLS)<br><br>ORDER |

**THIS MATTER** is before the Court on three motions to dismiss the Third Amended Complaint of court-appointed lead plaintiff, Dr. Stanley Golovac ("Plaintiff"). The three motions were respectively filed by defendants: (i) Riot Blockchain, Inc. (ECF No. 232); (ii) John O'Rourke and Michael Beeghley (ECF No. 233); and (iii) Barry Honig (ECF No. 234) (collectively, "Defendants"). Plaintiff opposed the motions. The Court has carefully considered the parties' submissions without oral argument pursuant to Fed. R. Civ. P. 78 and Local Civil Rule 78.1. For the reasons set forth in the Opinion filed on this date, and for good cause shown,

IT IS on this 25th day of August 2023,

**ORDERED** that Defendants' motions to dismiss (ECF Nos. 232, 233, 234) are **GRANTED**; Plaintiff's claims are **DISMISSED** with prejudice; and it is

**FURTHER ORDERED** that the Clerk of the Court mark this matter as closed on the Court's docket.

                                                                                          /s/ Georgette Castner
                                                                                          GEORGETTE CASTNER
                                                                                          UNITED STATES DISTRICT JUDGE