UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, | Civil Action No.: 18-2293-GC-RLS |
| *Plaintiff,* | **JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS** |
| v. | |
| RIOT BLOCKCHAIN, INC., et al. | |
| *Defendants.* | |

Lead Plaintiff Dr. Stanley Golovac ("Plaintiff") and Defendants Riot Blockchain, Inc., John O'Rourke, Eric So, Jason Les, Mike Dai, Andrew Kaplan, Jeffrey G. McGonegal, and Michael Beeghley (collectively, "Riot Defendants"), by and through their respective attorneys, jointly state as follows:

WHEREAS, Plaintiff filed a Consolidated Third Amended Class Action Complaint on May 27, 2022 (ECF No. 231);

WHEREAS, Defendants filed motions to dismiss the Consolidated Third Amended Class Action Complaint on July 18, 2022 (ECF Nos. 232, 233, 234);

WHEREAS, Judge Georgette Castner dismissed the Consolidated Third Amended Class Action Complaint in an Opinion (ECF No. 251) and Order (ECF No. 252) dated August 25, 2023, in which it was ordered that Plaintiff's claims were dismissed with prejudice.

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the undersigned parties, that:

1. Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff dismisses all claims in their entirety against the Riot Defendants with prejudice;

2. Plaintiff hereby agrees to waive all rights to file an amended complaint and to appeal any order entered in favor of the Riot Defendants; and

3. Each of Plaintiff and the Riot Defendants shall bear his, her, or its own attorneys' fees and costs incurred in connection with this action.

Dated: November 28, 2023        **PAUL HASTINGS LLP**

/s/ Chad J. Peterman
Chad J. Peterman
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6797
Facsimile: (212) 230-7797
chadpeterman@paulhastings.com

D. Scott Carlton (Admitted *pro hac vice*)
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
scottcarlton@paulhastings.com

**HUESTON HENNIGAN LLP**
Thomas A Zaccaro (Admitted *pro hac vice*)
523 West 6th St., Suite 400
Los Angeles, California CA 90014
Telephone: (213) 788-4039
tzaccaro@hueston.com

It is so ordered this 29th day of November, 2023

_/s/ Georgette Castner_
Georgette Castner, U.S.D.J.