UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceedings</u>

**OFFICE: TRENTON**  **DATE: 12/13/2023**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: K. WILSON**

**TITLE OF CASE:**  CV18-2293(GC)(RLS)
TAKATA
v.
RIOT BLOCKCHAIN, INC. et al.

**APPEARANCES:**
Bruce Greenberg, Esq., Joshua Littlejohn, Esq. & William Norton, Esq., for Plaintiff.
Robert Weber, Esq. & Christopher Bosch, Esq., for Defendants.

**NATURE OF PROCEEDINGS:**
**TELEPHONE STATUS CONFERENCE HELD.**
Ordered that Mr. Honig's counsel is to report back to the court within 7 days on the issue regarding sanctions.

**TIME COMMENCED:**     11:00 a.m.
**TIME ADJOURNED:**     11:12 a.m.
**TOTAL TIME:**         12 minutes

s/*Ann Dello Iacono*
**Deputy Clerk**
