**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3048 direct
tbaker@sheppardmullin.com

December 19, 2023

**VIA ELECTRONIC FILING**

Honorable Georgette Castner
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   <u>Takata v. Riot Blockchain, Inc., et al., Civil Action No. 18-2293 (GC) (RLS)</u>

Dear Judge Castner:

We write in follow-up to our December 13, 2023 telephonic status conference with you. Our client, defendant Barry Honig, has elected not to proceed with the filing of a motion for sanctions or application for fees. We have notified Plaintiffs' counsel and indicated that Mr. Honig will sign on to the same stipulation of dismissal entered into by the other parties (Dkt. 254), which we expect will be filed shortly.

Very truly yours,

*/s/ Tyler E. Baker*

Tyler E. Baker
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


cc: All Counsel (via ECF)