# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREIGHTON TAKATA, | : |
| *Plaintiff*, | : Civil Action No.: 18-2293(GC)(RLS) |
| v. | : **JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS** |
| RIOT BLOCKCHAIN, INC., et al. | : |
| *Defendants*. | : |

Lead Plaintiff Dr. Stanley Golovac ("Plaintiff") and Defendant Barry Honig ("Defendant Honig"), by and through their respective attorneys, jointly state as follows:

WHEREAS, Plaintiff filed a Consolidated Third Amended Class Action Complaint on May 27, 2022 (ECF No. 231);

WHEREAS, Defendant Honig filed a motion to dismiss the Consolidated Third Amended Class Action Complaint on July 18, 2022 (ECF No. 234);

WHEREAS, Judge Georgette Castner dismissed the Consolidated Third Amended Class Action Complaint in an Opinion (ECF No. 251) and Order (ECF No. 252) dated August 25, 2023, in which it was ordered that Plaintiff's claims were dismissed with prejudice.

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the undersigned parties, that:

1. Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff dismisses all claims in their entirety against Defendant Honig with prejudice;

2. Plaintiff hereby agrees to waive all rights to file an amended complaint and to appeal any order entered in favor of Defendant Honig; and

3. Each of Plaintiff and Defendant Honig shall bear his own attorneys' fees and costs incurred in connection with this action.

Dated: March 11, 2024

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

**SO ORDERED**
On this 13th day of March, 2024

*/s/ Georgette Castner*
_____
Hon. Georgette Castner, U.S.D.J.

*/s/ Tyler E. Baker*
_____
Tyler E. Baker (New Jersey Bar No. 44392011)
Christopher J. Bosch (Admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112-0015
Telephone: (212) 653-8700
tbaker@sheppardmullin.com
cbosch@sheppardmullin.com

Robert D. Weber (Admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 227-3746
Facsimile: (310) 228-3962
rweber@sheppardmullin.com

*Counsel for Defendant Barry Honig*

2

**LITE DEPALMA GREENBERG
& AFANADOR, LLC**

*/s/     Joseph J. DePalma*
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

**MOTLEY RICE LLC**
William S. Norton (Admitted *pro hac vice*)
Joshua C. Littlejohn (Admitted *pro hac vice*)
Christopher C. Moriarty(Admitted *pro hac vice*)
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for Lead Plaintiff Dr. Stanley Golovac
and Lead Counsel for the Class*

**US MARKET ADVISORS LAW GROUP PLLC**
David P. Abel
5335 Wisconsin Ave. NW, Ste. 440
Washington, D.C.  20015
Telephone: (202) 274-0237
Facsimile: (202) 686-2877
dabel@usmarketlaw.com


*Counsel for Lead Plaintiff Dr. Stanley Golovac*